# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DELTA PILOTS ASSOCIATION

Plaintiff,

-v-

JOHN DOE

Defendant.

Case No. 1:14-cv-00225-AKH

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Delta Pilots Association (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** 1/17/2014

**Signature of Attorney**

**Attorney Bar Code:** 2390326

Form Rule7_1.pdf  SDNY Web 10/2007