Stanley J. Silverstone
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br>    a labor organization<br>    incorporated in Florida<br>                    Plaintiff<br><br>    v.<br><br>JOHN DOE,<br>    an individual<br>                    Defendant. | Civil Action No.: 1:14-cv-00225-AKH |

**[PROPOSED]**
**ORDER GRANTING MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Upon the Plaintiff's Motion for Leave to Take Immediate Discovery, the pleadings filed in this action, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiff may serve immediate discovery upon third-parties in order to identify defendant John Doe.

DATED:    January ____, 2014          _____
                                        Hon. Alvin K. Hellerstein
                                        United States District Judge