UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Delta Pilots Asc.         Plaintiff,

-against-

John Doe                  Defendant.

1:14 cv 00225 (AKH)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Nicholas Paul Granath**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Delta Pilots Association** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Minnesota** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 29 January 2014

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: Nicholas Paul Granath
Firm Name: Seham, Seham, Moltz & Petersen, LLP
Address: 2915 Wayzata Blvd.
City / State / Zip: Minneapolis, MN 55405
Telephone / Fax: 612 341-9080 / 612 341-9079
E-Mail: ngranath@ssmplaw.com

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

**NICHOLAS PAUL GRANATH**

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 12, 1989

Given under my hand and seal of this court on

January 23, 2014



Margaret Fuller Corneille
Office of Lawyer Registration