UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Delta Pilots Asc.      Plaintiff,

-against-

John Doe            Defendant.

1:14 cv 00225 (AKH)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Nicholas Paul Granath, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Delta Pilots Association in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 29 January 2014         Respectfully Submitted,

_____
Applicant Signature
Applicant's Name: Nicholas Paul Granath
Firm Name: Seham, Seham, Moltz & Petersen, LLP
Address: 2915 Wayzata Blvd.
City / State / Zip: Minneapolis, MN 55405
Telephone / Fax: 612 341-9080 / 612 341-9079
E-Mail: ngranath@ssmplaw.com