**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Delta Pilots Asc.

                    Plaintiff,

      -against-

John Doe

                   Defendant.

1:14 cv 00225 (AKH)

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I __Nicholas Paul Granath__, hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

__Delta Pilots Association__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

__Minnesota__ and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated: 29 January 2014            Respectfully Submitted,

__Nicholas Paul Granath__

Applicant Signature

Applicant's Name: Nicholas Paul Granath

Firm Name: Seham, Seham, Moltz & Peterson, LLP

Address: 2915 Wayzata Blvd.

City / State / Zip: Minneapolis, MN 55405

Telephone / Fax: 612 341-9080 / 612 341-9079

E-Mail: ngranath@ssmplaw.com