# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

NICHOLAS PAUL GRANATH

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 12, 1989

Given under my hand and seal of this court on

January 23, 2014



Margaret Fuller Corneille

Office of Lawyer Registration

