UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/14

Delta Pilots Asc.         Plaintiff,

-against-

John Doe                  Defendant.

1:14 cv 00225 (AKH)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Nicholas Paul Granath, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Minnesota; and that his/her contact information is as follows (please print):

Applicant's Name: Nicholas Paul Granath
Firm Name: Seham, Seham, Meltz & Petersen, LLP
Address: 2915 Wayzata Blvd.
City / State / Zip: Minneapolis, MN 55405
Telephone / Fax: 612 341-9080 / 612 341-9079

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Delta Pilots Association in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/21/14

United States District / ~~Magistrate~~ Judge