**REVISED**

# SEHAM, SEHAM, MELTZ & PETERSEN, LLP

ATTORNEYS AT LAW
445 HAMILTON AVENUE, SUITE 1204
WHITE PLAINS, NEW YORK 10601
TEL: (914) 997-1346
FAX: (914) 997-7125
ssmplaw@ssmplaw.com
www.ssmplaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/14

RECEIVED
APR 2014
CHAMBERS OF
ALVIN ... STEIN

April 30, 2014

*[Handwritten note: Sept. 5, 2014 — The conf. is adjourned to [illegible], 10:00 a.m. There will be no further adjournments. 4-30-14 /s/ [signature]]*

BY FAX

Hon. Alvin K. Hellerstein
United States District Court
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

Re:  *Delta Pilots Association v. John Doe*
     Case No. 14-cv-225 (AKH)

Dear Judge Hellerstein:

On behalf of the Plaintiff, Delta Pilots Association ("DPA"), we write to request an adjournment of the Rule 16 conference scheduled for June 27, 2014. This is the first request to adjourn this conference.

DPA commenced this action on January 13, 2014, for declaratory judgment, injunctive relief, and monetary damages stemming from the "hacking" of Plaintiff's website in November 2013 by an unknown party or parties. On January 17, 2014, we filed a motion (Dkt. #3) seeking leave of the Court to serve immediate discovery on third-party Internet web-hosting or web-service companies, Internet Service Providers, telephone companies, and other third parties believed to be in possession of relevant information that would determine, or assist in determining, the identity of the "John Doe" defendant(s). The motion was granted on January 29, 2014 (Dkt. #5).

Since our motion for immediate discovery was granted, we have served subpoenas duces tecum on five telephone and internet companies, all of which have resulted in the production of documents. While the documents have revealed potential defendants, no evidence obtained to date definitively establishes responsibility for the hacking of DPA's website. As a result, we are not yet in a position to substitute named defendants for "John Doe," and do not anticipate that we will be able to substitute named defendants by the June 27 conference date.

**SEHAM, SEHAM, MELTZ & PETERSEN, LLP**

      Accordingly, we respectfully request a 60-day adjournment of the conference, to August 26 or later, so that we may complete the discovery required to obtain sufficient evidence to identify the "John Doe" defendant(s), including, if necessary, depositions of the potential defendants identified to date.

                                                Respectfully submitted,

                                                Stanley J. Silverstone