Stanley J. Silverstone
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>      Plaintiff<br><br> v.<br><br>JOHN DOE,<br><br>      Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>**NOTICE OF MOTION<br>TO COMPEL COMPLIANCE WITH<br>SUBPOENA *DUCES TECUM*** |

TO: James K. Lobenz, Esq.
   Jim.Lobsenz@alpa.org
   Legal Dept. Air Line Pilots Association International
   535 Herndon Parkway
   PO Box 1169
   Herndon, Virginia 20172-1169
   Tel. (703) 689-4326

  **PLEASE TAKE NOTICE** that Plaintiff, the Delta Pilots Association ("DPA"), by and through its undersigned counsel, will move this Court, at the United States Courthouse, 500 Pearl St., New York, New York 10007-1312, at a date and time to be set by the Court, for an order compelling compliance with subpoenas(s) *duces tecum* served on or about May 28, 2014, and June 3, 2014, upon non-party, the Air Line Pilots Association International, and its subordinate body, the Delta Master Executive Council (together "ALPA"), pursuant to Federal Rules of Civil Procedure 45 and 37 and this Court's order of January 28, 2014, granting Plaintiff leave to take

discovery "upon third parties in order to identify defendant Doe" (Doc. No. 5), based upon Plaintiff's separately filed supporting memorandum of law, supporting declarations and their attachments, the pleadings, and any argument or evidence adduced in hearing before the Court on this motion.

For supporting grounds, Plaintiff incorporates its memorandum of law. In addition, a proposed order is separately submitted.

Dated:	July 3, 2014

By: */s/ Stanley J. Silverstone*
Stanley J. Silverstone
ssilverstone@ssmplaw.com
Lucas K. Middlebrook
lmiddlebrook@ssmplaw.com
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Tel: (914) 997-1346; Fax: (914) 997-7125

-and-

Nicholas Granath, *pro hac vice* (Minn. Lic 198729)
ngranath@ssmplaw.com
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
2915 Wayzata Blvd.
Minneapolis, MN  55405
Tel. (612) 341-9080; Fax (612) 341-9079

*Attorneys for Plaintiff*