## **CERTIFICATE OF SERVICE**

      This is to certify that on July 3, 2014, true and accurate copies of the following documents and their attachments, *to wit*,

- Notice of Motion to Compel Compliance with *Subpoena Duces Tecum*
- Memorandum of Law in Support of Motion to Compel Compliance with Subpoena *Duces Tecum*
- Declaration of Stanley J. Silverstone in Support of Motion to Compel Compliance with Subpoena *Duces Tecum* (with Exhibits)
- Proposed Order
- Certificate of Service

were sent via Federal Express and Electronic Mail to the following, who is Counsel for Non-Party Subpoena Recipient Air Line Pilots Association:

    James K. Lobenz, Esq.
    Jim.Lobsenz@alpa.org
    Air Line Pilots Association International
    Legal Department
    535 Herndon Parkway
    PO Box 1169
    Herndon, Virginia 20172-1169

Dated:  July 3, 2014

                                                    */s/ Stanley J. Silverstone*
                                                  Stanley J. Silverstone