UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>        Plaintiff<br><br> v.<br><br>JOHN DOE,<br><br>        Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>**DECLARATION OF<br>STANLEY J. SILVERSTONE** |

I, Stanley J. Silverstone, declare as follows:

1. I am counsel of record for Plaintiff Delta Pilots Association in the above-cited matter.

2. I make this Declaration of my own free will, based on my personal, first-hand knowledge, unless otherwise specifically indicated.

3. This Declaration is in support of Plaintiff's motion to compel compliance with subpoena *duces tecum*.

4. Attached and labeled as **Exhibit A** is a true and correct copy of the subpoena *duces tecum*, with its attachments, served on the Air Line Pilots Association International on May 28, 2014.

5. Attached and labeled as **Exhibit B** is a true and correct copy of the subpoena *duces tecum*, with its attachments, served on the Delta Master Executive Council of the

Air Line Pilots Association on June 3, 2014.

6. Attached and labeled as **Exhibit C** is a true and correct copy of a letter I received from Mr. James K. Lobsenz, Esq., Senior Attorney, Legal Department, Air Line Pilots Association International, dated June 11, 2014, with its attachments.

7. Attached and labeled as **Exhibit D** is a true and correct copy of a letter I sent to Mr. James K. Lobsnez, Esq., Senior Attorney, Legal Department, Air Line Pilots Association International, dated June 18, 2014.

8. Attached and labeled as **Exhibit E** is a true and correct copy of a letter I received from Mr. James K. Lobsnez, Esq., Senior Attorney, Legal Department, Air Line Pilots Association International, dated June 25, 2014.

9. Attached and labeled as **Exhibit F** is a true and correct copy (redacted) of an email I received from Mr. James K. Lobsenz, Esq., Senior Attorney, Legal Department, Air Line Pilots Association International, dated June 27, 2014.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 2, 2014              By: */s/ Stanley J. Silverstone*
                                            Stanley J. Silverstone