UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DELTA PILOTS ASSOCIATION, | ) | |
| | ) | No. 1:14-cv-00225-AKH |
| Plaintiff | ) | |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter, having come before this Court on Plaintiff's motion to compel non-party Air Line Pilots Association, International, including its local coordinating body, the Delta Master Executive Council (collectively, "ALPA"), to produce certain documents pursuant to subpoenas *duces tecum* served upon it, the Court having considered Plaintiff's motion and ALPA's opposition, and the other pleadings and materials filed in connection therewith, orders as follows:

**IT IS ORDERED** that Plaintiff's motion is denied;

**IT IS FURTHER ORDERED** that, in the event that Plaintiff still desires disclosure of the name and email address of the individual referenced in subpoena Request No. 2, Plaintiff draft a protective order (for review and agreement by ALPA and approval by the Court) preventing Plaintiff from disclosing in any manner that individual's name and/or email address or any information identifying that individual, and stating that (should Plaintiff elect to file suit against that individual) it first must seek leave of this Court to permit that type of release of identifying information of the individual;

1

**IT IS FURTHER ORDERED** that, if Plaintiff and ALPA are not able to reach agreement on the terms of the protective order referenced above, Plaintiff shall bring that dispute to the Court's attention within 21 days of this Order.

Date: _____, 2014        By: _____
                                        Hon. Alvin K. Hellerstein
                                        United States District Judge