UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

DELTA PILOTS ASSOCIATION,

                Plaintiff,

        v.

JOHN DOE,

                Defendant.

-------------------------------------------------------------- x

Civil Action No.
1:14-cv-00225 (AKH)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel appears as counsel on behalf of Non-Party Air Line Pilots Association, International (including Non-Party Delta Master Executive Council), is admitted in this Court, and files this Notice so as to receive e-mail notification through the ECF system of all future filings at mabram@cwsny.com.

Dated: New York, New York
       July 14, 2014

                                          Respectfully submitted,

                                          */s/ Michael E. Abram*
                                          Michael E. Abram
                                          COHEN, WEISS AND SIMON LLP
                                          330 West 42nd Street
                                          New York, New York 10036-6979
                                          212-563-4100

                                          Attorneys for Non-Party
                                          Air Line Pilots Association, International
                                          (including Non-Party Delta Master
                                          Executive Council)

00330801.1