UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOHN DOE, )<br>)<br>Defendant. )<br>_____) | No. 1:14-cv-00225-AKH |

## CORRECTED DECLARATION OF MICHAEL HANSON

I, Michael Hanson, declare as follows:

1.     I am a pilot for Delta Airlines, Inc. ("Delta") and am a member of the Air Line Pilots Association, International ("ALPA"). The Delta Master Executive Council ("MEC") is ALPA's highest local coordinating body at Delta. I am Vice Chairman of the MEC's Strategic Planning Committee at Delta.

2.     I have personal knowledge of the facts set forth in this Declaration unless otherwise indicated. I offer this Declaration in support of the Opposition of Non-Party Air Line Pilots Association, International (Including Non-Party Delta Master Executive Council) to Plaintiff's Motion to Compel Compliance with Subpoenas Duces Tecum and to correct a typographical error (changing "November 10, 2014"to "November 10, 2013") in paragraph 6 of my previously-filed Declaration.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the DPA UPDATE of June 23, 2014, that I received via e-mail from a Delta pilot who routinely forwards such emails to me. Information identifying the Delta pilot has been redacted from Exhibit 1 to protect the pilot's privacy, as has internal forwarding information. I maintain such emails in the ordinary course of business as Vice Chairman of the Delta MEC's Strategic Planning Committee.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a portion of the Facebook Page of the Delta Pilots Association ("DPA") as it existed as of July 8, 2014.

5.      Attached hereto as Exhibit 3 is a true and correct copy of DPA's Twitter Page, as it existed as of July 8, 2014.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a DPA ALERT of November 10, 2013, that I received via e-mail from the same pilot discussed with respect to Exhibit No. 1. Information identifying the Delta pilot who forwarded the DPA ALERT to me has been redacted from Exhibit 4 to protect the pilot's privacy, as has internal forwarding information. I maintain such emails in the ordinary course of business in my position on the MEC Strategic Planning Committee.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a news item from the DPA website (news section) dated July 3, 2014.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2014          By: _____
                                        Michael Hanson

# Exhibit 1

**From:** De ta Pi ots Association <dpa@de ta-pi ots org>
**Date:** June 23 2014 10:39:12 PM EDT
**To:** REDACTED
**Subject: DPA UPDATE**
**Reply-To:** dpa@de ta-pi ots org

# DELTA PILOTS ASSOCIATION
June 23rd, 2014



**D**ELTA **P**ILOTS **A**SSOCIATION

**Independent... Transparent... Efficient... Accountable...YOURS**

REDACTED

It may seem to be quiet right now on the DPA front, but the opposite is true. We are working furiously behind the scenes defending your right to pursue independent representation. Our legal pursuit of the person(s)/organization involved in the hacking of our website is producing new details every day. Be patient with us as we move towards a satisfactory conclusion. We continue to cooperate with the FBI in the ongoing criminal investigation as well. We will reveal details as they become public information.

You can help us by challenging those you fly with to consider the quality of representation they are receiving. It is up to all of us to make that change possible. We are currently in an apparent holding pattern with expiring cards being replaced by renewals and a few new members joining us every day. It's going to take a significant boost by acting in unison if we are going to exit this holding pattern.

Exhibit 1
1 of 2

If we all pitch in together to try to reach ONE pilot each, we can crush this obstacle in short order. Or you can sit back and watch. Time is wasting. You decide.

## CARD STATUS

Your Card is EXPIRED. It's time for you to mail in a new Card so we can finally have our vote.

## GET ACTIVE FOR DPA

Start by renewing your Card. We can't leave the gate without your support.

**RENEW**

## SUPPORT DPA

We need your financial support right now. Every dollar goes towards waging this campaign and providing you with information and tools you can use to reach your fellow Delta Pilots. DPA does not pay our volunteers for their service during our campaign so your donation goes completely to campaign needs. Thank you for your support!

**DONATE**

CLICK HERE TO DONATE

## GO DPA!!!

Forward this email

SafeUnsubscribe

Trusted Email from
Constant Contact®

This email was sent to    REDACTED    by dpa@delta-pilots.org
Update Profile/Email Address   Instant removal with SafeUnsubscribe™   Privacy Policy.

