UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>        Plaintiff<br><br>v.<br><br>JOHN DOE,<br><br>        Defendant. | No. 1:14-cv-00225-AKH |

**CORRECTED TABLE OF CONTENTS**

Declaration of James Kenneth Lobsenz (July 11, 2014)

Declaration of Arthur Luby (July 14, 2014)

Corrected Declaration of Michael Hanson (July 15, 2014)

    Exhibit 1:    DPA UPDATE (June 23, 2014)

    Exhibit 2:    Delta Pilots Association Facebook Page (as of July 8, 2014) (excerpt)

    Exhibit 3:    Delta Pilots Association Twitter Page (as of July 8, 2014)

    Exhibit 4:    DPA ALERT (Nov. 10, 2013)

    Exhibit 5:    Delta Pilots Association website (news section), http://delta-pilots.org/dpa-news/2014/7/3/dpa-files-motion-to-compel-alpa-in-website-hacking-case.html (July 3, 2014)

Proposed Order

00330778.2