ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152



TO:   Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy            Date: 7/30/14
by Order of Judge Alvin K. Hellerstein

RE: Delta Pilot Association v. John Doe - 14 Civ. 225 (AKH)

You are hereby notified that you are required to appear for an oral argument.

Date:   8/12/14
Time:   4:00 pm
Place:  U.S. Courthouse - Southern District of New York
        500 Pearl Street
        Courtroom 14D
        New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

NOTE:

So Ordered,

*[signature: Alvin K. Hellerstein]*

7-30-14