# COHEN WEISS AND SIMON LLP

Michael E. Abram, Partner
Tel: 212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453
mabram@cwsny.com
www.cwsny.com

330 West 42nd Street • New York, NY 10036-6979

RECEIVED AUG 04 2014 CHAMBERS OF ALVIN K HELLERSTEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/14

August 4, 2014

*Oral Argument is adjourned to Aug. 14, 2014, at 2:30 p.m.*

*8-5-14*

*[signature]*

**VIA FAX**

Honorable Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: Delta Pilots Association v. John Doe,
Civil Action No. 1:14-cv-00225 (AKH)

Dear Judge Hellerstein:

I represent Non-Party Air Line Pilots Association, International ("ALPA") in the above-referenced matter. I write to request a short adjournment of oral argument on the motion of plaintiff Delta Pilots Association ("DPA") to compel compliance with its *subpoena duces tecum* served on ALPA. The court scheduled oral argument for August 12, 2014 by order dated July 30, 2014 (docket no. 19). The reason for the request is that tomorrow I am traveling out of the country for a long-planned visit with family and will not return until the evening of August 12. This is the first request for an adjournment. DPA consents to the request and I have e-mailed Mr. Silverstone a copy of this letter.

If it is convenient for the court, counsel for ALPA and DPA are available on August 14, 2014 any time before 3 p.m., although an early-afternoon hearing would be the easiest for us if acceptable to the Court.

Respectfully submitted,

Michael E. Abram

MEA:jje

cc: Stanley J. Silverstone

00334214.1