```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
DELTA PILOTS ASSOCIATION,                                    :
                                                             :      DISCOVERY ORDER
                                      Plaintiff,             :
            -against-                                        :      14 Civ. 225 (AKH)
                                                             :
JOHN DOE                                                     :
                                                             :
                                      Defendants.            :
------------------------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On August 14, 2014, I heard oral argument on plaintiff's motion to compel nonparty Air Line Pilots Association ("ALPA") to comply with subpoenas duces tecum served on May 28, 2014 and June 3, 2014 pursuant to Fed. R. Civ. P. 37 and 45. Counsel for ALPA filed an opposition to the motion and appeared for oral argument.

For the reasons stated on the record at oral argument, plaintiff's motion is granted to the extent provided for in the record and subject to the stated limitations in the record.

The Clerk shall mark the motion (Doc. No. 12) terminated.

SO ORDERED.

Dated:   August 15, 2014
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge