```
USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
DELTA PILOTS ASSOCIATION,         :
 :  **SCHEDULING ORDER**
                              Plaintiff,    :
    -against-                           :  14 Civ. 225 (AKH)
 :
JOHN DOE                                      :
 :
                         Defendants.    :
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiff appeared before me for a status conference on September 5, 2014. After conducting discovery on unnamed third parties, plaintiff has not yet named a defendant.

       Plaintiff has until September 30, 2014 to either amend the complaint to name a defendant or to dismiss the complaint without prejudice.

       SO ORDERED.

Dated:     September 8, 2014
               New York, New York

                                                   ALVIN K. HELLERSTEIN
                                                   United States District Judge