Stanley J. Silverstone
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| DELTA PILOTS ASSOCIATION,<br><br>                    Plaintiff,<br>     v.<br><br>JOHN DOE,<br><br>                    Defendant. | Civil Action No.:  1:14-cv-00225-AKH |
|---|---|

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Delta Pilots Association, hereby dismisses this action without prejudice.

No defendant has filed an answer to the complaint or a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: September 30, 2014

        SEHAM, SEHAM, MELTZ & PETERSEN, LLP


      By: */s/ Stanley J. Silverstone*
        Stanley J. Silverstone
        ssilverstone@ssmplaw.com
        Lucas K. Middlebrook
        lmiddlebrook@ssmplaw.com
        445 Hamilton Avenue, Suite 1204
        White Plains, New York 10601
        Tel: (914) 997-1346; Fax: (914) 997-7125

        and

        Nicholas P. Granath, *pro hac vice*
        ngranath@ssmplaw.com
        2915 Wayzata Blvd.
        Minneapolis, MN  55405
        Tel. (612) 341-9080; Fax (612) 341-9079

        *Attorneys for Plaintiff*
        *Delta Pilots Association*