UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
DELTA PILOTS ASSOCIATION, :
:
               Plaintiff, :
: Civil Action No.
       v. : 1:14-CV-00225-AKH
:
JOHN DOE, :
:
             Defendant. :
:
------------------------------------------------------------- x

**EMERGENCY MOTION OF AIR LINE PILOTS ASSOCIATION, INTERNATIONAL TO ENFORCE THE COURT'S PROTECTIVE ORDER OF AUGUST 14-15, 2014**

**PLEASE TAKE NOTICE** that Non-Party Air Line Pilots Association, International ("ALPA"), upon the Memorandum of Law and accompanying affidavits, will move this Court before the Honorable Alvin K. Hellerstein, U.S.D.J., pursuant to Federal Rule of Civil Procedure 71, at the United States Courthouse, Southern District of New York, 500 Pearl Street, Courtroom 14D, New York, New York 10007, on October 8, 2014 at a time to be determined by the Court, for an order enforcing this Court's Protective Order of August 14-15, 2014.

Dated: October 7, 2014
       New York, New York

                                           Respectfully submitted,

                                           */s/ Michael E. Abram*
                                           Michael E. Abram
                                           COHEN, WEISS AND SIMON LLP
                                           330 West 42nd Street
                                           New York, New York 10036-6979
                                           Telephone: (212) 356-0208
                                           Facsimile: (646) 473-8208

                                           Counsel for Air Line Pilots
                                           Association, International

00348952.1