UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
DELTA PILOTS ASSOCIATION, :
                 Plaintiff, :
           v. : Civil Action No.
: 1:14-CV-00225-AKH
JOHN DOE, :
                 Defendant. :
:
---------------------------------------------------------------- x

## (PROPOSED) ORDER ENFORCING THE COURT'S PROTECTIVE ORDER OF AUGUST 14-15, 2014

WHEREAS, pursuant to Rule 71 of the Federal Rules of Civil Procedure, Air Line Pilots Association, International, ("ALPA") has moved to enforce the Court's Protective Order of August 14-15, 2014; and

WHEREAS, the Court has considered all the pleadings and arguments presented by all the parties in connection with that motion; and

WHEREAS the Court finds that just cause exists for the granting of such motion;

NOW, THEREFORE, it is hereby ORDERED that:

(1) Delta Pilot Association ("DPA") and its counsel shall comply with the August 14-15, 2014 Protective Order,

(2) DPA shall pay to ALPA the attorneys' fees and costs that it incurred in its communications with DPA counsel attempting to secure compliance, in preparing and filing the instant motion and memorandum, and in any further proceedings on this motion.

Dated: October 8, 2014
       New York, New York

- 2 -

_____<br>U.S.D.J.

Presented by:

Michael E. Abram
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

Attorneys for Air Line Pilots
Association, International