UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELTA PILOTS ASSOCIATION,       )
                                )
            Plaintiff,           )
                                )
v.                              )   No. 1:14-cv-00225-AKH
                                )
JOHN DOE,                       )
                                )
            Defendant.           )
_____)

## TABLE OF CONTENTS

Emergency Motion

Proposed Order

Memorandum in Support

Second Declaration of Michael Hanson (October 7, 2014)

    Exhibit 1:   DPA Website Posting

Second Declaration of Arthur Luby (October 7, 2014)

Declaration of Michael Abram

    Exhibit 2:   August 14, 2014 Court Transcript

    Exhibit 3:   Counsel Email Exchange

00348987.1