**From:** Delta Pilots Association <dpa@delta-pilots.org>
**Date:** October 3, 2014 at 2:08:46 PM EDT
**To:** Redacted
**Subject: DPA CREW VAN NEWS - ALPA Whistleblower Speaks**
**Reply-To:** dpa@delta-pilots.org



October 3rd, 2014



QUICK LINKS

authorization card

register online

donate

Redacted,

Your DPA Card has EXPIRED! We are waiting on you to act. You can create the debate by renewing your card. Then you can choose whom you would like to represent you.

We are holding steady at 5810 members (retiring about as many DPA Members as we are gaining each

1

Exhibit 1
Page 1 of 4



## DPA CHECKLIST

1. Always carry the Authorization Card.

2. Recommend the online registration.

3. To renew, simply mail in a new card.

4. Mail new cards and renewals to:

DPA
P.O. Box 17025
Tampa, FL 33682

month). Cards are constantly expiring and being renewed, but about 1,600 expired cards are outstanding. DAL is hiring faster than we are retiring, raising the bar we must surpass. Our goal is 6,100 – 6,500 CURRENT Cards, and that is within our reach if you will help us right now by speaking today with another pilot and handing them a DPA Card to sign on the spot. Help them join or update, either one will push us to a vote.

### DPA SURVEY UPDATE

We have over 1,400 responses and the answers are surprising. Experience the DPA DIFFERENCE by taking our short and simple 2015 Contract Survey and then jump over to the live updating results. If you have already done the survey, thank you! You may revisit the results anytime by going to the DPA Surveys page on our website and clicking on the Live Results link.

CLICK HERE to take the survey and learn how you stack up to your peers on important issues like pay rates and work rules.

### WEBSITE HACKING LAWSUIT UPDATE

On September 29th, DPA voluntarily dismissed the DPA vs JOHN DOE lawsuit in New York Federal Court. We have harvested a great deal of information and have pinpointed key players in the crime. We have offered several opportunities for those involved to take public responsibility and avoid what is about to happen. Those offers have been refused. Anyone directly involved may still

contact the DPA Attorney if their intention is to cooperate. Now, we are moving forward with a new named lawsuit in the home state of one of the key players. Once entered into the public record, all will begin to learn the identities of those involved and what organization they may be affiliated with.

DPA regrets this course of action, but it is necessary to defend our legal right to pursue independent representation and hold those accountable who would break the law to interfere.

**ALPA WHISTLEBLOWER REPORT**

You must take the time to read the linked report below provided by a former ALPA Rep regarding ALPA National failure to represent and interference in contract negotiations. The ALPA National president and his legal staff are implicated in the worst performance on Capitol Hill we have ever seen. "What about our voice on Capitol Hill?" Read this report and you will want no part of it.

CLICK HERE to read the report.

We need your efforts to collect cards and generous donations to keep pressing forward. Thank you for your support.

**CLICK HERE** to print the Authorization Card.

**CLICK HERE** to make a financial contribution to DPA.

*DP1* Thank you for your support!
Tell another Delta Pilot about our drive for exclusive representation today!

4

Exhibit 1
Page 4 of 4