# EXHIBIT 3

2-A

## Michael E. Abram

| | |
|---|---|
| **From:** | Michael E. Abram |
| **Sent:** | Monday, October 06, 2014 10:30 AM |
| **To:** | Stanley Silverstone (ssilverstone@ssmplaw.com) |
| **Cc:** | Jim Lobsenz; Art Luby (arthur.luby@alpa.org) |
| **Subject:** | Delta Pilots Association v. John Doe |

Dear Mr. Silverstone:

I write concerning a recent "Website Hacking Lawsuit Update" by DPA, in which DPA states as follows:

> On September 29th, DPA voluntarily dismissed the DPA vs JOHN DOE lawsuit in New York Federal Court. We have harvested a great deal of information and have pinpointed key players in the crime. We have offered several opportunities for those involved to take public responsibility and avoid what is about to happen. Those offers have been refused. Anyone directly involved may still contact the DPA Attorney if their intention is to cooperate. Now, we are moving forward with a new named lawsuit in the home state of one of the key players. Once entered into the public record, all will begin to learn the identities of those involved and what organization they may be affiliated with.

I remind you that the Court's protective order of August 14, 2014 – to which DPA agreed -- remains in effect and bars DPA from publicly disclosing the identity of the individual identified privately during the August 14 hearing.

Please confirm that neither DPA, nor you or Mr. Caplinger, has disclosed, and that none of you will disclose, the identity of that individual.

COHEN
WEISS
SIMON LLP

**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel:  212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com  |  www.cwsny.com

1

2 - B

## Michael E. Abram

| From: | Michael E. Abram |
|---|---|
| Sent: | Monday, October 06, 2014 2:31 PM |
| To: | Stanley Silverstone (ssilverstone@ssmplaw.com) |
| Cc: | Jim Lobsenz; Art Luby (arthur.luby@alpa.org) |
| Subject: | Delta Pilots Association v. John Doe |

Mr. Silverstone:

Not having heard from you in response to my email this morning, I called you. Based on that conversation, I take it that DPA believes that it can sue, in a district other than the SDNY, the individual whose name ALPA disclosed to you under the wraps of Judge Hellerstein's agreed confidentiality order, doing so without permission from Judge Hellerstein, because DPA dismissed the first action and, therefore, Judge Hellerstein has no further say in the matter.

With this audacious forum-evading and order-evading proposition, ALPA does not agree. That being so, ALPA will have no choice but to return to Judge Hellerstein for further protection.

You have confirmed to me that DPA will not be filing its proposed lawsuit over the next "48 hours." As I stated, I expect confirmation from you no later than tomorrow that DPA will not disclose the identity of the individual without permission from Judge Hellerstein. Failing that, ALPA will have no choice but to seek emergency protection that will include proposed relief against DPA and its counsel.

COHEN
WEISS
SIMON LLP

**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel: 212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com | www.cwsny.com

**From:** Michael E. Abram
**Sent:** Monday, October 06, 2014 10:30 AM
**To:** Stanley Silverstone (ssilverstone@ssmplaw.com)
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** Delta Pilots Association v. John Doe

Dear Mr. Silverstone:

I write concerning a recent "Website Hacking Lawsuit Update" by DPA, in which DPA states as follows:

> On September 29th, DPA voluntarily dismissed the DPA vs JOHN DOE lawsuit in New York Federal Court. We have harvested a great deal of information and have pinpointed key players in the crime. We have offered several opportunities for those involved to take public responsibility and avoid what is about to happen. Those offers have been refused. Anyone directly involved may still contact the DPA Attorney if their intention is to cooperate. Now, we are moving forward with a new named lawsuit in the home state of one of the key players. Once entered into the public record, all will begin to learn the identities of those involved and what organization they may be affiliated with.

I remind you that the Court's protective order of August 14, 2014 – to which DPA agreed -- remains in effect and bars DPA from publicly disclosing the identity of the individual identified privately during the August 14 hearing.

