**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DELTA PILOTS ASSOCIATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-00225-AKH |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIRD DECLARATION OF MICHAEL HANSON**

I, Michael Hanson, declare as follows:

1.      I am a pilot for Delta Airlines, Inc. ("Delta") and am a member of the Air Line Pilots Association, International ("ALPA").  The Delta Master Executive Council ("MEC") is ALPA's highest local coordinating body at Delta.  I am Vice Chairman of the MEC's Strategic Planning Committee at Delta.

2.      I have personal knowledge of the facts set forth in this Declaration.  I offer this Declaration in support of ALPA's Emergency Motion to Enforce the Court's Protective Order of August 14-15, 2014.

3.      Attached hereto as Exhibit 4 is a true and correct copy of an October 7, 2014 posting by Delta pilot Geoffrey Plouffe on the so-called "Chit Chat Forum" frequented by ALPA and DPA supporters.  The forum is accessible by all Delta pilots, including those (like myself) who are not DPA members and who do not directly receive email communications from DPA. This post was a re-posting of the DPA Crew Van News of October 3, 2014, that was attached to my Second Declaration.  Pilot Plouffe frequently has reposted such communications from DPA over the years on the Chit Chat Forum.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2014            By: _____

                                             Michael Hanson

# EXHIBIT 4

# Forum

| Control Panel | Search | Calendar | New Posts | Logout |
|---|---|---|---|---|

Forums > DPA/ALPA Topics > **Lawsuit dismissed?**

Welcome, Michael Hanson
Private Messages: 0 Unread

---

Search This Topic

Reply

| Author | Comment |
|---|---|

**JustMyOpinion**

Senior Member
Registered: Oct 19, 2013
Posts: 2,667

Posted Oct 1                                                    #1

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
DELTA PILOTS ASSOCIATION,
Plaintiff, v.

JOHN DOE,
Defendant.

NOTICE OF DISMISSAL
Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Delta Pilots Association, hereby dismisses this action without prejudice.
No defendant has filed an answer to the complaint or a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.
Dated: September 30, 2014
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
By: /s/ Stanley J. Silverstone
Stanley J. Silverstone ssilverstone@ssmplaw.com
Lucas K. Middlebrook lmiddlebrook@ssmplaw.com
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Tel: (914) 997-1346; Fax: (914) 997-7125
and

---

EXHIBIT 4
Page 1 of 3

John Parker

Capt Kirk

Senior Member
Registered: Nov 6, 2013
Posts: 630

Posted Oct 1                                                    #2

Winner: The lawyers

_____

Kirk Bacon
LAX 7ER A

Geoffrey Plouffe



Senior Member
Registered: Sept 27, 2013
Posts: 7,872

Posted Oct 7                                                    #3

## WEBSITE HACKING LAWSUIT UPDATE

On September 29th, DPA voluntarily dismissed the DPA vs
JOHN DOE lawsuit in New York Federal Court.  We have
harvested a great deal of information and have pinpointed
key players in the crime.  We have offered several
opportunities for those involved to take public responsibility
and avoid what is about to happen.  Those offers have been
refused.  Anyone directly involved may still contact the DPA
Attorney if their intention is to cooperate.  Now, we are
moving forward with a new named lawsuit in the home state
of one of the key players.  Once entered into the public
record, all will begin to learn the identities of those involved
and what organization they may be affiliated with.


DPA regrets this course of action, but it is necessary to
defend our legal right to pursue independent representation
and hold those accountable who would break the law to
interfere.

_____

Geoffrey Plouffe
MSP 7ERB

EXHIBIT 4
Page 2 of 3

Previous Topic   |   Next Topic

Tweet      Like   Share   0                                    Reply

Quick Navigation: | Select a Forum                    ◇

Reply to this topic

[ Add Reply ]   [ More Reply Options ]

EXHIBIT 4
Page 3 of 3