UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DELTA PILOTS ASSOCIATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-00225-AKH |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF LEE ALGER

I, Lee Alger, declare as follows:

1.      I am employed by the Air Line Pilots Association, International ("ALPA") as the Administrative Assistant to the General Manager.  One of the responsibilities of my position is to maintain current copies of ALPA's Constitution and By-Laws.  I have been employed by ALPA since 1995.

2.      Attached hereto as Exhibit 5 is a true and correct copy of Article I, Section 6.B(1-6) of ALPA's Constitution and By-Laws.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2014          By:  _____
                                                                    Lee Alger

1

Exhibit 5

**SECTION 6 – SCOPE OF AUTHORITY AND OBJECTIVES**

A.    SCOPE OF AUTHORITY

(1)    To operate as a nonprofit employee representing association, not for pecuniary gain.

(2)    To purchase, hold, acquire, lease, mortgage and convey real estate and personal property of every kind, nature and description, for the convenient conduct and execution of the Association's business, including the purchasing, leasing and maintaining of equipment, buildings, and improvements which may be necessary, directly or indirectly, in connection with any of the business and objectives of the Association.

(3)    To levy initiation fees, dues, and assessments upon its members to provide the funds with which to carry on the business and objectives of the Association, including the payment of all expenses, emergency or otherwise relating thereto, and to establish an ample basic net worth for the current and future protection of its members.

(4)    To consider and if desirable make mutual benefit affiliations with other employee organizations of local, state, national, or international jurisdiction.

(5)    To do any and all other acts consistent with and in furtherance of the policies and purposes herein declared.

B.    OBJECTIVES

(1)    To provide representation for all members of the airline piloting profession; to promote the interests of that profession; and to safeguard the rights, individually and collectively, of its members.

(2)    To safeguard, with ceaseless vigilance, the safety of scheduled air transportation in recognition of the high degree of public trust, confidence, and responsibility placed on the members.

(3)    To further scheduling with safety in any practical manner.

(4)    To advance and promote the professional image of the airline pilot in the business and educational communities, and with the public at large.

(5)    To establish and exercise the right of collective bargaining for the purposes of making and maintaining employment agreements covering rates of pay, rules, and working conditions for the members of the Association, and to settle promptly disputes and grievances which may arise between such members and their employers.

(6)    To establish fair rates of compensation, maximum hours of employment, and uniform principles of seniority for members of the Association, and to seek the adoption and perpetuation thereof.

(7)    To obtain suitable health, retirement, and disability benefits for all members of the Association through legislation, collective bargaining, and other means.

(8)    To disseminate news in any manner to keep Association members alert and well informed in all matters relating to their profession.

(9)    To provide a means for participation by members of the Association in resolution of issues that affect the piloting profession.

EXHIBIT 5
Page 1 of 2

(10)  To urge, support, and sponsor the passage of legislation and regulations affecting members of the Association which will improve, protect, and increase the safety of their working conditions or otherwise advance their professional interests.

(11)  To develop, administer, and make available to members of the Association services that will provide protection and/or assistance in unforeseen circumstances which may jeopardize their continued employment in the piloting profession.

(12)  To develop, administer and make available to members of the Association benefit programs designed to satisfy specific needs not adequately provided for by their respective employers.

(13)  To participate in or sponsor research in aviation-related matters that will contribute to the advancement of the airline piloting profession.

(14)  To participate in appropriate efforts to preserve, document, and memorialize noteworthy events and achievements in aviation history.

(15)  To provide suitable and effective support services to the Association's officers, representatives, and staff, and to its governing bodies and technical committees.

(16)  To foster an environment that encourages respect for the dignity, the rights, and the human concerns of all members and employees of the Association, and to provide motivation for those individuals to strive for the best of which they are capable.

## SECTION 7 - OFFICERS AND OATH OF OFFICE

A.    The officers of the Association shall be the President of the Association, the First Vice President, the Vice President-Administration/Secretary, and the Vice President-Finance/Treasurer.

B.    After the election of any of the officers of the Association the following oath of office shall be administered by the President of the Association or his designee:

> I hereby pledge on my honor to accept the responsibilities of this office and perform the attendant duties to the best of my ability; to uphold faithfully the Constitution and By-Laws of the Air Line Pilots Association; to comply with and advance the policies of the Association; to bear true allegiance to and uphold the principles of the Air Line Pilots Association and conduct myself and this office in such a manner so as to bring credit to the Association, its members and the airline piloting profession.

## SECTION 8 - ASSOCIATION SEAL

The official seal shall be as shown on the Table of Contents History page.

## SECTION 9 - FISCAL YEAR

The fiscal year shall commence on the first (1st) day of January and expire on the thirty-first (31st) day of December of each year.

## SECTION 10 - BILLS, NOTES, CHECKS, NEGOTIABLE INSTRUMENTS

A.    All bills payable, notes, checks, or other negotiable instruments of the Association shall be made in the name of the Association.

8

EXHIBIT 5
Page 2 of 2