```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

NORTH JERSEY MEDIA GROUP INC.,      :

            Plaintiff,     :

    -against-                    :     12 Civ. 6152 (VM)(KNF)

MARJORIE ADAMS AND JOHN             :
DOE NOS. 2-5, ALL D/B/A
STOOPIDHOUSEWIVES.COM,              :

            Defendants.    :

- - - - - - - - - - - - - - - - - x

### STIPULATION AND PROPOSED ORDER

It is hereby stipulated and agreed by and between the undersigned attorneys for the parties that this action be, and hereby is, transferred to the Western District of Pennsylvania, Pittsburgh Division.

Dated: January 2, 2013

                              DUNNEGAN & SCILEPPI LLC

                              By s/William Dunnegan
                                William Dunnegan (WD9316)
                                wd@dunnegan.com
                                Ella Aiken (EA5861)
                                ea@dunnegan.com
                              Attorneys for Plaintiff
                                North Jersey Media Group Inc.
                            350 Fifth Avenue
                            New York, New York 10118
                            (212) 332-8300

PAGE 03/04                                                                                                                                                                                                                                                                                                                                                                                                                                     01/02/2013 17:26 2123328301

```
                                    THE WEBB LAW FIRM

                                    By s/Anthony Brooks
                                       Anthony W. Brooks (admitted
                                       pro hac vice)
                                       abrooks@webblaw.com
                                       PA I.D. 307445
                                    Attorneys for Defendant
                                       Marjorie Adams
                                    One Gateway Center
                                    420 Ft. Duquesne Blvd.
                                    Suite 1200
                                    Pittsburgh, PA 15222
                                    (412) 471-8815


Dated: New York, New York          SO ORDERED.
       January 2, 2013
                                   _____
                                            Victor Marrero
                                            U.S.D.J.
```