Stanley J. Silverstone
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN DOE,<br><br>                    Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>**PLAINTIFF'S<br>MOTION FOR<br>PROTECTIVE ORDER** |

PLEASE TAKE NOTICE that upon the attached Stipulated Confidentiality Order between plaintiff, Delta Pilots Association, and non-party Squarespace, Inc., plaintiff hereby moves this Court for an order pursuant to Fed. R. Civ. P. 26 and this Court's order of January 28, 2014 (Doc. # 5) that granted leave to take immediate discovery upon third parties, for entry of a protective order in the form of the attached Stipulated Confidentiality Order, and for such other and further relief as the Court deems appropriate.

Dated: May 26, 2015　　　　　SEHAM, SEHAM, MELTZ & PETERSEN, LLP
　　　　　White Plains, NY

　　　　　　　　　　　　　　By: */s/ Stanley J. Silverstone*
　　　　　　　　　　　　　　　　Stanley J. Silverstone, Esq.
　　　　　　　　　　　　　　　　ssilverstone@ssmplaw.com
　　　　　　　　　　　　　　　　Lucas K. Middlebrook, Esq.
　　　　　　　　　　　　　　　　lmiddlebrook@ssmplaw.com
　　　　　　　　　　　　　　　　445 Hamilton Avenue, Suite 1204
　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　Tel: (914) 997-1346
　　　　　　　　　　　　　　　　Fax: (914) 997-7125

　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　Nicholas Granath, Esq. *pro hac vice*
　　　　　　　　　　　　　　　　ngranath@ssmplaw.com
　　　　　　　　　　　　　　　　2915 Wayzata Blvd.
　　　　　　　　　　　　　　　　Minneapolis, MN 55405
　　　　　　　　　　　　　　　　Tel. (612) 341-9080
　　　　　　　　　　　　　　　　Fax (612) 341-9079

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*