# SEHAM, SEHAM, MELTZ & PETERSEN, LLP

ATTORNEYS AT LAW
Minneapolis, Minnesota Office:
2915 Wayzata Blvd.
Minneapolis, Minnesota 55405
Tel. 612 341-9080 • Fax 612 341-9079
Sender's E-mail: ngranath@ssmplaw.com

January 27, 2016

Hon. Alvin K. Hellerstein, United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Matter:    *Delta Pilots Asc. v. John Doe*, Civil Action No.: 1:14-cv-00225-AKH

Your Honor:

    Plaintiff in the above-cited matter filed a sealed motion (Docket No. 44) on January 29 of last year.  This sealed motion has not been ruled upon to date.  Pursuant to Your Honor's individual rules regarding communication with the Court (there is no defendant or opposing counsel in this matter), through this letter I respectfully inquire as to the status of the motion.

    I can be reached at (612) 341-9080.  Thank you.

                              Sincerely,

                            ***/s/ Nicholas Granath***

                            Nicholas Granath, Esq.