UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

DELTA PILOTS ASSOCIATION,

                   Plaintiff,

  -against-

JOHN DOE,

                   Defendants.

-------------------------------------------------------------- X

**ORDER GRANTING PLAINTIFF'S SEALED MOTION TO AMEND COMPLAINT**

14 Civ. 225 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Plaintiff's sealed motion is granted. Plaintiffs have leave to file an amended complaint, adding Russell C. Melvin as a party defendant, and dropping the unidentified name "John Doe."

    Henceforth, beginning with this order, the case is unsealed. The Clerk shall issue a summons for service upon Russell C. Melvin.

SO ORDERED.

Dated:    New York, New York
            Oct. 20, 2016

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge