UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br>    a labor organization<br>    incorporated in Florida<br>                    Plaintiff<br>v.<br>RUSSELL C. MELVIN,<br>    an individual<br>                    Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>**NOTICE OF APPEARNACE** |

PLEASE TAKE NOTICE that the undersigned counsel appears as counsel on behalf of plaintiff Delta Pilots Association, is admitted to this Court, and files this Notice so as to receive e-mail notification through the ECF system of all future filings at lseham@ssmplaw.com.

Dated:       White Plains, New York
             October 26, 2016

                            By: */s/ Lee Seham*
                                Lee Seham, Esq.
                                lseham@ssmplaw.com
                                Lucas K. Middlebrook, Esq.
                                lmiddlebrook@ssmplaw.com
                                SEHAM, SEHAM, MELTZ & PETERSEN, LLP
                                199 Main Street, Seventh Floor
                                White Plains, NY 1060
                                Tel: (914) 997-1346; Fax: (914) 997-7125