# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| DELTA PILOTS ASSOCIATION<br>*Plaintiff*<br>v.<br>RUSSEL C. MELVIN<br>*Defendant* | ) ) ) ) ) | Case No.   1:14-cv-00225-AKH |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, DELTA PILOTS ASSOCIATION

Date:   10/28/2016

*Attorney's signature*

Elizabeth Tonne-Daims, LT4207
*Printed name and bar number*

Seham, Seham, Meltz & Petersen, LLP
199 Main St. 7th Floor
White Plains, NY 10601

*Address*

ltonnedaims@ssmplaw.com
*E-mail address*

(914) 997-1346
*Telephone number*

(914) 997-7125
*FAX number*