AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Delta Pilots Association

*Plaintiff(s)*

v.

Civil Action No. 14-cv-00225-AKH

John Doe

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Russell C. Melvin
    7050 Corsica Drive
    Germantown, Tennessee 38138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Lucas Middlebrook, Esq.
    199 Main St. 7th Floor
    White Plains, NY 10601
    (914) 997-1346

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/26/2016

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

10-31
Moved to Nashville
per new owner 1 month
8:20pm

RussellCMevlin.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-00225-AKH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Russell C. Melvin
was received by me on *(date)* 10-28-16.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because Moved per Sain residence ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 10-31-16

Server's signature

Gabe Tranum PPS
Printed name and title

5240 Mendenhall Park Place, Memphis TN 38115
Server's address

Additional information regarding attempted service, etc: