AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| DELTA PILOTS ASSOCIATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-cv-00225-AKH |
| RUSSEL C. MELVIN ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, DELTA PILOTS ASSOCIATION

Date:   11/08/2016

/s/ Lee Seham
*Attorney's signature*

Lee Seham, LS3245
*Printed name and bar number*

Seham, Seham, Meltz & Petersen, LLP
199 Main St. 7th Floor
White Plains, NY 10601
*Address*

ssmpls@aol.com
*E-mail address*

(914) 997-1346
*Telephone number*

(914) 997-7125
*FAX number*