UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DELTA PILOTS ASSOCIATION,

                                  Plaintiff,      **NOTICE OF MOTION**

                                                     Docket No. 1:14-CV-00225-AKH
     -against-

RUSSELL C. MELVIN,

                                Defendant.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Russell C. Melvin, by an through his undersigned attorneys, shall move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse for the Southern District of New York, 500 Pearl St, New York, New York, 10007, on such day and time as counsel may be heard, for an Order dismissing the entire Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted and on statute of limitations grounds. In support, Defendant files the accompanying Memorandum of Law.

      PLEASE TAKE FURTHER NOTICE that you must serve and file your answering papers, if any, on or before December 27, 2016. Defendant shall serve and file his reply papers, if any, on or before January 3, 2017.

Dated: December 13, 2016
       New York, New York

                                                                                LEVY RATNER, P.C.

                                                      /s/

By:    Dana Lossia
         *Attorneys for Defendant*
         80 Eighth Avenue Floor 8
         New York, New York 10011
         (212) 627-8100
         (212) 627-8182 (fax)

762-000-00001: 10746024.doc