AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| DELTA PILOTS ASSOCIATION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:14-cv-00225-AKH |
| RUSSEL C. MELVIN | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff DELTA PILOTS ASSOCIATION.

Date: 12/16/2016

/s/ George Diamantopoulos
*Attorney's signature*

George Diamantopoulos, GD1122
*Printed name and bar number*

SEHAM, SEHAM, MELTZ & PETERSEN, LLP
199 Main Street, 7th Floor
White Plains, NY 10601

*Address*

gdiaman@ssmplaw.com
*E-mail address*

(914) 997-1346
*Telephone number*

(914) 997-7125
*FAX number*