UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>                          Plaintiff<br><br>     v.<br><br>RUSSELL C. MELVIN,<br><br><br>                          Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br><br><br>**NOTICE OF MOTION AND MOTION<br>FOR WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern District of New York, I , Elizabeth Tonne-Daims, attorney for Plaintiff Delta Pilots Association in the above-entitled action, hereby withdraw as an attorney of record as I am leaving Seham, Seham, Meltz & Petersen, LLP for another firm. Lee Seham, Lucas Middlebrook, George Diamantopoulos and Nicholas Granath will continue to serve as counsel of record to Plaintiff in the above referenced matter. Our client Delta Pilots Association has been notified of my withdrawal by and through its president Tim Caplinger. The most recent procedural posture of the case is a motion to dismiss filed by counsel for Defendant Russel C. Melvin, filed through the ECF filing system with this Court on December 13, 2016, ECF Document Nos. 67 and 68, responses due December 27, 2016. I hereby request an order removing my name and email address from the case's official docket.

Dated:     White Plains, New York          Respectfully submitted,
                <u>December 19, 2016</u>


                                    By*:*     */s/ Elizabeth Tonne-Daims*
                                               Elizabeth Tonne-Daims
                                               ltonnedaims@ssmplaw.com
                                               Lee Seham, Esq.
                                               lseham@ssmplaw.com

Lucas K. Middlebrook, Esq.
lmiddlebrook@ssmplaw.com
George Diamantopoulos, Esq.
gdiaman@ssmplaw.com
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
199 Main Street, Seventh Floor
White Plains, NY 1060
Tel: (914) 997-1346; Fax: (914) 997-7125

and

Nicholas P. Granath, Esq. *pro hac vice*
ngranath@ssmplaw.com
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
2915 Wayzata Blvd.
Minneapolis, MN  55405
Tel. (612) 341-9080; Fax (612) 341-9079

*Attorneys for Plaintiff, Delta Pilots Association*

## **CERTIFICATE OF SERVICE**

The undersigned states that on this 19th day of December, 2016, a copy of the foregoing Notice of Withdrawal of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses of all counsel of record in this action.

/s/ *Elizabeth Tonne-Daims*
Elizabeth Tonne-Daims