UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>               Plaintiff,<br>   v.<br><br>RUSSELL C. MELVIN,<br><br>               Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>[proposed]<br><br>**ORDER** |

This matter, having come before this Court on "Plaintiff's Motion To Amend The First Amended Complaint, Pursuant To Rule 15" the Court, having considered plaintiff's motion, the pleadings filed in this action, and the standards of Rule 15, grants the motion and therefore:

IT IS HEREBY ORDERED that plaintiff has leave to amend the First Amended Complaint and to file and serve its Second Amended Complaint.

DATED: _____, 201\_        By: _____
                                                                   Hon. Alvin K. Hellerstein
                                                                   United States District Judge