# SEHAM, SEHAM, MELTZ & PETERSEN, LLP

ATTORNEYS AT LAW
Minneapolis, Minnesota Office:
2915 Wayzata Blvd.
Minneapolis, Minnesota 55405
Tel. 612 341-9080 • Fax 612 341-9079
Sender's E-mail: ngranath@ssmplaw.com

December 27, 2016 *via* ECF

Hon. Alvin K. Hellerstein, United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Matter:  *Delta Pilots Asc. v. Russell C. Melvin*, Civil Action No.: 1:14-cv-00225-AKH

Your Honor:

    Provided to Chambers is a courtesy copy of plaintiff's ECF filings today in Doc. Nos. 74, 75, 76, and 77. In addition, attached hereto is a Table of Contents to the supporting declaration (Doc. No 76) that should have been included in the initial filing. To clarify, because Doc. Nos. 72 though 73 were all today withdrawn and refiled corrected, no copies are included. Thank you.

Sincerely,

Nicholas Granath, Esq.

Att
Table of Contents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>                Plaintiff,<br><br>  v.<br><br>RUSSELL C. MELVIN,<br><br>                Defendant. | Civil Action No.: 1:14-cv-00225-AKH |

**TABLE OF CONTENTS**

Declaration Of Nicholas Paul Granath In Support Of Plaintiff's Motion To Amend The First Amended Complaint (December 26, 2016)

| | |
|---|---|
| **Attachment 1** | *Proposed* Second Amended Complaint |
| **Attachment 2** | Copy of DPA web site 'screen shot' on or about November 8, 2013 |
| **Attachment 3** | Another copy of DPA web site 'screen shot' on or about November 8, 2013 |
| **Attachment 4** | Another copy of DPA web site 'screen shot' on or about November 8, 2013 |
| **Attachment 5** | Extract of documents provided by Squarespace in response to subpoena |
| **Attachment 6** | Another extract of documents provided by Squarespace in response to subpoena |
| **Attachment 7** | Another extract of documents provided by Squarespace in response to subpoena |
| **Attachment 8** | Another extract of documents provided by Squarespace in response to subpoena |

| | |
|---|---|
| **Attachment 9** | Copy of publicly accessible Internet "message threads" from inside an Internet "newsgroup" called "Military.aviation.rec" |
| **Attachment 10** | Copy of publicly accessible Internet "message threads" depicting "Russell C. Melvin" with an email address of "amp.chumbawumba" |
| **Attachment 11** | Copy of publicly accessible Internet "WhoIs" registration report from http://www.domaintools.com |
| **Attachment 12** | Letter from Russell C. Melvin to ALPA |
| **Attachment 13** | Extract of records subpoenaed from Verizon |
| **Attachment 14** | Extract of records subpoenaed from AT&T |
| **Attachment 15** | Property record card from website |
| **Attachment 16** | Another property record card from website |
| **Attachment 17** | Warranty Deed |
| **Attachment 18** | Property records |
| **Attachment 19** | ALPA publication |
| **Attachment 20** | Another ALPA publication |
| **Attachment 21** | Extract from "Air Line Pilots Association ALPA Flight Pay Loss System 4th Qtr FPL Report 2/28/14" |
| **Attachment 22** | Extract from the Delta pilot schedule obtained |
| **Attachment 23** | Letter from Nicholas Granath to Russell C. Melvin, dated August 18, 2014. |

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2016, I electronically filed the following documents and their attachments, if any:

1. Letter to Judge Hon. Alvin K. Hellerstein, 27 December 2016, with attachment

I further hereby certify that the above listed documents were filed with the Clerk of this Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Dana Lossia, Esq.
> dlossia@levyratner.com
> LEVY RATNER, P.C.
> 80 Eighth Avenue Floor 8
> New York, New York 10011
> Tel. 212 627-8100
> Fax. 212 627-8122

>> */s/ Nick Granath*
>> Nicholas Paul Granath, Esq.