

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein°
Gwynne A. Wilcox△
Pamela Jeffrey
Carl J. Levine△
David Slutsky△
Allyson L. Belovin
Suzanne Hepner•
Richard Dorn
Robert H. Stroup
Dana E. Lossia△
Micah Wissinger•
Ryan J. Barbur
Alexander Rabb

**LEVY RATNER**, P.C.
Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York 10011-7175

Telephone (212) 627-8100
Telecopier (212) 627-8182
www.levyratner.com

Laureve D. Blackstone△
Kimberly A. Lehmann△
Aleksandr L. Felstiner
Ceilidh B. Gao
Jessica I. Apter△
Rebekah Cook-Mack
Marie Duarte△
Margaux Poueymirou
Courtney Allen

January 3, 2017

VIA FAX TO (212) 805-7942

Hon. Alvin K. Hellerstein
United States District Court for
the Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/17

So Ordered
1-3-17
[signature]

Re: *Delta Pilots Association v. Melvin*, Civ. Action No. 1:14-CV-00225-AKH

Dear Judge Hellerstein:

Both parties have agreed to an enlargement of time until January 17, 2017 for defendant's reply in support of his motion to dismiss the first amended complaint and until January 23, 2017 for his response to plaintiff's motion for leave to file a second amended complaint. I write with the permission of DPA's counsel. There have been no prior requests for additional time for defendant's reply on the motion to dismiss or response on the motion to amend.

We respectfully request your Honor's endorsement of this agreed-upon schedule.

Respectfully submitted,

Dana Lossia

Dana E. Lossia

TO: All Counsel via email

762-000-00001: 10749877.doc

°Admitted in NY, MA and DC    △Admitted in NY and NJ    •Admitted in NY and CT    ⋆Admitted in NY and DC△    ▲Admitted in WA only