UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DELTA PILOTS ASSOCIATION,

Plaintiff,

-against-

RUSSELL C. MELVIN

Defendant.

------------------------------------------------------------------X

**DECLARATION OF DANA LOSSIA IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE FIRST AMENDED COMPLAINT**

Case No.
1:14-CV-00225-AKH

I, DANA LOSSIA, declare as follows:

1.      I am lead counsel of record for Defendant Russell C. Melvin, in the above captioned-matter.

2.      I make this Declaration of my own free will, based on my personal knowledge, unless otherwise specifically indicated.

3.      This Declaration is in opposition to Plaintiff's Motion To Amend The First Amended Complaint, Pursuant To Rule 15 (Docket # 75).

4.      Attached as "**Attachment 1**" is a true and correct copy of a publicly accessible Internet "WhoIs" registration report from http://www.domaintools.com, obtained by me on January 23, 2017, that shows "Ausi.com" to be registered in Australia.

5.      Attached as "**Attachment 2**" is a true and correct copy of a publicly accessible Internet "WhoIs" registration report from http://www.domaintools.com, obtained by me on January 23, 2017, that shows both "delta-pilots.org" and "deltapilotsassociation.org" as registered by "Domains by Proxy."

6.      Attached as "**Attachment 3**" is a true and correct copy of an screenshot of an online conversation or "chat" between Defendant Melvin and GoDaddy technical support, taken

by Melvin (as he will testify), showing that GoDaddy does not maintain records for domains that have been transferred to another domain host.

7.     Attached as "**Attachment 4**" is a true and correct copy of several printouts of publically accessible pages from DPA's website, accessed and downloaded by me on January 23, 2017, which show updates from DPA to its membership about this case and which solicit donations.

8.     Attached as "**Attachment 5**" is a true and correct copy of a printout of a publically accessible page on DPA's website, accessed and downloaded by me on January 23, 2017, showing DPA's estimate that the website interruption lasted 21 hours.

Pursuant to 29 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2017

_____
DANA E. LOSSIA

# ATTACHMENT 1

Home  >   Whois Lookup  >   AuSi.com

# Whois Record for AuSi.com

Find out more about Project Whois and DomainTools for Windows.


DOMAINTOOLS for Windows        Download Now
Access domain ownership records from your desktop

| Related Domains For Sale or At Auction | | 1 More |
|---|---|---|
| SidneeY.com ($2,595) | RistoranteLaCascina.com ($3,195) | > |

**— Whois & Quick Stats**

| | | |
|---|---|---|
| **Email** | abuse@web.com is associated with ~8,902,741 domains | ➤ |
| | kbridge@netspace.net.au is associated with ~23 domains | |
| **Registrar** | NETWORK SOLUTIONS, LLC. | |
| **Registrar Status** | clientTransferProhibited | |
| **Dates** | Created on 1999-01-11 - Expires on 2018-01-11 - Updated on 2015-11-13 | ➤ |
| **Name Server(s)** | NS1.DREAMHOST.COM (has 1,142,938 domains) | ➤ |
| | NS2.DREAMHOST.COM (has 1,142,938 domains) | |
| | NS3.DREAMHOST.COM (has 1,142,938 domains) | |
| **IP Address** | 173.236.177.10 - 44 other sites hosted on this server | ➤ |
| **IP Location** | 🇺🇸 - California - Brea - New Dream Network Llc | |
| **ASN** | 🇺🇸 AS26347 DREAMHOST-AS - New Dream Network, LLC, US (registered Aug 28, 2002) | |
| **Domain Status** | Registered And Active Website | |
| **Whois History** | 345 records have been archived since 2001-05-31 | ➤ |
| **IP History** | 8 changes on 5 unique IP addresses over 12 years | ➤ |
| **Registrar History** | 1 registrar | ➤ |

| Hosting History | 1 change on 2 unique name servers over 14 years | ➦ |
| Whois Server | whois.networksolutions.com | |

