UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DELTA PILOTS ASSOCIATION,

                                      Plaintiff,        **NOTICE OF MOTION**

                                                          Case No. 1:14-CV-00225-AKH
        -against-

RUSSELL C. MELVIN,

                                      Defendant.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed Declaration of Dana E. Lossia sworn to on May 25, 2018, Exhibits A through Q annexed thereto, Defendant's Memorandum of Law in Support of the Motion for Summary Judgment, Defendant's Rule 56.1 Statement of Material Undisputed Facts, and upon all the prior pleadings and proceedings had herein, Defendant Russell C. Melvin will move this Court on a date and time to be set by the Court, before The Honorable Alvin K. Hellerstein, United States District Judge, at the United States District Court Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order: (i) dismissing the Complaint in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure, and (ii) granting Defendant such other and further relief as the Court may deem just and proper, including attorneys' fees and costs.

      PLEASE TAKE FURTHER NOTICE that as per the briefing schedule set by the Court on May 11, 2018, motions are due May 25, 2018, responses are due June 15, 2018, and replies are due June 22, 2018.

Dated: May 25, 2018
       New York, New York

762-000-00001: 10928833.doc

|  | LEVY RATNER, P.C. |
|---|---|
| By: | _____<br>Dana E. Lossia<br>Attorneys for Defendant<br>80 Eighth Avenue, Floor 8<br>New York, New York 10011<br>(212) 627-8100<br>(212) 627-8182 (fax)<br>dlossia@levyratner.com |