# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DELTA PILOTS ASSOCIATION,

                              Plaintiff,

              -against-

RUSSELL C. MELVIN,

                            Defendant.

------------------------------------------------------------------X

**DEFENDANT'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

No. 1:14-CV-00225-AKH

PLEASE TAKE NOTE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff is hereby required to produce the requested documents and electronically stored information at the offices of the undersigned counsel for Defendant within thirty (30) days.

## DEFINITIONS

A.      As used herein, the word "person" shall mean a natural person, proprietorship, corporation, public organization, governmental body, or agency, partnership, group, association, or organization.

B.      "Communications" is used in the broadest sense and includes, but is not limited to, any electronica mail messages, electronic correspondence, text messages, instant messaging sessions, chat sessions, customer service and technical support tickets, postal mail, facsimiles, voice messages, voice memos or other methods of conveying information.

C.      "Document" is used in the broadest sense and includes, but is not limited to, any and all originals, copies (if the originals are not available), non-identical copies (whether different from the original because of underlining, editing marks, notes made on or attached to such copy, or otherwise) and drafts of the following items, whether printed or recorded (through a sound, video or other electronic, magnetic or digital recording system) or reproduced by hand,

including but not limited to letters, correspondence, telegrams, telexes, memoranda, records, summaries of personal conversations or interviews, minutes or records or notes of meetings or conferences, job applications, note pads, notebooks, memo books, postcards, "Post-It" notes, stenographic notes, notes, opinions or reports of advisors or consultants, opinions or reports of experts, projections, financial or statistical statements or compilations, contracts, agreements, appraisals, analyses, orders (temporary, standing or otherwise), bulletins, manuals, guidebooks, policy statements, guidelines, protocols, publications, articles, books, pamphlets, circulars, microfilm, microfiche, reports, studies, logs, surveys, diaries, calendars, appointment books, maps, charts, graphs, bulletins, photostats, speeches, data sheets, pictures, photographs, illustrations, blueprints, films, drawings, plans, tape recordings, videotapes, disks, diskettes, data tapes or readable computer-produced interpretations or transcriptions thereof, electronically transmitted messages ("E-mail"), voice mail messages, inter-office communications, and any other writings, papers and tangible things of whatever description whatsoever, including but not limited to any information contained in any computer, even if not yet printed out, within the possession, custody or control of [insert name of opposing party].

D.    The "Uniform Definitions" provided in Rule 26.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York apply to these Requests for Production.

## INSTRUCTIONS

To the extent that any documents responsive to these Requests are electronically stored, all information necessary to understand or use the computerized data, including code definitions, a printout of the program which created the computer-readable document, and the format and file

layout for the document should be produced with the documents.

These discovery Requests are continuing; subsequent to service of responses to these Requests, Plaintiff shall provide to Defendant as amended or supplemental responses any information or documents required to be provided by way of amendment pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR THE PRODUCTION OF DOCUMENTS

Please produce:

1.      Copies of all third-party subpoenas issued in this matter.

2.      All correspondence with third-party representatives concerning the third-party subpoenas issued in this matter.

3.      All documents obtained by Plaintiff through third-party subpoenas in this matter.

4.      All communications between Tim Caplinger or any other representative of Plaintiff and SquareSpace or any representative of SquareSpace between October 1, 2013 and December 31, 2013 that concerns www.deltapilot.org, www.delta-pilots.org, or www.deltapilotsassociation.org.

5.      All communications between Tim Caplinger or any other representative of Plaintiff and GoDaddy or any representative of GoDaddy between October 1, 2013 and December 31, 2013 that concerns www.deltapilot.org, www.delta-pilots.org, or www.deltapilotsassociation.org.

6.      Documents concerning the ownership and registration of all web domains owned by Plaintiff at any time from January 1, 2013 to the present, including but not limited to documents showing the date of acquisition and the date of disposal, if any.

762-000-00001: 10735475.doc

3

7.      Documents concerning any transfer of any web domain owned by Plaintiff at any time from January 1, 2013 to the present, including but not limited to the date and time of the transfer, the outgoing registrar, the incoming registrar, the purchaser, the amount paid by any buyer, and the identity of any buyer.

8.      The "detailed reports from several service providers" that were referred to in the Delta Pilots Association website post of Wednesday, November 13, 2013.

9.      Documents related to Tim Caplinger's "trace" of the call(s) allegedly placed to him on Friday, November 15, 2013 concerning the incidents of November 8, 2013.

10.     Documents showing daily traffic to www.deltapilot.org, www.delta-pilots.org, and www.deltapilotsassociation.org for each day during the months of October, November and December 2013.

11.     Documents showing the date, the name of the contributor, and the amount of each donation made to Plaintiff through its web site for October, November and December 2013.

12.     All records concerning visits to www.deltapilot.org, www.delta-pilots.org, or www.deltapilotsassociation.org from November 8, 2013 through November 10, 2013.

13.     Documents concerning any and all costs, expenses or payments made by Plaintiff concerning the alleged violation of CFAA, including documents that show the dates of such payments, the payor, the payee, and the services or good provided in exchange for such payments. This request expressly includes a request for records of any payment made to a forensic or computer expert or to any domain hosting or web hosting service in connection with the alleged CFAA violation.

14.     Documents that relate to any and all insurance policies covering Plaintiff or its officers or directors at any time from January 1, 2013 to the present.

15.     Documents that relate to any and all payments to attorneys concerning this litigation, including documents that show the dates of such payments, the payor, the payee, and the services or good provided in exchange for such payments..

16.     Documents that relate to any and all payments to experts or purported experts concerning this litigation, including documents that show the dates of such payments, the payor, the payee, and the services or good provided in exchange for such payments..

17.     All posts to Plaintiff's Twitter account from November 1, 2013 to the present that refer to or concern the alleged CFAA violation.

18.     All posts to Plaintiff's web site from November 1, 2013 to the present that refer to or concern the alleged CFAA violation.

19.     All documents that Plaintiff asserts support or tend to support any allegation made in the Second Amended Complaint.

Dated: December 22, 2017
        New York, New York

                                        LEVY RATNER, P.C.

                                        _____

                            By:     Dana E. Lossia
                                    Attorneys for Defendant
                                    80 Eighth Avenue
                                    New York, New York 10011
                                    (212) 627-8100
                                    (212) 627-8182 (fax)
                                    dlossia@levyratner.com

TO:             Nicholas P. Granath, Esq.
                ngranath@ssmplaw.com
                SEHAM, SEHAM, MELTZ & PETERSEN, LLP
                2915 Wayzata Blvd.
                Minneapolis, MN 55405

762-000-00001: 10735475.doc

5

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated herein below I provided, or through my agents caused to be provided, a true and correct copy of the foregoing Defendant's First Set of Requests for the Production of Documents, and that the same was served upon counsel(s) for the Plaintiff, Delta Pilots Association, by email and first class mail, as follows:

Nicholas P. Granath, Esq.
ngranath@ssmplaw.com
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
2915 Wayzata Blvd.
Minneapolis, MN 55405

*and*

Lucas K. Middlebrook, Esq.
lmiddlebrook@ssmplaw.com
Lee Seham, Esq.
lseham@ssmplaw.com
George Diamantopoulos, Esq.
GDiaman@ssmplaw.com
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
199 Main Street, Seventh Floor
White Plains, NY 10601

Dated: December 22, 2017

Dana E. Lossia

# Exhibit B

Lee Seham
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
199 Main Street, Seventh Floor
White Plains, NY 1060
(914) 997-1346
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br>    a labor organization<br>    incorporated in Florida<br>                        Plaintiff<br><br>    v.<br><br>RUSSELL C. MELVIN,<br><br>    an individual<br>                    Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>**PLAINTIFF DELTA PILOTS ASC.'S<br>RESPONSES AND OBJECTIONS TO<br>DEFENDANT'S FIRST SET OF<br>REQUESTS FOR THE PRODUCTION<br>OF DOCUMENTS (22 Dec. 2017)** |

To:    Named Defendant, Russell C. Melvin, by and through his attorney, Ms. Dana E. Lossia, Levy Ratner, P.C., 80 Eighth Avenue, 8th Floor, New York, New York, 10011-7175, Tel. 212 627-8100, Email: dlossia@levyratner.com.

Plaintiff, the Delta Pilots Association (DPA), by and through its undersigned attorneys, hereby respond to Defendant's First Requests for Production of Documents (dated December 22, 2017). Plaintiff objects to each request on all of the grounds set forth in their General Objections and incorporates those objections into their specific objections for each document request herein. In so responding, Plaintiff does not waive or intend to waive the attorney-client, work product, or any other privilege or immunity that would otherwise entitle them to refuse to transmit the information they provide or agree to provide herein or to object to its use for any purpose. Nor, in so responding, does Plaintiff concede the relevance or materiality to this proceeding of the

information they provide or agree to provide.  Further, Plaintiff reserve the right to supplement its response herein.

### RESPONSE TO DOCUMENT REQUESTS

1.      Copies of all third-party subpoenas issued in this matter.

**RESPONSE:  See documents produced herewith stamped "DPA 1" through "DPA 531".**

2.      All correspondence with third-party representatives concerning the third-party subpoenas issued in this matter.

**RESPONSE: See documents produced herewith stamped "DPA 1" through "DPA 531".**

3.      All documents obtained by Plaintiff through third-party subpoenas in this matter.

**RESPONSE:  Subject to the objection that Request No. 3 seeks documents that are protected by the Court's order of May 28, 2015 (Docket No. 47 "Stipulated Confidentiality Order") and on that basis so withheld, see documents produced herewith stamped "DPA 1" through "DPA 531".**

4.      All communications between Tim Caplinger or any other representative of Plaintiff and SquareSpace or any representative of SquareSpace between October 1, 2013 and December 31, 2013 that concerns www.deltapilot.org, www.delta-pilots.org, or www.deltapilotsassociation.org.

RESPONSE:  **See documents produced herewith stamped "DPA 1" through "DPA 531".**

     5.     All communications between Tim Caplinger or any other representative of Plaintiff and GoDaddy or any representative of GoDaddy between October 1, 2013 and December 31, 2013 that concerns www.deltapilot.org, www.delta-pilots.org, or www.deltapilotsassociation.org.

RESPONSE:  **See documents produced herewith stamped "DPA 1" through "DPA 531".**

     6.     Documents concerning the ownership and registration of all web domains owned by Plaintiff at any time from January 1, 2013 to the present, including but not limited to documents showing the date of acquisition and the date of disposal, if any.

RESPONSE:  **See documents produced herewith stamped "DPA 1" through "DPA 531" albeit subject to the objection, and to that extent withheld, that Defendant's Request No. 6 extends in time and by subject matter significantly beyond any event or fact expressly alleged in Plaintiff's original or amended Complaints and is, therefore, overly broad in scope as to time and as to claims or defenses. *See e.g. Westhemeco Ltd. V. New Hampshire, Ins.*, Co., 82 F.R.D.. 702 (S.D.N.Y. 1979).**

     7.     Documents concerning any transfer of any web domain owned by Plaintiff at any time from January 1, 2013 to the present, including but not limited to the date and time of the transfer, the outgoing registrar, the incoming registrar, the purchaser, the amount paid by any buyer, and the identity of any buyer.

RESPONSE: **No responsive documents.**

---

8.      The "detailed reports from several service providers" that were referred to in the Delta Pilots Association website post of Wednesday, November 13, 2013.

RESPONSE: **See documents produced herewith stamped "DPA 1" through "DPA 531" albeit subject to the objection, and to that extent withheld, that Defendant's Request No. 8 extends in time and by subject matter significantly beyond any event or fact expressly alleged in Plaintiff's original or amended Complaints and is, therefore, overly broad in scope as to time and as to claims or defenses. *See e.g. Westhemeco Ltd. V. New Hampshire, Ins., Co.,* 82 F.R.D.. 702 (S.D.N.Y. 1979).**

---

9.      Documents related to Tim Caplinger's "trace" of the call(s) allegedly placed to him on Friday, November 15, 2013 concerning the incidents of November 8, 2013.

RESPONSE: **See documents produced herewith stamped "DPA 1" through "DPA 531" albeit subject to the objection, and to that extent withheld, that Defendant's Request No. 9 extends in time and by subject matter significantly beyond any event or fact expressly alleged in Plaintiff's original or amended Complaints and is, therefore, overly broad in scope as to time and as to claims or defenses. *See e.g. Westhemeco Ltd. V. New Hampshire, Ins., Co.,* 82 F.R.D.. 702 (S.D.N.Y. 1979).**

---

10.      Documents showing daily traffic to www.deltapilot.org, www.delta-pilots.org, and www.deltapilotsassociation.org for each day during the months of October, November and December 2013.

**RESPONSE:  See documents produced herewith stamped "DPA 1" through "DPA 531" albeit subject to the objection, and to that extent withheld, that Defendant's Request No. 10 extends in time and by subject matter significantly beyond any event or fact expressly alleged in Plaintiff's original or amended Complaints and is, therefore, overly broad in scope as to time and as to claims or defenses. *See e.g. Westhemeco Ltd. V. New Hampshire, Ins.*, Co., 82 F.R.D.. 702 (S.D.N.Y. 1979).**

11.     Documents showing the date, the name of the contributor, and the amount of each donation made to Plaintiff through its web site for October, November and December 2013.

**RESPONSE:  Subject to two objections:**

**First, that disclosing names of, or identifying information about, contributors to, or members of, DPA i) exceeds the scope of discovery in Rule 26 (b)(1) because the identity of donors is not relevant to any claim or defense and ii) such disclosure would, or unreasonably risks, interfering with or chilling the rights of such pilots under the Railway Labor Act, 45 U.S.C.  *151 et seq.* to freely choose their representative and/or exercise other federal, statutory rights, and so and to that extent withheld on that basis;**

**Second, and notwithstanding the first objection, no such responsive document exists that shows both the name and amount of contribution made through DPA's web site;**

**Subject to the foregoing two objections, See documents produced herewith stamped "DPA 1" through "DPA 531."**

12.     All records concerning visits to www.deltapilot.org, www.delta-pilots.org, or www.deltapilotsassociation.org from November 8, 2013 through November 10, 2013.

**RESPONSE:  See documents produced herewith stamped "DPA 1" through "DPA 531" albeit subject to the objection, and to that extent withheld, that Defendant's Request No. 12 extends in time and by subject matter significantly beyond any event or fact expressly alleged in Plaintiff's original or amended Complaints and is, therefore, overly broad in scope as to time and as to claims or defenses. *See e.g. Westhemeco Ltd. V. New Hampshire, Ins.*, Co., 82 F.R.D.. 702 (S.D.N.Y. 1979).**

13.      Documents concerning any and all costs, expenses or payments made by Plaintiff concerning the alleged violation of CFAA, including documents that show the dates of such payments, the payor, the payee, and the services or good provided in exchange for such payments. This request expressly includes a request for records of any payment made to a forensic or computer expert or to any domain hosting or web hosting service in connection with the alleged CFAA violation.

**RESPONSE:  See documents produced herewith stamped "DPA 1" through "DPA 531" albeit subject to the objection, and to that extent withheld, that Defendant's Request No. 13 extends in time and by subject matter significantly beyond any event or fact expressly alleged in Plaintiff's original or amended Complaints and is, therefore, overly broad in scope as to time and as to claims or defenses. *See e.g. Westhemeco Ltd. V. New Hampshire, Ins.*, Co., 82 F.R.D.. 702 (S.D.N.Y. 1979).**

14.      Documents that relate to any and all insurance policies covering Plaintiff or its officers or directors at any time from January 1, 2013 to the present.

**RESPONSE:  No responsive documents.**

15.     Documents that relate to any and all payments to attorneys concerning this litigation, including documents that show the dates of such payments, the payor, the payee, and the services or good provided in exchange for such payments..

RESPONSE:   **Subject to possible redactions of descriptions of legal services that unavoidably discloses attorney-client privileged communications or attorney work product, Defendant will produce responsive documents.**

16.     Documents that relate to any and all payments to experts or purported experts concerning this litigation, including documents that show the dates of such payments, the payor, the payee, and the services or good provided in exchange for such payments.

RESPONSE:   **Subject to possible redactions of descriptions of legal services that unavoidably discloses attorney-client privileged communications or attorney work product, see documents produced herewith stamped "DPA 1" through "DPA 531".**

17.     All posts to Plaintiff's Twitter account from November 1, 2013 to the present that refer to or concern the alleged CFAA violation.

RESPONSE:   **See documents produced herewith stamped "DPA 1" through "DPA 531" albeit subject to the objection, and to that extent withheld, that Defendant's Request No. 17 extends in time and by subject matter significantly beyond any event or fact expressly alleged in Plaintiff's original or amended Complaints and is, therefore, overly broad in scope as to time and as to claims or defenses. *See e.g. Westhemeco Ltd. V. New Hampshire, Ins.*, Co., 82 F.R.D.. 702 (S.D.N.Y. 1979).**

18.     All posts to Plaintiff's web site from November 1, 2013 to the present that refer to or concern the alleged CFAA violation.

**RESPONSE:  See documents produced herewith stamped "DPA 1" through "DPA 531" albeit subject to the objection, and to that extent withheld, that Defendant's Request No. 18 extends in time and by subject matter significantly beyond any event or fact expressly alleged in Plaintiff's original or amended Complaints and is, therefore, overly broad in scope as to time and as to claims or defenses. *See e.g. Westhemeco Ltd. V. New Hampshire, Ins.*, Co., 82 F.R.D.. 702 (S.D.N.Y. 1979).**

19.     All documents that Plaintiff asserts support or tend to support any allegation made in the Second Amended Complaint.

**RESPONSE:  See documents produced herewith stamped "DPA 1" through "DPA 531".**

Dated:        January 22, 2018

By:   *[signature]*

Nicholas P. Granath, Esq. *pro hac vice*
ngranath@ssmplaw.com
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
2915 Wayzata Blvd.
Minneapolis, MN  55405
Tel. (612) 341-9080;
Fax (612) 341-9079

And

Lee Seham, Esq.
lseham@ssmplaw.com
Lucas K. Middlebrook, Esq.
lmiddlebrook@ssmplaw.com
George Diamantopoulos, Esq.
GDiaman@ssmplaw.com
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
199 Main Street, Seventh Floor
White Plains, NY 10601
Tel: (914) 997-1346;
Fax: (914) 997-7125

*Attorneys for Plaintiff, Delta Pilots Association*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date indicated herein below I provided, or through my agents caused to be provided, a true and correct copy of the foregoing attached document, and that the same was served upon counsel(s) for the Defendant by first class mail addressed to Defendant Russell C. Melvin's counsel of record:

        Dana Lossia, Esq.
        LEVY RATNER, P.C.
        80 Eighth Avenue Floor 8
        New York, New York 10011

        dlossia@levyratner.com

        Tel. 212 627-8100
        Fax. 212 627-8122

Dated:   <u>January 22, 2017</u>

                                   Nicholas Paul Granath, Esq.

