# <u>Exhibit 1</u>

To Declaration Of Nicholas Paul Granath
In Support Of
"Plaintiff's Memorandum Of Law Opposing Defendant's Motion For Summary Judgment."

Stanley J. Silverstone
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>                    Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>**PLAINTIFF'S**<br>***SEALED MOTION***<br>**TO AMEND COMPLAINT**<br>**TO ADD A NAMED DEFENDANT,**<br>**PURSUANT TO RULES 15 & 21** |

   **BY PERMISSION FROM THE COURT TO FILE UNDER SEAL**, pursuant

to Order on January 7, 2015 (Doc. 41, page 2), Plaintiff, the Delta Pilots Association

("DPA"), by and through its undersigned counsel, hereby moves the Court, at the United

States Courthouse, 500 Pearl St., New York, New York 10007-1312, pursuant to Federal

Rules of Civil Procedure 15 and 21, <u>for an order granting leave to amend its Complaint to

name in its caption an individual defendant, Russell C. Melvin, and to file the same,

unsealed</u>.

   For its supporting grounds, this motion is based upon Plaintiff's separately filed

supporting memorandum of law, its supporting declaration and attachments thereto, the

pleadings, and any hearing in this matter.  A proposed order is separately submitted.

Dated: <u>January 29, 2015</u>      SEHAM, SEHAM, MELTZ & PETERSEN, LLP
       White Plains, NY

By*: /s/ Stanley J. Silverstone*
    Stanley J. Silverstone, Esq.
    ssilverstone@ssmplaw.com
    Lucas K. Middlebrook, Esq.
    lmiddlebrook@ssmplaw.com
    445 Hamilton Avenue, Suite 1204
    White Plains, New York 10601
    Tel: (914) 997-1346
    Fax: (914) 997-7125

    and

    Nicholas Granath, Esq. *pro hac vice*
    ngranath@ssmplaw.com
    2915 Wayzata Blvd.
    Minneapolis, MN  55405
    Tel. (612) 341-9080
    Fax (612) 341-9079

    *Attorneys for Plaintiff*

Stanley J. Silverstone
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>                Plaintiff,<br>   v.<br><br>JOHN DOE,<br><br>                Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>**MEMORANDUM OF LAW<br>IN SUPPORT OF PLAINTIFF'S<br>*SEALED MOTION*<br>TO AMEND COMPLAINT<br>TO ADD A NAMED DEFENDANT,<br>PURSUANT TO RULES 15 & 21** |

## I)      <u>SUMMARY.</u>

This Honorable Court allowed DPA to make a sealed motion to amend its "John Doe" Complaint to name a real person.  Nearly a year's worth of third-party subpoenas and investigation demonstrate more than a good faith basis to allege that Delta Pilot, Tennessee resident, and ALPA Committee member, Russell C. Melvin, did intentionally harm DPA in the manner alleged in the Complaint and in violation of the Computer Fraud and Abuse Act.  No factors under Rules 15 or 21 warrant denial.  Therefore, the Court should grant DPA leave to amend its original "John Doe" Complaint to add in the caption "Russell C. Melvin" as a named individual defendant and to thereafter file the amended complaint, unsealed, and proceed as a normal case.

## II)        <u>FACTS.</u>

By order issued on January 7, 2015 (Doc. No. 41) this Court denied DPA's motion to modify or vacate the outstanding protective order but did so "without prejudice to [a] motion to amend [the] Complaint." (*Id.*).   The order expressly contemplated that DPA could amend its Complaint to "replace its 'John Doe' allegation with the name of a real person … by proper motion in this court, under seal, … pursuant to Rules 15 and 21 …" (*Id.*, p. 2).

Prior to that Order, in the hearing on January 5, 2015, based upon the verbal consent of DPA's counsel, as reflected in the transcript (*see*, Doc. No. 42, Transcript at 10:17-19), the Court reopened this matter (Tr. 13:2).  Hence, this case has been opened since January 5, 2015.

To give context to the Order allowing a sealed motion for leave to add a named party, the following observations were made by the Court on the record in the January 5 hearing:

- That "Delta Pilots will have to make a proper motion in this court, first reopening the case and second asking me to amend to name the proper party, which will be an amendment under Rule 15 or Rule 21 or both. If confidentiality is desired, whoever is John Doe will have to make a motion to impart confidentiality" (Tr. 10:2).

- That "[t]he motion will be made under seal to protect the confidentiality, subject to being held public by subsequent order." (Tr. 10:8).

- That "[t]hose papers will name the John Doe, because you will want to change the caption." (Tr. 12:23).

As indicated further herein below, DPA has obtained evidence through third-party

subpoenas, and its own investigation, that affirmatively link and implicate Russell C. Melvin in the facts alleged in the Complaint that, if proven, establish a knowing, intentional violation of CFAA. (Declaration by Nicholas Paul Granath, hereinafter "Granath" at ¶ 4).

### III)    ARGUMENT.

### 1)    The Legal Standard To Amend Under Rules 15 and 21.

Federal Rule of Civil Procedure 15(a)(2) applies to this motion.  It provides that "a party may amend its pleading only with the opposing party's consent or the court's leave."  The court "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2); *Grullon v. City of New Haven*, 720 F.3d 133, 139 (2d Cir. 2013); *Aetna Casualty & Surety Co. v. Aniero Concrete Co*., 404 F.3d 566, 603-04 (2d Cir. 2005); *Duling v. Gristede's Operating Corp*., 265 F.R.D. 91, 96 (S.D.N.Y. 2010) (citations omitted).  Trial courts have been instructed that "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962).  Generally, amendments are favored because they "tend to facilitate a proper decision on the merits." *Sokolski v. Trans Union Corp*., 178 F.R.D. 393, 396 (E.D.N.Y. 1998).

The Second Circuit has indicated that Rule 15(a)(2) provides a permissive standard.  It has stated that, "[t]his permissive standard is consistent with our strong preference for resolving disputes on the merits." *Williams v. Citigroup Inc*., 659 F.3d 208, 212-13 (2d Cir. 2011).  Motions to amend should therefore be denied only for reasons of undue delay, bad faith or dilatory motive, undue prejudice to the non-moving

DPA 5

party, or futility. *Burch v. Pioneer Credit Recovery, Inc.*, 551 F.3d 122, 126 (2d Cir. 2008) (*citing Foman*, 371 U.S. at 182); *McCarthy v. Dun & Bradstreet Corp.,* 482 F.3d 184, 200 (2d Cir. 2007).

Where, as here, leave to amend is sought to change the complaint *only to add a party*, Rule 21 is applicable as well as Rule 15. "To the extent a proposed amendment would add new parties, the motion is technically governed by Rule 21, which provides that 'the court may at any time, on just terms, add or drop a party,' rather than Rule 15 (a)." *Duling v. Gristede's Operating Corp.*, 265 F.R.D. 91, 96 (S.D.N.Y. 2010) (citations omitted). However, "'the same standard of liberality' applies under either Rule." *Id*. at 96-97 (citations omitted); *Soler v. G & U, Inc.*, 86 F.R.D. 524, 528 (S.D.N.Y. 1980) (quoting *Fair Hous. Dev. Fund Corp. v. Burke*, 55 F.R.D. 414, 419 (E.D.N.Y. 1972)).

Thus, leave to amend a complaint to assert claims against additional defendants "should be denied *only* because of undue delay, bad faith, futility, or prejudice to the non-moving party, and the decision to grant or deny a motion to amend rests within the sound discretion of the district court." *DeFazio v. Wallis*, No. 2006 U.S. Dist. LEXIS 95154, at *1 (E.D.N.Y. Dec. 9, 2006), *citing Aetna Cas. and Sur. Co. v. Aniero Concrete Co., Inc.*, 404 F.3d 566, 603-04 (2d Cir. 2005); *Zahra v. Town of Southold*, 48 F.3d 674, 685 (2d Cir. 1995).

Finally, Rule 21 grants the court broad discretion to permit the addition of a party at any stage in the litigation**.** *Sullivan v. West New York Res., Inc.,* 2003 U.S. Dist. LEXIS 6498 (E.D.N.Y. Mar. 5, 2003).

**2)**     **There Is No Basis To Deny DPA Leave To Amend To Add Russell C. Melvin As A Named Party.**

    **a)**     **A Summary Of The Evidence Implicating Russell C. Melvin Demonstrates There Is No Bad Faith In Seeking Leave To Amend To Name Him As Defendant.**

The standard to amend to add a party under either Rule 15 or 21 is a liberal one, providing that the court "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

Moreover, this Court has observed that on *this* motion DPA has no particular need to "demonstrate their evidence." ("I don't think there's anything in the protective order that says they [plaintiffs] have to demonstrate their evidence." Tr. 4:8).[1] Still, a concise review of the evidence implicating Russell C. Melvin is offered in order to satisfy the Court that there is no *bad* faith that warrants denial of DPA's motion.  Following below is a summary of evidence, not an exhaustive catalog of it, linking and implicating Russell C. Melvin to: i) disruption of DPA's web site on Squarespace, as alleged in ¶¶ 31-43 of the Complaint; ii) the anonymous call made to Caplinger confessing details of the 'hack,' as alleged in ¶¶ 55-56; and iii) motive to harm DPA and possible involvement in a conspiracy:

    **i)**     **Evidence Linking Russell C. Melvin To The Disruption Of DPA's Web Site Hosted On Squarespace:**

-     There can be no dispute that in 2013 DPA hosted its web site, http://delta-

---

[1] *See also*: "I don't think I ordered that I have to review the facts. I don't think there is any provision in the Federal Rules of Civil Procedure for a review by the Court before a lawsuit is instituted." (Tr. 5:21).

pilots.org, through **Squarespace**. (Complaint, ¶¶ 23-27).

- Records subpoenaed from Squarespace show that starting on November 8, 2013, DPA's web site was 'hacked' or disrupted (in part) by being placed in **"trial mode"** and by the issuance of commands in the 'master files' that resulted in the **primary domain name being switched to another domain name** that, while owned by DPA, was not used – but that now pointed to files existing on another computer server maintained in Canada (ContactPrivacy.com, run by Tucows, Inc.) that was established by an anonymous party or parties. The substituted primary domain was "deltapilot.org". The disruption caused anyone viewing DPA's web site to see another site masquerading as DPA's site proclaiming that DPA had quit its lawful campaign to replace the incumbent union ALPA and had thrown in its support to the incumbent, a material representation that was false and damaging. (<u>Granath</u> <u>Attachment (hereinafter "Att.") 1</u>, <u>Att. 2</u>; <u>Att. 3</u>; <u>Att. 4</u>; <u>Att. 5</u>; <u>Att. 6</u>).

- Records subpoenaed from Squarespace show that a Squarespace **"trial account"** that was utilized in the attack was created at 7:18 p.m. EST, November 8, 2013, by an **"impersonator"** under the name "Tim-Caplinger" **using an email address of, "amp.chumbawumba@ausi.com."** (<u>Granath</u> <u>Att. 7</u>, at first page). One minute later, at 7:19 p.m. EST on November 8, a user linked the domain "Tim-Caplinger.squarespace.com" to an unused, DPA-owned domain, "deltapilot.org", and made it the primary domain – this was the start of the misdirection to a hostile web site. (<u>Granath</u> <u>Att. 7</u>).