DPA   Delta Pilots Association   P.O. Box 17025   Tampa   FL   33682

Exhibit 1
2 of 2

# Exhibit 2



## Delta Pilots Association
Not-for-Profit Organization

Like    Follow    Message

**Timeline**    About    Photos    Likes

**Post**    Photo / Video



[ Post ]



**Delta Pilots Association** shared a link.
April 11

Participate in the new DPA FAR 117 Survey! Your input may directly impact ongoing negotiations! As always, submit your answers to this 10 question survey and then go see the live updating results! See the DPA Surveys page to review the final results once the survey closes. Thanks for making your voice heard!

**Survey : Questions**
survey.constantcontact.com

Like · Comment · Share



**Delta Pilots Association**
March 26

Celebrate 5,800 DPA members! The renewal of expired cards is all that stands in our way now. Double your efforts to reach new or expired members. It's in your hands now! Thanks for all the hard work to bring us to this amazing number!

Exhibit 2
Page 1 of 5



Like · Comment · Share                                          10     2

 **Delta Pilots Association**
March 5

DPA would like to acknowledge the recent wave of financial support pushing us to over $176,000 in total donations! Your generosity is aiding our march to independence and our ability to prosecute those who would stand in our way. Thank you.

Please visit our website to add your support.

# $176,351

Like · Comment · Share                                          21     1

 **Delta Pilots Association**
January 29

DPA just issued a press release updating important developments in the website hacking lawsuit.

Please see DPA News for the update. We are defending your right to VOTE DPA!

Like · Comment · Share                                          6      2

 **Delta Pilots Association** shared a link.
January 12

Here we go! Kick off 2014 with an "interesting" MD-90 takeoff roll! There is much ahead and we need extra horsepower right now to finish our campaign. Throttle up your efforts and we can break away from ALPA once and for all. Thanks for your support!

> **Ignite 2014**
>
> 2014 promises to be a big year for Delta Pilots! Check out this interesting MD-90 takeoff roll!

Like · Comment · Share                                          19     3

PEOPLE

**Delta Pilots Association**
December 6, 2013

Exhibit 2
Page 2 of 5

**502** likes

Invite your friends to like this Page

## ABOUT

email:

dpa@delta-pilots.org

http://www.delta-pilots.org/

Suggest Edits

## PHOTOS



**Delta Pilots Association**

## POSTS TO PAGE


**Dennis Bateman Sr**
May 3 at 10:18am

Looking for Kevin Bubb. He used to fly for Delta a few years ago. Served with him in the Navy and would like to reconnect.

Like · Comment                          1


**Scott Saunders**
March 26 at 10:59pm

How many are current?

Like · Comment

**Denis Waldron**
March 2 at 1:26pm

Although I support the DPA effort, it looks to me that it has stalle... See More

Like · Comment                          1

Check out the beginning of our new nationwide billboard campaign! Located on I-85 in ATL/PTC area, this will reach many new Delta Pilots. Donate today to help us spread the word.



Located on I-85 between Peachtree City and the ATL airport

Like · Comment · Share                          31    2

**Delta Pilots Association**
November 19, 2013

Delta Pilots are truly determined to push us over the edge of success! Today we crested the $150,000 mark in total donations! Thanks to all of you for driving us forward!

> **Total Contributions made by DPA Members**
> # $150,043

> **SHIRTS CONTRIBUTED**
> # 300!

Like · Comment · Share                          20    1


**Delta Pilots Association**
November 14, 2013

The DPA GO TEAM rocked ATL and DTW yesterday! Thanks to all who participated! Join the GO TEAM! Help us expand our scope!

Like · Comment · Share                          11

**Delta Pilots Association**
November 10, 2013

The attack has been defeated! Our site is secure and fully operational. The attack was simply a redirect of our site to a malicious clone of our site promoting ALPA. Now redouble your efforts and advance our cause!

Like · Comment · Share                          8    34


**Delta Pilots Association**

Exhibit 2
Page 3 of 5

 November 9, 2013

ALPA has temporarily hijacked and cloned the DPA website. Watch your emails for further communication from DPA. DO NOT visit the site until further notice! Help ALPA realize how bad this decision was. Join the GO TEAM!