1

Please confirm that neither DPA, nor you or Mr. Caplinger, has disclosed, and that none of you will disclose, the identity of that individual.

 **Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel:  212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com  |  www.cwsny.com

**Michael E. Abram**

---

| | |
|---|---|
| **From:** | Stanley Silverstone <ssilverstone@ssmplaw.com> |
| **Sent:** | Monday, October 06, 2014 4:52 PM |
| **To:** | Michael E. Abram |
| **Subject:** | RE: Delta Pilots Association v. John Doe |

Dear Mr. Abram:

Your email comes as a surprise because nothing in what you quote from the "Website Hacking Lawsuit Update" discloses the name of the individual who confessed his involvement in the hacking to ALPA in correspondence which ALPA unsuccessfully sought to conceal. In fact, the "Update" shows that DPA has complied in all respects with the confidentiality agreement in the action that is now over. That agreement provided for confidentiality of the individual's identity until we choose to name him as a party. We dismissed the action in NY because NY does not have personal jurisdiction over this individual. Your position that DPA cannot sue in the state that has personal jurisdiction without approval of the NY court (which does not have any jurisdiction) is patently absurd.

Please let us know whether you will be representing this individual for all purposes, and whether you will accept service of process on his behalf.

---

Stanley J. Silverstone
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Tel: (914) 997-1346
Fax: (914) 997-7125
Email: ssilverstone@ssmplaw.com
Website: www.ssmplaw.com

---

PRIVILEGED AND CONFIDENTIAL INFORMATION
This email transmission is intended only for the use of the individual(s) herein named, and may contain confidential and/or legally privileged information from SEHAM, SEHAM, MELTZ & PETERSEN, LLP. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email/file document is strictly prohibited. If you have received this mail/file document in error, please notify us by telephone so that we can arrange for the return of the document to us at no cost.

**From:** Michael E. Abram [mailto:mabram@cwsny.com]
**Sent:** Monday, October 06, 2014 10:30 AM
**To:** Stanley Silverstone (ssilverstone@ssmplaw.com)
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** Delta Pilots Association v. John Doe

Dear Mr. Silverstone:

I write concerning a recent "Website Hacking Lawsuit Update" by DPA, in which DPA states as follows:

On September 29th, DPA voluntarily dismissed the DPA vs JOHN DOE lawsuit in New York Federal Court. We have harvested a great deal of information and have pinpointed key players in the crime. We have offered several opportunities for those involved to take public responsibility and avoid what is about to happen. Those offers have been refused. Anyone directly involved may still contact the DPA Attorney if their intention is to

cooperate.  Now, we are moving forward with a new named lawsuit in the home state of one of the key players.  Once entered into the public record, all will begin to learn the identities of those involved and what organization they may be affiliated with.

I remind you that the Court's protective order of August 14, 2014 – to which DPA agreed -- remains in effect and bars DPA from publicly disclosing the identity of the individual identified privately during the August 14 hearing.

Please confirm that neither DPA, nor you or Mr. Caplinger, has disclosed, and that none of you will disclose, the identity of that individual.

COHEN
WEISS
SIMON
LLP

**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel:  212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com  |  www.cwsny.com

Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This E-Mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.

*2- D*

## Michael E. Abram

| | |
|---|---|
| **From:** | Michael E. Abram |
| **Sent:** | Monday, October 06, 2014 5:37 PM |
| **To:** | 'Stanley Silverstone' |
| **Cc:** | Jim Lobsenz; Art Luby (arthur.luby@alpa.org) |
| **Subject:** | RE: Delta Pilots Association v. John Doe |

Dear Mr. Silverstone:

First, the individual to whom you refer did not "confess[] his involvement with hacking."

Second, you are quite incorrect in your assertion that the in-Court "agreement provided for confidentiality of the individual's identity until we choose to name him as a party."