**⊟ Website**

| Website Title | 🌐 ausi.com - free web based email for australians, australia, aussies, ex-patriates, au, and folks down under | ➦ |
| Server Type | Apache | |
| Response Code | 200 | |
| SEO Score | 66% | |
| Terms | 753 (Unique: 446, Linked: 283) | |
| Images | 156 (Alt tags missing: 146) | |
| Links | 270　(Internal: 50, Outbound: 217) | |

**Whois Record ( last updated on 2017-01-23 )**

```
Domain Name: AUSI.COM
Registry Domain ID: 4760774_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://www.networksolutions.com/en_US/
Updated Date: 2016-12-22T17:58:17Z
Creation Date: 1999-01-11T05:00:00Z
Registrar Registration Expiration Date: 2018-01-11T05:00:00Z
Registrar: NETWORK SOLUTIONS, LLC.
Registrar IANA ID: 2
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
Reseller:
Domain Status:
Registry Registrant ID:
Registrant Name: Australian Generic Pharmaceuticals
Registrant Organization: Australian Generic Pharmaceuticals
Registrant Street: 115 Bass Highway
Registrant City: Westbury
Registrant State/Province: Tasmania
Registrant Postal Code: 7303
Registrant Country: AU
Registrant Phone: +61.363932011
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: kbridge@netspace.net.au

Registry Admin ID:
Admin Name: Bridge, Ken
Admin Organization: Australian Generic Pharmaceuticals
Admin Street: P.O. Box 39
Admin City: Hagley
Admin State/Province: Tasmania
Admin Postal Code: 7292
Admin Country: AU
```

Admin Phone: +61.363932011
Admin Phone Ext:
Admin Fax: +61.363932066
Admin Fax Ext:
Admin Email:   kbridge@netspace.net.au
Registry Tech ID:
Tech Name: Australian Generic Pharmaceuticals
Tech Organization: Australian Generic Pharmaceuticals
Tech Street: 115 Bass Highway
Tech City: Westbury
Tech State/Province: Tasmania
Tech Postal Code: 7303
Tech Country: AU
Tech Phone: +61.363932011
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:   kbridge@netspace.net.au
Name Server: NS1.DREAMHOST.COM
Name Server: NS2.DREAMHOST.COM
Name Server: NS3.DREAMHOST.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.

**Tools**

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse Whois Lookup | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Reverse Name Server Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▼ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

ATTACHMENT 2

Home > Whois Lookup > Delta-Pilots.org

## Whois Record for Delta-Pilots.org

Find out more about Project Whois and DomainTools for Windows.



DOMAINTOOLS for Windows　　Download Now
Access domain ownership records from your desktop

### Related Domains For Sale or At Auction

| | | | 1 | 2 | 3 |
| --- | --- | --- | --- | --- | --- |
| | | | More > | | |

PilotsLogbook.com ($1,177)　　　　　　　　　PilotsClub.com ($2,988)
PilotsAssociation.com ($2,495)　　　　　　　MaritimePilots.org ($5,000)

### ‒ Whois & Quick Stats

| | |
| --- | --- |
| Email | delta-pilots.org@domainsbyproxy.com |
| Registrant Org | Domains By Proxy, LLC was found in ~12,060,106 other domains |
| Dates | Created on 2010-05-13 - Expires on 2017-05-13 - Updated on 2015-12-10 |
| IP Address | 198.49.23.177 - 24,049 other sites hosted on this server |
| IP Location | - New York - New York City - Squarespace Inc. |
| ASN | AS53831 SQUARESPACE - Squarespace, Inc., US (registered Jan 02, 2013) |
| Domain Status | Registered And Active Website |
| Whois History | 43 records have been archived since 2010-05-14 |
| IP History | 13 changes on 10 unique IP addresses over 7 years |
| Hosting History | 1 change on 2 unique name servers over 7 years |
| Whois Server | whois.pir.org |