# Exhibit C

Nov 10th, 2013 at 12:48AM
(3 months ago)
primary domains
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

In conjunction with this hacking issue, I see that I have two domains set as primary. How is this possible? I would like deltapilotsassociation.org to be primary going forward. I need the domain deltapilot.org to be deleted and I need you to report from your records who and when deltapilot.org was added to our account. This was an unauthorized change that we need to get to the bottom of immediately. Either someone called in and had a SS rep add the domain or someone forced their way in in which case you have a security concern still.

Tim Caplinger
dpa@delta-pilots.org

Rick Eagan
media@delta-pilots.org

Nov 10th, 2013 at 2:19AM 3 months ago
Megan Tatem
Merged #697937

Nov 10th, 2013 at 2:21AM
(3 months ago)
Megan T.
**To:** media@delta-pilots.org
**From:** 'Megan T.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey there Rick,

Thanks for contacting us!

You can turn off your deltapilot.org Squarespace domain. Take a look:

http://screencast.com/t/EE8e7vlX

It looks like Zoe has went in and escalated this issue for our developers to take a look and further investigate this issue. I've merged this with your original ticket on this issue #697937. We request that you keep all replies in the original ticket so we have a complete history of the conversation and help us avoid any confusion or duplicate replies.

Thank you!

Nov 10th, 2013 at 2:47AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Megan,

Thanks for replying. Two things. First, I see I made an error below. Delta-pilots.org is primary and deltapilotsassociation.org is secondary.

Second, I had already figured out the toggle off feature you show. It's already done. I need deltapilot.org REMOVED from my account, not just toggled off. I also need to know who and when deltapilot.org was added. It is a malicious attack and I need ALL information about how it got there. I realize that SquareSpace may have been fooled into adding it without my permission or someone may have gotten past your security. I will hold SS harmless so long as I can get a report on how it happened. All I know is that I and my webmaster never added deltapilot.org to our account. I need as much information on that domain as you can find. I need to hunt down the source and

DPA 91

2/6/2014                                Deskcom Agent -- Rohlt Giri

make sure it doesn't happen again.


Thanks,


Tim


From: 'Megan T.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 2:22 AM
To: media@delta-pilots.org
Subject: Re: primary domains


Nov 10th, 2013 at 3:53AM
(3 months ago)
Megan T.
To: DPA Mail <dpa@delta-pilots.org>
From: 'Megan T.' <customercare@sqsp.me> (Squarespace Customer Care)
Reply-to: customercare@squarespace.com
Hello again Rick,

Thanks for following up with us!

We are taking this matter VERY seriously and as I have stated before, we have escalated this matter for our developers to further investigate this issue. They will be back with you shortly, providing you with all the information you need.

We are so sorry for the inconvenience!

We're still investigating this issue.


Nov 10th, 2013 at 7:31AM
(3 months ago)
DPA Mail
To: <customercare@squarespace.com>
From: DPA Mail <dpa@delta-pilots.org>
Cc: DPA Volunteer <jacseo@gmail.com>
Attachments: image001.png
Here is the screen shot of the hostile domain still showing in the Custom Domain structure. It says it is managed by you, so please remove it. Please provide all contact information associated with the setup of "deltapilot.org".


Thank you.


Tim Caplinger

DPA


From: 'Megan T.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 2:22 AM
To: media@delta-pilots.org
Subject: Re: primary domains


Nov 10th, 2013 at 8:04AM
(3 months ago)
Erin S.

DPA 92

2/6/2014                                   Desk.com Agent -- Rohit Giri

**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Erin S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** DPA Volunteer <jacseo@gmail.com>
Hi Rick,

We are looking into this, and will remove the domain as soon as possible.

Once we have any information we will let you know.

...    .. . ...      ...  .. ..  ..    ...      .. .    ...   ......     .. . .........   .. ..

Nov 10th, 2013 at 12:00PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** <media@delta-pilots.org>
Thanks.


I am having trouble now with all videos loaded on the site and hosted at Wistia. I had them working this morning, but something has changed that is leaving a message that "video embedding not authorized" or such.



Please advise.



Tim Caplinger



Rick Eagan



From: 'Erin S.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 8:05 AM
To: dpa@delta-pilots.org
Cc: jacseo@gmail.com
Subject: RE: primary domains


Nov 10th, 2013 at 12:02PM 3 months ago
Dan Schenker
#697815 is also pertinent

Nov 10th, 2013 at 12:06PM 3 months ago
Dan Schenker
Begin new issue, video embeds aren't working. This page:

http://deltapilotsassociation.squarespace.com/dpa-videos/
...    .. . ...      ...  .. ..  ..    ...      .. .    ...

Nov 10th, 2013 at 12:08PM
(3 months ago)
Dan S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Dan S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** <media@delta-pilots.org>
Hi Rick,

Thanks for letting us know about this video embed issue.

I took a look at your Videos page, and I too encountered the same issue. Would you mind linking us to one of the original videos that isn't working (on the Wistia site) so

https://squarespace.desk.com/agent#

3/5

DPA 93

2/6/2014                                      Deskcom Agent -- Rohit Giri

we can examine its settings there?

Sorry for all the trouble here. Looking forward to your response!


Nov 10th, 2013 at 12:20PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** <media@delta-pilots.org>
http://dpa.wistia.com/medias/k1fkyg6z0y



From: 'Dan S.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 12:08 PM
To: dpa@delta-pilots.org
Cc: media@delta-pilots.org
Subject: RE: primary domains

Nov 10th, 2013 at 12:31PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** <media@delta-pilots.org>
Here is another one, the GO TEAM video:


http://dpa.wistia.com/medias/fl250pam2m




Tim Caplinger

DPA



From: 'Dan S.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 12:08 PM
To: dpa@delta-pilots.org
Cc: media@delta-pilots.org
Subject: RE: primary domains


Nov 10th, 2013 at 1:17PM
(3 months ago)
Danielle H.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Danielle H.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** <media@delta-pilots.org>
Hey Rick,

Thanks for the additional clarification.

I recommend taking a look at Wista to ensure that those videos are not set to private or any sort of privacy setting that could be blocking the video from displaying on your site. Here is what I am seeing that makes me think that:

http://screencast.com/t/8tUfESru

With that said, I did take a look and see that the videos that are working are using a script code such as:

2/6/2014                                   Desk.com Agent -- Rohit Giri

`<script charset="ISO-8859-1" src="http://fast.wistia.com/static/popover-v1.js"></script>`

While the videos that are not working are using an iframe code:

`<iframe src="http://fast.wistia.net/embed/iframe/fl250pam2m" allowtransparency="true" frameborder="0" scrolling="no" class="wistia_embed" name="wistia_embed" allowfullscreen mozallowfullscreen webkitallowfullscreen oallowfullscreen msallowfullscreen width="800" height="533"></iframe>`

That could also be the issue here. Are you able to re generate the video code using a script like the ones that are working?

I hope you find this information helpful. Please let us know if you have any more questions. Thanks!

Nov 10th, 2013 at 8:02PM
(3 months ago)
DPA Media Committee
**To:** "customercare@squarespace.com" <customercare@squarespace.com>
**From:** DPA Media Committee <media@delta-pilots.org>
**Cc:** "dpa@delta-pilots.org" <dpa@delta-pilots.org>
We've managed to get the embedded video to play in the pop-up. We went back into the Wistia settings where embedded videos are allowed to play and reset our settings to play on our sqsp site. With the URL hijacking and changes to regain control that probably effected Wistia. Or, you guys did something to correct it and it was a coincidence on timing. In any event we have our video playing again so I wanted to update you from our end.

Managed Domains in our account still shows "DELTAPILOT.ORG", which as you are aware does not belong to us.

Sent from my iPhone, Rick.

Nov 10th, 2013 at 9:21PM
(3 months ago)
Zoë H.
**To:** DPA Media Committee <media@delta-pilots.org>
**From:** 'Zoë H.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** "dpa@delta-pilots.org" <dpa@delta-pilots.org>
Hey Rick,

Thanks for the update on the video issue--I'm glad this is working for you again.

I just wanted to let you know that, while the wait is annoying, we definitely appreciate your patience as we look into the deltapilot.org issue for you. It's not being ignored and we will update you as soon as possible.

Let us know if you have any further questions!

2/6/2014                                      Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 11:34PM
(3 months ago)
Hijack Issue
To: (Empty)
From: media@delta-pilots.org
Hi,

Somehow, SquareSpace has added deltapilot.org to our domain list. This is a clone site DPA does not own. We need to remove it from our domain list immediately. Also, please research who has set up the trial squarespace account using deltapilot.org. This is our hacker. Please email us with results.

Tim Caplinger
dpa@delta-pilots.org

Rick Eagan
media@delta-pilots.org

Nov 10th, 2013 at 12:59AM 3 months ago
Zoë Holmes
Domain Name: deltapilots.org
Date Registered: Not sure
Issue Summary: Not entirely sure what is happening here, but they definitely show a linked, managed domain called deltapilot.org (see screenshot: http://screencast.com/t/csS2Aalm) that goes nowhere and they say they:

1) Did not register

2) Is the work of a hacker

I am wondering if sites can be automatically associated with accounts, or would someone with login access need to do this? Basically--do they have a hacker or maybe just a disgruntled ex member with a login and bad web skills?

Any ideas of what's happening would be appreciated!

Nov 10th, 2013 at 1:00AM
(3 months ago)
Zoë H.
To: media@delta-pilots.org
From: 'Zoë H.' <customercare@sqsp.me> (Squarespace Customer Care)
Reply-to: customercare@squarespace.com
Hey there,

I'm going to escalate this case to a domain administrator to review.

You'll receive a reply to this case directly (#697937), as soon as possible.

We appreciate your patience, thanks!

Nov 10th, 2013 at 8:03AM 3 months ago
Erin Sheridan
Please Also see #697978

for additional customer comments.

Would like the deltapilot removed. As know where it come from. If we can do that?

Nov 10th, 2013 at 12:03PM 3 months ago
Dan Schenker
Also, #697815. They've submitted three tickets from two different people about the same issue.

DPA 96

2/6/2014                                  Desk.com Agent -- Rohit Giri

Nov 14th, 2013 at 2:19PM
(3 months ago)
Bill P.
**To:** media@delta-pilots.org
**From:** 'Bill P.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello Rick,

We have looked over this case and see that the other gentleman linked here in your email (Tim) has also sent in a ticket regarding this issue. My fellow Customer Care
representative Tom is speaking with him through email and will be looking more into this issue.

I've merged this ticket with the other ticket (#699538). We request that all replies stay in that ticket so we have a complete history of the conversation and help us avoid
any confusion or duplicate replies.

Thank you!

DPA 97

2/6/2014                                           Desk.com Agent -- Rohit Giri

Oct 27th, 2013 at 5:27PM
(3 months ago)
Virus?
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

I am getting complaints from my members that several virus software programs including Kaperski are reporting that our website has a virus. Safari occasionally blocks it
as well. What should I do to clear this?

Thanks!

Tim Caplinger
dpa@delta-pilots.org
813-785-4761

Oct 27th, 2013 at 6:00PM
(3 months ago)
Edelweiss C.
**To:** media@delta-pilots.org
**From:** 'Edelweiss C.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Happy to help! It's not possible for your site to have a virus. You may be placing content on your site that anti-virus programs deem malicious.

Squarespace is extremely security-conscious. Our users trust us with their online presence and we're committed to upholding that trust. As such, we develop our
application with the highest standards of security. Squarespace has undergone an intense barrage of security tests ranging from XSS exploits, email scraping, DDoS, and
other more direct penetration attacks and has passed with flying colors on every account. Since every one of our websites is served on the same underlying fabric, every
customer has the same rock-solid security.

Hope this clarifies. Let us know if you have any questions. Thanks!

Oct 27th, 2013 at 6:22PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Thanks for the quick reply. Is there a list of common mistakes that might make my site look malicious?

Tim

**From:** 'Edelweiss C.' [mailto:customercare@sqsp.me]
**Sent:** Sunday, October 27, 2013 6:00 PM
**To:** media@delta-pilots.org
**Subject:** Re: Virus?

Oct 27th, 2013 at 6:51PM
(3 months ago)
Dan S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Dan S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey Tim,

DPA 110

2/6/2014                                    Desk.com Agent -- Rohit Giri

No problem -- Happy to help out here!

While we don't have a list of malicious topics or Frequently Asked Questions of this nature, I'd find it hard to believe that anything of malicious nature would be on a page focused around a major organization like the one you work for.

With that said, have you been able to replicate any of these reports from any of these various anti-virus softwares, or do you have any screenshots of the error messages that are being produced? I'd be curious to take a closer look at this.

Let us know -- thanks!

Oct 27th, 2013 at 7:18PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Dan,

It is the nature of my organization that means I am especially vulnerable to malicious attacks. The opposing union we are trying to replace is on the ropes and would certainly hack our site if they could. I don't have any screen shots at the moment, but I will query some members for more details. Typically, the site is blocked with a simple statement that the site has a virus and is unsafe to visit.

Tim

From: 'Dan S.' [mailto:customercare@sqsp.me]
Sent: Sunday, October 27, 2013 6:52 PM
To: dpa@delta-pilots.org
Subject: RE: Virus?

Oct 27th, 2013 at 7:42PM
(3 months ago)
Ariella G.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Ariella G.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Keep us informed about what you find as well as any other issues that may erupt due to the opposing union.

All the best.

Oct 28th, 2013 at 1:24AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Attachments:** image001.png
Hi again,

I asked Trend Micro to analyze our website and this is the report I received. I still don't have specifics on what the "disease vector" is. Anything you guys can do to provide analysis would be GREATLY appreciated.

I am going to try to call Trend Micro on Monday the 28th for clarification.

Tim Caplinger

DPA

2/6/2014                                  Desk.com Agent -- Rohit Giri

cid:Image                                          .

Greetings,

On 10:25 PM, October 27, 2013 UTC, you have submitted a reclassification request to Trend Micro.

We have processed your request and below is the result.

URL

hxxp://www.deltapilotsassociation.org

New Safety Rating

(originally rated as "Untested" by Trend Micro)

Dangerous

New Content Type

(originally categorized as "Untested" by Trend Micro)

Disease Vector

***The system updated the URL submission to prevent this notification from being detected as spam or phishing mail.***
If you still have any questions, feel free to <http://us.trendmicro.com/us/about/contact/index.html>; contact us
                                                                                  .

Sincerely,
Trend Micro

From: 'Ariella G.' [mailto:customercare@sqsp.me]
Sent: Sunday, October 27, 2013 7:42 PM
To: dpa@delta-pilots.org
Subject: RE: Virus?

Oct 28th, 2013 at 3:06AM
(3 months ago)
John B.
To: DPA Mail <dpa@delta-pilots.org>
From: 'John B.' <customercare@sqsp.me> (Squarespace Customer Care)
Reply-to: customercare@squarespace.com
Hi Tim,

https://squarespace.desk.com/agent#

DPA 112

2/6/2014                                    Desk.com Agent -- Rohit Giri

Keep us posted as to what Trend Micro has to say. This is certainly uncommon!

Thanks!

Oct 28th, 2013 at 10:16AM
(3 months ago)
DPA Mail
To: <customercare@squarespace.com>
From: DPA Mail <dpa@delta-pilots.org>
Attachments: image001.png
Here is the blocking message from Kaspersky. Still no word from Trend Micro.


Tim




From: 'John B.' [mailto:customercare@sqsp.me]
Sent: Monday, October 28, 2013 3:07 AM
To: dpa@delta-pilots.org
Subject: RE: Virus?


Oct 28th, 2013 at 10:20AM
(3 months ago)
DPA Mail
To: <customercare@squarespace.com>
From: DPA Mail <dpa@delta-pilots.org>
Attachments: image001.png image002.png
Details from Kaspersky:




From: 'John B.' [mailto:customercare@sqsp.me]
Sent: Monday, October 28, 2013 3:07 AM
To: dpa@delta-pilots.org
Subject: RE: Virus?


Oct 28th, 2013 at 10:24AM
(3 months ago)
DPA Mail
To: <customercare@squarespace.com>
From: DPA Mail <dpa@delta-pilots.org>
Attachments: image001.png image002.png
This is the type of message that pops up multiple times:




This is how the home page loads:


https://squarespace.desk.com/agent#                                      4/5

2/6/2014

Desk.com Agent -- Rohit Giri

From: 'John B.' [mailto:customercare@sqsp.me]
Sent: Monday, October 28, 2013 3:07 AM
To: dpa@delta-pilots.org
Subject: RE: Virus?


Oct 28th, 2013 at 10:37AM
(3 months ago)
Jennifer V.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Jennifer V.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi there,

I see from your screenshots that you're using Internet Explorer. Are you seeing this when accessing your site in other browsers? Chrome, Firefox, Safari?

Let me know -- I look forward to getting this issue resolved.


Oct 28th, 2013 at 2:59PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Safari is affected as well.


From: 'Jennifer V.' [mailto:customercare@sqsp.me]
Sent: Monday, October 28, 2013 10:38 AM
To: dpa@delta-pilots.org
Subject: RE: Virus?


Oct 28th, 2013 at 3:40PM
(3 months ago)
Ryan T.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Ryan T.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello Tim,

Thank you for your reply.

I took my time out to read through the entire thread and I'm pretty certain this is has to do with what certain anti-viruses "deem" to be harmful. Anti-virus programs have their own databases of known threats to cross check from and hard coded calculations to make that will mark a website as harmful or OK to visit. Apparently there's something on your site that these programs are finding which triggers a negative response.

I visited your site and noticed that you have a mass amount of pages/content. Of course, it's difficult for me to pin-point exactly what may be triggering the anti-virus software with all the given content on your site. I would to reach out to "Kaspersky" and try to obtain an explanation as to why these pages and/or files are deemed dangerous. Also, they will need to provide a suggested workaround. They may ask that you make specific modifications or remove certain part of your website altogether.

The markup they gave you is helpful but this does not of course address what action needs to be taken moving forward to prevent this from happening.

Make sure to let us know if you have any additional questions or concerns.

DPA 114

2/6/2014
Desk.com Agent -- Rohit Giri

Sep 13th, 2012 at 12:47PM
(1 year ago)
Interaction with Tim Caplinger
To: (Empty)
From: redrudder@verizon.net
Location: USA (Tampa, FL)
On page: http://static.clark.com/jsclient/popout.html?_ok=9890-199-10-
7892&wcsid=rYp4TMopu92kSCxAKA6elrP989019185&_okiv=1347638762210,rYp4TMopu92kSCxAKA6elrP989019185&hblid=vdg2Gq6oJONn2Ky0rBsVnJr989019185&_okgid=undefined&olfsk=
IP address: 173.65.106.19
Talked with: Will H.