- Publicly accessible Internet "message threads" **link the name of "Russell C. Melvin" with an email address of "amp.chumbawumba@gmail"**. (<u>Granath</u> <u>Att. 8</u>; <u>Att. 9</u>).

- Publically accessible Internet "WhoIs" registration files show that **Russell C. Melvin had his own personal account at Squarespace** in 2013 when DPA's site was hacked by an impersonator. (<u>Granath</u> <u>Att. 10</u>).

- **An email to ALPA from an address used by Russell C. Melvin, "rcmelvin@mac.com" attached a letter from Melvin providing details of the hacking not publicly known and specifically admitting to involvement in the hacking as well as to calling Tim Caplinger in the wake of it.** The letter admitted the following: that Melvin had a "Squarespace Trial Account"; that Melvin's own content was "accessible to those viewing a DPA-owned domain name"; that this occurred around "November 9"; that this "lasted for approximately 18 hours"; that the "domain name settings" had been altered; that Melvin "for a short time" had "DPA membership credentials"; that Melvin "contacted TC [Tim Caplinger] personally …"; that in the call to Caplinger,

Melvin "offered to cover any expense"; that Caplinger threatened criminal charges". All these details are corroborated by other evidence. (Granath Att. 11).

      **ii)**    **Evidence Linking Russell C. Melvin To Anonymous Phone Calls To DPA President Tim Caplinger Confessing The Hack:**

•     Records subpoenaed from Verizon show wireless phone number **"901 871-7877" as the "originating number" of the anonymous caller to Caplinger's home** on November 15, 2013, when a male caller claimed to Caplinger to be responsible for the hacking. (Granath Att. 12).

•     Records subpoenaed from AT&T show that the phone number **"901 871-7877" belongs to the address of 7050 Corsica Drive, Germantown, TN 38138.**[2] (Granath Att. 13).

•     **Tennessee property records and a warranty deed that show Russell C. Melvin acquired the property** of 7050 Corsica Drive, Germantown, TN 38138 in 2012.[3] (Granath Att. 14; Att. 15; Att. 16).

      **iii)**    **Evidence Of Motive For The Attack On DPA By Russell C. Melvin And Of Possible Conspiracy.**

•     Russell C. Melvin joined DPA and then withdrew before the hacking, as DPA membership records show. (Granath Att. 17).

•     ALPA records show Russell C. Melvin participating on ALPA committees in 2013. (Granath Att. 18; Att. 19).

•     Pay records show that *at the time of the hacking, Russell C. Melvin received pay from ALPA* ("Flight Pay Loss"). This was for Melvin's work on "P2P" which is known to be an anti-DPA committee. (Granath Att. 20; Att. 21)

---

[2] Additional evidence beside the address specifically links the phone number to Melvin. (*e.g.*, 34-38).

[3] That the address is Melvin's is corroborated by evidence of the same address that Melvin gave to DPA when he became a DPA member.

### b)      The Amendment Is Not Futile.

In addition to the lack of bad faith, there is no basis to deny the motion on futility grounds.

A proposed amendment is futile if the proposed claim could not withstand a Rule 12(b)(6) motion to dismiss. *Lucente v. IBM Corp.*, 310 F.3d 243, 258 (2d Cir. 2002). In considering a Rule 12(b)(6) motion to dismiss, "'[t]he issue is not whether a plaintiff will ultimately prevail but whether the claimant is entitled to offer evidence to support the claims.'" *Todd v. Exxon Corp.*, 275 F.3d 191, 198 (2d Cir. 2001) (quoting *Scheuer v. Rhodes*, 416 U.S. 232, 236 (1974)).  Further, the Court must "accept all of the plaintiff's factual allegations in the complaint as true and draw inferences from those allegations in the light most favorable to the plaintiff."  *Starr v. Georgeson S'holder, Inc.*, 412 F.3d 103, 109 (2d Cir. 2005); *Desiderio v. Nat'l Ass'n of Sec. Dealers, Inc.*, 191 F.3d 198, 202 (2d Cir. 1999).

The same recitation of evidence above, herein showing no bad faith demonstrates support for the claims; hence there is no futility apparent.

### c)      There Has Been No Undue Delay.

In addition to the lack of bad faith or futility, there is no basis to deny the motion because of undue delay.

As the Second Circuit has repeatedly recognized, "[m]ere delay, absent a showing of bad faith or undue prejudice, does not provide a basis for a district court to deny the right to amend." *State Teachers Retirement Board v. Fluor Corp.*, 654 F.2d 843, 856 (2d

---

Sealed Motion To Amend Complaint                                    Page 8 of 13

Cir. 1981); *Parker v. Columbia Pictures Industries,* 204 F.3d 326, 339 (2d Cir. 2000); *Rotter v. Leahy*, 93 F. Supp. 2d 487, 497 (S.D.N.Y. 2000) ("Typically, the moving party's delay, standing alone, is not sufficient reason to foreclose amendment)." Length of time, in of and itself, does not provide a basis to deny a motion to amend. *Daniels v. Loizzo*, 174 F.R.D. 295 (S.D.N.Y. 1997).

Here, the time it has taken to reveal Russell C. Melvin's identity and connect Melvin to the hacking was due to the secretive nature of this computer crime, that Melvin sought to keep his involvement secret (e.g., by calling Caplinger but refusing to identify himself), ALPA's refusal to disclose that Melvin had written to ALPA to admit his involvement, and the resulting fact that DPA had to proceed subpoena by subpoena to track down the culprit (and was not willing to name any party it suspected without sufficient evidence). Moreover, DPA is well within its statute of limitations period under CFAA.[4]

### d) No Unfair Prejudice Results.

In addition to the lack of bad faith, futility, or delay, there is no basis to deny the motion because of unfair prejudice.

In determining whether leave to amend should be granted, among the "most important" issues to consider is prejudice to the opposing party. *AEP Energy Servs. Gas Holding Co. v. Bank of America, N.A.*, 626 F.3d 699, 725 (2d Cir. 2010) (internal quotations omitted). In analyzing prejudice, courts consider whether the amendment

---

[4] The statute of limitations under CFAA is two years.  18 U.S.C. § 1030(g).

would: (1) require the opponent to "expend significant additional resources to conduct discovery and prepare for trial," (2) significantly prolong the resolution of the action, or (3) "prevent the plaintiff from bringing a timely action in another jurisdiction." *Monahan v. New York City Department of Corrections,* 214 F.3d 275, 284 (2d Cir. 2000). However, in general, "the adverse party's burden of undertaking discovery, standing alone, does not suffice to warrant denial of a motion to amend a pleading." *United States v. Continental Ill. Nat'l Bank & Trust of Chicago,* 889 F.2d 1248, 1255 (2d Cir. 1989).

Melvin cannot claim sufficient prejudice to defeat the motion.   Although the question of whether an amendment is prejudicial is determined on a case-by-case basis, a common example of a prejudicial amendment is one that "raises a new legal theory that would require the gathering and analysis of facts not already considered by the [defendant, and] is offered shortly before or during trial." *Johnson v. Oroweat Foods Co*., 785 F.2d 503, 510 (4th Cir. 1986). A non-prejudicial amendment is one that merely adds an additional claim based on facts already pleaded. *See Davis v. Piper Aircraft Corp*., 615 F.2d 606, 613 (4th Cir. 1980) ("Because defendant was from the outset made fully aware of the events giving rise to the action, an allowance of the amendment could not in any way prejudice the preparation of the defendant's case.").

Here, while Russell C. Melvin proved quite capable of corresponding with ALPA to admit his involvement, he has remained hidden to DPA.   Only DPA has been prejudiced so far.

**3)** **The Court Should Allow The Case To Proceed Normally After The Amended Complaint Is Filed, Unsealed.**

There is a presumption in the law that "lawsuits are public events." *Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992); *see also*, *Doe v. Del Rio*, 241 F.R.D. 154, 156 (S.D. N.Y 2006).   When, as here, a defendant's identity is not known, a plaintiff may sue "Doe" and should then be allowed, as this Court has done, the opportunity through discovery to identify a named defendant. *Valentin v. Dinkins*, 121 F.3d 72, 75-76 (2d Cir. 1997) (pro se plaintiff should have been permitted to conduct discovery to reveal identity of the defendant); *see also*, *Munz v. Parr*, 758 F.2d 1254, 1257 (8th Cir. 1985) (error to dismiss claim merely because the defendant was unnamed; "Rather than dismissing the claim, the court should have ordered disclosure of the Officer Doe's identity"); *Wakefield v. Thompson*, 177 F.3d 1160, 1163 (9th Cir. 1999) (error to dismiss unnamed defendants given the possibility that identity could be ascertained through discovery).

DPA has done so and its discovery has revealed that Russell C. Melvin is a proper defendant.

As this Court observed in a comment during the hearing on January 5 directed to ALPA's counsel,  "It is very hard to run a case under a John Doe. … As I see it now, it's not likely that you will be protected as to identity." (Tr. 13:6).   The law supports the Court's observation.  The Federal Rules of Civil Procedure requires that "the title of the complaint must name all the parties." Rule 10(a).  Hence, in general, once discovery reveals the name of a defendant there is no reason not to name the defendant.

In this case, the Court had entered a protective order on the occasion of DPA's

motion to enforce a subpoena on ALPA that, "… compelled disclosure of John Doe's identity subject to Plaintiffs affirmation that it would keep the identity confidential *until I permit it to amend the caption of its case*. … Plaintiff is required to move to re-open its case, and to move to amend the complaint pursuant to Rule 21." (Doc. 35, p. 2) [emphasis added].  Now, this Court has the basis to conclude that DPA has satisfied Rules 15 and 21 allowing such amendment.  Hence, the protective order should no longer bar revelation of the parties to this matter in an unsealed, amended complaint, and this case should proceed normally.[5]

## **CONCLUSION.**

DPA has demonstrated the legal and factual basis for this Court to grant it leave to amend its original Complaint to name Russell C. Melvin as a defendant.  There is no reason not to file the same as the First Amended Complaint, unsealed.  This case is ready to proceed normally.  DPA respectfully asks the Court to so allow.

---

[5] According to ALPA counsel's representation to this Court, as of January 5 at least, Russell C. Melvin had his own attorney. (Tr. 2:19 "He has his own counsel.").

Respectfully submitted,

On:  January 29, 2015            By: */s/  Stanley J. Silverstone*
                                 Stanley J. Silverstone, Esq.
                                 ssilverstone@ssmplaw.com
                                 Lucas K. Middlebrook, Esq.
                                 lmiddlebrook@ssmplaw.com
                                 SEHAM, SEHAM, MELTZ & PETERSEN, LLP
                                 445 Hamilton Avenue, Suite 1204
                                 White Plains, NY 10601
                                 Tel. (914) 997-1346; Fax (914) 997-7125

                                 Nicholas Granath (*pro hac vice*)
                                 ngranath@ssmplaw.com
                                 SEHAM, SEHAM, MELTZ & PETERSEN, LLP
                                 2915 Wayzata Blvd.
                                 Minneapolis, MN 55405
                                 Tel. (612) 341-9080; Fax (612) 341-9079

                                 *Attorneys for Plaintiff*
                                 *Delta Pilots Association*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>               Plaintiff,<br><br>   v.<br><br>JOHN DOE,<br><br>               Defendant. | **Civil Action No.: 1:14-cv-00225-AKH**<br><br><br>**DECLARATION OF<br>NICHOLAS PAUL GRANATH** |

I, Nicholas Paul Granath, do declare as follows:

1.  I am lead counsel of record for Plaintiff Delta Pilots Association in the above-captioned matter, along with Stanley J. Silverstone.