Like · Comment · Share                                                7    12

 **Delta Pilots Association** shared a link.
November 9, 2013

Here it is! The first look at our successful launch of the GO TEAM in MSP! It went flawless. Flight Ops fully vetted the operation. Pilots got fired up! Join us to expand our GO TEAM in all bases.

**DPA GO TEAM Video**
The DPA GO TEAM is leading the Delta Pilot group though the final phase of our campaign for exclusive representation. A great moment in Delta Pilot history i...

Like · Comment · Share                                                11    3

 **Delta Pilots Association**
November 7, 2013

The DPA GO TEAM celebrates its first event today! Join us in the MSP F Concourse crew lounge! Register for the GO TEAM in your base!

Like · Comment · Share                                                14

 **Delta Pilots Association** shared a link.
October 28, 2013

Once you have watched the LAUNCH VIDEO, please help us stretch our donated funds by certifying you have seen the video. We will be ordering DVD's of this video and your certification will reduce our total order and cost. Thank you!

**CLICK HERE to certify**
survey.constantcontact.com

Like · Comment · Share                                                5

 **Delta Pilots Association** shared a link.
October 28, 2013

**DPA Launch Video**
The DPA Launch Video represents thousands of Delta Pilot volunteer hours and donated dollars! This message is simple and clear....it's time to go! Share this...

Like · Comment · Share                                                27    6

Exhibit 2
Page 4 of 5

See More Stories

Exhibit 2
Page 5 of 5

# Exhibit 3



**Delta Pilots Assoc.**
@DeltaPilots

Established May 2010

🔗 deltapilotsassociation.org

🕐 Joined May 2010

Tweet to Delta Pilots Assoc.

📷 15 Photos and videos




| 93 | 15 | 185 | 1 | More ∨ |

⚙ +👤 Follow

Tweets   Tweets and replies

**Delta Pilots Assoc.** @DeltaPilots · Apr 16
Add a message to your video youtu.be/zL4wqPANfXg?a

↩ 🔁 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Mar 27
Celebrate 5,800 DPA Members! We need your help now to beat the renewal challenge! Speak with your friends and get those cards! GO DPA!!

↩ 🔁 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Mar 5
DPA thanks our members for the recent wave of financial support pushing us over $176,000 in total donations!

↩ 🔁 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Jan 29

↩ 🔁 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Nov 14
The DPA GO TEAM rocked ATL and DTW yesterday! Great job to all who participated! Sign up for the GO TEAM!

↩ 🔁 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Nov 10
The attack on the DPA website has been defeated. The site is fully operational and secure. Let's focus on our advance to independence!

↩ 🔁 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Nov 9
ALPA has hijacked and cloned the DPA website! DO NOT go to our site until further notice. Watch email for instructions. Stay the course!

↩ 🔁 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Nov 9
Customize your message youtu.be/PYysE4pCLN0?a

▶ YouTube

Refresh · View all


Airlines for America ✓ ✕
Followed by Bradley...
+👤 Follow

USAPA @usapa ✕
+👤 Follow


Justin Berg @justinrb.. ✕
+👤 Follow

Popular accounts · Find friends

· Change

Wale
IHOP
Daquan

#Watch5HBOSSonVEVO
Soul Surfer
#FetusLouisDay
Waffle House
#BeforeMeloDecides

© 2014 Twitter  About  Help
Ads info

Exhibit 3
Page 1 of 6



↩ ⟲ ★ •••  View more photos and videos

**Delta Pilots Assoc.** @DeltaPilots · Nov 7
The DPA GO TEAM celebrates its first event! Join us today in the MSP F Concourse crew lounge! Register now for the GO TEAM!

↩ ⟲ ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Oct 28
Customize your message youtu.be/lTi36nNpIn4?a

↩ ⟲ ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Oct 28
youtu.be/lTi36nNpIn4

Visit our YouTube channel to see the new DPA Launch Video!

↩ ⟲ ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Oct 12
We just hit $140,000 donated! 90 GO TEAM Shirts have been contributed! We need more GO TEAM help and more shirt donations! Register now!

↩ ⟲ ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Sep 28
DPA announces the launch of the GO TEAM! #DPAGOTEAM Be a part of the big finish. See the website GO TEAM page! Register now!

↩ ⟲ ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Sep 23
DPA has grown to 5,600 Delta Pilots! Celebrate with us and let's keep adding to our numbers. We will have our vote!