To the contrary, in the August 14 conference, the Court stated,

> THE COURT: I think we have agreement. You can see the name. Mr. Abram will give it to you. Not on the record, but he will give it to you, write it on a piece of paper and give it to you. You will honor the confidentiality. You and Mr. Caplinger will honor the confidentiality <u>until such time as I grant you permission to change the name of the caption or there is a stipulation to that effect, which I shouldn't think would be withheld.</u> Until then, you keep it quiet. All right, agreed?

You stated, in response,

> It's agreed, your Honor.

The Court provided DPA multiple extensions, finally until September 30, to amend its complaint to name the so-called "John Doe" or dismiss the case without prejudice.  This was not an invitation for DPA to act as if the confidentiality restriction did not exist simply because DPA dismissed the case.  DPA and its counsel gave the Court a solemn undertaking, relied on by the Court and by ALPA; we expect DPA and its counsel to honor that undertaking and if you and DPA cannot promptly commit to doing so, we will ask the Court to require it and to provide such other relief as the Court deems appropriate.



**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel:  212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com | www.cwsny.com

**From:** Stanley Silverstone [mailto:ssilverstone@ssmplaw.com]
**Sent:** Monday, October 06, 2014 4:52 PM
**To:** Michael E. Abram
**Subject:** RE: Delta Pilots Association v. John Doe

Dear Mr. Abram:

Your email comes as a surprise because nothing in what you quote from the "Website Hacking Lawsuit Update" discloses the name of the individual who confessed his involvement in the hacking to ALPA in correspondence which ALPA unsuccessfully sought to conceal. In fact, the "Update" shows that DPA has complied in all respects with the confidentiality agreement in the action that is now over. That agreement provided for confidentiality of the individual's identity until we choose to name him as a party. We dismissed the action in NY because NY does not have personal jurisdiction over this individual. Your position that DPA cannot sue in the state that has personal jurisdiction without approval of the NY court (which does not have any jurisdiction) is patently absurd.

Please let us know whether you will be representing this individual for all purposes, and whether you will accept service of process on his behalf.

_____

Stanley J. Silverstone
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Tel: (914) 997-1346
Fax: (914) 997-7125
Email: ssilverstone@ssmplaw.com
Website: www.ssmplaw.com
_____

PRIVILEGED AND CONFIDENTIAL INFORMATION
This email transmission is intended only for the use of the individual(s) herein named, and may contain confidential and/or legally privileged information from SEHAM, SEHAM, MELTZ & PETERSEN, LLP. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email/file document is strictly prohibited. If you have received this mail/file document in error, please notify us by telephone so that we can arrange for the return of the document to us at no cost.

**From:** Michael E. Abram [mailto:mabram@cwsny.com]
**Sent:** Monday, October 06, 2014 10:30 AM
**To:** Stanley Silverstone (ssilverstone@ssmplaw.com)
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** Delta Pilots Association v. John Doe

Dear Mr. Silverstone:

I write concerning a recent "Website Hacking Lawsuit Update" by DPA, in which DPA states as follows:

> On September 29th, DPA voluntarily dismissed the DPA vs JOHN DOE lawsuit in New York Federal Court. We have harvested a great deal of information and have pinpointed key players in the crime. We have offered several opportunities for those involved to take public responsibility and avoid what is about to happen. Those offers have been refused. Anyone directly involved may still contact the DPA Attorney if their intention is to cooperate. Now, we are moving forward with a new named lawsuit in the home state of one of the key players. Once entered into the public record, all will begin to learn the identities of those involved and what organization they may be affiliated with.

I remind you that the Court's protective order of August 14, 2014 – to which DPA agreed -- remains in effect and bars DPA from publicly disclosing the identity of the individual identified privately during the August 14 hearing.

Please confirm that neither DPA, nor you or Mr. Caplinger, has disclosed, and that none of you will disclose, the identity of that individual.