### ‒ Website

| | |
| --- | --- |
| Website Title | Delta Pilots Association - HOME |
| Server Type | SSWS |
| Response Code | 200 |
| SEO Score | 95% |
| Terms | 323 (Unique: 123, Linked: 288) |
| Images | 17 (Alt tags missing: 15) |
| Links | 161 (Internal: 158, Outbound: 3) |

### Whois Record ( last updated on 2017-01-23 )

```
Domain Name: DELTA-PILOTS.ORG
Domain ID: D159164357-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2015-12-10T13:46:06Z
Creation Date: 2010-05-13T14:05:14Z
Registry Expiry Date: 2017-05-13T14:05:14Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registrant ID: CR47799418
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
```

Registrant Email: delta-pilots.org@domainsbyproxy.com
Admin ID: CR47799428
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: delta-pilots.org@domainsbyproxy.com
Tech ID: CR47799421
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: delta-pilots.org@domainsbyproxy.com
Name Server: NS21.DOMAINCONTROL.COM
Name Server: NS22.DOMAINCONTROL.COM
DNSSEC: unsigned

For more information on Whois status codes, please visit https://icann.org/epp

**Tools**

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▾ |
|---|---|

| Reverse IP Address Lookup | ▾ |
|---|---|

| Network Tools | ▾ |
|---|---|

| Buy This Domain ▾ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|



Image Supplied By DomainTools.com

| View Screenshot History |
|---|

**Available TLDs**

Home > Whois Lookup > DeltaPilotsAssociation.org

## Whois Record for DeltaPilots...ciation.org

Find out more about Project Whois and DomainTools for Windows.



**DOMAINTOOLS** for Windows    [Download Now]
Access domain ownership records from your desktop

### Related Domains For Sale or At Auction

| | | | 1 | 2 | 3 |
| More > |

Autopilots.org ($1,100)      BushPilots.com ($1,265)
AirlinePilots.org ($1,588)      WomenPilots.com ($4,188)
PrivatePilots.org ($3,388)      PilotSim.com ($1,595)

**— Whois & Quick Stats**

| | |
|---|---|
| Email | deltapilotsassoci...@domainsbyproxy.com |
| Registrant Org | Domains By Proxy, LLC was found in ~12,060,106 other domains |
| Dates | Created on 2010-07-20 - Expires on 2017-07-20 - Updated on 2015-12-10 |
| IP Address | 198.49.23.177 - 24,049 other sites hosted on this server |
| IP Location | 🇺🇸 - New York - New York City - Squarespace Inc. |
| ASN | 🇺🇸 AS53831 SQUARESPACE - Squarespace, Inc., US (registered Jan 02, 2013) |
| Domain Status | Registered And Active Website |
| Whois History | 42 records have been archived since 2010-07-21 |
| IP History | 13 changes on 10 unique IP addresses over 7 years |
| Hosting History | 1 change on 2 unique name servers over 7 years |
| Whois Server | whois.pir.org |

**— Website**

| | |
|---|---|
| Website Title | 🌐 Delta Pilots Association - HOME |
| Server Type | SSWS |
| Response Code | 200 |
| SEO Score | 95% |
| Terms | 323 (Unique: 123, Linked: 288) |
| Images | 17 (Alt tags missing: 15) |
| Links | 161 (Internal: 158, Outbound: 3) |

### Whois Record ( last updated on 2017-01-23 )

```
Domain Name: DELTAPILOTSASSOCIATION.ORG
Domain ID: D159698767-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2015-12-10T13:46:06Z
Creation Date: 2010-07-20T14:00:57Z
Registry Expiry Date: 2017-07-20T14:00:57Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registrant ID: CR52384013
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
```

```
Registrant Fax Ext:
Registrant Email: DELTAPILOTSASSOCIATION.ORG@domainsbyproxy.com
Admin ID: CR52384019
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: DELTAPILOTSASSOCIATION.ORG@domainsbyproxy.com
Tech ID: CR52384016
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: DELTAPILOTSASSOCIATION.ORG@domainsbyproxy.com
Name Server: NS37.DOMAINCONTROL.COM
Name Server: NS38.DOMAINCONTROL.COM
DNSSEC: unsigned

For more information on Whois status codes, please visit https://icann.org/epp
```