Tim Caplinger (redrudder@verizon.net)
12:07 | Hi, I need help with my new site. I would like to upload a pdf document (HOA By-Laws) to my SS6 site. What is the best way to access this large pdf file?

Will H.
12:07 | Hi Tim!
12:08 | You can add a text link to upload this file
12:08 | See the guide here:
12:08 | http://help.squarespace.com/customer/portal/articles/644775-creating-a-text-link?t=103959?t=103959

Tim Caplinger (redrudder@verizon.net)
12:09 | Thank you... next question

Will H.
12:09 | Sure thing

Tim Caplinger (redrudder@verizon.net)
12:09 | I have created a blog that is pasword protected
12:10 | Do I need to send contributor invitations to every person who would like to post on it?
12:10 | If so, what is the basic permission they would need to only post on the blog and not edit elsewhere

Will H.
12:11 | Yes, if you would like them to be able to add content to the blog, you can use the Content Editor permission
12:11 | Unfortunately there's no setting to limit this to specific pages however

Tim Caplinger (redrudder@verizon.net)
12:11 | UGH!!!!
12:11 | Any plans for a discussion forum?
12:12 | I need for my neighbors to be able to discuss issues on a private forum

Will H.
12:12 | I can't specify dates for any new features, however I'm happy to add this is as a suggestion to our developers for you

Tim Caplinger (redrudder@verizon.net)
12:13 | So content editor permission is required to comment on a blog entry?
12:14 | I think that is not reqired, just for new blog entries

Will H.
12:15 | I see what you mean
12:15 | You would not need to use the Content Editor permission
12:15 | You can actually just provide the blog password and allow them to comment
12:16 | You can use the Trusted Commentor permission if you'd prefer they have a login to add comments

Tim Caplinger (redrudder@verizon.net)
12:16 | That's good enough for now. Very rough and inflexible..we need a basic forum to promote free dialog

Will H.
12:17 | I understand, I'm going to send this over as feedback to our developers for you

Tim Caplinger (redrudder@verizon.net)
12:17 | One last question, on the blog page, I don't see a way to add a header or text block above the blog to explain this limitation....ideas?

Will H.
12:18 | Can you provide the Squarespace URL for your blog page so I can look into this for you?

Tim Caplinger (redrudder@verizon.net)
12:19 | https://tim-caplinger.squarespace.com/config/#module=content&collectionId=5050cb38e4b0e5d7355c050d
12:20 | https://tim-caplinger.squarespace.com/blog/
12:20 | thats better

DPA 129

2/6/2014                                          Deskcom Agent -- Rohit Giri

12:21 | My first blog entry, "Welcome to the forum" would be the header.

Will H.

12:22 | Thanks !

12:22 | One moment here

12:23 | I see what you mean here

12:24 | There's no setting for adding this as a post above your site content, and the Native template does not support a sidebar on the blog page for this

12:24 | I'd recommend adding this as a post within your blog or on a page that links to the blog

Tim Caplinger (redrudder@verizon.net)

12:25 | So create a page with all info and then link it over. I will play with it. Thanks!

12:27 | Goodbye!

Will H.

12:27 | Yes that is correct — glad to help!

12:27 | Thanks for chatting with us today! Please visit this form to tell us how we did: http://sqsp.me/chat-feedback

12:27 | If you have any other questions, feel free to contact our email support team at support@squarespace.com, 24/7!

DPA 130

2/11/2014                                Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 10:55AM
(3 months ago)
HELP!
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Squarespace!


I need URGENT HELP! My site www.deltapilotsassociation has been hijacked. Please try to view it and see what you get. I got this link below as the redirect. I need immediate help rectifying it.


Thank you.


Please call me at 813-785-4761.


Tim Caplinger

Delta Pilots Association


0cc3bchttp://www.deltapilotsassociation.org//?r=50940298 <http://www.deltapilotsassociation.org/?r=50940298>;


ae038d88b0bbbf9e14-165551232]]


Nov 9th, 2013 at 11:08AM
(3 months ago)
Chris L.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Chris L.' <customercare@squarespace.com> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi there,

Happy to help!

Can you please clarify on what you mean by "hijacked"?

I checked out your site -- http://www.deltapilotsassociation.org/ -- and I see that it is correctly pointing to Squarespace. See here:

http://screencast.com/t/Bkd4rto7

Thanks!

DPA 134

2/11/2014                                    Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 11:20AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
What is the correct IP address for my site?


Thanks.


Tim Caplinger

DPA


From: 'Squarespace Customer Care' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 10:56 AM
To: dpa@delta-pilots.org
Subject: Re: HELP! -- Case # 697216


Nov 9th, 2013 at 11:26AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Chris!


THAT'S NOT OUR SITE! Our site can still be found by typing deltapilotsassociation.org without the www


Tim


From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 11:30AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
PLEASE call me direct as soon as possible.


Tim

(813) 785-4761


From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org

DPA 135

2/11/2014                                   Deskcom Agent -- Rohit Giri

Subject: Re: HELP!

Nov 9th, 2013 at 11:32AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
The site is going to a trial account instead of the main DPA website. That trial account needs to get shut down first.

From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 11:57AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
The hacker, Air Line Pilots Association, owns deltapilot.org where the site is now redirecting.

We own delta-pilots.org.

Tim

From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 12:14PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
So here is the situation:

DPA owns: www.deltapilotsassociation.org, which redirects to our primary domain www.delta-pilots.org. Our opposition owns deltapilots.org and deltapilot.org. They are doing the hacking/redirecting.

Tim

From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 12:43PM
(3 months ago)

https://squarespace.desk.com/agent#                                                                    3/6

DPA 136

2/11/2014                                   Desk.com Agent -- Rohit Giri

DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Attachments:** image001.png
Notice the url below which we own but is redirecting to this trial site.



Tim Caplinger

DPA




From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 12:53PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** DPA Volunteer <jacseo@gmail.com>
Hi Go Daddy is hosting our domains. They indicate that all of our accounts look good and suggest that the hacker has opened a recent trial account at squarespace and has broken your code to take over the redirecting of www.deltapilotsassociation.org.


http://deltapilotsassociation.org appears to be going to our correct site, but it may be a clone. I can't tell.



Tim



From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 12:56PM
(3 months ago)
Jarno V.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Jarno V.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Thanks for bringing this to our attention. I'm going to take some extra time to review this issue more thoroughly.

I appreciate your patience on this!


Nov 9th, 2013 at 1:16PM 3 months ago
Jarno Veldhuis
*** Add to note/remove from response ***

Issue: Customer owns deltapilotsassociation.org which points to Squarespace 5 and looks to be properly mapped. www.deltapilotsassociation.org is now pointing to a Squarespace 6 site that is owned by someone else. Customer believes that this was done intentionally in an attempt to damage the organization.
Reproducible (y/n): y

https://squarespace.desk.com/agent#                                      4/6

DPA 137

2/11/2014                              Desk.com Agent -- Rohit Giri

Code (y/n): n
Browser / OS: na
URL of issue: tim-caplinger.squarespace.com , http://deltapilotsassociation.squarespace.com/
Custom Domain: deltapilotsassociation.org
Template:na
Screenshots: http://screencast.com/t/UHefp1lM3qt
Password protected (y/n): n
Additional Notes:
- If you created a test page, provide us with the URL of that test page whether on your own site or customer's site.

*** Add to note/remove from response ***

Nov 9th, 2013 at 1:17PM
(3 months ago)
Jarno V.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Jarno V.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello again Tim,

I can tell that this is an urgent issue for your organization so I'm going to escalate this ticket and assign this to the appropriate administrator for further investigation. We'll reply back to this ticket directly with more information as soon as possible.

Just as a note, in some cases current issues that are escalated can take a bit more time to resolve. Any replies sent to this ticket will not be received immediately. If you have any urgent questions regarding this escalated ticket, please submit a new ticket or send an email to customercare@squarespace.com referencing ticket #697216.

Apologies for any inconvenience and thanks for your patience while we work on this for you.


Nov 10th, 2013 at 2:24AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
I am now getting no access to the site. Please check that delta-pilots.org is primary, deltapilotsassociation.org is secondary and deltapilot.org is deleted.



Thank you.



Tim Caplinger

DPA



From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!


Nov 10th, 2013 at 5:24PM 3 months ago
Vishal Patel
Hey Jarno,

When I go to the following domain it works fine.

www.deltapilotsassociation.org

However, when i go to the naked domain http://deltapilotsassociation.org it forwards to the Squarespace URL. I believe he has domain forwarding on

Nov 10th, 2013 at 6:18PM
(3 months ago)
Jarno V.

https://squarespace.desk.com/agent#                                                              5/6

DPA 138

2/11/2014                                          Desk.com Agent -- Rohit Giri

**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Jarno V.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Thanks for your patience here. We noticed that both www.deltapilotsassociation.org and deltapilotsassociation.org are both presently point to the Squarespace site deltapilotsassociation.squarespace.com, however the domain without the www is now displaying your Squarespace URL. Take a look:

http://screencast.com/t/gjd6TTAiQ

This likely means that you have domain forwarding turned on. You will want to disable this for your domain to display correctly with or without the www.

The site that this was directing towards was:

tim-caplinger.squarespace.com

This site has since been removed and the issue appears to have been resolved. Does anyone have access to your GoDaddy account that may have redirected your domain to the wrong site? I would recommend resetting your password with GoDaddy if this is possible.

Let us know if you have any additional questions or concerns.

Thanks!

DPA 139

2/11/2014                                    Desk.com Agent -- Rohit Giri

Nov 11th, 2013 at 10:18AM
(3 months ago)
DPA Site Attack
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** DPA Volunteer <jacseo@gmail.com>
My friends at SquareSpace,

As of 09:45 Eastern today 11/11/13, there is still an unauthorized domain "deltapilot.org" in my custom domain list. I am still awaiting the removal of this domain and a report from you regarding the details behind who accessed our account and who set up this domain.

I am going to need to go to court to solve this if necessary. If you can provide me with the following information, I will hold SquareSpace harmless in the legal actions I will take:

1. First and Last name provided in the trial account setup for deltapilot.org

2. Email address provided in the trial account setup for deltapilot.org

3. IP Address captured in the trial account setup for deltapilot.org

4. The date that SquareSpace added deltapilot.org into our custom domain list.

5. A description of what took place to cause that to occur.

6. A log of what has happened in our DPA account over the last 30 days (domain changes, additions to the website, etc.).

7. A log of what has happened in the unauthorized deltapilot.org account over the last 30 days.

8. A log of DPA administrator logins over the last 30 days and associated IP addresses.

9. Any other pertinent information you may have.

This attack is ongoing in other mediums right now. The hacker is sending out spoof emails appearing to be from us to email addresses we don't have, but the other union ALPA does.

I am going to pursue this attacker in court and I would rather have SquareSpace on my side going in. I want to reiterate that I will hold you harmless if you will provide me with the information requested. Even if you were directly responsible for the access to our account adding the malicious domain deltapilot.org, I will not hold you responsible. I just want to know how it happened in as much detail as possible. Perhaps the hacker posed as us and got your assistance. If there is a protocol issue here that has been exposed, I want to work with you to solve it. I would expect a high level of security when it comes to administrator access and these guys got around it somehow.

The events unfolding will eventually make the national media, so please make every effort to provide as much detail as you possibly can. I am extremely happy with your product (except for the sorely lacking forum capability) and I will herald your product with highest praise if this gets resolved properly and quickly.

Thank you.

DPA 142

2/11/2014                                    Desk.com Agent -- Rohit Giri

Tim Caplinger

(813) 785-4761

Interim President

Delta Pilots Association


Nov 11th, 2013 at 10:45AM
(3 months ago)
Zachary S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Zachary S.' <customercare@squarespace.com> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** DPA Volunteer <jacseo@gmail.com>
Hey Tim,

I'm going to take some time to look into this for you.

I will get back to you just as soon as possible.

Thanks for all your patience!

Nov 11th, 2013 at 8:34PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Guys,


Can I get a progress report please? What do you know so far? I need to tell you that the culprit is now spoofing/forging our Constant Contact database and sending out emails to my membership while posing as us. This is a sophisticated attack using very high level expertise. I need information, however little you have so far. I know you are working hard. I would appreciate even a partial progress report.



Thank you.



Tim


From: 'Zachary S.' [mailto:customercare@squarespace.com]
Sent: Monday, November 11, 2013 10:46 AM
To: dpa@delta-pilots.org
Cc: jacseo@gmail.com
Subject: Re: DPA Site Attack

Nov 11th, 2013 at 10:14PM 3 months ago
Zachary Spegal
Assign back to Zachary Spegal

Nov 11th, 2013 at 10:15PM
(3 months ago)
Zachary S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Zachary S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com

DPA 143

2/11/2014                          Desk.com Agent -- Rohit Giri

Hey Tim,

Thanks for reaching out. It's a pleasure to look into this for you.

We are unable to provide this information upon request without the account being verified. For security reasons we'll need to verify ownership of the account.

Could you provide us with the last four digits of your card in billing on the account, and the full name as it appears on the card?

Also, could you let us know if the forwarding that you were referring to in Case: 697216 has gone through?

Lastly, please refer to our terms of service on this issue:

http://www.squarespace.com/terms/

"24. You agree to indemnify and hold harmless Squarespace and its licensors, suppliers, officers, directors, employees, agents, affiliates, subsidiaries, successors and assigns from and against any and all liability, loss, claim, damages, expense or cost (including but not limited to attorneys' fees), arising from or related to the use of, access to, interaction with or reliance upon, your Hosted Site, including the purchase, sale or other distribution of Commercial Products."

Let us know this information and we should be able to help further!

Thanks!

Nov 11th, 2013 at 10:27PM
(3 months ago)
DPA Mail
To: <customercare@squarespace.com>
From: DPA Mail <dpa@delta-pilots.org>
Thank you Zach!


The information you requested is as follows:


Last four: 9232

Full Name: Delta Pilots Association

Timothy E Caplinger


The forwarding has gone through however, I keep getting "IP Address failed to resolve" unless I click it twice to retry. The site is functioning again otherwise, but the harmful domain deltapilot.org is still present.


Thank you!


Tim Caplinger

DPA


From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Monday, November 11, 2013 10:16 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack

Nov 11th, 2013 at 11:01PM
(3 months ago)
Ariella G.

2/11/2014                                         Desk.com Agent -- Rohit Giri

**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Ariella G.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Thanks for responding. I'm going to assign you back to Zach S. to help you further.

All the best and have a good weekend.

Nov 12th, 2013 at 7:06PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi,

What information do you have please? The hostile domain "deltapilot.org" is still in my list of custom domains. Please ladies and gentlemen, I need communication from you regarding the attack on my site.

I am sure you understand that I have 5,600 or so members counting on me to provide them with a safe site. I am warding off questions, delaying for your response.

Thank you.

Tim Caplinger

813-785-4761

DPA

From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Monday, November 11, 2013 10:16 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack

Nov 12th, 2013 at 11:20PM 3 months ago
Zachary Spegal
Hey Tom,

Wondering if I can get some council on how to respond here. The customer has verified ownership of the account, and I was wondering just how much of this information we can actually provide here.

Thanks

Nov 12th, 2013 at 11:21PM
(3 months ago)
Zachary S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Zachary S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey Tim,

Thanks for all your patience!

I'm still trying to get some further clarity on this for you.

I will get back to you further as soon as possible.

DPA 145

2/11/2014                                    Desk.com Agent -- Rohit Giri

If you have any other questions, don't hesitate to ask, we're here for you 24/7.

Nov 13th, 2013 at 3:11PM 3 months ago
Thomas Guzman
Assign Future Replies to Supervisors > Tom G.

Nov 13th, 2013 at 3:13PM 3 months ago
Thomas Guzman
Domain appears to be registered by the customer for over 1 year – see screenshot included in reply.

Nov 13th, 2013 at 3:14PM
(3 months ago)
Tom G.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Tom G.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey Tim,

I apologize for the delay here. From what I can tell the domain deltapilot.org was purchased through Squarespace as part of your plan in April of 2012 – see here:

http://screencast.com/t/uzPMnf8muzk

Is it possible there may be a mixup here? Are you referring to another domain?

Let me know - thanks.

Nov 14th, 2013 at 7:57AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Thank you Zach,

As of this morning, 11/14/13, the hostile domain, managed by SquareSpace, is still in my account. I am EXTREMELY concerned that the hacker still has access to my account. I want to reiterate, even if SquareSpace was fooled by an impersonator and instructed to add the domain somehow, I am not chasing SquareSpace for harming me. You need to understand that the opposing union I am trying to replace with a new union, the Delta Pilots Association, is currently representing all Delta Pilots including me. This means they have full access to all of my sensitive personal data and could have used it to gain access to my account. ALPA knows my SSN#, address, phone number, etc. Whoever set up the trial account for deltapilot.org somehow managed to get you to add it into my domain list. By then making it primary, they were able to redirect all traffic to their hostile site for over 18 hours until I figured out the bogus domain had control. Once I removed it as primary, I got my traffic back. But that domain is still in my account.

I REALLY need the gory details of how they did it. I don't care if SquareSpace made a protocol error or of your code was compromised so long as you fix the problem to avoid future occurrences. What I need is every piece of data you can give me about HOW they did it and WHO did it.

I need this quickly. I am overrun with demands for an explanation and it is hurting my credibility. My members are turning on me for not providing them with a safe site nor an explanation of how we were hacked.

Thank you for helping.

Sincerely,

DPA 146

2/11/2014                                  Desk.com Agent -- Rohit Giri

Tim Caplinger

DPA

813-785-4761


From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Tuesday, November 12, 2013 11:21 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack


Nov 14th, 2013 at 8:24AM
(3 months ago)
DPA Mail
To: <customercare@squarespace.com>
From: DPA Mail <dpa@delta-pilots.org>
Zach,


One more thing. I have 5675 members who are Delta Pilots who each make between $100,000 and $300,000 per year and MANY own side businesses with web needs. Lots of them are questioning SquareSpace right now. Help me beat this and I will be able to firm up their confidence in you.


Thanks,


Tim


From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Tuesday, November 12, 2013 11:21 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack


Nov 14th, 2013 at 9:25AM 3 months ago
Nicolas Bienvenu
Assigning to the customer supervisors escalation queue as per requested and following last email expressing concerns about a potential hacking situation taking place on Squarespace.