2.  I make this Declaration of my own free will, based on my personal, first-hand knowledge, unless otherwise specifically indicated.

3.  This Declaration is in support of "Plaintiff's *Sealed Motion* To Amend Complaint To Add A Named Defendant, Pursuant To Rules 15 & 21."

4.  In the year following the Court's January 29, 2014 order allowing "discovery upon third parties in order to identify defendant John Doe" (Doc. 5), plaintiff through counsel subpoenaed and obtained discovery from the following third parties: i) Squarespace, ii) Verizon, iii) AT&T, iv) Fiber Hub, v) Contact Privacy, vi) Peer 1, and vi) ALPA.  In addition, counsel for plaintiff conducted its own investigation, for example, obtaining property records and other publicly available documents or information, and on June 3, 2014, retained a computer forensic expert, John J. Carney.

5.  Attached and labeled as **Attachment 1** is a true and correct copy of a 'screen shot' taken by Tim Caplinger (who will so testify), on or about November 8, 2013, at the start of the hacking, showing a view of DPA's web management files hosted by Squarespace and further showing a misdirection of the primary domain.

6.  Attached and labeled as **Attachment 2** is a true and correct copy of a 'screen shot'

taken by Tim Caplinger (who will so testify), on or about November 8, 2013, days after the hacking, showing that DPA's web site had been placed in "trial mode."

7.     Attached and labeled as **Attachment 3** is a true and correct copy of another 'screen shot' taken by Tim Caplinger (who will so testify), on or about November 8, 2013, days after the hacking, showing that DPA's web site had been placed in "trial mode."

8.     Attached and labeled as **Attachment 4** is a true and correct copy of an extract of documents provided by Squarespace in response to subpoena by DPA showing a 'chat' transcript dated November 10, 2013 at 2:59 a.m. in which a Squarespace "customer care" employee states: "Issue Summary: Not entirely sure what is happening here, but they definitely show a linked, managed domain called deltapilot.org.

9.     Attached and labeled as **Attachment 5** is a true and correct copy of an extract of documents provided by Squarespace in response to subpoena by DPA showing a 'chat' transcript dated November 10, 2013 at 1:00 a.m. in which a Squarespace "customer care" employee states: "I'm going to escalate this case to a domain administrator to review."

10.    Attached and labeled as **Attachment 6** is a true and correct copy of an extract of documents provided by Squarespace in response to subpoena by DPA showing a 'chat' transcript dated November 9, 2013 at 1:16 p.m. in which a Squarespace "customer care" employee reports that: "Issue: Customer owns deltapilotsassociation.org which points to Squarespace 5 and looks to be properly mapped. www.deltapilotsassociation.org is now pointing to a Squarespace 6 site that is owned by someone else. Customer believes that this was done intentionally in an attempt to damage the organization."

11.    Attached and labeled as **Attachment 7** is a true and correct copy of an extract of documents provided by Squarespace in response to subpoena by DPA first showing that a Squarespace "trial account" that was utilized in the attack by an "impersonator" under the name "Tim-Caplinger" using an email address of, "amp.chumbawumba@ausi.com." (*see* second page of Att. 7, also marked at bottom-center  "Index 141"); and second showing this trial account was created at 7:18 p.m. EST, November 8, 2013 (*see* third page, also marked at bottom-center "Index 142"); and third showing that one minute later, at 7:19 p.m. EST on November 8, a user linked the domain "Tim-Caplinger.squarespace.com" to an unused, DPA-owned domain "deltapilot.org" and made it the primary domain – this was the start of the misdirection to a 'clone' website (*Id.*).

12.     Attached and labeled as **Attachment 8** is a true and correct copy of publicly accessible Internet "message threads" obtained by Tim Caplinger (who will so testify) from inside an Internet "newsgroup" called "Military.aviation.rec" that shows "Russell C. Melvin" with an email address of "amp.chumbawumba@gmail" as of February 11, 2008.

13.     Attached and labeled as **Attachment 9** is a true and correct copy of publicly accessible Internet "message threads" obtained by Tim Caplinger (who will so testify) from a page on the web site "www.nnseek.com" that shows "author threads" depicting "Russell C. Melvin" with an email address of "amp.chumbawumba" in 2008 and that links the same email to "rec. aviation.Military".

14.     Attached and labeled as **Attachment 10** is a true and correct copy of publicly accessible Internet "WhoIs" registration report from http://www.domaintools.com obtained by DPA's computer forensic expert (who will so testify) that shows Russell C. Melvin had his own personal account on Squarespace, Inc., registered January 2, 2013, with a domain status of "active."

15.     Attached and labeled as **Attachment 11** is a true and correct copy of the letter from Russell C. Melvin to ALPA, obtained by DPA from ALPA following the Court's order to enforce, with conditions, DPA's subpoena (Doc. 21); the letter was attached to an email "rcmelvin@mac.com" represented by ALPA to be from Russell C. Melvin.

16.     Attached and labeled as **Attachment 12** is a true and correct copy of an extract of records subpoenaed by DPA from Verizon showing wireless phone number "901 871-7877" as the "originating number" of the anonymous caller to Caplinger's home on November 15, 2013, when a male caller claimed to Caplinger to be responsible for the hacking (as Caplinger will also testify).

17.     Attached and labeled as **Attachment 13** is a true and correct copy of an extract of records subpoenaed from AT&T by DPA showing that the phone number "901 871-7877" belongs to the address of 7050 Corsica Drive, Germantown, TN 38138.

18.     Attached and labeled as **Attachment 14** is a true and correct copy of a property record card your Declarant obtained from a publicly accessible web page of the Shelby County, Tennessee Assessor of Property, which shows Russell C. Melvin at an address of 7050 Corsica Drive, Germantown, TN 38138 in 2013.

19.     Attached and labeled as **Attachment 15** is a true and correct copy of a property record card your Declarant obtained from a publicly accessible web page of the

Shelby County, Tennessee Assessor of Property that shows Russell C. Melvin at an address of 7050 Corsica Drive, Germantown, TN 38138 and history.

20.     Attached and labeled as **Attachment 16** is a true and correct copy of a Warranty Deed your Declarant obtained from a publicly accessible web page showing Russell C. Melvin as co-owner with "wife" of 7050 Corsica Drive, Germantown, TN 38138, recorded September 17, 2012.

21.     Attached and labeled as **Attachment 17** is a true and correct copy of an extract of property records maintained by DPA (as Tim Caplinger is prepared to testify to) that shows Russell C. Melvin gave DPA an address of 7050 Corsica Drive, Germantown, TN 38138 when he joined DPA.

22.     Attached and labeled as **Attachment 18** is a true and correct copy of an ALPA publication obtained by Tim Caplinger in 2013 (who is prepared to so testify) that lists "Russ Melvin – MEC Government Affairs," an ALPA committee.

23.     Attached and labeled as **Attachment 19** is a true and correct copy of an ALPA publication obtained by Tim Caplinger in 2013 (who is prepared to so testify) that lists "Russell Melvin" on ALPA's "Government Affairs" committee.

24.     Attached and labeled as **Attachment 20** is a true and correct copy of an extract from "Air Line Pilots Association ALPA Flight Pay Loss System 4th Qtr FPL Report 2/28/14" obtained by Tim Caplinger in 2013 (who is prepared to so testify) that shows Russell C. Melvin received 15 hours of pay from ALPA during the period from November 6-8, 2013 (the time of the hacking) while working on a committee ("P2P") to which Melvin was not assigned, and whose mission was to combat DPA's lawful campaign to represent DPA pilots.

25.     Attached and labeled as **Attachment 21** is a true and correct copy of an extract from the Delta pilot schedule obtained by Tim Caplinger in 2013 (who is prepared to so testify) for Delta pilot Russell C. Melvin that shows Melvin's pay status on November 8 and 9 (the time of the hacking) was attributed to "ALPA."

Pursuant to 29 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 28, 2015          By: **/s/ Nicholas Paul Granath**
                                              Nicholas Paul Granath, Esq.

---

Stanley J. Silverstone
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
(914) 997-1346
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>                    Plaintiff,<br>        v.<br><br>JOHN DOE,<br><br>                    Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>**ORDER** |

This matter, having come before this Court on plaintiff's sealed motion to amend its original "John Doe" Complaint to add into the caption Russell C. Melvin as a named defendant, and to be allowed to file the amended Complaint, unsealed, the Court, having considered plaintiff's motion, the pleadings filed in this action, and the standards of Rules 15 and 21, grants the motion and therefore:

IT IS HEREBY ORDERED that plaintiff has leave to file, unsealed, an amended Complaint naming Russell C. Melvin as a party defendant and to amend the caption accordingly.

DATED: _____, 2015      By: _____
                                         Hon. Alvin K. Hellerstein
                                         United States District Judge

# <u>Attachment 1</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**



# Attachment 2

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**



# Attachment 3

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**



# Attachment 4

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

2/6/2014                                Deskcom Agent -- Rohit Giri

Nov 9th, 2013 at 11:34PM
(3 months ago)
Hijack Issue
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

Somehow, SquareSpace has added deltapilot.org to our domain list. This is a clone site DPA does not own. We need to remove it from our domain list immediately. Also, please research who has set up the trial squarespace account using deltapilot.org. This is our hacker. Please email us with results.

Tim Caplinger
dpa@delta-pilots.org

Rick Eagan
media@delta-pilots.org

Nov 10th, 2013 at 12:59AM 3 months ago
Zoë Holmes
Domain Name: deltapilots.org
Date Registered: Not sure
Issue Summary: Not entirely sure what is happening here, but they definitely show a linked, managed domain called deltapilot.org (see screenshot: http://screencast.com/t/csS2Aalm) that goes nowhere and they say they:

1) Did not register

2) Is the work of a hacker

I am wondering if sites can be automatically associated with accounts, or would someone with login access need to do this? Basically--do they have a hacker or maybe just a disgruntled ex member with a login and bad web skills?

Any ideas of what's happening would be appreciated!

Nov 10th, 2013 at 1:00AM
(3 months ago)
Zoë H.
**To:** media@delta-pilots.org
**From:** 'Zoë H.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey there,

I'm going to escalate this case to a domain administrator to review.

You'll receive a reply to this case directly (#697937), as soon as possible.

We appreciate your patience, thanks!

Nov 10th, 2013 at 8:03AM 3 months ago
Erin Sheridan
Please Also see #697978

for additional customer comments.

Would like the deltapilot.org removed. As know where it come from. If we can do that?

Nov 10th, 2013 at 12:03PM 3 months ago
Dan Schenker
Also, #697815. They've submitted three tickets from two different people about the same issue.

https://squarespace.desk.com/agent#

DPA 28

# <u>Attachment 5</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

2/6/2014                                 Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 11:34PM
(3 months ago)
Hijack Issue
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

Somehow, SquareSpace has added deltapilot.org to our domain list. This is a clone site DPA does not own. We need to remove it from our domain list immediately. Also, please research who has set up the trial squarespace account using deltapilot.org. This is our hacker. Please email us with results.