↩ ⟲ ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Aug 30
We are 5,555 Delta Pilots strong now! We've got financial backing to get us going! What can't we accomplish together!
GO DPA!!!

Exhibit 3
Page 2 of 6

↩ ⇄ ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Aug 16
BIG NEWS! DPA has secured $1M in start-up financing from
Suntrust Bank! See DPA NEWS for more! GO DPA!!!

↩ ⇄ ★ •••

**Delta Pilots Assoc.** @DeltaPilots · Aug 7
Great news! We just passed 5,500 members and climbing!
Do your best to locate those renewals and new members.
Mail them in! GO DPA!!!

↩ ⇄ ★ •••

**Delta Pilots Assoc.** @DeltaPilots · 26 Jun 2013
We did it! 5,400 DPA Members!
Thank you for working hard on our
behalf! Now we focus on renewals
and adding a few extra members! GO
DPA!

↩ ⇄1 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · 13 Jun 2013
25 to go! Start opening every
conversation with, "Have you
renewed your DPA Card?" If
yes....HIGH FIVE! If no....GET THAT
CARD! Let's GO!

↩ ⇄1 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · 29 Apr 2013
We had a $1,000 donation today
from a senior pilot approaching
retirement! Leave a legacy today by
donating to DPA!

↩ ⇄1 ★ •••

**Delta Pilots Assoc.** @DeltaPilots · 8 Apr 2013
100 cards to go!!! Please decide to do
some work for DPA this week! Mail
us some cards! Get out there and
help us knock out the last few!

↩ ⇄ ★1 •••

**Delta Pilots Assoc.** @DeltaPilots · 29 Mar 2013
Head over to the DPA Surveys page and complete the TSA
Prohibited Items Survey! Take part in true "bottom-up"
representation!

↩ ⇄ ★ •••

Exhibit 3
Page 3 of 6

**Delta Pilots Assoc.** @DeltaPilots · 26 Feb 2013
Check out our new Home Page! Faster access to the items
you need at your fingertips! GO GET ONE MORE!

↩  ↻  ★  •••

**Delta Pilots Assoc.** @DeltaPilots · 9 Feb 2013
We just passed the $100,000 mark! Thanks to all of you who
have brought us this far! Let's take it the rest of the way
now!

↩  ↻  ★  •••

**Delta Pilots Assoc.** @DeltaPilots · 8 Feb 2013
The War Chest: youtu.be/aKNSLumVpHQ?a via @YouTube

▶ YouTube



↩  ↻  ★  •••          View more photos and videos

**Delta Pilots Assoc.** @DeltaPilots · 23 Jan 2013
The UAL independence run is well
underway! Check out their new
website, UnitedPilotsUnion.org.
Godspeed to UAL!

↩  ↻ 1  ★  •••

**Delta Pilots Assoc.** @DeltaPilots · 12 Jan 2013
The DPA Constitution is now live on the DPA website! See
what sets us apart from ALPA!

↩  ↻  ★  •••

**Delta Pilots Assoc.** @DeltaPilots · 30 Dec 2012
Big news! UAL/CAL Pilots have joined DPA in the move to
exclusive representation! Read more about the United Pilots
Union on DPA News!

↩  ↻  ★  •••

**Delta Pilots Assoc.** @DeltaPilots · 21 Nov 2012
I liked a @YouTube video from @DeltaPilots
youtu.be/FmssZBsyx5M?a BODHangoverClip

▶ YouTube

Exhibit 3
Page 4 of 6



↩  ↻  ★  •••          View more photos and videos

Delta Pilots Assoc. @DeltaPilots · 21 Nov 2012          ⊕
I uploaded a @YouTube video youtu.be/FmssZBsyx5M?a
BODHangoverClip

▶ YouTube



↩  ↻  ★  •••          View more photos and videos

Delta Pilots Assoc. @DeltaPilots · 26 Oct 2012
The DPA Constitution Survey Part 2 is ready for your input!
See the DPA Surveys page and invest in our future!

↩  ↻  ★  •••

Delta Pilots Assoc. @DeltaPilots · 25 Aug 2012
DPA UPDATE! We just passed 5,105 DPA Members! We only
need 295 more to file! We have received $86,887 in
donations as well! GO DPA!!!!!