COHEN
WEISS
SIMON LLP

**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel:  212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com  |  www.cwsny.com

Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This E-Mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.

2-E

**Michael E. Abram**

| | |
|---|---|
| **From:** | Michael E. Abram |
| **Sent:** | Tuesday, October 07, 2014 10:01 AM |
| **To:** | 'Stanley Silverstone' |
| **Cc:** | Jim Lobsenz; Art Luby (arthur.luby@alpa.org) |
| **Subject:** | RE: Delta Pilots Association v. John Doe |

Mr. Silverstone,

Further in response to your email yesterday afternoon, I wish to make clear that neither my firm nor any lawyer employed by ALPA represents the individual to whom you refer purposes of any litigation that DPA intends to bring against that individual.

In the meantime, I once again request your confirmation that DPA will not disclose the name of the individual without adherence to the protective order imposed by Judge Hellerstein.

COHEN   **Michael E. Abram**
WEISS    330 West 42nd Street
SIMON    New York, NY 10036-6979
            Tel: 212.356.0208
            Fax: 646.473.8208
            Cell: 917.592.7453

mabram@cwsny.com | www.cwsny.com

**From:** Michael E. Abram
**Sent:** Monday, October 06, 2014 5:37 PM
**To:** 'Stanley Silverstone'
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** RE: Delta Pilots Association v. John Doe

Dear Mr. Silverstone:

First, the individual to whom you refer did not "confess[] his involvement with hacking."

Second, you are quite incorrect in your assertion that the in-Court "agreement provided for confidentiality of the individual's identity until we choose to name him as a party."

To the contrary, in the August 14 conference, the Court stated,

> THE COURT: I think we have agreement. You can see the name. Mr. Abram will give it to you. Not on the record, but he will give it to you, write it on a piece of paper and give it to you. You will honor the confidentiality. You and Mr. Caplinger will honor the confidentiality <u>until such time as I grant you permission to change the name of the caption or there is a stipulation to that effect, which I shouldn't think would be withheld.</u> Until then, you keep it quiet. All right, agreed?

You stated, in response,

> It's agreed, your Honor.

The Court provided DPA multiple extensions, finally until September 30, to amend its complaint to name the so-called "John Doe" or dismiss the case without prejudice. This was not an invitation for DPA to act as if the confidentiality restriction did not exist simply because DPA dismissed the case. DPA and its counsel gave the Court a solemn undertaking, relied on by the Court and by ALPA; we expect DPA and its counsel to honor that undertaking and if you and DPA cannot promptly commit to doing so, we will ask the Court to require it and to provide such other relief as the Court deems appropriate.

COHEN  **Michael E. Abram**
WEISS  330 West 42nd Street
SIMON  New York, NY 10036-6979
LLP    Tel:  212.356.0208
       Fax: 646.473.8208
       Cell: 917.592.7453

mabram@cwsny.com  |  www.cwsny.com

**From:** Stanley Silverstone [mailto:ssilverstone@ssmplaw.com]
**Sent:** Monday, October 06, 2014 4:52 PM
**To:** Michael E. Abram
**Subject:** RE: Delta Pilots Association v. John Doe

Dear Mr. Abram:

Your email comes as a surprise because nothing in what you quote from the "Website Hacking Lawsuit Update" discloses the name of the individual who confessed his involvement in the hacking to ALPA in correspondence which ALPA unsuccessfully sought to conceal. In fact, the "Update" shows that DPA has complied in all respects with the confidentiality agreement in the action that is now over. That agreement provided for confidentiality of the individual's identity until we choose to name him as a party. We dismissed the action in NY because NY does not have personal jurisdiction over this individual. Your position that DPA cannot sue in the state that has personal jurisdiction without approval of the NY court (which does not have any jurisdiction) is patently absurd.

Please let us know whether you will be representing this individual for all purposes, and whether you will accept service of process on his behalf.