**Tools**

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▼ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

No Screenshot Available

| View Screenshot History |
|---|

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| DeltaPilots...ciation.... | | View Whois |
|---|---|---|
| DeltaPilots...ciation.... | | View Whois |
| DeltaPilots...ciation.... | | View Whois |
| DeltaPilots...iation.in... | | Buy Domain |

ATTACHMENT 3

**Subject:** Chat transcript
**Date:** Thursday, December 29, 2016 at 8:33:16 AM Central Standard Time
**From:** LiveChat
**To:** russell@russellmelvin.com



# Chat transcript

**YOUR NAME** Russell Melvin

**CUSTOMER NUMBER** 18852316

**WHAT PRODUCT DO YOU NEED HELP WITH?** Domains

| | |
|---|---|
| Claire | Thu, 12/29/16 08:13:58 am America/Chicago |

Thank you for chatting with us! How may I help you today?
Hi there! Thank you for contacting GoDaddy Chat Sales and Support. My name    08:14:08 am
is Claire. May I have your name please?

Russell Melvin                                                                08:14:42 am

Hi Claire! I'm a very long time GoDaddy customer and I have some generic
questions regarding fraud protection. Can you help me with that?

Claire                                                                        08:15:07 am

Sure! Just tell me exactly what you mean :)
Is it the online protection for shopper?

Russell Melvin                                                                08:15:22 am

Thanks! If I suspect someone has logged on to my GoDaddy account without
authorization, and has changed my DNS Zone File, how would that be handled?
Do you "roll it back" to a known good state, or do you manually examine it for
errors in configuration? Is that process quick? Is there any fee to do that and, if
so, what is it?

| Claire | 08:17:15 am |
|---|---|

We have a fraud department to do the investigation. But first we have to determine if the account is really compromised.
How did you know that someone access your account?

| Russell Melvin | 08:17:56 am |
|---|---|

OK, but it's a relatively expeditious process then?
And it's basically a service included with my plan?    08:18:25 am

| Claire | 08:19:30 am |
|---|---|

If the account really is compromised, we have to deal with it for your protection.
Can you give me data like time and date it was accessed?

| Russell Melvin | 08:20:43 am |
|---|---|

As I said, these are generic question as I'm evaluating an additional commercial opportunity and I need to understand at a very low level what protection GoDaddy has in place. I have a couple more questions: If I suspect someone has logged on to my GoDaddy account without authorization, can GoDaddy provide me with history of IP Address login attempts and successful logins?

| Claire | 08:21:56 am |
|---|---|

I'm not really sure if we can provide that but let me verify it for you :)
One second please    08:22:00 am

| Russell Melvin | 08:22:49 am |
|---|---|

Thank you. And my last two questions may send you the same resource, so here they are to keep from duplicating effort: How far back do you maintain those records?

If I move my GoDaddy hosted domain name to another domain name host, how long do you maintain those records?
Thanks!

| Claire | 08:25:48 am |
|---|---|

Hold on please :)

| Russell Melvin | 08:26:00 am |
|---|---|

Thanks, as always.

| Claire | 08:30:14 am |
|---|---|

For the login attempts, we can try to look for it as long as you have time frame given or suspected time they logged in. For how long those records are kept, we don't have any specific time frame, Once domain is transferred, we do not have any records at all.

| Russell Melvin | 08:30:30 am |
|---|---|

OK, thanks! And to confirm from above. Once alleged, unauthorized access is promptly investigated and rectified if substantiated. We're talking minutes or hours…not days or weeks, right? A commercial site can't be down for an extended time.

| Claire | 08:31:34 am |
|---|---|

Claire
08:31:54 am
Yes they are promptly investigated, and site must be live unless the owner requested to park it for the mean time.

Russell Melvin
08:32:10 am
As always, super helpful. Thanks so much, Claire! Have a great day!