Nov 14th, 2013 at 9:29AM
(3 months ago)
Nicolas B.
To: DPA Mail <dpa@delta-pilots.org>
From: 'Nicolas B.' <customercare@sqsp.me> (Squarespace Customer Care)
Reply-to: customercare@squarespace.com
Hi Tim,

Sorry to hear about your recent troubles with your domain on Squarespace.

Our supervisor, Tom, is currently investigating on this situation for you.

You'll receive a reply to this case directly (#699538), as soon as possible.

We appreciate infinitely your patience in the current situation Tim!


Nov 14th, 2013 at 12:41PM
(3 months ago)
DPA Mail


https://squarespace.desk.com/agent#                                                                                 6/7

DPA 147

2/11/2014                                    Desk.com Agent -- Rohit Giri

**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi folks,


I can't go on without receiving the information I have requested from you. Absent a response from you, I must turn this over to my attorney at 4:00pm Eastern today. I will then proceed with a "John Doe" lawsuit that details the harm done to my campaign and the potential loss of millions of dollars as a result. Our attorney is very familiar with this type of case.


Please work with me promptly so we can all avoid further hassle and expense. Thank you.



Tim Caplinger

DPA

(813) 785-4761



From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Tuesday, November 12, 2013 11:21 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack


Nov 14th, 2013 at 1:09PM
(3 months ago)
Tom G.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Tom G.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey Tim,

I'm really sorry for the back and forth here. As mentioned previously, the domain deltapilots.org within your account, is showing in our records as having been chosen in April of 2012 -- are you saying that this has just appeared within your account? Please clarify this for me, because at this point, I have you as the owner of the domain.

Additionally, if you think your Squarespace is compromised in anyway, you definitely want to reset your passwords -- we have a guide on how to do this here:

http://5help.squarespace.com/customer/portal/articles/727988-how-do-i-recover-or-change-my-account-password-

Let me know - thanks.


Nov 14th, 2013 at 2:04PM 3 months ago
Bill Purcell
Password sent to "owner contact" ( mark_mcclain@cox.net ) in OpenSRS: http://screencast.com/t/DkwnNaTP

Owner email currently in OpenSRS ( daharte@bellsouth.net ): http://screencast.com/t/Z5lZv7UjG


Nov 14th, 2013 at 7:27PM 3 months ago
Chris Limbrick
Duplicate ticket here: https://squarespace.desk.com/agent/case/707562

# Exhibit D





Tucows Domain Service : Whois Lookup

# Whois Lookup

## WhoIs Lookup

```
Please enter your domai
```

**Lookup**

```
Domain Name: DELTAPILOT.ORG
Domain ID: D165432027-LROR
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2016-04-01T05:03:04Z
Creation Date: 2012-04-30T22:07:25Z
Registrar Registration Expiration Date: 2017-04-30T22:07:25Z
Sponsoring Registrar: TUCOWS, INC.
Sponsoring Registrar IANA ID: 69
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
Reseller: Squarespace
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: tuF15hJr5BDBGOAj
Registrant Name: Domain Administrator
Registrant Organization: Squarespace
Registrant Street: 459 Broadway 5th Floor
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10013
Registrant Country: US
Registrant Phone: +1.3477584644
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: hobbsmsb@aol.com
Registry Admin ID: tuzUuAzQB58doveZ
Admin Name: Domain Administrator
Admin Organization: Squarespace
Admin Street: 459 Broadway, 5th Floor
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10013
Admin Country: US
Admin Phone: +1.3477584644
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domains@squarespace.com
Registry Tech ID: tuBIjzKpQ90ZbgSb
Tech Name: Domain Administrator
```

Def. 00060

```
Tech Organization: Squarespace
Tech Street: 459 Broadway, 5th Floor
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10013
Tech Country: US
Tech Phone: +1.3477584644
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domains@squarespace.com
Name Server: NS2.SYSTEMDNS.COM
Name Server: NS1.SYSTEMDNS.COM
Name Server: NS3.SYSTEMDNS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-04-01T05:03:04Z <<<
```

"For more information on Whois status codes, please visit https://icann.org/epp"

Registration Service Provider:
    Squarespace, customercare@squarespace.com
    +1.3477584644
    http://squarespace.com

The Data in the Tucows Registrar WHOIS database is provided to you by Tucows for information purposes only, and may be used to assist you in obtaining information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its accuracy.

By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass, unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-Accredited registrar, except as reasonably necessary to register domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY. LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

## Help Categories

Abuse and Legal
Correspondence Information
Disputes and Complaints

Domain Specific Information
Glossary of Terms
ICANN Registrant Rights
Internationalized Domain Names (IDN)
Management and Passwords
Name Server (DNS) Changes
Officer and Company Information
Registrant Support
Renewal and Expiration
Transfer of Domain Registration
WHOIS use and information
Why is my domain not working?

.BIZ . .CA . .CC . .CN . .COM/NET . .DE . .INFO . .NAME . .ORG . .TV . .UK

Domain Help
Find Your Domain Provider
WhoIs Lookup
Tucows Domain Promise

© 2012 Tucows.com Co.
Tucows has been ICANN accredited since 1999.
96 Mowat Avenue, Toronto, Ontario, M6K 3M1, Canada



- _____
- _____
- _____
- _____

__ __ ___ ____ _____ _____ __ ____ ___ ___ ___

- _____
- _____
- _____
- _____
- _____
- _____
- _____
- _____
- _____
- _____
- _____
- _____

Def. 00062



# Domain Report - DeltaPilot.org

Domain Name    **DeltaPilot.org**

Prepared On    **November 23, 2017**

# About This Report

This report documents a thorough analysis of the Internet domain name "**DeltaPilot.org**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

© 2017 DomainTools, LLC All Rights Reserved

Def. 00098

# Domain Profile

*As of November 23, 2017*

## Ownership

| | |
|---|---|
| Registered Owner | **Squarespace** |
| Owned Domains | **About 16421 other domains** |
| Email Addresses | **domains@squarespace.com** |
| | **hobbsmsb@aol.com** |

## Registration

| | |
|---|---|
| Created | **Apr 30, 2012** |
| Expires | **Apr 30, 2018** |
| Updated | **May 25, 2017** |
| Domain Status | **No Website** |
| Whois Server | **whois.pir.org** |
| Name Servers | **blank-nameserver.com** |

© 2017 DomainTools, LLC All Rights Reserved

Def. 00099

# Exhibit E



## Property Information Search

Enter Parcel ID, House #, or Street address    Search



| | |
|---|---|
| Owner | MATTHEW & SARAH HOBBS |
| Owner Address | 3763 LINDEN LN |
| | EAGAN MN 55123 |
| Municipality | EAGAN |
| Primary Use | RESIDENTIAL |
| Acres | 0.33 |
| Square Feet | 14,546 |
| Date of Sale (Improved) | 10/30/2001 |
| Sale Value (Improved) | $378,500 |
| Plat Name | THE WOODLANDS 3RD ADD |
| Lot and Block | 19 1 |
| PLS Location | SE1/4 SE1/4 SECTION 14-027- |

Def. 00057

# Exhibit F

**Mykcupfactory.us**

Updated : 2016-09-25

My Kc Up Factory
Mykcupfactory
mykcupfactory.us

**Technicals Datas**

IP : 184.168.221.33 (http://ip-www.net/184.168.221.33)
IP-based Geolocation of Mykcupfactory.us : 🇺🇸 United States | Arizona | Scottsdale
DNS Status : Online

| Whois | Name Servers History |
|-------|----------------------|

Domain Name: MYKCUPFACTORY.US
Domain ID: D47680499-US
Sponsoring Registrar: GODADDY.COM, INC.
Sponsoring Registrar IANA ID: 146
Registrar URL (registration services): whois.godaddy.com
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Variant: MYKCUPFACTORY.US
Registrant ID: CR182646714
Registrant Name: Matthew Hobbs
Registrant Address1: 3763 Linden Ln
Registrant City: Eagan
Registrant State/Province: Mn
Registrant Postal Code: 55123
Registrant Country: Afghanistan
Registrant Country Code: AF
Registrant Phone Number: +1.6519944853
Registrant Email: hobbsmsb@aol.com
Registrant Application Purpose: P1
Registrant Nexus Category: C11
Administrative Contact ID: CR182646716
Administrative Contact Name: Matthew Hobbs
Administrative Contact Address1: 3763 Linden Ln
Administrative Contact City: Eagan
Administrative Contact State/Province: Mn
Administrative Contact Postal Code: 55123
Administrative Contact Country: Afghanistan
Administrative Contact Country Code: AF
Administrative Contact Phone Number: +1.6519944853
Administrative Contact Email: hobbsmsb@aol.com
Administrative Application Purpose: P1
Administrative Nexus Category: C11
Billing Contact ID: CR182646717
Billing Contact Name: Matthew Hobbs
Billing Contact Address1: 3763 Linden Ln
Billing Contact City: Eagan
Billing Contact State/Province: Mn
Billing Contact Postal Code: 55123
Billing Contact Country: Afghanistan
Billing Contact Country Code: AF
Billing Contact Phone Number: +1.6519944853
Billing Contact Email: hobbsmsb@aol.com
Billing Application Purpose: P1
Billing Nexus Category: C11
Technical Contact ID: CR182646715
Technical Contact Name: Matthew Hobbs
Technical Contact Address1: 3763 Linden Ln
Technical Contact City: Eagan
Technical Contact State/Province: Mn
Technical Contact Postal Code: 55123
Technical Contact Country: Afghanistan

Def. 00058

Technical Contact Country Code: AF
Technical Contact Phone Number: +1.6519944853
Technical Contact Email: hobbsmsb@aol.com
Technical Application Purpose: P1
Technical Nexus Category: C11
Name Server: NS35.DOMAINCONTROL.COM
Name Server: NS36.DOMAINCONTROL.COM
Created by Registrar: GODADDY.COM, INC.
Last Updated by Registrar: GODADDY.COM, INC.
Domain Registration Date: Fri Dec 05 19:27:05 GMT 2014
Domain Expiration Date: Fri Dec 04 23:59:59 GMT 2015
Domain Last Updated Date: Fri Dec 05 19:27:05 GMT 2014
DNSSEC: false

>>>> Whois database was last updated on: Sun Dec 07 03:04:03 GMT 2014 <<<<

Share Mykcupfactory.us on social networks

| 0 | 0 | Tweet |
|---|---|---|

Like

G+1



(http://apps.hi.baidu.com/share/?
url=http%3a%2f%2fwa-
com.com%2f/mykcupfactory.us&title=
mykcupfactory.us)

**Please use this form to update a whois record or to delete a domain from wa-com.com (/public domain update form)**

WebAnalyzer provides you websites and domain names informations like registar company, host country, location of the webserver, SEO, rank and more. You can check statistics on the home page to compare registars and find a good price for your hosting plan.

wa-com.com has one of the most largest database of domain names in the world, we analyze each new created domain. We provide informations about Host, DNS, IP address and Domain Ownership (whois lookup).

About us (/about-us) | Privacy Policy (/privacy-policy) | Term of use (/term-of-use) | Contact (/contact) | Update or hide a whois record (/public domain update form) | © WebAnalyzer

Def. 00059

# Exhibit G

 **Delta Pilots Assoc.** @DeltaPilots · Nov 10

The attack on the DPA website has been defeated. The site is fully operational and secure.  Let's focus on our advance to independence!

      

 **Delta Pilots Assoc.** @DeltaPilots · Nov 9

ALPA has hijacked and cloned the DPA website!  DO NOT go to our site until further notice.  Watch email for instructions. Stay the course!

      

Def. 00055

# Exhibit H

**Saturday, November 9, 2013**
**ALERT!  ALPA has hacked part of the DPA website.**

When users search for Delta Pilots Association and try to go to the link provided, you are redirected to an **ALPA produced page** that indicates DPA has quit our campaign (not true, of course). The **content of our site has not been hacked**, only where the address takes you.

DPA recommends that you do not attempt to visit the DPA site until we let you know it is restored.  **ALPA has cloned the site** and is operating what appears to be the DPA site at deltapilot.org.  This site could be harmful!

DPA will work hard to restore our site, but **do we really need it?**  DPA is not just a website, it is 5675 Delta Pilots!  ALPA cannot "hack" your mind nor "hijack" your determination.  Help them see that they have made a grave error in judgment.  **The ALPA "Special Committee" is clearly responsible for this** so reward them appropriately.

Perhaps now is the time to consider removing yourself from ALPA dues check-off.  **Contact DAL Pilot Payroll to revoke automatic dues withdrawal.**

In contrast to ALPA's pressure tactics in layover hotels and dirty maneuvers like hacking our website,  the DPA GO TEAM just had a fantastic first event in MSP!  Watch the one minute video recap hosted on our YouTube site to see how effective the GO TEAM is!  DAL Flight Operations vetted our actions throughout the day and we have their full approval.

Click image above to watch.

With our website down, word-of-mouth, and therefore the GO TEAM, just got more important.  Let ALPA's actions motivate you to join the GO TEAM and let's swamp the bases with Delta Pilots who will no longer tolerate ALPA.

CLICK HERE to join the GO TEAM.

Carry AUTHORIZATION CARDS with you right now and have a fellow Delta Pilot join us or renew their Card right now.

If you would like to donate to DPA, **please do not donate via the web** until we straighten this out.

Def. 00003

Mail checks to:

DPA
P.O. Box 17025
Tampa, FL 33682

We are resolved to complete our campaign with dignity, respect and hard work.  Please do not attack ALPA Reps over this incident.  Most are good individuals with good intents.  **ALPA National and a few individuals here at Delta are responsible.**  Give them what they are asking for, your undivided attention in this representation battle.

STAY THE COURSE!

Def. 00004

**Sunday, November 10th**
**ALERT!  The DPA Site is now back up and running.**

We have defeated the initially successful attempt to redirect our site to a clone site "deltapilot.org".  That site has been disabled, but still **could resurface and be dangerous** so we recommend you clear your browser from all history and cookies before heading back to our site.

When you search Delta Pilots Association in Google, our site is once again properly reached through the results.

**The site is secure and functioning properly**.  Again, **our site was not compromised internally.  No data was lost or accessed.  We do not store member data on the DPA website** as a side note.  The **hijacking was simply a redirecting of our URL** to a hostile site that asked the reader to support ALPA and **may have contained other malicious content**.  Thank you to all who demonstrated patience and restraint during this event.

Evidently, attacks are stepping up right along with our resolve to defeat them.  In any battle, there will be moments where the enemy advances.  While **we experienced a temporary disruption to our website access**, our resolve was not weakened, it was strengthened.

Several of you asked about whether or not revoking ALPA dues check-off would require you to stop paying dues.  Dues Check-off is simply automatic withdrawal.  ALPA must bill you manually if you revoke your dues check-off.  We are not suggesting that you not pay your dues nor are we suggesting that you become an objecting non-member.  Those steps are not warranted or prudent at this time.

REPRINT: In contrast to ALPA's pressure tactics in layover hotels and dirty maneuvers like hacking our website,  the DPA GO TEAM just had a fantastic first event in MSP!  Watch the one minute video recap hosted on our DPA GO TEAM dedicated page to see how effective the GO TEAM is!  DAL Flight Operations vetted our actions throughout the day and we have their full approval.

Click image above to watch.

With ALPA stepping up the attack at all levels, word-of-mouth, and therefore the GO TEAM, just got more important.  Let ALPA's actions motivate you to join the GO TEAM and let's swamp the bases with Delta Pilots who will no longer tolerate ALPA.

CLICK HERE to join the GO TEAM.

Carry AUTHORIZATION CARDS with you right now and have a fellow Delta Pilot join us or renew their Card right now.

CLICK HERE to contribute to DPA.

Mail checks and Authorization Cards to:

DPA
P.O. Box 17025
Tampa, FL 33682

STAY THE COURSE!

Def. 00006

## Wednesday, November 13th

We are pleased to announce the DPA GO TEAM will be in the ATL A Concourse Pilot Lounge all day today, November 13th, 2013 from 08:00am until at least 5:00pm!

Please come by, say hi, bring a friend to join, renew your Card, pick up some DPA Gear and get your questions answered.  Just look for the big group wearing DPA shirts!

PLEASE:  Keep your voice at a low tone while visiting with us.  We must keep the volume level at or below the normal level of the lounge so we don't disturb others. THANK YOU!  If any ALPA Reps are present, be respectful to them!  THANK YOU!

We will be conducting GO TEAM leader training all day, so bear with us as we knock off the rough edges!

If you would like to see what the GO TEAM is all about, watch the one minute recap video below.  We need MORE pilots to volunteer in every base so we can conduct more and more events like today!

CLICK HERE to join the GO TEAM in your base.

**HACKING UPDATE**:  We are awaiting detailed reports from several service providers to help us understand more about what happened last **Saturday**.  DPA is viewing this attack as simply a **momentary distraction** and we must consider very carefully whether or not it makes sense to waste valuable time and resources pursuing those responsible.

This is a good time to remind everyone that **DPA has always promoted a "clean slate" philosophy.**  We intend to welcome all Delta Pilots to DPA after we win and **we will forgive and forget all actions** that local opposition took.  We expect many of our fellow Delta Pilots to vigorously defend the opposition in the days ahead, but we encourage all of you to take the long view when considering your response.

As we investigate the attack on our website, we may choose to "take the long view", especially **if fellow Delta Pilots are involved**.  **Other than the loss of some valuable rest, there really has been no other negative impact to our campaign.**

Thank you for remaining professional at all times.

Def. 00007

We are Delta Pilots after all.

**Thursday, November 14th**

Here is a quick update on our progress:

5678 total members
220 cards to be renewed
$146,303 donated
271 GO TEAM  shirts paid for
45 GO TEAM  Members
4 GO TEAM  lounge events accomplished

By 8:00am on the 13th, the GO TEAM  was rocking in ATL and DTW!  By noon, we had 12 GO TEAM members in training and helping pilots sign Authorization Cards in the ATL A Concourse Lounge.  DTW had 4 GO TEAM members all day as well!  Next up for training is NYC, SLC and LAX!  We are looking for 300 GO TEAM members to spread the load and increase coverage.

We need your help now!  This is the final push to the vote!  We can beat the TWA Lawsuit by a good margin if we press now through December and file for our vote before the second week in January.  If we drag our feet beyond that date, the March 17th TWA Damages Trial begins to impact our wallets. (It takes 8 to 10 weeks for the NMB to conduct the vote.)  Please help us mash the accelerator by joining the GO TEAM!

CLICK HERE to join the GO TEAM now!

ALERT!  If you see the GO TEAM in your base, it's your job to bring them a new member or a Card you have won along the way.  They have DPA Gear to give you to help you be more visible as well.

CAPITOL HILL NEWS!