Tim Caplinger
dpa@delta-pilots.org

Rick Eagan
media@delta-pilots.org

Nov 10th, 2013 at 12:59AM 3 months ago
Zoë Holmes
Domain Name: deltapilots.org
Date Registered: Not sure
Issue Summary: Not entirely sure what is happening here, but they definitely show a linked, managed domain called deltapilot.org (see screenshot: http://screencast.com/t/csS2Aalm) that goes nowhere and they say they:

1) Did not register

2) Is the work of a hacker

I am wondering if sites can be automatically associated with accounts, or would someone with login access need to do this? Basically—do they have a hacker or maybe just a disgruntled ex member with a login and bad web skills?

Any ideas of what's happening would be appreciated!

Nov 10th, 2013 at 1:00AM
(3 months ago)
Zoë H.
**To:** media@delta-pilots.org
**From:** 'Zoë H.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey there,

I'm going to escalate this case to a domain administrator to review.

You'll receive a reply to this case directly (#697937), as soon as possible.

We appreciate your patience, thanks!

Nov 10th, 2013 at 8:03AM 3 months ago
Erin Sheridan
Please Also see #697978

for additional customer comments.

Would like the deltapilot.org removed. As know where it come from. If we can do that?

Nov 10th, 2013 at 12:03PM 3 months ago
Dan Schenker
Also, #697815. They've submitted three tickets from two different people about the same issue.

<u>Index 93</u>                                            DPA 30

# <u>Attachment 6</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

2/11/2014                               Desk.com Agent -- Rohit Giri

DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Attachments:** image001.png
Notice the url below which we own but is redirecting to this trial site.


Tim Caplinger

DPA




From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!


Nov 9th, 2013 at 12:53PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** DPA Volunteer <jacseo@gmail.com>
Hi Go Daddy is hosting our domains. They indicate that all of our accounts look good and suggest that the hacker has opened a recent trial account at squarespace and has broken your code to take over the redirecting of www.deltapilotsassociation.org.


http://deltapilotsassociation.org appears to be going to our correct site, but it may be a clone. I can't tell.


Tim


From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!


Nov 9th, 2013 at 12:56PM
(3 months ago)
Jamo V.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Jamo V.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Thanks for bringing this to our attention. I'm going to take some extra time to review this issue more thoroughly.

I appreciate your patience on this!


Nov 9th, 2013 at 1:16PM 3 months ago
Jamo Veldhuis
*** Add to note/remove from response ***

Issue: Customer owns deltapilotsassociation.org which points to Squarespace 5 and looks to be properly mapped. www.deltapilotsassociation.org is now pointing to a Squarespace 6 site that is owned by someone else. Customer believes that this was done intentionally in an attempt to damage the organization.
Reproducible (y/n): y

https://squarespace.desk.com/agent#                                                                4/6

# Attachment 7

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**



tim-caplinger.squarespace.com (527d7b5e4b08e032d3615b)

No primary domain.

users                                    +

Tim Caplinger
amp.chumbawamba@ausi.com

DASHBOARD    BILLING    HISTORY    DOMAINS    EVENTS    TAXONOMY    TEMPLATE ARTIFACTS

PLAN              PERIOD              AUTORENEW
NO ACCOUNT        NO ACCOUNT        NO ACCOUNT

Created On:  Nov 08, 2013, 7:18 PM
Next Billing Date:  None
Last Payment:  None
Linked to:  Not Linked
Stripe ID:

| Date | Amount | Link | Coupon Code | Coupon |
|------|--------|------|-------------|--------|



**tim-caplinger**.squarespace.com

No primary domain.

| DASHBOARD | BILLING | HISTORY | DOMAINS | EVENTS | TAXONOMY | TEMPLATE ARTIFACTS |

USER   SUPPORT   NOTE   SYSTEM

**+ ADD NOTE**

| Date | Text | Type | User | Message |
|------|------|------|------|---------|
| 11/09/13 4:45:30 PM | Status changed from TRIAL to REMOVED | User | - | Customer/owner removal |
| 11/09/13 1:03:25 PM | Impersonation as Tim Caplinger on tim-caplinger | Support | Shaun Horine | Impersonation as Tim Caplinger on tim-caplinger |
| 11/09/13 1:03:25 PM | Impersonation as Tim Caplinger | Support | Shaun Horine | |
| 11/09/13 12:44:24 PM | Impersonation as Tim Caplinger on tim-caplinger | Support | Jarno Veldhuis | Impersonation as Tim Caplinger on tim-caplinger |
| 11/09/13 12:44:24 PM | Impersonation as Tim Caplinger | Support | Jarno Veldhuis | |
| 11/09/13 12:40:14 PM | Impersonation as Tim Caplinger on tim-caplinger | Support | Jarno Veldhuis | Impersonation as Tim Caplinger on tim-caplinger |
| 11/09/13 12:40:14 PM | Impersonation as Tim Caplinger | Support | Jarno Veldhuis | |

users                                              +

**Tim Caplinger**
amp.chumbawamba@ausl.com

tim-caplinger.squarespace.com (d27d75d4b4f5c01e26135)

No primary domain.

users                                    +

Tim Caplinger
amp.chumbawamba@ausi.com

| DASHBOARD | BILLING | HISTORY | DOMAINS | EVENTS | TAXONOMY | TEMPLATE ARTIFACTS |

| | | |
|---|---|---|
| 11/09/13 - 4:45pm | domain_unlink_domain | 2 |
| 11/09/13 - 4:45pm | domain_unlink_domain | |
| 11/09/13 - 4:45pm | domain_unlink_domain | |
| 11/09/13 - 4:45pm | engagement_view_statistics | |
| 11/09/13 - 4:36pm | engagement_login | |
| 11/09/13 - 1:03pm | domain_view_page | |
| 11/08/13 - 7:55pm | engagement_meta_update | 3 |
| 11/08/13 - 7:55pm | engagement_meta_update | |
| 11/08/13 - 7:54pm | engagement_meta_update | |
| 11/08/13 - 7:54pm | engagement_meta_update | |
| 11/08/13 - 7:54pm | engagement_view_statistics | 2 |
| 11/08/13 - 7:54pm | engagement_view_statistics | |
| 11/08/13 - 7:54pm | engagement_view_statistics | |
| 11/08/13 - 7:49pm | engagement_block_drop | |
| 11/08/13 - 7:49pm | engagement_collection_add | |
| 11/08/13 - 7:48pm | engagement_meta_update | 6 |
| 11/08/13 - 7:48pm | engagement_meta_update | |
| 11/08/13 - 7:48pm | engagement_meta_update | |
| 11/08/13 - 7:44pm | engagement_meta_update | |
| 11/08/13 - 7:43pm | engagement_meta_update | |
| 11/08/13 - 7:43pm | engagement_meta_update | |
| 11/08/13 - 7:20pm | domain_view_page | |
| 11/08/13 - 7:20pm | engagement_checkout_view | |
| 11/08/13 - 7:19pm | domain_make_primary_domain | |
| 11/08/13 - 7:19pm | domain_link_domain | 2 |
| 11/08/13 - 7:19pm | domain_link_domain | |
| 11/08/13 - 7:19pm | domain_link_domain | |
| 11/08/13 - 7:18pm | domain_view_page | |
| 11/08/13 - 7:18pm | engagement_login | |
| 11/08/13 - 7:18pm | lifecycle_trial | |

DPA 36

| TIMESTAMP | | EVENT_NAME | IP_ADDRESS |
|---|---|---|---|
| 2013-Nov-09 | 21:45:30 GMT | lifecycle_trial_expiration | None |
| 2013-Nov-09 | 21:45:30 GMT | domain_unlink_domain | 204.77.14.153 |
| 2013-Nov-09 | 21:45:30 GMT | domain_unlink_domain | 204.77.14.153 |
| 2013-Nov-09 | 21:45:18 GMT | engagement_view_statistics | 204.77.14.153 |
| 2013-Nov-09 | 21:36:23 GMT | engagement_login | 204.77.14.153 |
| 2013-Nov-09 | 18:03:46 GMT | domain_view_page | 74.131.26.226 |
| 2013-Nov-09 | 0:55:13 GMT | engagement_meta_update | 192.168.1.214 |
| 2013-Nov-09 | 0:54:52 GMT | engagement_meta_update | 192.168.1.157 |
| 2013-Nov-09 | 0:54:52 GMT | engagement_meta_update | 192.168.1.157 |
| 2013-Nov-09 | 0:54:26 GMT | engagement_view_statistics | 192.168.1.157 |
| 2013-Nov-09 | 0:54:20 GMT | engagement_view_statistics | 192.168.1.157 |
| 2013-Nov-09 | 0:49:40 GMT | engagement_block_drop | 192.168.1.165 |
| 2013-Nov-09 | 0:49:17 GMT | engagement_collection_add | 192.168.1.165 |
| 2013-Nov-09 | 0:48:46 GMT | engagement_meta_update | 192.168.1.165 |
| 2013-Nov-09 | 0:48:46 GMT | engagement_meta_update | 192.168.1.165 |
| 2013-Nov-09 | 0:44:20 GMT | engagement_meta_update | 192.168.1.150 |
| 2013-Nov-09 | 0:43:47 GMT | engagement_meta_update | 192.168.1.157 |
| 2013-Nov-09 | 0:43:47 GMT | engagement_meta_update | 192.168.1.157 |
| 2013-Nov-09 | 0:20:55 GMT | domain_view_page | 192.168.1.213 |
| 2013-Nov-09 | 0:20:52 GMT | engagement_checkout_view | 192.168.1.166 |
| 2013-Nov-09 | 0:19:47 GMT | domain_make_primary_domain | 192.168.1.212 |
| 2013-Nov-09 | 0:19:42 GMT | domain_link_domain | 192.168.1.212 |
| 2013-Nov-09 | 0:19:10 GMT | domain_link_domain | 192.168.1.167 |
| 2013-Nov-09 | 0:18:56 GMT | domain_view_page | 192.168.1.167 |
| 2013-Nov-09 | 0:18:37 GMT | engagement_login | 192.168.1.167 |
| 2013-Nov-09 | 0:18:37 GMT | lifecycle_trial | 192.168.1.167 |

# Attachment 8

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

military.aviation.rec

.groups.com.ru

# Major Russell Melvin, bad ass

| Subject | Major Russell Melvin, bad ass |
|---|---|
| From | amp.chumbawamba@gmail.com |
| Date | Mon, 11 Feb 2008 16:30:39 -0800 PST |
| Newsgroups | rec.aviation.military |

DECEMBER 30, 2007 - NEW YORK CITY, NY.  Visitor's to New York City's Times Square witnessed a horrifying scene early this morning near TGI Friday's on the square.  Russell Melvin of Austin, Texas, in town for the New Year's Eve celebration, disarmed and killed a violent career criminal attempting to rob a small group of tourists at gunpoint.  The deceased was identified as Miguel Alonzo Aguila of Medellin, Columbia.

Melvin, speaking fluent Spanish, conversed briefly with the man after surrendering his wallet and other valuables.  Witnesses say the gunman became extremely irritated and was acting irrationally when he lurched forward, grabbing Melvin's date, registered nurse Anna Michelle Pascal, also of Austin, Texas.

Witnesses say Melvin moved with blinding speed as he disarmed Aguila.  In the process, Melvin delivered a crushing blow to the Aguila's trachea, crushing it.  Additionally, during the takedown, Aguila's right arm was horribly dislocated at the shoulder. Witness Carlton Whitfield, an Air Force ROTC cadet at Rutgers University, described the scene as bizarre.  "We were all scared for our lives.  The guy appeared to be totally high on cocaine or alcohol.  I was sure he was going to kill that woman.  When that guy took him down, it happened so fast, it was like it was choreographed or something.  The sound of that guy's shoulder being ripped from the socket literally made several of us vomit.  It was the most bizarre thing I've ever seen but I'm grateful that guy was there to protect us."