↩  ↻  ★  •••

Delta Pilots Assoc. @DeltaPilots · 19 Jul 2012
We just grew to 5,000 members and over $84,000 in
donations! Way to go DPA! Buckle down for the ride to the
finish line! Tell a friend!

↩  ↻  ★  •••

Delta Pilots Assoc. @DeltaPilots · 7 Jul 2012
We just passed 4,950 members and $82,895 in donations.

Exhibit 3
Page 5 of 6

We need only 450 more members to reach the minimum to file! GO DPA!

↩  ⇄  ★  •••

Delta Pilots Assoc. @DeltaPilots · 24 Jun 2012
DPA UPDATE! We just passed 4,909 Members and $82,150 in donations! Only 491 Members to go! Don't forget to vote on the TA!

↩  ⇄  ★  •••

Delta Pilots Assoc. @DeltaPilots · 14 Jun 2012
The TA Analysis is posted to the DPA TA INFO page of our site. The decision is VERY clear!

↩  ⇄  ★  •••

Delta Pilots Assoc. @DeltaPilots · 6 Jun 2012
4,800 Members and almost $80,000 in donations! 600 Cards to reach the minimum level for NMB filing! Come on folks....PUSH!!!

↩  ⇄  ★  •••

Delta Pilots Assoc. @DeltaPilots · 4 Jun 2012
DPA TA Survey is now open! See our homepage deltapilotsassociation.org to speak your mind. View instant LIVE results! Unify!

↩  ⇄  ★  •••

Delta Pilots Assoc. @DeltaPilots · 30 May 2012
I uploaded a @YouTube video youtu.be/GTpOK4bZvAE?a DPA No Fear Video

▶ YouTube



↩  ⇄  ★  •••        View more photos and videos



Exhibit 3
Page 6 of 6

# Exhibit 4

**From:** Delta Pilots Association <dpa@delta-pilots.org>
**Date:** November 10, 2013 at 7:26:10 AM EST
**To:**
**Subject: DPA ALERT! Attack Defeated!**
**Reply-To:** dpa@delta-pilots.org



REDACTED

**ALERT! The DPA Site is now back up and running.**

We have defeated the initially successful attempt to redirect our site to a clone site "deltapilot org". That site has been disabled, but still could resurface and be dangerous so we recommend you clear your browser from all history and cookies before heading back to our site.

When you search Delta Pilots Association in Google, our site is once again

1

Exhibit 4
1 of 4

properly reached through the results.

The site is secure and functioning properly. Again, our site was not compromised internally. No data was lost or accessed. We do not store member data on the DPA website as a side note. The hijacking was simply a redirecting of our URL to a hostile site that asked the reader to support ALPA and may have contained other malicious content. Thank you to all who demonstrated patience and restraint during this event.

Evidently, attacks are stepping up right along with our resolve to defeat them. In any battle, there will be moments where the enemy advances. While we experienced a temporary disruption to our website access, our resolve was not weakened, it was strengthened.

Several of you asked about whether or not revoking ALPA dues check-off would require you to stop paying dues. Dues Check-off is simply automatic withdrawal. ALPA must bill you manually if you revoke your dues check-off. We are not suggesting that you not pay your dues nor are we suggesting that you become an objecting non-member. Those steps are not warranted or prudent at this time.

**REPRINT**: In contrast to ALPA's pressure tactics in layover hotels and dirty maneuvers like hacking our website, the DPA *GO TEAM* just had a fantastic first event in MSP! Watch the one minute video recap hosted on our DPA *GO TEAM* dedicated page to see how effective the *GO TEAM* is! DAL Flight Operations vetted our actions throughout the day and we have their full approval.

2

Exhibit 4
2 of 4



Click image above to watch.

With ALPA stepping up the attack at all levels, word-of-mouth, and therefore the *GO TEAM*, just got more important. Let ALPA's actions motivate you to join the *GO TEAM* and let's swamp the bases with Delta Pilots who will no longer tolerate ALPA.

CLICK HERE to join the *GO TEAM*.

Carry AUTHORIZATION CARDS with you right now and have a fellow Delta Pilot join us or renew their Card right now.

CLICK HERE to contribute to DPA.