_____

Stanley J. Silverstone
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Tel: (914) 997-1346
Fax: (914) 997-7125
Email: ssilverstone@ssmplaw.com
Website: www.ssmplaw.com

_____

PRIVILEGED AND CONFIDENTIAL INFORMATION
This email transmission is intended only for the use of the individual(s) herein named, and may contain confidential and/or legally privileged information from SEHAM, SEHAM, MELTZ & PETERSEN, LLP. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this

email/file document is strictly prohibited. If you have received this mail/file document in error, please notify us by telephone so that we can arrange for the return of the document to us at no cost.

**From:** Michael E. Abram [mailto:mabram@cwsny.com]
**Sent:** Monday, October 06, 2014 10:30 AM
**To:** Stanley Silverstone (ssilverstone@ssmplaw.com)
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** Delta Pilots Association v. John Doe

Dear Mr. Silverstone:

I write concerning a recent "Website Hacking Lawsuit Update" by DPA, in which DPA states as follows:

> On September 29th, DPA voluntarily dismissed the DPA vs JOHN DOE lawsuit in New York Federal Court. We have harvested a great deal of information and have pinpointed key players in the crime. We have offered several opportunities for those involved to take public responsibility and avoid what is about to happen. Those offers have been refused. Anyone directly involved may still contact the DPA Attorney if their intention is to cooperate. Now, we are moving forward with a new named lawsuit in the home state of one of the key players. Once entered into the public record, all will begin to learn the identities of those involved and what organization they may be affiliated with.

I remind you that the Court's protective order of August 14, 2014 – to which DPA agreed -- remains in effect and bars DPA from publicly disclosing the identity of the individual identified privately during the August 14 hearing.

Please confirm that neither DPA, nor you or Mr. Caplinger, has disclosed, and that none of you will disclose, the identity of that individual.

COHEN
WEISS
SIMON LLP

**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
  Tel: 212.356.0208
  Fax: 646.473.8208
  Cell: 917.592.7453
mabram@cwsny.com | www.cwsny.com

Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This E-Mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the

3

people specified in the previous sentence, please delete this e-mail and its attachments and notify me.

2-f

**Michael E. Abram**

| | |
|---|---|
| **From:** | Stanley Silverstone <ssilverstone@ssmplaw.com> |
| **Sent:** | Tuesday, October 07, 2014 11:34 AM |
| **To:** | Michael E. Abram |
| **Subject:** | RE: Delta Pilots Association v. John Doe |

We are conferring with our client and will get back to you shortly.

**From:** Michael E. Abram [mailto:mabram@cwsny.com]
**Sent:** Tuesday, October 07, 2014 10:01 AM
**To:** Stanley Silverstone
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** RE: Delta Pilots Association v. John Doe

Mr. Silverstone,

Further in response to your email yesterday afternoon, I wish to make clear that neither my firm nor any lawyer employed by ALPA represents the individual to whom you refer purposes of any litigation that DPA intends to bring against that individual.

In the meantime, I once again request your confirmation that DPA will not disclose the name of the individual without adherence to the protective order imposed by Judge Hellerstein.

COHEN
WEISS
SIMON

**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel: 212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com | www.cwsny.com

**From:** Michael E. Abram
**Sent:** Monday, October 06, 2014 5:37 PM
**To:** 'Stanley Silverstone'
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** RE: Delta Pilots Association v. John Doe

Dear Mr. Silverstone:

First, the individual to whom you refer did not "confess[] his involvement with hacking."

Second, you are quite incorrect in your assertion that the in-Court "agreement provided for confidentiality of the individual's identity until we choose to name him as a party."

To the contrary, in the August 14 conference, the Court stated,

> THE COURT: I think we have agreement. You can see the name. Mr. Abram will give it to you. Not on the record, but he will give it to you, write it on a piece of paper and give it to you. You will honor the confidentiality. You and Mr. Caplinger will honor the confidentiality until such

<u>time as I grant you permission to change the name of the caption or there is a stipulation to that
effect, which I shouldn't think would be withheld.</u> Until then, you keep it quiet. All right, agreed?