Claire
08:32:16 am
You're most welcome :)
Can you do me a favor before you go?
A survey will pop up after this session, I would appreciate if you can share any feedback on how I assisted you today.

Russell Melvin
08:32:22 am
Of course.

Claire
08:32:26 am
Thank you so much! I really appreciate it. Bye now :)

Russell Melvin
08:32:32 am
I'd love to, thanks.

Claire
08:32:34 am
Thank you for chatting with us. We value your feedback. Please click the Close button at top right to answer a few questions about your experience with us today.

**Please rate your satisfaction with your customer service representative:** 10

**Please rate your satisfaction with your product experience:** 10

**How likely are you to recommend us to a friend:** 10

**Please share any additional comments:** Claire was great!

Duration: 18m 39s

Chat started on: https://www.godaddy....help/domains-1000003?inapp=true#nav-2

E-mail from LiveChat

# ATTACHMENT 4



© 2015 • Delta Pilots Association • P.O. Box 17025 • Tampa, FL

33682-7025

dpa@delta-pilots.org

Search

[                    ]  →

**PROGRESS CHART**



6900
to file
Minimum

■ GOAL
■ MEMBERS
■ CURRENT

**Twitter**

**@DeltaPilots**
DPA
got
your
retirement
and
other
losses
mentioned
in the
AJC!
https://t.co/9MNSc9Dnuv
**about**
**a**
**month**
**ago**

Older



Follow
@DeltaPilots

**DPA Links**

- **DPA Text Messages**
- **Membership Registration**
- **DPA Authorization Card**
- **DPA Introduction**

- DPA
  Mission
- About
  Becoming
  a
  Member
- DPA
  Card
  Renewal

**Other DPA Links**

- DPA
  Constitution
- Email
  Us

**DPA CHANNEL**





Saturday
Oct182014
October 18, 2014

**ALPA Attempts to Block DPA Hacking Lawsuit**

Once again, ALPA is spending pilot dues dollars attempting to block DPA's lawful right to pursue the individuals possibly involved in the hacking of the DPA website during November 2013. On October 7th, 2014, ALPA National legal filed a Motion for an Emergency Protective Order in Federal Court attempting to stop DPA from filing a named lawsuit in the hacking case.

**CLICK HERE** to read the ALPA Motion.

**CLICK HERE** to read the Memorandum in Support of ALPA's motion.

**CLICK HERE** to read a Declaration by Captain Michael Hanson.

**CLICK HERE** to read a Declaration by ALPA Attorney Luby.

**CLICK HERE** to read a Declaration by ALPA Attorney Abram.

In response, DPA filed a Memorandum in Opposition to ALPA's motion asserting our compliance with the Judge's instructions and right to proceed in a different jurisdiction.

**CLICK HERE** to read the Memorandum in Opposition to ALPA's motion.

Clearly, ALPA is doing everything possible to interfere in the DPA investigation. The question all Delta Pilots should be asking is, **"WHY?"** This momentary delay in the process is a well-known tactic, but it will not deter DPA's pursuit of justice.

**Update** on October 30, 2014 by **Webmaster**

On October 27th, ALPA filed a Reply brief in support of its motion to block the named lawsuit of an individual(s) involved in the hacking of the DPA website. Upon reading ALPA's reply, it is clear they are desperately searching for any way to stop the lawsuit. The Judge will rule on ALPA's motion and DPA will proceed accordingly. In filing this motion, ALPA has done nothing more than to continue exposing its interests in the case. DPA will not be deterred from our goal of bringing the perpetrator(s) to justice and exposing this criminal act for what it is.

**CLICK HERE** to read ALPA's Reply in Support of its Motion.

**CLICK HERE** to read Captain Michael Hanson's Declaration.

**CLICK HERE** to read ALPA Attorney Alger's Declaration.

**Update** on November 25, 2014 by **Webmaster**

On November 24th, the Judge ruled in favor of ALPA's Motion for an Emergency Protective Order thereby blocking DPA from immediately filing a named lawsuit in a different Federal Court. While DPA cannot comment on the ruling, DPA attorneys are actively preparing next steps to continue the lawsuit in the appropriate venue.