CAPA is taking the lead with new legislation!  The Safe Skies Act of 2013 sponsored by several Senators and championed by CAPA is bringing "One Level of Safety" by eliminating the "Cargo Carve Out".  Perhaps CAPA can get the job done where ALPA has been unable.

CLICK HERE to read more.

**HACKING UPDATE**

**Thank you for your patience with this event.  Our investigation has led us to a point we did not want to arrive at, filing a lawsuit.  We cannot discuss the details beyond that we are working hard to do what is best for DPA and our members.**

**This is an unexpected expense, so we are asking you to seriously consider making a contribution of any size so our budget is not impacted too severely.**

CLICK HERE to make a contribution to DPA.

Def. 00010

**Friday, November 15th**

We have a few important items for you to consider.  With the recent attack on our website still reverberating, this week has been challenging to say the least.  All we can ask is that you help us FINISH THIS CAMPAIGN so we can begin enjoying our future as independent decision makers.

**ITEM 1:  Hacking Update**

**We discovered today that last weekend's attack disconnected the link to our secure credit card transaction facility.  The redirect of our URL simply broke the link to our account and those that tried to donate to DPA using the 2nd option received an error and could not enter their contribution.  No data was compromised since we do not store data on our site, but no donations were received either.**

**The Donation Link has been restored and IMMEDIATELY donations began coming in.  Because we have now been possibly harmed financially, the importance of completing this investigation properly just went up.  We are dealing with a possible felony that could even result in time behind bars for those responsible.  Having said that, we are moving forward with legal action to get to the bottom of the "WHO" and the "HOW".  What we already know gets clearer every day.**

**A big decision will emerge when the name of the individual is confirmed.  If it is a Delta Pilot, should we prosecute or forgive and forget?  If that person takes responsibility, can we (all Delta Pilots) move on and allow them to finish their career without being ostracized?  DPA believes Delta Pilots are professional enough to take the long view in the matter.  We realize that this is just a campaign and at times, people make poor decisions and DPA leadership is susceptible to that problem as well.  We haven't run our campaign perfectly, ALPA has made their mistakes as well and everyone can fall prey to escalating emotions.  DPA believes we should be able to shake the hand of even the most ardent supporter of ALPA after we win and move on unified as Delta Pilots.  It all depends on whether or not we feel we can resolve the situation peacefully and ensure it doesn't happen again.**

**"It's always darkest before the dawn."**

ITEM 2:  ALPA Attack Package

Many of you have written in and complained about used-car sales tactics being employed by the members of the Special Committee, some of whom were fired by Kingsley Roberts and were then immediately reinstated following the Recall Coup.  Evidently, Special Committee volunteers immediately deployed to large layover hotels around the system and began harassing crewmembers as they checked in to hotels after flying all day.  Reports came in from places like SFO, LAX and NYC.  At times, they would block access to the hotel elevators until the crew would listen to them and accept the packet shown below.  Many of you just discarded them, but some took the time to mail them to DPA.  Thank you.

Some feel that the layover hotels are an extension of the work place and that harassment in the workplace should not be tolerated.  DPA recommends that you send an email to jim.graham@delta.com if you experience aggressive behavior that interferes with your rest period.  Please copy DPA as well.

This attack packet probably cost around $20 each of your dues dollars to produce.  It included a credit card thumb drive that contains unknown files that could have a variety of intents.  The heart of the package is an MEC update that is chock full of misinformation.  As this information is being put directly into the hands of many line pilots, DPA is compelled to answer the claims ALPA made.  We have provided the update below with a DPA Rebuttal inserted after EVERY ALPA claim that you will find both informative and useful.  We recommend you print out the 12 page document and carry it with you to fight the incorrect information ALPA is spreading.

CLICK HERE to read and print the rebuttal.

(You need Adobe Reader to view the file.)

ITEM 3:  Requests from DPA

Our DPA GO TEAM is the heart of our final effort before and during the vote.  We have the respect and cooperation of Flight Operations.  We have operated while showing respect to ALPA volunteers.  We are already hugely successful.  All we need to do now is multiply the effort.  We have 46 team members in most bases, but we are shooting for 300.  We have already received enough donations to outfit the entire team thanks to many of you.  We just need more folks to stand with us and help Delta Pilots find their way to DPA.  Please join us now.

CLICK HERE to join the GO TEAM.

We are incurring additional expenses pursuing legal action.  Please make a

contribution to our effort.

CLICK HERE to contribute.

ITEM 4:  Status Error

Whether due to fatigue, "pilot error" or otherwise, some of you who have EXPIRED cards received a status of "current" in the last email.  This was probably not a result of the hack unless you give some credit for the incredible loss of sleep resulting from the recovery effort.  Regardless, the next status email will have the proper status shown.  We apologize for any confusion this may have caused.

CLICK HERE to print the Card.  Let's go!

Def. 00013

**Monday, November 18th**

We have heard you loud and clear regarding how we should handle the hacking incident. This past Saturday, we turned the investigation over to the Federal Bureau of Investigation (IC3) for resolution. Our decision to do this was accelerated by your input and by a phone call from a group of pro-ALPA Delta Pilots claiming to be the hackers.

On Friday, a person claiming to be the hacker called the private residence of the DPA Founder, Tim Caplinger, three times. The caller claimed responsibility for the hack but would not reveal his identity. He claimed to be working with at least one, if not two, other Delta Pilots. His partner had "considerable technical expertise" as he put it. He claimed to have used Tim's personal information to access our account. He claimed to have done the damage from the Starbucks hotspot in the ATL Hilton downtown layover on Friday night, November 8th with a witness/accomplice at his side. He asked for DPA to stop the pursuit and even offered to give Tim money for his "inconvenience" suffered.

Tim refused to accept the money and then offered the hacker one opportunity to reveal his identity and make a public apology. The hacker refused, stating that it would be "professional suicide". DPA will pursue this until the identities of all involved are known and held accountable.

Tim traced the calls and handed the case over to the FBI. How long the FBI investigation will take is unknown.

Folks, we know ALPA has a propensity to create secret committees like the "Special Committee" recently uncovered through the Recall of the MEC Chairman. This hack could be the product of an offshoot of the Special Committee or it could be ALPA members taking direction from leadership to conduct the crime. Either way, it wasn't smart.

Because this event directly harmed 5,700 Delta Pilots who are lawfully organizing, we must take action. DPA suffered direct financial harm when the link to our Donations was broken for over a week. When the FBI concludes their investigation, we will reassess next steps. It is unfortunate that it has come to this.

For an in-depth look at the Special Committee, we have added a follow-up article under DPA News that provides a comprehensive collection of comments made by

various LEC Reps and members.  Of particular interest are the CVG comments.

CLICK HERE to read the Recall Summary (scroll down).

There is only one way to put this issue to bed for good.....create a representation vote.  You have direct control over that process.  Focus ALL of your energy on collecting Authorization Cards RIGHT NOW.  We need new members and renewals, so make sure you are asking the question throughout the day.  Carry blank Cards with you to have fellow pilots fill out on the spot after you tell them your story.  Mail them in to DPA as fast as you can.  If we work together, we can defeat this problem once and for all.

CLICK HERE to contribute.  We need your help.

CLICK HERE to print the Card.  Let's go!

**January 13<sup>th</sup>, 2014,**

Happy New Year from DPA!  We hope you all enjoyed the holidays as much as we did!  Thanks for your patience while some much needed family time was enjoyed.  The holidays are over, the kids are back to school and DPA is ready to finally reach our goal!  Read all of the bullets below as a lot has happened since we last updated!

First and foremost, we have not received your Authorization Card! Please move right now to mail in your card. We can't afford to have you put off this small but critical task.  Please print the DPA Authorization Card and mail it in today. Make sure you sign with the correct year, 2014!

Let's kick off the year of DPA with a little motivational clip featuring an "interesting" MD-90 takeoff roll.  This is a gift to all you 88 and 90 drivers!  Be sure to share it with your buddies!

 Ignite 2014

 Now onto the latest news.  We have grown to 5,740 members, more than half of the active pilots!  The only obstacle between us and the vote is the ongoing problem of the cards being good for one year.  We consolidated our cards in 2013 so that means 2014 will have large numbers of cards expiring every month.  This means that we need to work FAST, right now, to update the remaining cards so we can file quickly.  Including the cards lost in January, we now need 320 renewals to file.  Please help us by asking everyone you run into to update or join......EVERYONE!

**HACKING UPDATE:**

**Unlike the recent retail hackings at Target and others where the intent was to steal personal information, the hack on DPA was intended to interfere with YOUR right to seek different representation under the Railway Labor Act. Please see the announcement below for new action by DPA in the matter.  This will be the last update on the topic until the issue is resolved.  Please refrain from emailing DPA about the case, we will not be able to comment further.**

ANNOUNCEMENT:

Today, the Delta Pilots Association (DPA) filed a lawsuit in United States Federal

Def. 00017

Court against "John Doe" who is an unknown person, responsible for hacking into DPA's web site and interfering with all Delta pilots' right to choose who represents them.

DPA has not, however, made any decision about what specific course of action to take when "Doe's" identity is learned.

This civil action in United States Federal Court will proceed independently from the ongoing criminal investigation.

While this suit is pending, the Delta Pilots Association will refrain from any further comment.

ALPA LEGAL UPDATE:

2014 promises to be a big year for "conflict of interest" lawsuits against ALPA.  There are five known Duty of Fair Representation (DFR) lawsuits in various stages of litigation, all of which are draining ALPA of your dues dollars.

ITEM 1:  UAL Furlough Longevity Lawsuit

RECAP:  Faced with integrating the seniority of two ALPA carriers, UAL and CAL, ALPA decided to even the deck a bit by taking away the longevity of UAL furloughees PRIOR to handing the SLI over to the arbitrators.  Some UAL furloughees had their longevity dates adjusted through a UAL MEC side letter from 1999 to 2008.  They filed a DFR Lawsuit.

STATUS:  An attempt to settle was made this month.  ALPA just asked the court to vacate the planned settlement conference citing a "wide gulf" between the parties.  The case will now move forward to jury trial wasting more of your dues dollars and further weakening ALPA.

CLICK HERE to read ALPA's request to the court.

ITEM 2:  TWA Lawsuit

RECAP:  TWA pilots needed ALPA representation for seniority integration with AAL.  They were unaware that ALPA was collecting authorization cards at AAL and actively courting AAL at the time.  ALPA was found guilty by of jury of harming TWA pilots.

STATUS:  A 30 day stay to discuss settlement has expired.  No word yet on the outcome.  Damages Trial currently set for March 2014.  Any settlement would first require ALPA to meet a $10 Million deductible before liability insurance pays.  Dues dollars continue to be wasted in the defense.

ITEM 3:  AirTran Lawsuit

RECAP:  Just like TWA, AirTran Pilots had no idea ALPA was actively courting SWA when they should have been focused solely on Air Tran.  The ALPA Unity Resolution of 2000 affirmed by the 2012 ALPA BOD requires ALPA to pursue the independent airlines remaining.

STATUS:  Pre-trial actions are in progress.  Watch the ALPA Lawsuits page for updates.  Dues dollars continue to be wasted in this defense.

JetBlue News:

In compliance with the Unity Resolution of 2000, ALPA is once again actively pursuing the JetBlue pilots to become their bargaining agent.  They failed at that attempt in 2011 and now would like their dues income more than ever.  Delta has a "Win in New York" game plan.  It will be hard for ALPA to contribute to that goal if they simultaneously represent JetBlue who would also like to win there.  DPA would stand strong with Delta on Capitol Hill without conflict of interest.  ALPA must be neutral.

GO TEAM UPDATE:

We have an urgent need for more GO TEAM members.  We have proven and successful events happening more and more frequently.  If you see a GO TEAM member in a DPA shirt, thank them, hand them any updated or new cards and ask them about how easy the job is.  We will provide you with a DPA polo and training to be able to answer basic questions and receive cards.  We just need a few hours of spare time you might have in base before or after trips.

CLICK HERE to register for the GO TEAM.

FINANCE REQUEST:

DPA expenses are climbing with the unexpected addition of the lawsuit.  We need your financial support right now to keep us strong for the finish.

CLICK HERE to make a contribution to DPA.

Def. 00020

## Tuesday, January 14

MANHATTAN (CN) - Delta Pilots Association **claims in court that a hacker hijacked its website and redirected viewers to a rival union's web page, to stop it from getting more members.**   Delta Pilots Association sued John Doe in Federal Court, in a three-count complaint under the Computer Fraud and Abuse Act.   Tim Caplinger, a Delta pilot who lives in Florida, founded the Delta Pilots Association in May 2010 to better represent pilots working for Delta, according to the lawsuit.   Delta Air Lines operates more than 5,000 flights a day and employs nearly 12,000 commercial pilots.   Delta pilots had been represented by the Air Line Pilots Association (ALPA), a union with 50,000 pilot-members in the United States and Canada.   From 2010 to 2013, the Delta Pilots Association got more than half of the Delta pilots to apply for membership in the new union, according to the lawsuit.   **Delta Pilots Association says it uses its website for most of its business, including raising donations and campaigning to get more members.**   The website, hosted by nonparty SquareSpace in New York, has publicly accessible pages and private pages that require members to log in.   "Starting on or about Nov. 8, 2013, and continuing thereafter, **the integrity of DPA's website was dramatically and visibly disrupted when it was 'hacked' into,"** the complaint states.   "As a direct and immediate consequence of this attack, **DPA's website ceased to function as intended and web pages containing data and information in the public portion of the web site were made inaccessible.**   "Further, **the ability of DPA's website to accept monetary donations from members and/or supporters ceased to function properly when links to a secure third-party credit card web site were severed**."   The union says **its website could no longer display video messages and important updates, and that visitors were redirected to other website the union does not own**.   "In the early stages of the attack, **viewers attempting to access DPA's website were involuntarily redirected to a web page that falsely claimed DPA had abandoned its card collection campaign and now urged support for ALPA** ('work together')," the complaint states. "This page also contained a link to an ALPA web site.   "In the later stages of the attack **viewers were redirected to yet another website, 'deltapilot.org,' which mimicked DPA's website, effectively a malicious 'clone' of it.**   "Upon information and belief, **the initial web page and the clone site were calculated or intended to dissuade any further Delta pilots from signing cards in DPA's campaign or to otherwise abandon DPA, or its campaign**, by knowingly and intentionally making false statements of material fact about DPA and its campaign." (Parentheses in complaint).   **The Air Line Pilots Association is not a party to the lawsuit.**   Delta Pilots Association **claims the hacker destroyed data, files and programs and planted malware that may**

**attack its website again.   "To date, plaintiff has not been successful in removing all of the malicious commands or code and consequently DPA's website remains potentially vulnerable to renewed 'backdoor' attacks by defendant Doe presently and in the future,"** the lawsuit states.   Delta Pilots Association claims that after it announced it would sue, the hacker called its Interim President, Tim Caplinger, on Nov. 15 and tried to negotiate his way out of the lawsuit.   **It claims it lost donations and spent thousands of dollars to determine the damage and restore its website.**   The union seeks an injunction and compensatory damages for violations of the Computer Fraud and Abuse Act.   It is represented by Stanley Silverstone with Seham, Seham, Meltz & Petersen, of White Plains.

**January 29th, 2014**

**Today, DPA won an important victory in the website hacking lawsuit we are pursuing.  Please head over to DPA News to see the Press Release.  We cannot comment further than what is provided in the release so please refrain from emailing us on that topic.  Thanks for understanding.**

**CLICK HERE to read the Press Release.**

**Our legal expenses are significant due to defending your right to have a vote.  Help us attack the problem by donating to our campaign.  We need your support now.**

CLICK HERE to make a contribution to DPA.

Make our GO TEAM efforts a success by doing what you can to bring Cards or pilots with questions to the GO TEAM Reps wearing DPA polo shirts.  You will see these Reps around the system over the next few weeks making themselves available to you.  The GO TEAM cannot approach pilots about DPA, they can only answer questions asked of them, accept Cards and give DPA Gear to those who request it.

PLEASE UNDERSTAND, you are the key to the success of the GO TEAM.  You are an extension of the TEAM tasked with bringing Cards and Pilots to the TEAM.  Beginning this Sunday in ATL, the GO TEAM will work to be available every day for seven days straight.  They are hoping YOU will deliver one or two of the approximately 300 cards we are looking for.  Want to be a hero?  Bring them several cards from new members or renewals!

CLICK HERE to print the Authorization Card.

As always, thank you for your support and hard work.  Together, we will win our right to vote!

Today, **January 29, 2014**, the United States District Court for the Southern District of New York authorized DPA to commence immediate discovery for the purpose of identifying those responsible for hacking the DPA website in November 2013. The court's order provides our attorneys with federal subpoena power to compel certain third parties, such as Internet Service Providers, to produce information identifying those responsible.

The court's decision to grant the motion follows a lawsuit filed by DPA in early January against an unknown person – "John Doe," which alleged violations of federal computer fraud and abuse laws. The lawsuit originates from the **apparent resort to criminal means by unknown persons and/or organizations in an attempt to derail DPA's organizing effort at Delta by hacking into DPA's website in November 2013**. Specifically, **the hacking caused viewers attempting to access DPA's website to be redirected to a web page that falsely claimed that DPA had abandoned its organizing campaign and urged support for the incumbent union**.

DPA concluded the federal suit was necessary in order to identify the hacker so that DPA could secure and **protect its web site from any further electronic intrusion**. By interfering with the DPA web site, the hacking interferes with every Delta pilot's right under the Railway Labor Act to choose who represents them. "All we are seeking is a fair and level playing field," said Lee Seham of Seham, Seham, Meltz & Petersen, General Counsel for DPA. Mr. Seham said, "We simply desire the opportunity to allow Delta pilots to decide their own fate on a democratic basis, free of criminality. But we do insist on this."

Our attorneys will now commence service of federal subpoenas on third parties that may hold relevant information that will help identify the individual or parties responsible for hacking the DPA website and disseminating false information.

Delta Pilots Association (DPA) is an independent union dedicated to democratic union representation, including direct election of union officers, membership right of recall of officers, membership ratification of all collective bargaining agreements and amendments, transparency of union finances, and representation free from conflicts of interest caused by attempting to represent multiple competing pilot groups.

DPA seeks to replace the incumbent pilots' union at Delta Air Lines. According to DPA Interim President Tim Caplinger, a majority of active Delta pilots have indicated their support for this new, independent organization.

Contact:Lee Seham, Esq.Seham, Seham, Meltz, & Petersen, LLP Tel. (914) 997-

1346

Def. 00025

## February 9th 2014

First of all, your card is NEEDED NOW. Help us reach our goal by ensuring your card is mailed in and those you fly with are also members. Please move quickly to mail your card now. We cannot afford further delay.