Anthony Bandini, a community college instructor from Boston, described the aftermath as equally chilling.  "As that guy laid there suffocating, Melvin's date was attempting to resuscitate him.  Melvin ordered us to call 911 then knelt alongside him and said a Catholic prayer for the dying.  When the guy died, Melvin field stripped the weapon and put the firing pin in his pocket.  He gave it to police when they arrived a few minutes later."

Police arrived approximately three minutes after the call for help. NYPD watch supervisor Sgt. William Hamer indicated Aguila was found face down with his right arm was draped across his upper back. Augila's weapon was disassembled and resting on the small of his back. "It was a very disturbing sight, " said Hamer.  "I've seen a lot of things on this job, but this is up there with the strangest among them."

DPA 39

Police report over a dozen of witnesses were questioned at the scene.

Melvin and Pascal were transported to the local substation where they gave extensive written statements.  After investigators reviewed several Times Square security cameras, both Texans were released without restrictions.

A copy of the police report indicates Melvin is a Major in the United States Air Force Reserves and a decorated Gulf War veteran.  He is the President and Chief Executive Officer of a defense consulting company which provides tactical aerial reconnaissance to the United States Department of Defense and other military organizations.  In the early 90's, Melvin spent three years on a deep insertion assignment in the former Soviet Union.

When questioned by media upon his release, Melvin dismissed the affair.  "A bad guy left his house today looking for some booze and money.  I'm sorry it turned out the way it did.  Aguila was a career criminal.  If he had been kept in confinement, he'd be alive today.  I made every effort to reason with him but, ultimately, the enemy gets a vote on how things turn out.  He voted wrong today.  I'm sorry for his family and those that loved him.  We should all say a prayer for him and his family."

---

**Recent messages in this thread**

| | | |
|---|---|---|
| ⊟ 📰 Major Russell Melvin, bad ass | amp.chumbawamba@g... | 12-Feb-2008 12:30 am |
| ⊟ 📰 Re: Major Russell Melvin, bad ass | Dave Kearton <dke... | 12-Feb-2008 12:42 am |
| ⊟ 📰 Re: Major Russell Melvin, bad ass | Gernot Hassenpflug | 12-Feb-2008 03:21 pm |
| 📰 Re: Major Russell Melvin, bad ass | amp.chumbawamba@g... | 12-Feb-2008 03:56 pm |
| 📰 Re: Major Russell Melvin, bad ass | bigrig4u@gmail.com | 12-Feb-2008 04:02 pm |

DPA 40

# Attachment 9

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**





## POPULAR GROUPS

⟩ de.soc.politik.misc
⟩ de.sci.philosophie
⟩ de.talk.tagesgeschehen
⟩ de.etc.sprache.deutsch
⟩ de.admin.news.groups

more...

Author:          amp.chumbawamba
Posts total:     6
Threads total:   5

| Author posting activity | Week | Month | 3 Months |
|---|---|---|---|
| Threads | 1 | 1 | 5 |
| Posts | 1 | 1 | 6 |

| Author's most active groups | |
|---|---|
| Group | Authors' messages |
| rec.aviation.military | 2 |
| alt.internet.searchengines | 1 |
| soc.veterans | 1 |
| alt.military.retired | 1 |
| alt.religion.scientology | 1 |

### Author's most active threads

**Major Russell Melvin, bad ass**
Started amp.chumbawamba · Date: Feb 12, 2008 01:30 ·
Posts: 2 / 14 (amp.chumbawamba / total)

**WANTED: SEO Black Hat Ninja**
Started amp.chumbawamba · Date: Feb 19, 2008 17:07 ·
Posts: 1 / 2 (amp.chumbawamba / total)

**Major Russell Melvin, bad ass**
Started amp.chumbawamba · Date: Feb 12, 2008 01:29 ·
Posts: 1 / 1 (amp.chumbawamba / total)

**Major Russell Melvin, bad ass**
Started amp.chumbawamba · Date: Feb 12, 2008 01:30 ·
Posts: 1 / 1 (amp.chumbawamba / total)

**Russell C. Melvin**
Started nicu · Date: Mar 16, 2008 17:25 · Posts: 1 / 1 (amp.chumbawamba / total)

### Most active threads sterted by author

**Major Russell Melvin, bad ass**
Date: Feb 12, 2008 01:30 · Posts: 14

**WANTED: SEO Black Hat Ninja**
Date: Feb 19, 2008 17:07 · Posts: 2

**Russell C. Melvin**
Date: Mar 16, 2008 17:25 · Posts: 1

**Major Russell Melvin, bad ass**
Date: Feb 12, 2008 01:30 · Posts: 1

**Major Russell Melvin, bad ass**
Date: Feb 12, 2008 01:29 · Posts: 1

### Latest threads

**Russell C. Melvin**
Date: Mar 16, 2008 17:25 · Posts: 1

**WANTED: SEO Black Hat Ninja**
Date: Feb 19, 2008 17:07 · Posts: 2

**Major Russell Melvin, bad ass**
Date: Feb 12, 2008 01:30 · Posts: 14

**Major Russell Melvin, bad ass**
Date: Feb 12, 2008 01:30 · Posts: 1

**Major Russell Melvin, bad ass**
Date: Feb 12, 2008 01:29 · Posts: 1

### Latest posts

**Russell C. Melvin**
Date: Mar 16, 2008 17:25

**WANTED: SEO Black Hat Ninja**
Date: Feb 19, 2008 17:07

**Re: Major Russell Melvin, bad ass**
Date: Feb 12, 2008 16:56

**Major Russell Melvin, bad ass**
Date: Feb 12, 2008 01:30

**Major Russell Melvin, bad ass**
Date: Feb 12, 2008 01:30

**Major Russell Melvin, bad ass**
Date: Feb 12, 2008 01:29

# <u>Attachment 10</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

Russell C. Melvin
7050 Corsica Drive
Germantown, TN  38138
Tel.: (901) 209-9359
        (901) 871-7877
        (616) 669-9359
E-mail: Russrussell@russellmelvin.com
        admin@russellmelvin.com
        cpaige@airmota.org
        dbiw@mac.com

"Whois" listing for domain name listing russellmelvin.com shows SquareSpace, Inc. as the ISP.  It also shows possible ownership by this John Doe of other domains:

### Whois & Quick Stats

| | |
|---|---|
| **Registrant Org** | Russell Melvin is associated with ~27 other domains    *Reverse Whois* |
| **Registrar** | GODADDY.COM, LLC |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | Created on 2008-02-11 - Expires on 2016-02-11 - Updated on 2013-01-10 |
| **Name Server(s)** | NS23.DOMAINCONTROL.COM (has 37,249,777 domains) NS24.DOMAINCONTROL.COM (has 37,249,777 domains) |
| **IP Address** | 198.185.159.135 - 373,680 other sites hosted on this server |
| **IP Location** | 🇺🇸 - New York - New York City - Squarespace Inc. |
| **ASN** | 🇺🇸 AS53831 SQUARESPACE - Squarespace, Inc.,US (registered Jan 02, 2013) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 38 records have been archived since 2008-02-12 |
| **IP History** | 15 changes on 12 unique IP addresses over 6 years |
| **Registrar History** | 2 registrars |
| **Hosting** | 2 changes on 3 unique name servers |

DPA 45

# Attachment 11

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

Colleagues,

I am writing to address the issue of DPA's most recent claim that their website was in some way redirected.

I have two website accounts. One is personal. One is for a business with which I am affiliated. Until recently, I had a third personal website account.

This third website account was in Trial Mode while I was choosing templates related to the subject matter and evaluating the product's ability to accept imported data from a similar product. The product has millions of account holders PRECISELY because of its ease of point-and-click use by non-savvy website builders. On this third website's platform, accounts must be purchased to go live and to be published. Because this third account had not been paid for, it *was* in Trial Mode and I had taken *no* action to publish it. This third web site account contained my private writings and thoughts of a personal nature—none of which were intended to be seen by anyone other than my family and myself using a password protected web page. Based on the product's explicit assurance, I had every reason to believe ALL user-generated content was private, invisible to anyone but the account owner and, in fact, digitally sealed off from the world while in trial mode. See the screen capture below:



Squarespace Trial

Squarespace trial accounts are not visible to the public. When you are ready to publish your website, upgrading your trial will make your site active to the world.

While at home preparing for vacation, I learned the DPA website was alleged to have been "hacked." Subsequent to learning this, and in the normal course of my vacation time, I learned from a fellow pilot that *my* personal, unpublished website was mapping to a domain name owned and controlled by DPA. My private writings and thoughts of a personal nature were briefly accessible to those visiting a DPA owned domain

ATTACHMENT 2
DPA 47

name, and who chose to enter a password on the web page presented to them. Once public, my data was subject to manipulation. I did not provide a password to *anyone*, including my family. My private thoughts were supposed to be completely sealed off from the world while in trial mode—and they weren't. My account was supposed to be secure and accessible only by me--but it wasn't. It is therefore unclear to me whether or not information in my account was added, changed, deleted, or downloaded by someone else. I don't know what other private data is in the public domain, and how or if it will be used. The lies—there's no other way to put it—lies being told by Tim Caplinger and the DPA are so far out of bounds it's difficult to put them in context as a person with a rational perspective. Caplinger is lying, and he KNOWS he is lying, because I told him the truth in good faith. These lies are intentionally inflicting tremendous emotional distress on my wife and me and, in my opinion, he's doing it to achieve a political objective.

Upon learning of the issue, I took immediate steps to protect the interests of all parties. I prevented further unauthorized access to my account or further publication of my private information by immediately shutting down the account. I did so within moments after I received the phone call. I reasoned that doing so would also stop visitors seeking DPA's website from finding mine. This was accomplished by early afternoon on Saturday, November 9. From what I can gather this mapping issue lasted for approximately 18 hours. It is now my understanding the domain name owner could have immediately altered the DPA domain name settings in order to stop the errant mapping. Why they chose not to take that action is a question that has not been answered to my satisfaction.

I opened the trial web-based personal journal account using a personally owned and properly registered laptop computer. The decision to open the account was mine, and mine alone. I neither solicited nor was offered any assistance or encouragement from any person or organization in opening in the account. There is a witness available to corroborate the facts surrounding the opening of this account. At no time did I rely on any person or organization for the creation, operation, or deletion of the account. During account creation, I logged on to the internet using my own properly registered subscription-based mobile WiFi service. The trial account contact email

provided was a personal address in routine use for over seven years. It
would have been very easy to determine who opened the trial account,
and that of course is inconsistent with the M.O. of a trained hacker or
someone with malevolent intent. Others would describe my computer
skill as "slightly above average" and "competent with package-based
software like Microsoft Office." I have no knowledge of how to "hack" or
how to unlawfully redirect a domain name. I use an Apple computer
and have never had or been concerned about computer viruses. To be
unequivocally clear, ALPA was not involved in any manner in the setting
up or operation of my account, nor was it aware of any aspect of this
incident until I transmitted this statement to their counsel.