Mail checks and Authorization Cards to:

DPA

P.O. Box 17025

Tampa, FL 33682

**STAY THE COURSE!**

3

Exhibit 4
3 of 4



Thank you for your support!
Tell another Delta Pilot about our drive for exclusive representation today!

**Delta Pilots Association** | P.O. Box 17025 | Tampa | FL | 33682-7025

4

Exhibit 4
4 of 4

# Exhibit 5



# Delta Pilots Association

© 2013 • Delta Pilots Association • P.O. Box 17025 • Tampa, FL 33682-7025

dpa@delta-pilots.org

CLICK ON CHART to see more statistics





CLICK IMAGE



Twitter

@DeltaPilots
The
DPA
GO
TEAM
rocked
ATL
and
DTW
yesterday!
Great
job to
all
who
participated!
Sign
up for
the
GO
TEAM!
about
7
months

Exhibit 5
Page 1 of 4      1/4

ago

Older



Follow
@DeltaPilots

Search

[                    ] [ → ]

DPA Links

- DPA
  Text
  Messages
- Membership
  Registration
- DPA
  Authorization
  Card
- DPA
  Introduction
- DPA
  Mission
- About
  Becoming
  a
  Member

Other DPA
Links

- DPA
  Constitution
- Email
  Us

DPA CHANNEL




Thursday
Jul032014
July 3, 2014

### DPA Files Motion to Compel ALPA in Website Hacking Case

On November 8th and 9th, 2013, the DPA website was maliciously

Exhibit 5
Page 2 of 4   2/4

redirected to the phony pro-ALPA webpage image linked below:

## PHONY WEBSITE USED IN ATTACK ON DPA

This attack prompted the commencement of a criminal and civil
investigation. DPA filed a civil lawsuit in Federal Court and was
granted subpoena authority to collect information on the
individual(s)/organization potentially involved. Because of specific
statements made by ALPA in their "True Headings" series of
communications, ALPA National and the Delta MEC were
served with subpoenas. ALPA National responded by providing
DPA with a letter they allegedly received shortly after the attack
last November from a Delta Pilot claiming to being involved in
some way. Incredibly, ALPA National removed the name from the
letter and has refused to provide the complete documentation
including the names of the persons mentioned in the letter
(author and "witness"). DPA filed a Motion to Compel along with
the evidence linked below to cause ALPA to reveal the names of
the people they know have been involved since around the time
the attack occurred.

Several comments in the "True Headings" series (written after the
letter was received) are noteworthy:

 *"We are highly skeptical that anyone hacked DPA's website and
strongly believe that whatever temporary problems the DPA
experienced were the result of inadvertent actions by a third
party, or even the DPA itself."*

*"The simple fact is that any such inquiry will inevitably establish
that the DPA's charges against the Association are wholly without
merit."*

ALPA told the members that DPA experienced a *"temporary
problem"* or*"errors in managing DNS records"*.

Now pressed by DPA's steady progress in the case, ALPA chooses
to conceal the identities of those involved claiming "client-attorney
privilege". Delta Pilot dues dollars are being spent inappropriately
in covering potential knowledge about a possible felony
committed. Delta Pilots and even ALPA volunteers who are
beginning to see the truth behind this story are encouraged to
consider which side of the fence they are standing on and will they
be proud to be there once this investigation is complete.

DONATE

We need your support and a great deal of resources to carry this
to trial where justice will be served. While DPA has operated in a
manner we can all be proud of, our opposition chooses to break
the law. We will defend your rights with your help. DPA requests
that you consider making a substantial contribution now.

## MOTION TO COMPEL

### DECLARATION

**EXHIBIT A** - Subpoena served on ALPA National and associated
True Headings evidence

**EXHIBIT B** - Subpoena served on Delta ALPA MEC

**EXHIBIT C** - ALPA National response letter to subpoena

**EXHIBIT C PART 2** - ALPA National response to include letter
from Delta pilot

**EXHIBIT C PART 3** - ALPA National response to include other
documents

**EXHIBIT D** - DPA response to ALPA refusal to provide
documents

**EXHIBIT E -** ALPA National second response

**EXHIBIT F -** ALPA National final response

**MEMORANDUM OF LAW**

Email Article | Print Article

**View Printer Friendly Version**