You stated, in response,

     It's agreed, your Honor.

The Court provided DPA multiple extensions, finally until September 30, to amend its complaint to
name the so-called "John Doe" or dismiss the case without prejudice. This was not an invitation for
DPA to act as if the confidentiality restriction did not exist simply because DPA dismissed the
case. DPA and its counsel gave the Court a solemn undertaking, relied on by the Court and by ALPA;
we expect DPA and its counsel to honor that undertaking and if you and DPA cannot promptly commit
to doing so, we will ask the Court to require it and to provide such other relief as the Court deems
appropriate.



**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel: 212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com | www.cwsny.com

**From:** Stanley Silverstone [mailto:ssilverstone@ssmplaw.com]
**Sent:** Monday, October 06, 2014 4:52 PM
**To:** Michael E. Abram
**Subject:** RE: Delta Pilots Association v. John Doe

Dear Mr. Abram:

Your email comes as a surprise because nothing in what you quote from the "Website Hacking
Lawsuit Update" discloses the name of the individual who confessed his involvement in the
hacking to ALPA in correspondence which ALPA unsuccessfully sought to conceal. In fact, the
"Update" shows that DPA has complied in all respects with the confidentiality agreement in the
action that is now over. That agreement provided for confidentiality of the individual's identity
until we choose to name him as a party. We dismissed the action in NY because NY does not
have personal jurisdiction over this individual. Your position that DPA cannot sue in the state
that has personal jurisdiction without approval of the NY court (which does not have any
jurisdiction) is patently absurd.

Please let us know whether you will be representing this individual for all purposes, and whether
you will accept service of process on his behalf.

———————————————————————

Stanley J. Silverstone
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Tel: (914) 997-1346
Fax: (914) 997-7125
Email: ssilverstone@ssmplaw.com

2

Website: www.ssmplaw.com

PRIVILEGED AND CONFIDENTIAL INFORMATION
This email transmission is intended only for the use of the individual(s) herein named, and may contain confidential and/or legally privileged information from SEHAM, SEHAM, MELTZ & PETERSEN, LLP. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email/file document is strictly prohibited. If you have received this mail/file document in error, please notify us by telephone so that we can arrange for the return of the document to us at no cost.

**From:** Michael E. Abram [mailto:mabram@cwsny.com]
**Sent:** Monday, October 06, 2014 10:30 AM
**To:** Stanley Silverstone (ssilverstone@ssmplaw.com)
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** Delta Pilots Association v. John Doe

Dear Mr. Silverstone:

I write concerning a recent "Website Hacking Lawsuit Update" by DPA, in which DPA states as follows:

> On September 29th, DPA voluntarily dismissed the DPA vs JOHN DOE lawsuit in New York Federal Court. We have harvested a great deal of information and have pinpointed key players in the crime. We have offered several opportunities for those involved to take public responsibility and avoid what is about to happen. Those offers have been refused. Anyone directly involved may still contact the DPA Attorney if their intention is to cooperate. Now, we are moving forward with a new named lawsuit in the home state of one of the key players. Once entered into the public record, all will begin to learn the identities of those involved and what organization they may be affiliated with.

I remind you that the Court's protective order of August 14, 2014 – to which DPA agreed -- remains in effect and bars DPA from publicly disclosing the identity of the individual identified privately during the August 14 hearing.

Please confirm that neither DPA, nor you or Mr. Caplinger, has disclosed, and that none of you will disclose, the identity of that individual.



**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel:  212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453
mabram@cwsny.com  |  www.cwsny.com

Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to

avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This E-Mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.