**CLICK HERE** to read the Order.

Please consider donating now to help DPA in this effort.

**CLICK HERE** to donate.

---

Email Article | Print Article

**View Printer Friendly Version**



© 2015 • Delta Pilots Association • P.O. Box 17025 • Tampa, FL 33682-7025

dpa@delta-pilots.org

Search





**PROGRESS CHART**

**Twitter**

**@DeltaPilots**
DPA got your retirement and other losses mentioned in the AJC!
https://t.co/9MNSc9Dnuv
about a month ago

Older



Follow @DeltaPilots

**DPA Links**

- DPA Text Messages
- Membership Registration
- DPA Authorization Card
- DPA Introduction

- **DPA Mission**
- **About Becoming a Member**
- **DPA Card Renewal**

**Other DPA Links**

- **DPA Constitution**
- **Email Us**







Wednesday
Jan292014

January 29, 2014

**DPA Press Release - Website Hacking Lawsuit Advances**

# Delta Pilots Association

*Exclusive Representation for all Delta Pilots*



Today, January 29, 2014, the United States District Court for the Southern District of New York authorized DPA to commence immediate discovery for the purpose of identifying those responsible for hacking the DPA website in November 2013. The court's order provides our attorneys with federal subpoena power to compel certain third parties, such as Internet Service Providers, to produce information identifying those responsible.

The court's decision to grant the motion follows a lawsuit filed by DPA in early January against an unknown person – "John Doe," which alleged violations of federal computer fraud and abuse laws. The lawsuit originates from the apparent resort to criminal means by unknown persons and/or organizations in an attempt to derail DPA's organizing effort at Delta by hacking into DPA's website in November 2013. Specifically, the hacking caused viewers attempting to access DPA's website to be redirected to a web page that falsely claimed that DPA had abandoned its organizing campaign and urged support for the incumbent union.

DPA concluded the federal suit was necessary in order to identify the hacker so that DPA could secure and protect its web site from any further electronic intrusion. By interfering with the DPA web site, the hacking interferes with every Delta pilot's right under the Railway Labor Act to choose who represents them. "All we are seeking is a fair and level playing field," said Lee Seham of Seham, Seham, Meltz & Petersen, General Counsel for DPA. Mr. Seham said, "We simply desire the opportunity to allow Delta pilots to decide their own fate on a democratic basis, free of criminality. But we do insist on this."

Our attorneys will now commence service of federal subpoenas on third parties that may hold relevant information that will help identify the individual or parties responsible for hacking the DPA website and disseminating false information.

Delta Pilots Association (DPA) is an independent union dedicated to democratic union representation, including direct election of union officers, membership right of recall of officers, membership ratification of all collective bargaining agreements and amendments, transparency of union finances, and representation free from conflicts of interest caused by attempting to represent multiple competing pilot groups.

DPA seeks to replace the incumbent pilots' union at Delta Air Lines. According to DPA Interim President Tim Caplinger, a majority of active Delta pilots have indicated their support for this new, independent organization.

Contact:
Lee Seham, Esq.
Seham, Seham, Meltz, & Petersen, LLP
Tel. (914) 997-1346

Delta Pilots Association • P.O. Box 17025 • Tampa, FL 33682-7025
**www.DeltaPilotsAssociation.org**

**CLICK HERE** for a printable version of the press release above.

Email Article | Print Article

**View Printer Friendly Version**



THE NEXT GENERATION
OF DELTA PILOT REPRESENTATION

**DPA**

DELTA PILOTS ASSOCIATION

© 2015 • Delta Pilots Association • P.O. Box 17025 • Tampa, FL

33682-7025

dpa@delta-pilots.org



Search

→



**PROGRESS CHART**

6900

6310

🔴 GOAL
⬛ MEMBERS
🟢 CURRENT

6900
Minimum
to file

**Twitter**

**@DeltaPilots**

DPA
got
your
retirement
and
other
losses
mentioned
in the
AJC!
https://t.co/9MNSc9Dnuv
about
a
month
ago