Print the DPA Authorization Card, fill it out, mail it in and then carry a copy with you at all times so you will be ready to help someone else renew their card or join DPA for the first time.

DPA has grown to 5,760 members thanks to the efforts of thousands of your fellow pilots. After subtracting the cards that expire in February and March, we now need 540 renewals or new members to file. Those members that just received their expiration notice are being asked to move quickly to renew. If all 5,760 members energize just for a moment, we will file in the next two to three weeks. If you wait on someone else to do the work, we may never get our opportunity to vote.

Our ATL Go Team event produced 60 cards before it was forced to disband on Tuesday. We did manage to distribute DPA Gear and blank cards with stamps to over 150 DPA Members. If you are one of those we spoke to, you know the urgency of getting those cards filled out and back to us. If we didn't get the opportunity to speak with you, please know that DPA leadership "redlined" our efforts this week to bring you a vote. With our planned Go Team events banned now by Flight Ops, we are fully relying on your efforts to speak to those pilots within your reach.

The bullying and harassment incidents many of you witnessed this week in the ATL Lounge resulted in complaints against Captain Jim Graham, the VP of Flight Ops, and his managers. These complaints were elevated to the CEO, Mr. Richard Anderson to no avail. Mr. Anderson supports Captain Graham's actions and is allowing Captain Graham to "lead" without providing published Flight Operations Advocacy Policy which all other employee groups have available. Below is the message received from Mr. Anderson in response to the complaint:

Tim:

We take complaints such as these seriously and we treat people equally under our advocacy policies and with dignity and respect. However, the lounges are not provided to you as a convenient place to push a cause on our employees. Captain Graham will continue to handle and you should follow his lead.

Richard

Let's take a quick look at the Advocacy Policies provided by Inflight Services managers versus the Advocacy Policies provided by Flight Operations:

CLICK HERE to see the IFS Advocacy Policy

CLICK HERE to see the FOPS Advocacy Policy.

As you can clearly see, FOPS is covering for ALPA by refusing to publish Advocacy Policy all Delta Pilots can follow.  Our CEO is allowing it to continue.  Just yesterday, Captain Graham attempted to stop DPA Founder Tim Caplinger from introducing himself as the Founder of DPA to fellow pilots.  Without published Flight Operations Advocacy Policy, who knows what Captain Graham will impose next.

 "Nothing can stop the man with the right mental attitude from achieving his goal; nothing on earth can help the man with the wrong mental attitude."

Thomas Jefferson

ALPA Legal update:

On February 4th, the UAL Furlough Longevity case was dismissed with prejudice.  Finding that the case is classified as a "minor" dispute subject to the arbitration process instead of Federal Court, the Judge sent the UAL Furloughees back to UAL and ALPA to process the complaint as a grievance.  Having no faith in ALPA who drafted the side letter, the furloughees are in a really bad spot.  To make matters worse, the Judge has required the furloughees to pay both UAL and ALPA legal expenses.  OUCH.

Please CLICK HERE to review the Judge's order.

**DPA Legal update:**

**Our subpoenas in the hacking lawsuit are beginning to work for us.  Our expenses are climbing in this case and we need your support to vigorously pursue it to its conclusion.**

CLICK HERE to make a contribution to DPA.

Fight for your freedom this week.  We need you.

## February 20th 2014

What are you aiming for?  What is your union aiming for?  Are you confident that your union's aim is centered on your target?  How do you know?

As we think about the effect of giving up 33% of our profit sharing this year in exchange for a 3% raise, we must evaluate where the "bullet" landed and consider what adjustments may be needed.

DPA is prepared to center our sights on precisely what the Delta Pilots determine to be the target.  We will use Open Surveys with Published Results to "dial in" the direction of our dedicated legal team and professional negotiators.  You will have confidence that DPA is aiming in the right direction because you will have full access to the guidance of the Delta Pilot group.  You will be able to grade the performance of your union against the direction you gave.  This is in direct contrast to the secretive way ALPA does business behind closed doors.

Ask yourself, "Am I confident ALPA will be aiming for my desires in the next contract?"

Notice the new electronic bulletin boards Delta is helping ALPA install in all of the Pilot lounges.  Notice how supportive Delta is of ALPA where they forbid DPA equal access.  Perhaps Delta enjoys ALPA's lack of vision and is wary of the laser focus DPA will bring.  A transparent DPA will be forced to represent you instead of manage you.

At this moment, our short term sights are on achieving a vote.  Having grown to 5,777 members, we are on target for total membership.  Last week's renewal notices went out to those members expiring in March and already, we are getting flooded with Cards in response.  THANK YOU!

Please be patient while we manage this growing workload.  Our response times may be slower as we manage the hundreds of inbound renewals.

DPA asks that you seriously consider what you are aiming for this week, in the short term.  Do you desire transparent representation?  Do you want your voice to be heard and acted on?  Do you want to rest easy at night knowing your bargaining agent is working for you and not some other competitor?  If so, set your sights this week on the simple target of gathering an Authorization Card from a fellow Delta Pilot.  If 10% of 5,777 DPA Members will do this and mail a new member Card or renewal immediately, we will file for an election.

Flight Ops may have disarmed the GO TEAM, but they can never remove a far more powerful weapon, your voice.  Use it now.

Shortly, we will shift our aim down range to preparing for early openers in April of 2015.  To prepare for our first Open Survey post-vote, we need you to put your ideas and desires into our ongoing Contract Survey located on the DPA Surveys page.  The data gathered will be handed to the newly elected Seniority Block Reps to craft the first Open Survey.

CLICK HERE to make a Contract Survey input.

**HACKING LAWSUIT Update:**

**The subpoena process is producing some very disturbing information and we are closing in on the entity responsible for interfering in our right to seek new representation.  We cannot comment on how many people are thought to be involved or who they are yet, but we are very satisfied with the progress we are making.**

**Hopefully you have paid a few bills and had a little fun with your Profit Sharing check and perhaps you have a bit left over to help us cover the cost of this investigation.  Remember, ALPA took their dues out of your profit sharing where the DPA Constitution prohibits taking dues from profit sharing.  A voluntary contribution to our campaign now will provide you with future dividends under the significantly smaller DPA dues structure.**

CLICK HERE to make a contribution to DPA.

Please print a DPA Authorization Card now and be ready to fire when you get the opportunity.

**February 28th, 2014**

DPA has now grown to 5,787 members.  While ALPA is desperately seeking to represent our competitor, JetBlue, DPA is steadily advancing in our quest to achieve representation that is solely focused on Delta Pilots.

Your card has NOT BEEN RECEIVED YET.  Please click on the link below to print your Card and mail it in.  Thank you.  Test your resolve by reading the ITEMS below and then acting on them by telling the story to others.  Carry the Authorization Card with you so you can be ready to quickly help someone join our noble cause or renew their support.

DPA Authorization Card

ITEM 1:  New DFR Lawsuit filed against ALPA!

As we predicted last year, CAL Pilots have now filed a new lawsuit on 2/24/14 claiming that ALPA violated its Duty of Fair Representation in the Seniority List Integration with UAL.

DPA exposed  Delta Captain Rich Harwood's involvement last fall when we uncovered he had been paid thousands of ALPA dues dollars to provide his expertise only to the UAL Pilots.  Captain Harwood is named in the lawsuit as a key contributor to the alleged harm done to the CAL Pilots.

Every Delta Pilot should read the Complaint filed in this lawsuit because it embodies why the ALPA business model of attempting to represent everyone while effectively representing no one will continue to produce DFR lawsuits into the future.  It is sad that one of our own Delta Pilots got enticed by money to try to help ALPA out of quagmire of its own making.

CLICK HERE to read the Complaint.

The conflict of interest this ITEM exposes and the solution available to all Delta Pilots is as plain as the subject line of this email.

IMPORTANT NOTICE:  This lawsuit may bring up conversations about previous SLI outcomes.  We ask that all DPA members REFRAIN from griping about the DAL/NWA SLI and focus on this issue only.  DPA has no power or intent to EVER revisit that issue once we win our election.  It's over and we are united.

**ITEM 2:  Hacking Lawsuit Update**

**The net is widening as information produced by subpoenas reveals multiple individuals may be involved.  New subpoenas have gone out to uncover the next deeper layer of involvement.  As new information surfaces, we may be compelled to move from an individual lawsuit to a racketeering lawsuit under the Racketeer Influenced and Corrupt Organizations Act (RICO), which is Title IX of the Organized Crime Control Act of 1970.**

**Be patient with us.  This serious matter takes time to address properly.  It also takes funds.  Please review your total donations to DPA below and consider backing us in this investigation and other campaign initiatives currently under way.  Thank you for your support.**

CLICK HERE to make a contribution to DPA.

**May 1<sup>st</sup> 2014**

First, thank you for your support.  It's been a long road and a cause worth fighting for.  With your help, we have grown to over 5,800 DPA members and are hanging right on the edge of filing for our vote.  Renewals are all that stand in our way now and we've known from the beginning this would be our final challenge.  We closed out April 475 cards short of filing.  Don't be discouraged by this, be resolved to beat this challenge together.  It's worth it.

Your card has EXPIRED.  Please take action now to update so we can proceed to the vote.  Just fill out a new card and mail it in!  Thank you!  Also, if your friends or fellow crewmembers are not showing "CURRENT", help them advance our cause by printing an Authorization Card and handing it to them.  Have them fill it out in blue or black ink and sign it with today's date on it.  Then mail it in for them.

**ITEM 1:  Website Hacking Update**

**Both the criminal and civil investigations are making great strides.  Thanks to your financial support, we are closing in rapidly on the individual(s) and/or organization responsible for criminally interfering in your legal right to seek new representation.  Due to the sensitive nature of the investigations, we cannot discuss the progress other than to say it has been substantial.  We will provide more information as it becomes appropriate to do so.  Patience pays.**

**Please keep those donations coming.  As we proceed toward a trial, our expenses will increase.  Thank you for helping us pursue the justice we deserve.**

CLICK HERE to donate now.

ITEM 2:  JetBlue Joins ALPA

Operating without a contract proved to be less than satisfactory for the pilots of JetBlue.  Absent a leader to organize them into an independent union, they chose to have ALPA negotiate their first contract.  This is where Delta Pilots should take notice.

As a strong competitor to Delta across the U.S. and in the New York area in particular, having a lower cost structure helps them "win in New York".  Will ALPA-trained pilot negotiators be able to produce a contract that raises the bar for all of us?  If ALPA produces a JetBlue contract with lower wages than the Delta PWA,

Def. 00032

ALPA is helping JetBlue management and harming Delta. If ALPA signs a JetBlue contract that lowers the bar again, we will have to fight that much harder for our contract restoration in the face of healthy competition.  The conflict of interest is obvious.

JetBlue codeshares with Etihad Airways and is a major beneficiary of the Abu Dhabi Pre-Clearance Facility.  ALPA's game plan of cozying up to management won't work very well if ALPA maintains its stance against the Pre-Clearance Facility.  The conflict of interest is obvious.

ITEM 3:  DAL 1st Qtr Earnings Report

Here are a few quotes to consider:

"This morning we reported a $444 million pre-tax profit for the March quarter, which is an increase of $363 million over last year."

"We are confident about our ability over the long-term to maintain a non-fuel cost structure with sub 2% y-o-y growth..."

"This is now the third consecutive quarter that we have kept our non-fuel unit cost growth below 2% in line with our longer term cost commitment. With good momentum behind us, we have a number of initiatives in place that should continue to allow us to sustain this rate of growth."

Jamie N. Baker - JPMorgan Securities LLC
"Hey, good morning everybody. First question relates to the pilots, and I realize it's a little bit early to be asking given the contract runs through next year. But, when you achieved the current contract you had pretty clear asks, you needed improved access to large RJs. You needed better mechanism to facilitate a 50-seat retirements and of course, the 717 was a component of the current contracts. So, as we look forward and ponder what the pilot ask might be for 2016 and beyond. It isn't clear to me that you're in a stronger position to negotiate it, it isn't clear what the management incrementally needs. Is there something we need to be concerned about?"

Edward H. Bastian
"Well. No, you shouldn't be concerned about it, simply because of our track record. I think if you look back over the past eight years, we've always been able to partner with our pilots and figure out what we need to do to keep Delta at the top of the industry. And while we don't talk specifically about how or when we engage and

what we talk about, our track record is the best in the industry in that regard."

Helane R. Becker - Cowen and Company, LLC
"Okay. Thank you. And then just on the new pilot rules that went into effect in early January. Can you just talk about where the cost associated from that would be and whether or not - and how you're able to handle that successfully?"

Richard H. Anderson
"We've been able to handle it from an operating perspective incredibly successfully, and Jill how many perfect completion factor days do we have?"

Paul A. Jacobson
"We've got 24 year-to-date."

Richard H. Anderson
"We have 24 perfect completion factor days year-to-date. And we've been able to manage through that actually quite effectively because the way our pilot agreement was already set up, we had a fair amount of flexibility in terms of being able to manage to the new rules and we put a lot of work into our systems and our planning in advance of 117. In fact, we asked the FAA to let us start a little bit early so that we could have it for the full month of January for the purposes of planning. So you see it or not, we don't break out separately that kind of detail in our non-fuel CASM, but you can see overall our non-fuel CASM in the quarter was excellent."

Glen W. Hauenstein
"I would just also add that practically our operational control center manages that on a daily basis to mitigate the impact."

(Transcript quotes provided by www.SeekingAlpha.com.)

Def. 00034

**31 MAY 2014**

**HACKING UPDATE**
**Disregard the True Headings by ALPA.  They don't have the big picture.  We requested the conference delay for a very good reason that will become apparent soon.  The legal process is slow, but it works.  Thanks for your patience.  Please consider making a donation today.  Our work on this case requires support and funding.  Those of you who have recently donated are to be thanked.  You brought us this far.  If you haven't contributed yet, RIGHT NOW is the time to make a difference.**

June 10<sup>th</sup> 2014

**WEBSITE HACKING UPDATE**
**A lot is going on behind the scenes right now in our pursuit of those who have interfered in our legal right to pursue independent representation.  While we cannot publish specifics for legal reasons, here is a summary of what we have accomplished to date in the civil case (the criminal case is being handled by the FBI and DPA has no control over that outcome):**

**1.  Technical Subpoenas have been issued and results have produced valuable evidence.**
**2.  A Forensic Expert has been hired to review the technical evidence.**
**3.  Initial organizational subpoenas have been issued to an organization involved.**
**4.  Initial personal subpoenas will be issued shortly.**

**The perpetrators of this crime have been somewhat successful in temporarily diverting DPA from our primary goal of establishing DPA as the premier independent pilot union in the world.  Our time and finances have been sapped in the defense of our members' right to have a vote.**

WHAT CAN YOU DO?

You can focus on growing our membership and make a donation to our campaign.  We need your help on the line to spread the word and gather cards, both new and renewals.  You can frustrate the opposition by redoubling your efforts to mail those cards in.  Make a financial contribution to help us refill our campaign fund which is actively draining because of the actions of those who disagree with our effort.  We just passed over $190,000 in total donations to date.  Make a donation and watch us, on our home page, blow right through $200,000.  Make sure your name is counted in the final roll of those who made DPA possible.

Def. 00036

**June 23rd 2014**

**It may seem to be quiet right now on the DPA front, but the opposite is true.  We are working furiously behind the scenes defending your right to pursue independent representation.  Our legal pursuit of the person(s)/organization involved in the hacking of our website is producing new details every day.  Be patient with us as we move towards a satisfactory conclusion.  We continue to cooperate with the FBI in the ongoing criminal investigation as well.  We will reveal details as they become public information.**

You can help us by challenging those you fly with to consider the quality of representation they are receiving.  It is up to all of us to make that change possible.  We are currently in an apparent holding pattern with expiring cards being replaced by renewals and a few new members joining us every day.  It's going to take a significant boost by acting in unison if we are going to exit this holding pattern.

If we all pitch in together to try to reach ONE pilot each, we can crush this obstacle in short order.  Or you can sit back and watch.  Time is wasting.  You decide.

**July 3<sup>rd</sup> 2014**

DPA Files Motion to Compel ALPA in Website Hacking Case
July 3, 2014

On November 8th and 9th, 2013, the DPA website was maliciously redirected to the phony pro-ALPA webpage image linked below:

PHONY WEBSITE USED IN ATTACK ON DPA

This attack prompted the commencement of a criminal and civil investigation.  DPA filed a civil lawsuit in Federal Court and was granted subpoena authority to collect information on the individual(s)/organization potentially involved.  Because of specific statements made by ALPA in their "True Headings" series of communications, ALPA National and the Delta MEC were served with subpoenas.  ALPA National responded by providing DPA with a letter they allegedly received shortly after the attack last November from a Delta Pilot claiming to being involved in some way.  Incredibly, ALPA National removed the name from the letter and has refused to provide the complete documentation including the names of the persons mentioned in the letter (author and "witness").  DPA filed a Motion to Compel along with the evidence linked below to cause ALPA to reveal the names of the people they know have been involved since around the time the attack occurred.

Several comments in the "True Headings" series  (written after the letter was received) are noteworthy:

 *"We are highly skeptical that anyone hacked DPA's website and strongly believe that whatever temporary problems the DPA experienced were the result of inadvertent actions by a third party, or even the DPA itself."*

*"The simple fact is that any such inquiry will inevitably establish that the DPA's charges against the Association are wholly without merit."*

ALPA told the members that DPA experienced a *"temporary problem"* or *"errors in managing DNS records"*.

Now pressed by DPA's steady progress in the case, ALPA chooses to conceal the identities of those involved claiming "client-attorney privilege".  Delta Pilot dues dollars are being spent inappropriately in covering potential knowledge about a possible felony committed.  Delta Pilots and even ALPA volunteers who are beginning to see the truth behind this story are encouraged to consider which side of

the fence they are standing on and will they be proud to be there once this investigation is complete.

We need your support and a great deal of resources to carry this to trial where justice will be served.  While DPA has operated in a manner we can all be proud of, our opposition chooses to break the law.  We will defend your rights with your help.  DPA requests that you consider making a substantial contribution now.