At no time did I attempt to access DPA's domain name management
account or their web site account, nor did I make any effort to
knowingly interfere with their ability to run their website. I do not have
nor have I ever possessed any knowledge of any computer credentials
which would give me the ability to access accounts other than my own
or those belonging to my family. When DPA was in its infancy, I was
asked to submit an authorization card and I did so. Shortly thereafter I
officially revoked the card using the NLRB proscribed format. For a
short time I had DPA membership credentials to access the DPA website
as an authorized end-user—but never as an administrator of any sort.
When I revoked my membership, the DPA newsletter stopped arriving
in my email inbox, I discarded those credentials, and I have no idea what
they were. My last access or attempt to access the DPA website as an
authorized end-user—and therefore in any capacity—was several years
ago

In an effort to resolve this issue and make sure all facts were on the
table for everyone, I contacted Tim Caplinger personally and discussed
the matter. I made this contact even before I contacted ALPA to make it
aware of this mapping issue. I had hoped that our discussion would
lead to a man to man resolution of this issue. It did not. Instead, he
threatened me with civil and criminal charges and attempted to say I
was "confessing" something to him when, in fact, all I was doing was
informing him of what I knew and expressing my regret that the
mapping problem interfered with the operation of his website. He
instructed me to write a confession letter with all technical details, to

post it online, and to mail him a certified copy. I told him that was not going to happen, because I didn't have anything to "confess" to, and I told him that meeting this demand would be akin to "professional suicide." During brief conversations on that Friday morning, I was so confident that I had not made any attempt to access the resources required to redirect a DPA domain name, I offered to cover any expenses incurred by him or his organization should I be found negligent in any way. I did NOT offer to "bribe" him in order to stop pursuing answers. In fact, I ended the conversation by giving him my solemn promise that we would be able to work together to ensure a full, complete, and amicable resolution to this issue. I told him I'd speak to my attorney and get back to him. I asked for patience as we worked through the issue.

So we are clear, I do not claim that either Caplinger or anyone associated with DPA intentionally compromised my website. By the same token, I never had access to the DPA domain name or website accounts and therefore could not have unilaterally redirected traffic from their website to my account, or otherwise interfered with operation of their website. Obviously I would have nothing to gain by mapping my personal website to DPA's domain name and compromising the privacy of my own data. Moreover, I would not know how to accomplish the result even if I wanted to, and further, I don't believe it can even be accomplished without administrative access to the DPA domain names and website. Finally, if I was interested in interfering with the DPA website, why would I shut down my site as soon as I became aware of the mapping problem? .

I regret this whole incident, but I particularly regret that for reasons that were not my fault, strangers may well have viewed my private thoughts. My recent journaling includes my personal thoughts on the unexpected death of both parents, concerns about my special needs child, and the stresses of working two jobs to provide for my family. ALPA, of course, had nothing whatsoever to do with any of this and I find it absurd that this problem has been converted into a political issue.

All data at my disposal suggests this was purely a technical issue—most likely an unforeseen confluence of otherwise innocuous technical

factors--between two sites hosted on the same software platform. It was resolved immediately upon discovery. I don't believe there is any fault to assign, however, the method by which my account was accessed without my knowledge or consent remains a mystery. To my understanding, neither party had the required access to unilaterally redirect a domain name to my private journal. I can say with confidence that I took NO action to damage the DPA domain name or website. I want to consider the matter closed and I am thankful that my confidentiality has so far been respected.

Respectfully submitted,

# <u>Attachment 12</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

```
====================    Computer Search    ====================
Case #: 14109461  Target #: 813-960-8619
Requested Date Range : Nov 15 2013 11:00AM GMT - Nov 15 2013  6:00PM GMT
===============================================================

 Computer Search Report for Terminating calls.
 ***Calls carried by other carriers should be confirmed with that carrier.***
 ***Originating numbers must be verified with all companies.***

Originating    Terminating    Call        Connect  Call     Time  Call
Number         Number         Date        Time     Duration Source Type

9018717877     8139608619     2013-11-15 14:01:59 0000:17  G    Carried by 0288
9018717877     8139608619     2013-11-15 14:01:59 0000:18  G    VZT Intra Group
9018717877     8139608619     2013-11-15 14:02:41 0037:14  G    Carried by 0288
9018717877     8139608619     2013-11-15 14:02:41 0037:16  G    VZT Intra Group
4079674700     8139608619     2013-11-15 15:36:56 0000:06  G    OPT2 ISDN PRI, ETS
                                                                I PRI
4079674700     8139608619     2013-11-15 15:37:21 0000:06  G    VZT Intra Group
4079674700     8139608619     2013-11-15 15:37:22 0000:06  G    Carried by 0222
9018717877     8139608619     2013-11-15 15:51:20 0025:37  G    Carried by 0288
9018717877     8139608619     2013-11-15 15:51:20 0025:39  G    VZT Intra Group
9018717877     8139608619     2013-11-15 16:36:20 0001:35  G    Carried by 0288
9018717877     8139608619     2013-11-15 16:36:21 0001:35  G    VZT Intra Group
9018717877     8139608619     2013-11-15 16:49:41 0000:05  G    VZT Intra Group
9018717877     8139608619     2013-11-15 16:49:41 0000:05  G    Carried by 0288
9018717877     8139608619     2013-11-15 16:50:47 0000:43  G    Carried by 0288
9018717877     8139608619     2013-11-15 16:50:47 0000:44  G    VZT Intra Group
```

# <u>Attachment 13</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

at&t

# SUBSCRIBER INFORMATION

| 545005692345 | C/T |
|---|---|

### Financially Liable Party

**Name:** R COURTNEY
**Credit Address:** 7229 BIRCHTREE CV, GERMANTOWN, TN 38138

**Customer Since:** 08/02/2006
**Photo ID Type:**                                    **Photo ID State:**
**Photo ID Number:**

**DOB:**                                              **SSN:**

**Contact Name:**
**Contact Home Phone:** (901) 753-9988               **Contact Work Phone:** (901) 496-6993
**Contact Home Email:** CPAIGE@AIRMOTA.ORG           **Contact Work Email:**

### Billing Party

**Account Number:** 545005692345
**Name:** R COURTNEY
**Billing Address:** 7229 BIRCHTREE CV, GERMANTOWN, TN 38138

**Account Status:** Active                           **Billing Cycle:** 13

### User Information

**MSISDN:** (901) 871-7877                           **IMSI:** 310410557348010
**MSISDN Active:** 11/20/2009 - Current              **IMEI/ESN:** 013336001245979/

**Name:** C PAIGE
**User Address:** 7050 CORSICA DR, GERMANTOWN, TN 38138

**Service Start Date:** 11/20/2009    **Dealer Info:** VV VV
**Payment Type:** Postpaid
**Contact Name:**
**Contact Home Phone:**                              **Contact Work Phone:**
**Contact Home Email:** CPAIGE@AIRMOTA.ORG           **Contact Work Email:**

### Status Change History

**Status Change Reason:**                            **Status Change Date:**

The information contained here is for use by authorized person only and is not for general distribution.

Index 12                    DPA 55

# <u>Attachment 14</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

# Assessor of Property
## Shelby County, Tennessee



**APPRAISAL**     **REAPPRAISAL**     **ASSESSMENT**     **PERSONAL PROPERTY**

# PROPERTY RECORD CARD

**DETAILS FOR THIS PROPERTY**

**Return to search results**

| Property Location and Owner Information | | 2014 Appraisal and Assessment Information | |
|---|---|---|---|
| Parcel ID: | G0219L G00033 | Class: RESIDENTIAL | |
| | | Land Appraisal: | $ 44,200 |
| Property Address: | 7050 CORSICA DR | Building Appraisal: | $ 164,400 |
| Municipal Jurisdiction: | GERMANTOWN | Total Appraisal: | $ 208,600 |
| Neighborhood Number: | 00902A01 | | |
| Tax Map Page: | 152H | Total Assessment: | $ 52,150 |
| Land Square Footage: | | | |
| Acres: | 0.2390 | Greenbelt Land: | $ 0 |
| Lot Dimensions: | 95 X 110 | Homesite Land: | $ 0 |
| Subdivision Name: | RIVERDALE FARMS REV SEC A | Homesite Building: | $ 0 |
| Subdivision Lot Number: | 0 33 | Greenbelt Appraisal: | $ 0 |
| Plat Book and Page: | 50–17 | Greenbelt Assessment: | $ 0 |
| Number of Improvements: | 1 | | |
| Owner Name: | MELVIN RUSSELL C & SUZANNE A | **Click Here for 2013 Values** | |
| In Care Of: | | **View: Assessor's GIS Map** | |
| Owner Address: | 7050 CORSICA DR | **View: GIS Parcel Map** | |
| Owner City/State/Zip: | GERMANTOWN, TN 38138 1606 | | |

| Dwelling Construction Information | | | |
|---|---|---|---|
| Stories: | 2.0 | Heat: | CENTRAL A/C AND HEAT |
| Exterior Walls: | BRICK | Fuel: | NOT APPLICABLE |
| Land Use: | – SINGLE FAMILY | Heating System: | NOT APPLICABLE |
| Year Built: | 1973 | | |
| Total Rooms: | 8 | Fireplace Masonry: | 1 |
| Bedrooms: | 4 | Fireplace Pre–Fab: | 0 |
| Bathrooms: | 2 | | |
| Half Baths: | 1 | Ground Floor Area: | 1238 |
| Basement Type: | NONE | Total Living Area: | 2676 |
| | | Car Parking: | BRICK GARAGE |

# <u>Attachment 15</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**



# SALES DATA FOR THIS PROPERTY

**Return to search results**

Parcel ID: G0219L G00033
Property Address: 7050 CORSICA DR
Owner Name: MELVIN RUSSELL C & SUZANNE A
Owner Address: 7050 CORSICA DR
Owner City/State/Zip: GERMANTOWN, TN 38138 1606

| Date of Sale | Sales Price | Deed Number | Instrument Type |
|---|---|---|---|
| 04/26/2006 | $209,000 | 06067731 | WD |
| 12/15/1995 | $156,000 | FN1946 | WD |
| 04/28/1994 | $140,000 | EJ2216 | WD |
| 05/27/1983 | $90,500 | U30384 | WD |
| 07/29/1976 | $62,500 | L44478 | UN |
| 04/24/1973 | $49,900 | H72807 | UN |

Click **here** for a description of Instrument Type abbreviations

# <u>Attachment 16</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**



**BILL GARRETT, Davidson County**

Trans: T20120071153 DEEDWARR
Recvd: 09/21/12 08:40   2 pgs
Fees: 13.00 Taxes: 601.25

20120921-0085799

WARRANTY DEED

R-JG-12-8842

STATE OF Tennessee
COUNTY OF Davidson

THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS $162,500.00

_____
Affiant

Subscribed and sworn to before me, this 17th DAY OF September, 2012.