2 G

## Michael E. Abram

| | |
|---|---|
| **From:** | Michael E. Abram |
| **Sent:** | Tuesday, October 07, 2014 2:16 PM |
| **To:** | 'Stanley Silverstone' |
| **Cc:** | Jim Lobsenz; Art Luby (arthur.luby@alpa.org); Evan R. Hudson-Plush |
| **Subject:** | Delta Pilots Association v. John Doe |

Mr. Silverstone,

As you know, it's been over 2 ½ hours since you advised me that you are conferring with DPA and that you would "get back to [me] shortly." Hearing nothing further, we are nearly at the point of being required to assume that DPA has no intention of providing ALPA its commitment to honor the terms of the protective order and that DPA will shortly file a lawsuit against the individual in question.

The courtesy of your follow-up message is requested.

COHEN
WEISS
SIMON
LLP

**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel: 212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com | www.cwsny.com

> **From:** Stanley Silverstone [mailto:ssilverstone@ssmplaw.com]
> **Sent:** Tuesday, October 07, 2014 11:34 AM
> **To:** Michael E. Abram
> **Subject:** RE: Delta Pilots Association v. John Doe
>
> We are conferring with our client and will get back to you shortly.

> **From:** Michael E. Abram [mailto:mabram@cwsny.com]
> **Sent:** Tuesday, October 07, 2014 10:01 AM
> **To:** Stanley Silverstone
> **Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
> **Subject:** RE: Delta Pilots Association v. John Doe
>
> Mr. Silverstone,
>
> Further in response to your email yesterday afternoon, I wish to make clear that neither my firm nor any lawyer employed by ALPA represents the individual to whom you refer purposes of any litigation that DPA intends to bring against that individual.
>
> In the meantime, I once again request your confirmation that DPA will not disclose the name of the individual without adherence to the protective order imposed by Judge Hellerstein.
>
> COHEN
> WEISS
> SIMON
> LLP
>
> **Michael E. Abram**
> 330 West 42nd Street
> New York, NY 10036-6979
> Tel: 212.356.0208

1

Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com | www.cwsny.com

**From:** Michael E. Abram
**Sent:** Monday, October 06, 2014 5:37 PM
**To:** 'Stanley Silverstone'
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** RE: Delta Pilots Association v. John Doe

Dear Mr. Silverstone:

First, the individual to whom you refer did not "confess[] his involvement with hacking."

Second, you are quite incorrect in your assertion that the in-Court "agreement provided for confidentiality of the individual's identity until we choose to name him as a party."

To the contrary, in the August 14 conference, the Court stated,

> THE COURT: I think we have agreement. You can see the name. Mr. Abram will give it to you. Not on the record, but he will give it to you, write it on a piece of paper and give it to you. You will honor the confidentiality. You and Mr. Caplinger will honor the confidentiality <u>until such time as I grant you permission to change the name of the caption or there is a stipulation to that effect, which I shouldn't think would be withheld.</u> Until then, you keep it quiet. All right, agreed?

You stated, in response,

> It's agreed, your Honor.

The Court provided DPA multiple extensions, finally until September 30, to amend its complaint to name the so-called "John Doe" or dismiss the case without prejudice. This was not an invitation for DPA to act as if the confidentiality restriction did not exist simply because DPA dismissed the case. DPA and its counsel gave the Court a solemn undertaking, relied on by the Court and by ALPA; we expect DPA and its counsel to honor that undertaking and if you and DPA cannot promptly commit to doing so, we will ask the Court to require it and to provide such other relief as the Court deems appropriate.