Older



Follow
@DeltaPilots

**DPA Links**

- DPA
  Text
  Messages
- Membership
  Registration
- DPA
  Authorization
  Card
- DPA
  Introduction

- DPA
  Mission
- About
  Becoming
  a
  Member
- DPA
  Card
  Renewal

**Other DPA
Links**

- DPA
  Constitution
- Email
  Us

**DPA CHANNEL**



Follow @DeltaPilots

Thursday
Jul032014

July 3, 2014

### DPA Files Motion to Compel ALPA in Website Hacking Case

On November 8th and 9th, 2013, the DPA website was maliciously redirected to the phony pro-ALPA webpage image linked below:

**PHONY WEBSITE USED IN ATTACK ON DPA**

This attack prompted the commencement of a criminal and civil investigation.  DPA filed a civil lawsuit in Federal Court and was granted subpoena authority to collect information on the individual(s)/organization potentially involved.  Because of specific statements made by ALPA in their "True Headings" series of communications, ALPA National and the Delta MEC were served with subpoenas.  ALPA National responded by providing DPA with a letter they allegedly received shortly after the attack last November from a Delta Pilot claiming to being involved in some way.  Incredibly, ALPA National removed the name from the letter and has refused to provide the complete documentation including the names of the persons mentioned in the letter (author and "witness").  DPA filed a Motion to Compel along with the evidence linked below to cause ALPA to reveal the names of the people they know have been involved since around the time the attack occurred.

Several comments in the "True Headings" series  (written after the letter was received) are noteworthy:

 "We are highly skeptical that anyone hacked DPA's website and strongly believe that whatever temporary problems the DPA

experienced were the result of inadvertent actions by a third
party, or even the DPA itself."

"The simple fact is that any such inquiry will inevitably establish
that the DPA's charges against the Association are wholly without
merit."

ALPA told the members that DPA experienced a "temporary
problem" or "errors in managing DNS records".

Now pressed by DPA's steady progress in the case, ALPA chooses
to conceal the identities of those involved claiming "client-
attorney privilege".   Delta Pilot dues dollars are being spent
inappropriately in covering potential knowledge about a possible
felony committed.  Delta Pilots and even ALPA volunteers who are
beginning to see the truth behind this story are encouraged to
consider which side of the fence they are standing on and will
they be proud to be there once this investigation is complete.

DONATE

We need your support and a great deal of resources to carry this
to trial where justice will be served.  While DPA has operated in a
manner we can all be proud of, our opposition chooses to break
the law.  We will defend your rights with your help.  DPA requests
that you consider making a substantial contribution now.


## MOTION TO COMPEL

### DECLARATION

**EXHIBIT A** - Subpoena served on ALPA National and associated
True Headings evidence

**EXHIBIT B** - Subpoena served on Delta ALPA MEC

**EXHIBIT C** - ALPA National response letter to subpoena

**EXHIBIT C PART 2** - ALPA National response to include letter
from Delta pilot

**EXHIBIT C PART 3** - ALPA National response to include other
documents

**EXHIBIT D** - DPA response to ALPA refusal to provide documents

**EXHIBIT E** - ALPA National second response

**EXHIBIT F** - ALPA National final response

### MEMORANDUM OF LAW

**Update** on July 17, 2014 by **Webmaster**

DPA is making outstanding progress in identifying John
Doe, the hacker(s) of our website last November.   In
our previous News item above, DPA filed a Motion to
Compel ALPA to reveal the identity(s) of those who may
be involved in the attack.   ALPA has since filed an
opposition Memorandum in hopes of escaping the
Motion to Compel.  This filing begins to reveal greater
detail about ALPA's involvement with the unidentified
author(s) of the anonymous letter obtained last
November by ALPA.  Specifically, ALPA seems to have
been involved in the writing of the anonymous letter as
indicated by ALPA's legal counsel.     A Special
Committee leader and DAL MEC Strategic Planning
Chairman is also identified as having had knowledge
that is pertinent as indicated by his written statement
attached.