MOTION TO COMPEL

DECLARATION

EXHIBIT A - Subpoena served on ALPA National and associated True Headings evidence

EXHIBIT B - Subpoena served on Delta ALPA MEC

EXHIBIT C - ALPA National response letter to subpoena

EXHIBIT C PART 2 - ALPA National response to include letter from Delta pilot

EXHIBIT C PART 3 - ALPA National response to include other documents

EXHIBIT D - DPA response to ALPA refusal to provide documents

EXHIBIT E - ALPA National second response

EXHIBIT F - ALPA National final response

**July 17<sup>th</sup> 2014**

**DPA is pleased to report that we continue to make outstanding progress in the identification of the party(s) involved in the attack on our website last November.**

**The latest filing in the case by ALPA reveal that ALPA helped draft the anonymous letter they refuse to identify the author(s) of. Also, a Special Committee leader and DAL MEC Strategic Planning Committee Chairman makes a statement indicating he has knowledge that may be pertinent to the investigation. The scope of the investigation continues to widen. DPA's Reply Brief boils down ALPA's objection to useful information.**

**CLICK HERE to read the update, ALPA objection Memorandum, and DPA's Reply Brief. Scroll down to the Follow-Up item. Be sure to read DPA's Reply Brief carefully.**

**Who is telling the truth? DPA wants to stand before the Judge and see justice served. ALPA continues to throw up roadblocks. You decide. Encourage the pilots you fly with to choose sides now by sending in a new or renewed DPA Authorization Card.**

**This is an urgent request for continued substantial financial contributions right now. We spent $6,500 in legal fees prosecuting the attacker(s) in June alone. Please donate now.**

Above all else, if you or a friend need to renew your card, please do so now. About 750 of us are holding us back from having a vote and opening a public discussion in the lounges we can all participate in. Please do not delay.

**CLICK HERE** to print the Authorization Card.

**CLICK HERE** to make a financial contribution to DPA.

July 24th 2014

**This update focuses on CAPA, member stats and a few other thoughts as we await the Judge's ruling on our Motion to Compel ALPA to reveal the name of the author(s) of the "anonymous" letter ALPA has been involved with since last November's hacking of the DPA website.**

**Some of you have recently asked why this lawsuit is so important.**  Let's look at this from another perspective.  Many of you are aware that ALPA has allowed the Company to be out of compliance with the Air France/KLM joint venture Scope Language for years now with no penalty. Hundreds of the best-paying wide body jobs have been lost because ALPA has no backbone or expertise to write an enforceable contract for us.  You expect your union to defend you strongly and do it well.  When they don't, respect and money is lost.  Ask your current ALPA rep why the last LOA was signed without correcting the Scope violation.  Do you have any confidence that ALPA will correct it in the next contract?

**In the same way, DPA came under attack last November.  We will not tolerate a crime committed against us just like we will not tolerate deliberate violations of our contract or poor contract language when Delta Pilots finally choose to represent ourselves through DPA.  By pursuing wrongs diligently and defending your right to have a vote for representation, we demonstrate that you can have confidence in the tenacity of Delta Pilots and our in-house professional legal team one day when it counts.  Anything less would make us like ALPA, willing to cave and be trampled on.  Delta Pilots deserve real strength in representation.**

Def. 00041

**August 5<sup>th</sup> 2014**

**WEBSITE HACKING LAWSUIT**

The Judge has asked for oral argument in front of the Judge from DPA and ALPA on August 12th regarding DPA's Motion to Compel ALPA to reveal the author(s) of a related letter claiming involvement that ALPA produced in response to a DPA subpoena.  ALPA has admitted that ALPA National legal counsel even helped draft the letter and is attempting to conceal the parties involved.  We expect a ruling from the Judge shortly after the argument is concluded.

Fellow DPA members, we are fighting on your behalf for the right to pursue independent representation without interference, illegal or otherwise.  Please visit the donation link at the bottom of this email to help us fund this critical battle.  Thank you.

Def. 00042

**August 15<sup>th</sup> 2014**

DPA achieved a major success in court yesterday in the lawsuit against the party who hacked the DPA website last November.  DPA had recently filed a Motion to Compel ALPA to reveal the author of a letter implicating involvement in the hacking that ALPA obtained last November.  ALPA National legal counsel helped draft the letter, but was refusing to reveal the author's name.

Yesterday, in Federal Court, the Judge granted DPA's Motion to Compel, thereby forcing ALPA to reveal the name of the author to DPA.  DPA legal counsel has the name now and is proceeding on our plan to pursue those responsible for unlawfully attacking our website.  The Judge barred DPA from revealing the name of the author until such time as that person or persons have a suit formally filed against them.  Please DO NOT attempt to ask DPA leadership about the identity we have obtained.  We will respectfully decline the request so that we remain in compliance with the Judge's order.

It is apparent that this investigation is going to get very expensive now as we move forward.  Please consider this a SERIOUS and URGENT plea for immediate funding through your donations to give us the confidence to see this through to its conclusion.  Please make a donation RIGHT NOW to DPA using the link below.  Any amount will be put to good use.

Thank you for your patience as we defend your right to achieve independent representation dedicated to your interests and controlled by you.

**August 19<sup>th</sup> 2014**

NOTICE!  Your DPA Card has expired or will expire by September 30th.  Please act now to update your membership.  If we all pull at the same time, we can have our vote!

CLICK HERE to print and mail your updated card.

**DPA would like to thank our members for the outpouring of financial support we are receiving relating to the pursuit of those responsible for hacking the DPA website.**  Friday, August 15th, we set an all time record for single day donations of over $6,000!  Donations ranged from $5 to $500 and many of you included encouraging notes.

These donations are a good boost to our campaign, but more is still needed.  Do your part, big or small, and watch us work for you!  Be sure to check out the right side bar of our home page to see just who has donated recently and how much.  Very impressive.

## October 3<sup>rd</sup> 2014

**WEBSITE HACKING LAWSUIT UPDATE**

On September 29th, DPA voluntarily dismissed the DPA vs JOHN DOE lawsuit in New York Federal Court.  We have harvested a great deal of information and have pinpointed key players in the crime.  We have offered several opportunities for those involved to take public responsibility and avoid what is about to happen.  Those offers have been refused.  Anyone directly involved may still contact the DPA Attorney if their intention is to cooperate.  Now, we are moving forward with a new named lawsuit in the home state of one of the key players.  Once entered into the public record, all will begin to learn the identities of those involved and what organization they may be affiliated with.

DPA regrets this course of action, but it is necessary to defend our legal right to pursue independent representation and hold those accountable who would break the law to interfere.

## OCTOBER 18<sup>TH</sup>, 2014

All may seem to be quiet on the DPA front and you may even be concerned DPA is losing momentum. Rest assured.  Nothing could be further from the truth.  Behind the scenes, DPA is waging an all out war on your behalf and you will benefit from our efforts directly.  All we ask is that you do your part to speak with your fellow pilots and carry the DPA message for us.  It is our desire to bring the discussion to the entire pilot group, but it doesn't happen without everyone pitching in just a few minutes of conversation every day.  Carry blank DPA Cards with you at all times and offer to mail them in for those you meet.  Thanks for your support!

**HACKING LAWSUIT UPDATE**
**Once again, ALPA is spending pilot dues dollars attempting to block the DPA lawsuit seeking justice in the hacking of our website last November.  On October 7th, ALPA filed a motion for an Emergency Protective Order attempting to deprive DPA of our lawful right to pursue those involved in the hacking.  DPA responded today with a Memorandum in Opposition to the motion, asserting our compliance with the Judge's instructions and our right to proceed with the lawsuit in a different jurisdiction.  Delta Pilots should be asking, "Why is ALPA so interested in concealing the identities of individuals involved in the case?"  Time will tell.**

**CLICK HERE to read ALPA's motion and DPA's response.**

**Please see the DONATE link below to help us fund this battle.  We need significant financial support right now to properly defeat ALPA in our campaign to provide you with better representation.**

ALPA BOD Food for Thought
The ALPA Constitution and By-Laws state that ANY TIME the Major Contingency Fund (War Chest)drops below $70 Million, ALPA has AUTOMATIC AUTHORITY to raise the dues rate in order to bring the MCF back into a range of $70 Million to $150 Million.  That is ALPA's fiduciary duty and it is written that way to protect the Association.  The MCF has been below $50 Million for more than 5 years and ALPA has done little to restore it.  Instead, they now contemplate a .05% dues REDUCTION.

In their weak attempt to compete with the DPA dues offering of 1%, ALPA chooses to shirk its fiduciary duty in order to give the perception of being more frugal.  In reality, with recent pay raises, ALPA will still NET more dues dollars out of our pockets, even with the paltry dues reduction to 1.85%.  They are not fooling anyone.

Def. 00046

GET ACTIVE FOR DPA

You can have an immediate impact.  Ask your fellow Delta Pilot if they feel represented properly.  Hand them the answer, a DPA Authorization Card.  Mail it in for them.  It's that easy.

SUPPORT DPA

CLICK HERE TO DONATE

Def. 00047

# NOVEMBER 25TH, 2014

Happy Thanksgiving from DPA!  We hope you have found a way to make this holiday week a special one.  It is easy to forget how much we each have to be thankful for.  Consider doing something kind for a family or person less fortunate than you this week.

Your DPA Card is CURRENT!  Thank you for throwing your weight behind DPA.  This news update will focus on the struggle DPA (you) face right now.  It boils down to fighting for those Cards.  We have 5,805 members and about 1,800 of them have EXPIRED Cards (the Card is more than one year old).  Those folks need encouragement from you to send in a new Card.  Delta new hires and the other Delta Pilots who have never joined DPA are also waiting to hear from you.

The following news items highlight our challenges.  You play an important role in helping us meet those challenges.  They are not insurmountable, they are just good-old fashioned hard work.

The legal battle we are now engaged in with "non-party" ALPA over the DPA website hacking lawsuit has gotten more challenging as well.  While ALPA has deep pockets, DPA finances are fully reliant on the few donations we receive from you.  DPA is calling for an "all hands on deck" donation by every DPA member who is concerned about achieving justice in the matter.  Please make your donation right away.  We need it.

CLICK HERE to donate.

DPA GARNERS GLOBAL NEWS ATTENTION!
Finally!  We have made the global news media!  Thompson Reuters released a news article on DPA today!  While the article falls short in telling the full story of DPA, it does provide us with incredible exposure that will lead to future interviews.  Already, other news agencies are republishing the newswire increasing our exposure! DPA will exploit every opportunity to advance Delta Pilot concerns.  As you read the article, think carefully about what you can do to make a difference today.

CLICK HERE to read the article.

**WEBSITE HACKING LAWSUIT UPDATE**
**Please click the link below to read a short update regarding the lawsuit.  Scroll down to the update to review the Judge's ruling on ALPA's motion to block DPA from filing a named lawsuit immediately in a different Federal Court.  This**

**surprising ruling shows just how big the battle is for DPA.  ALPA continues to spend your dues dollars in attempting to block the pathway to justice.  We will not be deterred.**

CLICK HERE to read the update.

DPA OPEN CONTRACT SURVEY
Our Open Survey on Contract 2015 will conclude on November 30th.  You still have a chance to participate and be heard.  The Published Results are there for your use. Final Results will be posted after the survey closes.  The world is watching Delta Pilots unify over these results.  Be a part of it.

CLICK HERE to take the survey.

GET ACTIVE FOR DPA

You can have an immediate impact.  Ask your fellow Delta Pilot if they feel represented properly.  Hand them the answer, a DPA Authorization Card.  Mail it in for them.  It's that easy.

Def. 00049

# DECEMBER 17<sup>TH</sup>, 2014

Merry Christmas and Happy New Year to all DPA members!  This update will most likely be the last one for this year barring any unusual developments.  We have enjoyed serving you in 2014 and look forward to accomplishing much more in 2015.  We hope you will finish the year fully working to reach your fellow pilots with the option DPA offers.  2015 promises to be a very big year for all of us and we look forward to reaching our goal of providing all of us with better representation at a much lower cost.  We have some interesting initiatives on the docket for 2015 we hope our combined efforts will bring this campaign to a successful conclusion as early in the year as possible.  Thank you for supporting DPA!

DPA WEBSITE CHANGES
 As we transition into 2015, look for many updates to the DPA website designed to make information more accessible to you.  We close out 2014 with two new changes this month.

First, we have slightly changed the DPA Status graph to include a new bar graph indicating the total number of donors to DPA.  Take a look below (click the image to see more stats):

The new green area shows we have the participation of 1,165 Delta Pilots in donating to our campaign.  Many of these pilots have donated multiple times and some have contributed amounts in the $1,000's.  To date, these 1,165  Delta Pilots have contributed over $218,000!  Just today, DPA received a contribution of $200 from Kevin M. and $50 from Brian E.!  Thanks guys for making a difference.  Every contribution we receive puts new options on the table for making our campaign better.  Please consider finishing the year with a contribution to DPA and help us move that green bar up right along with the blue one.  You will make a difference!

**Second, DPA has added a new tab to our website titled "Hacking Lawsuit".  Pilots who are interested in keeping up with the DPA lawsuit in progress now have one-stop shopping for all the public information available on our effort to uncover who attacked DPA by redirecting our website to a pro-ALPA website on 11/08/13.  We are determined to protect our members from criminal activity designed to interfere with our right to achieve independent representation.  The new page was just uploaded with recent developments regarding our reopening the case and ALPA's immediate attempt to block it.  Yes, they continue to spend your dues dollars attempting to hold us back from revealing the truth.**

Def. 00050

We hope you enjoy these new features and find them helpful.  More will follow in 2015.

VIRGIN ATLANTIC LOA
Last Friday, the DAL MEC voted to approve the Virgin LOA.  This event capitalizes so much of what is wrong with ALPA and why you need to fight for DPA.  Once again, just like the FAR 117 LOA, ALPA did not seek your input in crafting the LOA, they refused to show you the language before they voted on it, bypassing your input, and then they refused to allow you to vote to approve or disapprove this critical area of our contract, International Scope.

Unbelievably, they approved an LOA with ZERO penalty for non-compliance just like the AF/KLM Joint Venture.  Delta has been out of compliance in the AF/KLM JV to the tune of 3 daily round trips on the 330 to AMS for the last three years WITH NO PENALTY!  We don't hear anything from the MEC about how they are going to fix that language or compensate us for all the lost jobs, wages and upgrades in that deal.  Now the Virgin LOA is set to be a carbon copy.  It is hard to believe anyone could be that negligent who claims to represent over 12,000 Delta Pilots.

The line pilot was once again....COMPLETELY CUT OUT OF THE PROCESS!  Even a "change-from-within" resolution regarding allowing the members to see the full language of the Tentative Agreement a mere 5 days prior to the MEC vote allowing members to comment was squashed at the MEC level.

Now, we see the ATL LEC line pilots have passed another "change-from-within" resolution attempting to require the MEC to provide every line pilot with a discrete random voter number for the next contract vote.  The line pilot would then be able to find their voter number on the list of voting results and validate that their vote was cast properly.  At the MEC meeting last week, the resolution was received, but DPA is hearing that the language may have been heavily modified, possibly removing the intent of adding transparency to the process.  We will see what comes of this simple and positive attempt at making ALPA better.

In the meantime, we have learned that a very experienced Pilot Negotiator, Heiko Kallenbach, has just resigned from the ALPA Negotiating Committee.  Heiko is known as an asset to the Delta Pilots and it should bother everyone that the Negotiating Committee is struggling to stay together this close to potential early openers.  Who will ALPA send to the two week negotiating school this late in the game to go head-to-head with the company's finest?  Shouldn't we have Professional Negotiators employed full time right now?

Def. 00051

DOES IT REALLY MATTER?  ALPA has said this next contract will be a repeat of 2012 where survey results were ignored and two people, the MEC Chair and Negotiating Committee Chair made a Tentative Agreement for 4%-8%-3%-3% minus 1/3rd of our profit sharing without the permission of the MEC and without Heiko.

ALPA is miles away from being a "bottom up" organization and we are faced with a repeat performance once again.  You can make a difference by pushing DPA to a vote and truly threatening ALPA with being ousted from the property.  Once we have achieved a vote, you will decide if you want to keep the old ways or bring in refreshing change where you are more important to the process.  We hope you will increase your support for DPA over the coming months by reaching out to others and making sure they have a current DPA Card on file.

GET ACTIVE FOR DPA
You can have an immediate impact.  Ask your fellow Delta Pilot if they feel represented properly.  Hand them the answer, a DPA Authorization Card.  Mail it in for them.  It's that easy.

Def. 00052

**January 8<sup>th</sup>, 2015**

The holidays are over and we are moving full speed ahead, providing you with an opportunity for better representation.  We hope you will pick up your pace along with us by getting involved in DPA promotion and events.  Take time to think about your representation and consider how it operates currently versus how it will operate through DPA.

Some would say the time for DPA has passed.  We disagree and hope you share the sentiment.  In fact, in all the time we have invested in starting up DPA, NOW may be the most important.  We are hanging on the edge of qualifying for a vote.  We have the attention of the national media.  We have another ALPA attempt at representing us on the contract horizon.  We are impacting the negotiations already.  A rising DPA is bringing more positive pressure on all involved.  Most importantly, you are being provided with a balanced viewpoint on topics like pay and profit sharing that ALPA is afraid to address.

Your DPA Authorization Card is CURRENT.  Thank you.  Please do three things right now to help us raise the bar at Delta.  ONE:  Print a blank Authorization Card and find a fellow pilot right now or on your next trip to fill it in. Just ONE OTHER PILOT Card from YOU is all we need.  Do this and see how fast we qualify for a vote.  TWO:  Complete the short survey below.  Your voice matters and WILL make a difference, right now, when it counts.  THREE:  DONATE.  Take advantage of our double credit program to help us keep up the fight while reducing your own future DPA dues obligation by twice the amount you donate.

DPA CONTRACT SURVEY PART 2 OPENS
Here is another opportunity for you to impact your representation while experiencing the DPA difference.  Today, we launched our Contract 2015 Survey Part 2, a 15 question, five minute survey, focused on the ALPA contract negotiation process and pay issues.

First, the ALPA contract negotiation process leaves a lot to be desired as you may remember from C2012.  Answer a few short questions about whether or not you think ALPA should publish the survey results and contract opener.  Use this part of the survey to pressure ALPA into representing you.  If they don't, we have DPA standing by, ready to take the ball and run.  ALPA claims to represent you, but how do you know they are doing that if there is no accountability?

Two, several DPA members have taken note that Delta financials have changed significantly since the ALPA and DPA C2015 surveys were closed last year.  We

take a few questions in this survey to allow you to reconsider your position on the biggies like pay rates and profit sharing.

As always, DPA surveys are differentiated by live Published Results.  Go see what your buddies are saying and revisit the results as often as you like!  DO YOU WANT UNITY?  Get on the same page as your fellow pilots.  ALPA won't allow it, but DPA sure will.

CLICK HERE to complete the short survey.

DPA WEBSITE CHANGE
We have made a new addition to our website.  C2015 is coming and you need all the information in one spot.  Look for the CONTRACT tab on our home page.  You will see three drop down options (C2K, C2012, and C2015).  Here you will find helpful information to share with others like an analysis of what went wrong in 2012 as published by ALPA reps.  You will also find pay rate and profit sharing analyses under C2015 along with survey data.  There is also an indexed copy of the C2K contract under C2K.  We hope you find this useful and will use it as a tool to educate others.