_____
Notary Public

MY COMMISSION EXPIRES: 5-20-14
(AFFIX SEAL)

STATE OF TENNESSEE NOTARY PUBLIC

THIS INSTRUMENT WAS PREPARED BY
Rudy Title & Escrow, LLC
2012 21st Avenue South
Nashville, TN 37212

| ADDRESS NEW OWNER(S) AS FOLLOWS (NAME) | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Russell C. Melvin | Russell C. Melvin | |
| (ADDRESS) | (NAME) | |
| 7050 Corsica Dr. | 7050 Corsica Dr. | |
| (ADDRESS) | (ADDRESS) | |
| Germantown, TN 38138 | Germantown, TN 38138 | 16900035600 |
| (CITY)  (STATE)  (ZIP) | (CITY)  (STATE)  (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable considerations, the receipt of which is hereby acknowledged, we PHILIP E. CHAMBLEE, hereinafter called the Grantor(s), have bargained and sold, and by these presents do transfer and convey unto RUSSELL C. MELVIN AND WIFE, SUZANNE A. MELVIN, hereinafter called the Grantee(s), their heirs and assigns, that certain tract or parcel of land in DAVIDSON COUNTY, STATE OF TENNESSEE, described as follows, to wit:

BEING A TRACT OF LAND IN THE 35TH COUNCILMANIC DISTRICT OF DAVIDSON COUNTY, TENNESSEE, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
TRACT 2:
BEGINNING AT AN IRON ROD SET IN THE SOUTHEAST MARGIN OF HESTER BEASLEY ROAD AT A DISTANCE OF 25 FEET FROM THE CENTER OF SAID ROAD, SAID POINT BEING A CORNER OF TRACT 1, THENCE LEAVING THE SOUTHEAST MARGIN OF HESTER BEASLEY ROAD WITH A BOUNDARY LINE OF TRACT 1 ON A NEWLY ESTABLISHED LINE SOUTH 59 DEG. 53 MIN. 14 SEC. EAST, 855.53 FEET TO AN IRON ROD SET IN A NORTHERN BOUNDARY LINE OF TRACT 3; THENCE ALONG BOUNDARY LINES OF TRACT 3 ON NEWLY ESTABLISHED LINES TO POINTS AS FOLLOWS: SOUTH 82 DEG. 00 MIN. 50 SEC. WEST, 624.59 FEET TO AN IRON ROD SET; NORTH 42 DEG. 25 MIN. 42 SEC. WEST, 435.13 FEET TO AN IRON ROD SET IN THE SOUTHEAST MARGIN OF HESTER BEASLEY ROAD; THENCE ALONG THE SOUTHEAST MARGIN OF HESTER BEASLEY ROAD TO POINTS AS FOLLOWS: NORTH 49 DEG. 17 MIN. 53 SEC. EAST, 81.33 FEET; NORTH 43 DEG. 30 MIN. 22 SEC. EAST, 109.81 FEET; NORTH 29 DEG. 14 MIN. 15 SEC. EAST, 71.21 FEET TO THE POINT OF BEGINNING, CONTAINING 5.02 ACRES, MORE OR LESS.

BEING THE SAME PROPERTY CONVEYED TO PHILIP E. CHAMBLEE BY DEED FROM JAMES W. MORRIS AND MARGARET M. CAMPBELL, AS CO-TRUSTEES OF THE MARY B. JOHNSON REVOCABLE LIVING TRUST AGREEMENT DATED SEPTEMBER 14, 2007, OF RECORD AT INSTRUMENT NO. 20101230-0104037, REGISTER'S OFFICE FOR DAVIDSON COUNTY, TENNESSEE, DATED DECEMBER 20, 2010.

THIS CONVEYANCE IS SUBJECT TO A) 2012 PROPERTY TAXES, WHICH HAVE BEEN PRORATED AND ASSUMED BY THE GRANTEE (S) HEREIN; B) ANY AND ALL EXISTING EASEMENTS AND RESTRICTIONS AS SHOWN OF RECORD AND/OR NOT STATED HEREIN.

unimproved ( )
This is improved ( X ) property, known as   8842 Hester Beasley Road, Nashville, Tennessee 37221

(House Number)   (Street)   (PO Address)   (City or Town)   (Postal ZIP)

# __Attachment 17__

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

| Submitted On | Submitted By IP | First Name | M. I. | Last Name | Nickname |
|---|---|---|---|---|---|
| 1/5/11 5:42 | 24.41.79.162 | Russell | C. | Melvin | Russ |

| Email Address | Confirm Email Address | Street Address | Address Line 2 |
|---|---|---|---|
| russell@russellmelvin.com | russell@russellmelvin.com | 7050 Corsica Drive | |

| City | State | Zip Code | Home Telephone | Cell Phone | Employee # | Base |
|------|-------|----------|----------------|------------|-----------|------|
| Germantown | TN | 38138 | (901) 209-9359 | | 448171 | MEM |

| Equip | Seat | Date of Birth | Volunteer |
|-------|------|---------------|-----------|
| 320 | B - First Officer | 11/10/67 | YES |

**List any special skills or experience you may have.**

Chief of Air Safety (USAF & ALPA MEM), Communications (Professional Writer and Publicist)

# <u>Attachment 18</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

CA Kingsley Roberts – MEC Chairman
CA Greg Rizzuto – MEC Executive Administrator
Bren Fries – MEC Treasurer
CA Mike Hanson – MEC Strategic Planning Chairman
Logan Davis – MEC DPN Chairman
Russ Melvin – MEC Government Affairs
CA Steve Rose – P2P Chairman
and LEC reps on hand to take your feedback and answer any questions you may have.  Food and refreshments will be provided.

The Delta Pilot Network has been running PUB events around the system throughout the summer.  These events are an easy way to participate in our union, and have been well-received due to the casual format.

We hope to see you there!

| Captain Bill Bartels | LEC Chairman/CA REP | Bill.Bartels@alpa.org | (734) 834-5634 |
| Rich Wheeler | LEC Vice Chairman/FO REP | Richard.Wheeler@alpa.org | (954) 494-5086 |
| Captain Tom Bell | Secretary/Treasurer | Tom.Bell@alpa.org | (414) 520-6049 |

## Air Line Pilots Association, International
## www.alpa.org

If you wish to unsubscribe, please click here to login and update your Standard Mailings/E-Mail Distribution Lists preferences.

# **Attachment 19**

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

| COMMITTEE | FIRST NAME | LAST NAME | COMMITTEE | FIRST NAME | LAST NAME |
|---|---|---|---|---|---|
| Central Air Safety | Stephen | Mcintyre | FERF | Micheal | Davis |
| Scheduling | Bill | McLaren | FERF | Richard | Farren |
| DPN | Michael | McMahon | FERF | Kimberly | Gibson |
| P2P | Mike | McMahon | FERF | David | Ireland |
| Hotel | Jim | McNerney | FERF | Frederick | Jacobsen |
| DPAC | Scott | Meacham | FERF | Luis | Perez |
| Government Affairs | Russell | Melvin | FERF | Abbott (Chip) | Taylor |
| DPAC | Mike | Menah | FERF | Jeanel | Wehner |
| Central Air Safety | Kimberly | Mercer | Government Affairs | Dino | Atsalis |
| Central Air Safety | James | Millegan | Government Affairs | Nate | Brown |
| PAN | Pat | Millegan | Government Affairs | Judson | Crane |
| DPAC | Evan | Miller | Government Affairs | Eric | Hall |
| DPAC | Ken | Mills | Government Affairs | Tim | Heiple |
| DPN | Dave | Milner | Government Affairs | Russell | Melvin |
| PAN | Steve | Mishek | Government Affairs | Kevin | O'Mahoney |
| P2P | Dave | Moeder | Government Affairs | Mike | Pinho |
| Central Air Safety | Robert | Mongillo | Government Affairs | Mike | Quigley |
| DPAC | Scott | Monjeau | Government Affairs | Doug | Ralph |
| Central Air Safety | Raymond | Montalbano | Government Affairs | Dave | Short |
| System Board of Adjustment | Monty | Montgomery | Government Affairs | Pete | Strople |
| P2P | Gary | Moore | Government Affairs | John | White |
| Central Air Safety | James | Moore | Government Affairs | Jenny | Winter |
| DPN | Mark | Moore | Hotel | Malcolm | Adam |
| P2P | Mark | Moore | Hotel | Lynn | Austin |
| DPAC | Scott | Moore | Hotel | Billy | Call |
| Merger | John | Morgado | Hotel | Tom | Facer |
| System Board of Adjustment | John | Morgado | Hotel | Alan | Hicks |
| Contract Administration | Kevin | Morris | Hotel | Jeff | Hill |
| Central Air Safety | William | Mostellar | Hotel | Kathleen | Loftus |
| Scheduling | William | Mostellar | Hotel | Jim | McNerney |
| DPAC | Warren | Mowry | Hotel | Joe | Painter |
| Training | Ed | Mueller | Hotel | Dan | Piraino |
| DPN | Bob | Nadelberg | Hotel | Jack | Pollard |

# <u>Attachment 20</u>

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
*Sealed Motion*
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

**Air Line Pilots Association**

**ALPA Flight Pay Loss System**

**4th Qtr FPL Report**

**2/28/14 0:00**

| Name | Project | Trip Dates | Hours |
|------|---------|-----------|-------|
| AARON, ARTHUR | MEC Meetings | 10/18/2013 - 10/20/2013 | 17.91 |
| | MEC Meetings | 11/11/2013 - 11/16/2013 | 31.5 |
| | MEC Meetings | 12/8/2013 - 12/11/2013 | 20 |
| | MEC Administration | 12/16/2013 - 12/16/2013 | 5 |
| ABARE, NORMAN | IAAC | 10/1/2013 - 10/1/2013 | 17.05 |
| | DPN | 10/2/2013 - 10/4/2013 | 18.01 |
| | DPN | 10/23/2013 - 10/24/2013 | 12.18 |
| | IAAC | 10/25/2013 - 10/27/2013 | 17 |
| | MEC Meetings | 11/12/2013 - 11/14/2013 | 14.08 |
| | IAAC | 12/5/2013 - 12/6/2013 | 10.53 |
| | IAAC | 12/7/2013 - 12/10/2013 | 20.33 |
| | IAAC | 12/13/2013 - 12/16/2013 | 20.33 |
| ADAMS, JOHN | Communications | 10/1/2013 - 10/31/2013 | 87 |
| | Communications | 11/1/2013 - 11/30/2013 | 64.25 |
| | Communications | 11/7/2013 - 11/7/2013 | 3.25 |
| | Communications | 12/1/2013 - 12/31/2013 | 87 |
| ADLER, DAVID | NWA - DRC | 10/12/2013 - 10/14/2013 | 18.11 |
| ANDERSON, SCOTT | DPN | 10/29/2013 - 11/1/2013 | 20 |
| ATSALIS, KONSTANTINOS | Gov't Affairs | 10/1/2013 - 10/1/2013 | 10.43 |
| | Gov't Affairs | 11/4/2013 - 11/7/2013 | 20 |
| | MEC Meetings | 11/11/2013 - 11/15/2013 | 25 |
| | Gov't Affairs | 11/18/2013 - 11/21/2013 | 20 |
| | Gov't Affairs | 11/28/2013 - 11/30/2013 | 11.25 |
| | Employee Stock Ownership | 12/10/2013 - 12/15/2013 | 33.75 |
| BAILEY-SCHMIDT, SUSAN | ASAP | 10/8/2013 - 10/10/2013 | 15.81 |
| | ASAP | 10/29/2013 - 10/31/2013 | 14.43 |
| | ASAP | 11/21/2013 - 11/23/2013 | 15.75 |
| | ASAP | 12/17/2013 - 12/19/2013 | 15.83 |
| BALDWIN, WILLIAM | ASAP | 10/8/2013 - 10/8/2013 | 5.25 |
| | ASAP | 10/9/2013 - 10/10/2013 | 1.45 |
| | ASAP | 11/25/2013 - 11/27/2013 | 17.48 |
| | ASAP | 12/13/2013 - 12/15/2013 | 15 |
| BARTELS, WILLIAM | MEC Meetings | 10/1/2013 - 10/1/2013 | 6.5 |
| | Lounge | 10/18/2013 - 10/20/2013 | 18.133 |
| | MEC Meetings | 10/25/2013 - 10/26/2013 | 10.5 |
| | MEC Meetings | 11/11/2013 - 11/16/2013 | 31.5 |
| | MEC Meetings | 12/1/2013 - 12/1/2013 | 3.75 |
| | Lounge | 12/8/2013 - 12/8/2013 | 5 |
| | MEC Meetings | 12/9/2013 - 12/10/2013 | 10 |