COHEN
WEISS
SIMON LLP

**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel: 212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com | www.cwsny.com

**From:** Stanley Silverstone [mailto:ssilverstone@ssmplaw.com]
**Sent:** Monday, October 06, 2014 4:52 PM
**To:** Michael E. Abram
**Subject:** RE: Delta Pilots Association v. John Doe

Dear Mr. Abram:

Your email comes as a surprise because nothing in what you quote from the "Website Hacking Lawsuit Update" discloses the name of the individual who confessed his involvement in the hacking to ALPA in correspondence which ALPA unsuccessfully sought to conceal. In fact, the "Update" shows that DPA has complied in all respects with the confidentiality agreement in the action that is now over. That agreement provided for confidentiality of the individual's identity until we choose to name him as a party. We dismissed the action in NY because NY does not have personal jurisdiction over this individual. Your position that DPA cannot sue in the state that has personal jurisdiction without approval of the NY court (which does not have any jurisdiction) is patently absurd.

Please let us know whether you will be representing this individual for all purposes, and whether you will accept service of process on his behalf.

_____

Stanley J. Silverstone
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Tel: (914) 997-1346
Fax: (914) 997-7125
Email: ssilverstone@ssmplaw.com
Website: www.ssmplaw.com

_____
PRIVILEGED AND CONFIDENTIAL INFORMATION
This email transmission is intended only for the use of the individual(s) herein named, and may contain confidential and/or legally privileged information from SEHAM, SEHAM, MELTZ & PETERSEN, LLP. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email/file document is strictly prohibited. If you have received this mail/file document in error, please notify us by telephone so that we can arrange for the return of the document to us at no cost.

**From:** Michael E. Abram [mailto:mabram@cwsny.com]
**Sent:** Monday, October 06, 2014 10:30 AM
**To:** Stanley Silverstone (ssilverstone@ssmplaw.com)
**Cc:** Jim Lobsenz; Art Luby (arthur.luby@alpa.org)
**Subject:** Delta Pilots Association v. John Doe

Dear Mr. Silverstone:

I write concerning a recent "Website Hacking Lawsuit Update" by DPA, in which DPA states as follows:

> On September 29th, DPA voluntarily dismissed the DPA vs JOHN DOE lawsuit in New York Federal Court. We have harvested a great deal of information and have pinpointed key players in the crime. We have offered several opportunities for those involved to take public responsibility and avoid what is about to happen. Those offers have been refused. Anyone directly involved may still

3

contact the DPA Attorney if their intention is to cooperate.  Now, we are moving forward with a new named lawsuit in the home state of one of the key players.  Once entered into the public record, all will begin to learn the identities of those involved and what organization they may be affiliated with.

I remind you that the Court's protective order of August 14, 2014 – to which DPA agreed -- remains in effect and bars DPA from publicly disclosing the identity of the individual identified privately during the August 14 hearing.

Please confirm that neither DPA, nor you or Mr. Caplinger, has disclosed, and that none of you will disclose, the identity of that individual.

COHEN
WEISS
SIMON
LLP

**Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel:  212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com  |  www.cwsny.com

Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This E-Mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.

2 H

**Michael E. Abram**

| | |
|---|---|
| **From:** | Michael E. Abram |
| **Sent:** | Tuesday, October 07, 2014 3:46 PM |
| **To:** | Stanley Silverstone (ssilverstone@ssmplaw.com) |
| **Cc:** | Art Luby (arthur.luby@alpa.org); Jim Lobsenz; Evan R. Hudson-Plush |
| **Subject:** | DPA v. Doe |

| | |
|---|---|
| **Follow Up Flag:** | Copied to Worldox (CWS Files\0003\09507\00348974.MSG) |

Mr. Silverstone:

Having heard nothing from you, ALPA must, as I stated before, assume that DPA intends to sue the individual in question as early as tomorrow morning.  Accordingly, we will be filing this afternoon, and serving on DPA through you, a motion, returnable tomorrow, to enforce the protective order in accordance with Rule 71, F. R. Civ. P.

COHEN
WEISS
SIMON      **Michael E. Abram**
330 West 42nd Street
New York, NY 10036-6979
Tel:  212.356.0208
Fax: 646.473.8208
Cell: 917.592.7453

mabram@cwsny.com  |  www.cwsny.com

1