DPA filed a Reply Brief attached below that spells out
the significance of ALPA's latest filing.  Please carefully
read the link below for greater detail.

DPA has spent $6,500 on legal fees in June alone.  The
price of the attack continues to climb and will deplete
our funds if not replaced by new donations.    DPA
urgently requests ALL members contribute even a small
amount  to  help  us  get  to  the  bottom  of  this
investigation that is still expanding in scope.

**CLICK HERE** to donate NOW!


**CLICK HERE** to read ALPA's opposition to the Motion
to Compel

**CLICK HERE** to read DPA's Reply Briefing.


**Update** on August 19, 2014 by **Webmaster**

On  Thursday,  August  14th,  2014,  DPA  made  good
progress in the case.  The Judge GRANTED our Motion
to Compel thereby forcing ALPA to give up the name of
the author of a letter ALPA has been holding since last
November implicating involvement in the hacking of the
DPA  website.    ALPA's  opposition  to  our  Motion  was
defeated and we are moving forward with our plan.

ALPA  has  been  forced  to  reveal  the  name  of  an
individual involved, but DPA has been restricted by the
Court from releasing that name until a formal lawsuit
has  been  filed  naming  that  individual.    Please  be
patient as we prepare for this filing.  Do not attempt to
ask DPA for the name of the individual.  We will decline
the request in compliance with the Judge's order.

Some have asked why pursuing the investigation is so
important.    If someone broke into your home and
severely vandalized it, wouldn't you pursue justice?
DPA and the 5,800 members that fill our ranks had our
"house"  broken  into  and  we  aim  to  bring  those
responsible into the light of day where justice can be
applied.

**CLICK HERE** to read the Order GRANTING our Motion
to Compel.

Email Article | Print Article


**View Printer Friendly Version**

ATTACHMENT 4



© 2015 ● Delta Pilots Association ● P.O. Box 17025 ● Tampa, FL
33682-7025

dpa@delta-pilots.org

Search

[                    ] →



**PROGRESS CHART**



**Twitter**

**@DeltaPilots**
DPA
got
your
retirement
and
other
losses
mentioned
in the
AJC!
https://t.co/9MNSc9Dnuv

about
a
month
ago

Older



Follow
@DeltaPilots

DPA Links

- DPA
  Text
  Messages
- Membership
  Registration
- DPA
  Authorization
  Card
- DPA
  Introduction

- DPA
  Mission
- About
  Becoming
  a
  Member
- DPA
  Card
  Renewal

**Other DPA Links**

- DPA
  Constitution
- Email
  Us

DPA CHANNEL



facebook

Follow @DeltaPilots

**DPA Website Hacking Lawsuit Journal**

On November 8th, 2013, the DPA website was attacked and redirected to a pro-ALPA website for approximately 21 hours. In addition to reporting the felony action to the FBI as a violation of the Computer Fraud and Abuse Act (CAFA), DPA initiated a civil lawsuit, DPA vs DOE, in New York Federal Court, to ascertain the names of all individuals and/or organizations involved and seek justice in the matter. DPA is determined to protect the rights of our members to seek independent representation without interference.

This journal provides documents from the court proceedings and will be updated with new entries as they occur. They are listed by date with the newest updates shown first. First time visitors to this journal are recommended to start at the bottom and review the documents in chronological order. Additional commentary can be found in several articles posted to **DPA NEWS**.

Monday
Oct312016

**DPA Wins Motion to Add Defendant Name to Lawsuit**

October 31, 2016

On October 20th, 2016, DPA finally won the long-awaited motion to add a specific defendant name to the website hacking lawsuit. The lawsuit has now been publicly amended and the lawsuit can proceed.

**CLICK HERE** to read the Judge's order granting the DPA motion to amend the lawsuit caption.

**CLICK HERE** to read the amended Complaint.

Webmaster | Comments Off | Share Article