CLICK HERE to visit the new page.

**WEBSITE HACKING LAWSUIT**
**We have uploaded new documents to our lawsuit journal.  We won our motion this week to re-open the case in New York.  ALPA had three attorneys present, two from New York and one flown in from Herndon, once again, to try to block our progress.  They failed. Write your Rep and ask them why they are spending your dues dollars blocking an investigation.**

CLICK HERE to visit the journal.

GET ACTIVE FOR DPA
You can have an immediate impact.  Ask your fellow Delta Pilot if they feel represented properly.  Hand them the answer, a DPA Authorization Card.  Mail it in for them.  It's that easy.

SUPPORT DPA
We need your support in 2015, like never before.  Please consider strengthening our campaign through your generous contribution.  Thank you.

# Exhibit I

# Notes for Shopper ID 36159778
## 1/1/2013 to 12/31/2013

| Entered Date / By | Note |
|---|---|
| 11/10/2013 1:01:38 AM / Clikeman, Joshua / Client IP: GoDaddy Internal | Name and CB#: Tim 8137854761<br><br>Reason for calling in:<br>called in to get info on pointing over to squarespace. advised what i showed for the domain, and that it was pointing to godaddy. gave cust next steps of what we needed in order to point his domain to squarespace. |
| 11/10/2013 1:01:20 AM / Joshua D Clikeman / Client IP: GoDaddy Internal | A customer survey was automatically sent for Joshua D Clikeman |
| 11/10/2013 12:58:03 AM / Joshua D Clikeman / Client IP: GoDaddy Internal | Web Hosting:113318815 (75f971df-5e98-11df-8642-001143d4d994) - Entered Account |
| 11/10/2013 12:56:01 AM / Joshua D Clikeman / Client IP: GoDaddy Internal | Domains:0 - Entered Account |
| 11/10/2013 12:55:48 AM / Joshua D Clikeman / Client IP: GoDaddy Internal | Web Hosting:113318815 (75f971df-5e98-11df-8642-001143d4d994) - Entered Account |
| 11/10/2013 12:55:19 AM / Clikeman, Joshua / Client IP: GoDaddy Internal | Joshua Clikeman accessed account with reason "General/Research". Shopper PIN. |
| 11/10/2013 12:18:01 AM / Shopper - 36159778 / Client IP: | DCC Domain DELTAPILOTSASSOCIATION.ORG (ID=85161229): Domain forwarding update [208.54.45.171] for Domain Name DELTAPILOTSASSOCIATION.ORG |
| 11/10/2013 12:10:24 AM / Customer / Client IP: 208.54.45.171 | Domains:0 - Entered Account |
| 11/9/2013 11:20:54 PM / Shopper - 36159778 / Client IP: | DCC Domain DELTA-PILOTS.ORG (ID=81620613): Domain forwarding delete [208.54.45.171] |
| 11/9/2013 11:20:22 PM / Customer / Client IP: 208.54.45.171 | Domains:0 - Entered Account |
| 11/9/2013 10:32:07 PM / Shopper - 36159778 / Client IP: | DCC Domain DELTA-PILOTS.ORG (ID=81620613): Domain forwarding update [208.54.45.171] for Domain Name DELTA-PILOTS.ORG |
| 11/9/2013 10:30:38 PM / Shopper - 36159778 / Client IP: | DCC Domain DELTAPILOTSASSOCIATION.ORG (ID=85161229): Domain forwarding delete [208.54.45.171] |
| 11/9/2013 10:19:26 PM / Shopper - 36159778 / Client IP: | DCC Domain DELTAPILOTSASSOCIATION.ORG (ID=85161229): Domain forwarding update [208.54.45.171] for Domain Name DELTAPILOTSASSOCIATION.ORG |
| 11/9/2013 10:17:13 PM / Customer / Client IP: 208.54.45.171 | Domains:0 - Entered Account |
| 11/9/2013 9:25:23 PM / Customer / Client IP: 208.54.45.171 | Domains:0 - Entered Account |
| 11/9/2013 8:42:14 PM / Crichlow, Stefan / Client IP: GoDaddy Internal | customer called about same excat issue as last agents note. advised same thing . asked a few red lanyard. had no idea what to think to advise. customer will call back at another time |
| 11/9/2013 8:41:09 PM / Stefan R Crichlow / Client IP: GoDaddy Internal | A customer survey was automatically sent for Stefan R Crichlow |
| 11/9/2013 8:23:54 PM / Crichlow, Stefan / Client IP: GoDaddy Internal | Stefan Crichlow accessed account with reason "General/Research". Shopper PIN. |
| 11/9/2013 8:19:28 PM / Shopper - 36159778 / Client IP: | DCC Domain DELTAPILOTSASSOCIATION.ORG (ID=85161229): Domain forwarding update [208.54.45.171] for Domain Name DELTAPILOTSASSOCIATION.ORG |
| 11/9/2013 8:16:26 PM / 36159778 / Client IP: | Security Info updated |

# Notes for Shopper ID 36159778
## 1/1/2013 to 12/31/2013

| Entered Date / By | Note |
|---|---|
| 11/9/2013 9:30:48 AM / Lancaster, Robert / Client IP: GoDaddy Internal | Tim<br><br>813-785-4761<br><br>cci needing information on his dns and changed forwards or redirects on the site. He was hosting with squarespace. I had him change the www points to for square space and advised of the time frame. He is going to get in contact with square space to check his ip address. |
| 11/9/2013 9:30:31 AM / Customer / Client IP: 72.185.70.183 | Business Registration:118638290 (21736464-9407-11df-b1f8-001143d4d9b6) - Entered Account |
| 11/9/2013 9:29:34 AM / Robert W Lancaster / Client IP: GoDaddy Internal | A customer survey was automatically sent for Robert W Lancaster |
| 11/9/2013 9:24:25 AM / Robert W Lancaster / Client IP: GoDaddy Internal | Domains:0 - Entered Account |
| 11/9/2013 9:23:00 AM / Robert W Lancaster / Client IP: GoDaddy Internal | Web Hosting:113318815 (75f971df-5e98-11df-8642-001143d4d994) - Entered Account |
| 11/9/2013 9:22:40 AM / Customer / Client IP: 72.185.70.183 | Domains By Proxy®:0 - Entered Account |
| 11/9/2013 9:21:55 AM / Robert W Lancaster / Client IP: GoDaddy Internal | Web Hosting:113318815 (75f971df-5e98-11df-8642-001143d4d994) - Entered Account |
| 11/9/2013 9:18:26 AM / Robert W Lancaster / Client IP: GoDaddy Internal | Domains:0 - Entered Account |
| 11/9/2013 9:10:19 AM / Robert W Lancaster / Client IP: GoDaddy Internal | Domains:0 - Entered Account |
| 11/9/2013 9:08:25 AM / Lancaster, Robert / Client IP: GoDaddy Internal | Robert Lancaster accessed account with reason "General/Research". Shopper PIN. |
| 10/16/2013 3:44:19 PM / Customer / Client IP: 173.65.60.40 | [@L[myaproducts:acc4_title]@L]:113318819 (75f971e1-5e98-11df-8642-001143d4d994) - Entered Account |
| 10/16/2013 3:44:09 PM / Customer / Client IP: 173.65.60.40 | [@L[myaproducts:acc4_title]@L]:113318819 (75f971e1-5e98-11df-8642-001143d4d994) - Entered Account |
| 8/19/2013 10:45:26 AM / Customer / Client IP: 173.65.30.226 | Email:0 - Entered Account |
| 8/17/2013 8:14:16 PM / Customer / Client IP: 173.65.30.226 | Email:0 - Entered Account |
| 8/15/2013 4:40:43 PM / Customer / Client IP: 173.65.30.226 | Email:0 - Entered Account |
| 7/23/2013 7:59:29 AM / Gabel, Jacob / Client IP: GoDaddy Internal | Name (including call back number): tim 8137854761<br>Reason for calling: customer can&#39;t access email account<br>Steps Taken: walked thru changing password on email account<br>resolution: cusotmer all set, able to change |
| 7/23/2013 7:58:17 AM / Jacob I Gabel / Client IP: GoDaddy Internal | A customer survey and email instructions were automatically sent for Jacob I Gabel |
| 7/23/2013 7:47:46 AM / Jacob I Gabel / Client IP: GoDaddy Internal | Domains:0 - Entered Account |
| 7/23/2013 7:43:25 AM / Jacob I Gabel / Client IP: GoDaddy Internal | Email:113318819 (75f971e1-5e98-11df-8642-001143d4d994) - Entered Account |
| 7/23/2013 7:43:01 AM / Gabel, Jacob / Client IP: GoDaddy Internal | Jacob Gabel accessed account with reason "General/Research". Shopper PIN. |

# Exhibit J

From: **Paul Karkas** pkarkas@tucows.com
Subject: Re: deltapilot.org
Date: April 4, 2014 at 2:35 PM
To: Nicholas P. Granath ngranath@ssmplaw.com

Hello - i cannot - Tucows runs a wholesale model, names are registered and paid for, directly to the Tucows Reseller - in this instance, Squarespace is the Tucows reseller.

You may wish to contact Squarespace for details.

Paul Karkas
Compliance Officer OpenSRS
Tucows Inc.
paul@tucows.com
416-535-0123 ext 1625
direct line (416) 538-5458
1-800-371-6992
 fax 1-416-535-7699
On 4/4/2014 3:28 PM, Nicholas P. Granath wrote:

> Mr. Karkas
>
> Thank you for the information.
>
> Without disclosing any financial information can you confirm the name of the purchaser of deltapilot.org ?
>
> Thank you
>
>
> Nick Granath, Esq.
> Seham, Seham, Meltz & Petersen, LLP
> 2915 Wayzata Blvd.
> Minneapolis, Minnesota  55405
> Tel.: (612) 341-9080
> Fax: (612) 341-9079
> Cell: (612) 210-8460
> Email: ngranath@ssmplaw.com
> Web: www.ssmplaw.com
>
>
> On Mar 26, 2014, at 12:33 PM, Paul Karkas <pkarkas@tucows.com> wrote:
>
>> I, Paul Karkas, declare under penalty of perjury that the following is true:
>> I have personal knowledge of the facts stated set forth below, and could and
>> would testify to these facts if called as a witness in this matter.  I am a
>> Compliance Officer with Tucows, Inc. (Tucows), located in Toronto, Ontario,
>> Canada Tucows, Inc. is a Pennsylvania corporation with a principal place of
>> business in Toronto, Ontario.
>>
>> By way of background, Tucows runs a wholesale model and does not have
>> information outside of what is publicly available via our whois utility at
>> tucowsdomains.com.
>>
>> I note that the subject domain is using Tucows' whois privacy feature
>> (contactprivacy.com), as such, please find the current whois information for

DPA 265

deltapilot.org below;

## Organization Information

| | |
|---|---|
| **First Name:** | Domain |
| **Last Name:** | Administrator |
| **Organization Name:** | Squarespace |
| **Street Address:** | 459 Broadway 5th Floor |
| **City:** | New York |
| **State:** | NY |
| **2 Letter ISO Country Code:** | US |
| **Postal Code:** | 10013 |
| **Phone:** | +1.3477584644 |
| **Fax:** | |
| **Email:** | hobbsmsb@aol.com |

## Admin Information

| | |
|---|---|
| **First Name:** | Domain |
| **Last Name:** | Administrator |
| **Organization Name:** | Squarespace |
| **Street Address:** | 459 Broadway, 5th Floor |
| **City:** | New York |
| **State:** | NY |
| **2 Letter ISO Country Code:** | US |
| **Postal Code:** | 10013 |
| **Phone:** | +1.3477584644 |
| **Fax:** | |
| **Email:** | domains@squarespace.com |

## Billing Information

| | |
|---|---|
| **First Name:** | Domain |
| **Last Name:** | Administrator |
| **Organization Name:** | Squarespace |
| **Street Address:** | 459 Broadway, 5th Floor |

**Street Address:** 459 Broadway, 5th Floor

| | |
|---:|:---|
| **City:** | New York |
| **State:** | NY |
| **2 Letter ISO Country Code:** | US |
| **Postal Code:** | 10013 |
| **Phone:** | +1.3477584644 |
| **Fax:** | |
| **Email:** | domains@squarespace.com |

## Technical Contact Information

| | |
|---:|:---|
| **First Name:** | Domain |
| **Last Name:** | Administrator |
| **Organization Name:** | Squarespace |
| **Street Address:** | 459 Broadway, 5th Floor |
| **City:** | New York |
| **State:** | NY |
| **2 Letter ISO Country Code:** | US |
| **Postal Code:** | 10013 |
| **Phone:** | +1.3477584644 |
| **Fax:** | |
| **Email:** | domains@squarespace.com |

The vast majority of names registered are performed through our reseller network.
The reseller for deltapilot.org is:

  Squarespace, domains@squarespace.com
   +1.3477584644    http://squarespace.com

Thank you

Paul Karkas
Compliance Officer OpenSRS
Tucows Inc.

paul@tucows.com
416-535-0123 ext 1625
Direct line (416) 538-5458
1-800-371-6992
Fax 1-416-531-2516




Nick Granath, Esq.
Seham, Seham, Meltz & Petersen, LLP
2915 Wayzata Blvd.
Minneapolis, Minnesota  55405
Tel.: (612) 341-9080
Fax: (612) 341-9079
Call: (612 210-8460
Email: ngranath@ssmplaw.com
Web: www.ssmplaw.com

PRIVILEGED AND CONFIDENTIAL INFORMATION (when exchanged with clients, potential clients, or for internal work-product use): This e-mail transmission is intended only for the use of the individual(s) herein named, and may contain confidential and/or legally privileged information from the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail/file document is strictly prohibited. If you have received this mail/file document in error, please notify us by telephone so that we can arrange for the return of the document to us at no cost.  IRS Circular 230 Notice:  Advice rendered in this communication, including attachments, on U.S. tax issues (i) is not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties that may be imposed by the IRS on taxpayers; and (ii) may not be used or referred to in promoting, marketing, or recommending a partnership or other entity, investment plan, or arrangement.  This notice is intended to comply with Section 10.35 of IRS Circular 230.

DPA 268

# Exhibit K

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>RUSSELL C. MELVIN,<br><br>                    Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br><br>**DELTA PILOTS ASSOCIATION'S**<br>***SUPPLEMENTAL***<br>**ATTACHMENT B AND RULE**<br>**26(a)(1)(iii) DISCLOSURE** |

Plaintiff, the Delta Pilots Association (DPA), hereby supplements its damages quantification and computation contained in its Appendix B to the parties' proposed Civil Case Management Plan (Doc. 87; filed April 26, 2018) and its Rule 26(a)(1)(iii) disclosure:

**1.    PLAINTIFF CLAIMS:**

Plaintiff Delta Pilots Association alleges claims for:

1) Violation of the Computer Fraud And Abuse Act, 18 U.S.C. § 1030(a)(5)(A) to recover from Defendant declaratory judgment, injunctive relief, statutory damages, and reasonable attorney fees;

2) Violation of the Computer Fraud And Abuse Act, 18 U.S.C. § 1030(a)(5)(B) to recover from Defendant declaratory judgment, injunctive relief, statutory damages, and reasonable attorney fees;

3) Violation of the Computer Fraud And Abuse Act, 18 U.S.C. § 1030(a)(5)(C) to recover from Defendant declaratory judgment, injunctive relief, statutory damages, and reasonable attorney fees.

**Quantification & Computation By Category Of Statutory Damages & Loss For All Claims:**

1) Immediate & Direct Cost To Respond To Offense, Assess Damage, and Restore Website:

    a) Quantification: $12,496 approximately.

b) Computation: By multiplying hours of labor and comparable work rate of pay of Interim President of DPA, Tim Caplinger (40 hrs. * $150 =  $6,000), and DPA web master, Rick Eagan (32 hrs. * $203 =  $6,496), summed to value of ($6,000 + $6,496 = $12,496) for DPA's immediate and direct reasonable costs of responding to the damage, conducting a damage assessment, and restoring its damaged computer website integrity and availability.

2) <u>Consequential Damages From Lost Donations:</u>

a) Quantification: $11,000 approximately.

b) Computation: Estimated from donations not made because of the damage to DPA's website in November and December 2013, and when the site was being repaired.

3) <u>Consequential Damages From Loss Of Good Will:</u>

a) Quantification:  Irreparable due to loss of status as bargaining unit representative.

b) Computation: Not susceptible to calculation as contemplated by Rule 26(a)(1). *See e.g. Williams v. Trader Pub. Co.*, 218 F.3d 481, 487 (5th Cir. 2000).

4) <u>Attorney Fees Incurred:</u>

a) Quantification: $149,955 as of May 11, 2018 and continuing.

b) Computation: By hours and rate charged by retained counsel, for the period from December 23, 2013 through May 11, 2018, for any purpose including damage assessment.

5) <u>Litigation Costs Incurred:</u>

a) Quantification: $4,541.21 as of May 11, 2018 and continuing.

b) Computation: By expense items charged by retained counsel, for the period from December 23, 2013 through May 11, 2018,  for any purpose including damage assessment (excluding expert witness charges).

6) <u>Expert Witness Costs:</u>

a) Quantification: $10,850 as of May 11, 2018.

b) Computation: As line item charged by retained consulting expert.

7) <u>Damage To Functionality Of Website:</u>

Computer system impairment pursuant to 18 USC § 1030(e)(8) from which losses quantified herein were sustained.

8) <u>Damage From Re-routing of Web Traffic</u>:

   Computer system impairment pursuant to 18 USC § 1030(e)(8) from which losses quantified herein were sustained.


Dated:   May 15, 2018          SEHAM, SEHAM, MELTZ & PETERSEN, LLP
         White Plains, NY


                      By: _____
                          Nicholas Granath, Esq. *pro hac vice*
                          ngranath@ssmplaw.com
                          Lee Seham, Esq.
                          LSeham@ssmplaw.com
                          199 Main Street, Seventh Floor
                          White Plains, New York 10601
                          Tel: (914) 997-1346
                          Fax: (914) 997-7125

                          *Attorneys for Plaintiff, the Delta Pilots Association*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated herein below I provided, or through my agents caused to be provided, a true and correct copy of the foregoing attached document, and that the same was served upon counsel(s) for the Defendant by electronic correspondence and first class mail addressed to Defendant Russell C. Melvin's counsel of record:

> Dana Lossia, Esq.
> LEVY RATNER, P.C.
> 80 Eighth Avenue Floor 8
> New York, New York 10011
>
> dlossia@levyratner.com
>
> Tel. 212 627-8100
> Fax. 212 627-8122

Dated:   <u>May 15, 2018</u>

Nicholas Paul Granath, Esq.