| | | | |
|---|---|---|---|
| | Contract Administration | 12/1/2013 - 12/31/2013 | 53 |
| LINDBERG, CARL | FOQA | 10/10/2013 - 10/13/2013 | 19.43 |
| | FOQA | 10/16/2013 - 10/19/2013 | 21.26 |
| | FOQA | 11/17/2013 - 11/19/2013 | 16 |
| | FOQA | 12/18/2013 - 12/21/2013 | 19.58 |
| LUCE, ANDREW | MEC Training | 10/23/2013 - 10/25/2013 | 16.65 |
| MAKONNEN, IYOB | Communications | 10/6/2013 - 10/8/2013 | 15 |
| | Communications | 11/9/2013 - 11/11/2013 | 17.9 |
| MANILLA, ANDREW | Lounge | 10/14/2013 - 10/16/2013 | 15 |
| | Duty Officer | 10/20/2013 - 10/25/2013 | 30 |
| | Lounge | 11/5/2013 - 11/5/2013 | 5 |
| | MEC Meetings | 11/11/2013 - 11/16/2013 | 31.5 |
| | MEC Meetings | 12/8/2013 - 12/10/2013 | 15 |
| | Lounge | 12/12/2013 - 12/12/2013 | 5 |
| MARBLE, DAVID | DPN | 10/3/2013 - 10/9/2013 | 35 |
| | P2P | 12/10/2013 - 12/13/2013 | 20 |
| | P2P | 12/17/2013 - 12/20/2013 | 20 |
| | P2P | 12/21/2013 - 12/22/2013 | 10 |
| MARINO, DAVID | MEC Meetings | 11/14/2013 - 11/16/2013 | 13.5 |
| | MEC Meetings | 12/8/2013 - 12/10/2013 | 13.5 |
| MASON, SAMUEL | MEC Administration | 10/3/2013 - 10/4/2013 | 10 |
| | MEC Administration | 10/21/2013 - 10/22/2013 | 10 |
| | MEC Code Share | 11/4/2013 - 11/5/2013 | 10.65 |
| | DPN | 11/7/2013 - 11/9/2013 | 17.48 |
| | MEC Meetings | 11/13/2013 - 11/17/2013 | 22.55 |
| MAYER, STEPHEN | Lounge | 10/1/2013 - 10/1/2013 | 3.75 |
| | Lounge | 10/13/2013 - 10/17/2013 | 25 |
| | MEC Meetings | 11/11/2013 - 11/16/2013 | 31.5 |
| | MEC Meetings | 12/1/2013 - 12/1/2013 | 3.75 |
| | MEC Administration | 12/2/2013 - 12/3/2013 | 10 |
| | MEC Meetings | 12/9/2013 - 12/10/2013 | 10 |
| | Lounge | 12/11/2013 - 12/11/2013 | 5 |
| | Lounge | 12/20/2013 - 12/22/2013 | 15 |
| MCCOLLUM, ROGER | P2P | 10/11/2013 - 10/14/2013 | 26.11 |
| MCDONALD, REED | Merger | 11/30/2013 - 11/30/2013 | 3.25 |
| | Merger | 12/27/2013 - 12/27/2013 | 3.25 |
| MCLAREN, WILLIAM | P2P | 11/1/2013 - 11/1/2013 | 14.63 |
| | MEC Meetings | 11/11/2013 - 11/16/2013 | 31.5 |
| MCNERNEY, J | MEC Hotel | 10/29/2013 - 10/31/2013 | 29.83 |
| | MEC Hotel | 11/10/2013 - 11/12/2013 | 23.16 |
| MELVIN, RUSSELL | DPN | 10/7/2013 - 10/10/2013 | 20 |
| | DPN | 10/12/2013 - 10/12/2013 | 5 |
| | RA - DAL RINS | 10/21/2013 - 10/23/2013 | 15 |
| | Communications | 10/29/2013 - 10/29/2013 | 5 |
| | Communications | 10/30/2013 - 11/1/2013 | 15 |

| | | | |
|---|---|---|---|
| | P2P | 11/6/2013 - 11/8/2013 | 15 |
| | Communications | 11/19/2013 - 11/19/2013 | 5 |
| | P2P | 11/20/2013 - 11/20/2013 | 5 |
| | P2P | 11/21/2013 - 11/21/2013 | 5 |
| | P2P | 11/22/2013 - 11/22/2013 | 5 |
| | Gov't Affairs | 12/4/2013 - 12/5/2013 | 10 |
| | Gov't Affairs | 12/11/2013 - 12/11/2013 | 5 |
| | Gov't Affairs | 12/12/2013 - 12/13/2013 | 10 |
| MILLER, EVAN | Hims | 10/11/2013 - 10/11/2013 | 3.733 |
| MONJEAU, SCOTT | Hims | 10/1/2013 - 10/2/2013 | 10.5 |
| | Hims | 10/1/2013 - 10/1/2013 | 0.18 |
| | Hims | 10/25/2013 - 10/26/2013 | 10.5 |
| | Hims | 12/19/2013 - 12/20/2013 | 10.5 |
| MORGADO, JOHN | Merger | 11/6/2013 - 11/8/2013 | 17.18 |
| | MEC Meetings | 11/12/2013 - 11/15/2013 | 21.9 |
| MORRELL, RONALD | MEC Meetings | 10/16/2013 - 10/18/2013 | 15.13 |
| | MEC Meetings | 11/11/2013 - 11/16/2013 | 31.5 |
| | MEC Meetings | 12/8/2013 - 12/11/2013 | 15 |
| | Communications | 12/12/2013 - 12/14/2013 | 10 |
| MORRIS, KEVIN | Contract Administration | 10/1/2013 - 10/31/2013 | 87 |
| | Contract Administration | 11/1/2013 - 11/30/2013 | 87 |
| | Contract Administration | 12/1/2013 - 12/31/2013 | 87 |
| MOWRY, WARREN | Hims | 12/30/2013 - 12/30/2013 | 5.25 |
| MUELLER, EDMUND | NWA - DRC | 10/15/2013 - 10/15/2013 | 5 |
| | NWA - DRC | 10/30/2013 - 10/30/2013 | 5 |
| | MEC Training | 11/14/2013 - 11/14/2013 | 5.25 |
| | Duty Officer | 12/1/2013 - 12/1/2013 | 3.75 |
| | MEC Training | 12/15/2013 - 12/15/2013 | 5 |
| | MEC Training | 12/16/2013 - 12/19/2013 | 20 |
| | NWA - DRC | 12/28/2013 - 12/28/2013 | 5 |
| NESTOR, DAVID | MEC Meetings | 10/16/2013 - 10/16/2013 | 5 |
| | Lounge | 10/17/2013 - 10/20/2013 | 20 |
| | MEC Meetings | 11/11/2013 - 11/16/2013 | 31.5 |
| | Duty Officer | 12/1/2013 - 12/2/2013 | 10.57 |
| | Duty Officer | 12/4/2013 - 12/6/2013 | 18.8 |
| | MEC Meetings | 12/8/2013 - 12/10/2013 | 13.5 |
| NEVINS, CHRISTOPHER | Negotiations | 10/1/2013 - 10/31/2013 | 85.5 |
| | Negotiations | 11/1/2013 - 11/30/2013 | 92 |
| | Negotiations | 12/1/2013 - 12/31/2013 | 69.25 |
| NORDHAUSEN, WILLIAM | MEC Administration | 11/17/2013 - 11/19/2013 | 14.98 |
| O MALLEY, TIMOTHY | SCFSS | 10/13/2013 - 10/16/2013 | 21.55 |
| | Executive Board | 10/21/2013 - 10/24/2013 | 22.45 |
| | SCFSS | 11/19/2013 - 11/21/2013 | 18.35 |
| OBRIEN, JOHN | MEC Hotel | 11/21/2013 - 11/23/2013 | 15.01 |
| | MEC Hotel | 12/1/2013 - 12/4/2013 | 18 |

# __Attachment 21__

**To Declaration of Nicholas Paul Granath**

**In support of**

**Plaintiff's**
***Sealed Motion***
**To Amend Complaint**
**To Add A Named Defendant,**
**Pursuant To Rules 15 & 21**

Pre-Flight | Schedules | Bids | Bid Packages | Bulletins | Pay/Hours | Personnel | NRSA | Email | Flight Ops | Print | Help          LogOff

**Pilot Schedule**

```
                              PILOT SCHEDULE
                                                        14/04/23  16:25:56

                                    FOR                 LOCKER:         -

NAME:  MELVIN, RUSSELL C                                EMP NBR:  0448171
LOT: 0513 ATL 320 B 01NOV13 / 30NOV13      SECND-CAT:
CURRENT RAW VALUE: 151
DTE OR DES OFF   STAT  ROT1 D R1 STAT  ROT2 D R2 RPT1 RPT2 E/L R CALL BLKN DTE
01F    RES       ALPA                                                     01F
02S    RES **    ALPA                                                     02S
03S    RES **                                                             03S
04M    RES XX                                                             04M
05T    RES XX    ALPA                                                     05T
06W    RES       ALPA                                                     06W
07T    RES       ALPA                                                     07T
08F    RES       ALPA                                                     08F
09S    RES XX    ALPA                                                     09S
10S    RES       QVAC          *                                          10S
11M    RES       QVAC          *                                          11M
12T    RES       QVAC          *                                          12T
13W    RES       QVAC          *                                          13W
14T    RES       QVAC          *                                          14T
15F    RES       QVAC          *                                          15F
16S    RES       QVAC          *                                          16S
17S    RES **                                                             17S
18M    RES **                                                             18M
19T    RES       ALPA                                                     19T
20W    RES       ALPA                                                     20W
21T    RES       ALPA                                                     21T
22F    RES       ALPA                                                     22F
23S    RES **                                                             23S
24S    RES XX                                                             24S
25M    RES XX    OKNF                                                     25M
26T    RES XX                                                             26T
27W    RES             .0814                     1654                     27W
28T    RES             ----                                               28T
29F    RES             ----                                               29F
30S    RES             ----                                          1637 30S
DTE OR DES OFF   STAT  ROT1 D R1 STAT  ROT2 D R2 RPT1 RPT2 E/L R CALL BLKN DTE
REMARKS:
MAX P/UP:000.00 BLK LIM:780.51  PROJ:057.12 ACT CREDIT:057.12 MAX RES:000.00

NAME: MELVIN, RUSSELL C
EMP NBR: 0448171  BEGIN DATE: 01NOV13

END OF DISPLAY
```

Print Dot Matrix | Print Large | Print Medium | Print Small | F1 = Cancel | OK          DPA 78

Index 33