# **Exhibit 4**

To Declaration Of Nicholas Paul Granath
In Support Of
"Plaintiff's Memorandum Of Law Opposing Defendant's Motion For Summary Judgment."

# MINTZ LEVIN

**Joseph M. DiCioccio** | 212 692 6853 | jmdicioccio@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

February 13, 2014

**Via Email (SSilverstone@ssmplaw.com) and Fedex**

Stanley Silverstone, Esq.
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, Suite 1204
White Plains, NY 10601

Re:    Subpoena For Production of Documents – SDNY Civ. Action No. 1:14-cv-00225-AKH
       Our Ref. No.: 33816-034

Dear Mr. Silverstone:

    Enclosed are copies of the documents in Squarespace Inc.'s possession, custody or control responsive to your subpoena.

Very truly yours,

Joseph M. DiCioccio

JMD/me
Encl.

cc:    Marvin S. Gittes, Esq. (*via email*, w/encl.)
       Daniel I. DeWolf, Esq. (*via email*, w/encl.)

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON

Manage Accounts | deltapilotsassociation (unltd)

This page allows you to manage Squarespace user accounts. Changes made via this manager take effect immediately. Please note that it is possible to violate a user's billing policies via this manager. Please exercise caution.

## Configure User Account

To configure a user account, type the login of the user you wish to configure below.

| | | | |
|---|---|---|---|
| [                    ] | Search » | Nuke User Cache | View Site | Login As User |

| | |
|---|---|
| **Website** | **deltapilotsassociation (#664640)** |
| | Generated by five (#282162) |
| | Account created on 08/24/2010 at 12:34:52 AM |
| | Account is currently **ACTIVE** |
| | User has an account credit of $0.00 |
| | **(Enrolled in the affiliate program.)** |
| **Owner** | **Webmaster (#1089051)** |
| | Registered to Webmaster (media@delta-pilots.org) |
| **Notes** | [                    ]  Add Note |
| | View open support tickets » |
| | View closed support tickets » |
| **Plan** | **unltd (#1593183)** |
| | Plan billing rate is **$192.00 / year** (*$192.30 / year before discounts*) |
| | Plan billing cycle ends on 03/24/2014 at 04:40:53 PM |
| | Last billed on 03/24/2013 |
| | Plan extra storage - 0 mb / month |
| | Plan extra bandwidth - 0 mb / month |
| | Plan extra editors - 0 editor(s) |
| | Plan extra members - 0 member(s) |
| | Billing Provider is **STRIPE** |
| **Coupons** | None |
| **Resources** | Audiences: |
| | • Audiences that come with plan: 4 |
| | • Extra audiences: 2 |
| | • Total audiences: 6 |
| | New ExtraAudiences value: [2]   Update ExtraAudiences |
| | Unlimited Bandwidth |
| | Unlimited Storage |
| | Set File Upload Size Limit (Enter 0 for Unlimited) : |
| | [20]   MB   Update File Upload Size Limit |
| **Customer Information (#664640)** | Name   Timothy Caplinger |
| | Credit Card   ************9232 |
| | Expiration   9/2014 |
| | Stripe Customer ID   cus_2b2dCmGfSAEfdL |

| | |
|---|---|
| **Anti-Spam** | Set AuthKey Status |
| | [ Enabled          ▼ ]   Update AuthKey Status |
| | Set Anti-Spam Status |
| | [ Enabled          ▼ ]   Update Anti-Spam Status |

| | |
|---|---|
| **Support** | Set Account Status |
| | [ REMOVED_BY_OWNER ] |
| | [ REMOVED_BY_SQUARESPACE ] |
| | Set Owner Password |
| | [                    ]   Update Password |
| | Switch Account Name To: |
| | [                    ]   Change Account Name |
| | Other Options: |
| | [ Grant One Month Paid Subscription Extension ] |
| | [ Re-Index Website Content ] |
| | [ Validate/Fix Website Consistency ] |
| | [ Re-calculate Traffic Statistics ] |
| | Admin Status: |
| | [ Convert to Squarespace Administrator Account ] |

Nov 10th, 2013 at 12:48AM
(3 months ago)
primary domains
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

In conjunction with this hacking issue, I see that I have two domains set as primary. How is this possible? I would like deltapilotsassociation.org to be primary going forward. I need the domain deltapilot.org to be deleted and I need you to report from your records who and when deltapilot.org was added to our account. This was an unauthorized change that we need to get to the bottom of immediately. Either someone called in and had a SS rep add the domain or someone forced their way in in which case you have a security concern still.

Tim Caplinger
dpa@delta-pilots.org

Rick Eagan
media@delta-pilots.org

Nov 10th, 2013 at 2:19AM 3 months ago
Megan Tatem
Merged #697937

Nov 10th, 2013 at 2:21AM
(3 months ago)
Megan T.
**To:** media@delta-pilots.org
**From:** 'Megan T.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey there Rick,

Thanks for contacting us!

You can turn off your deltapilot.org Squarespace domain. Take a look:

http://screencast.com/t/EE8e7vlX

It looks like Zoe has went in and escalated this issue for our developers to take a look and further investigate this issue. I've merged this with your original ticket on this issue #697937. We request that you keep all replies in the original ticket so we have a complete history of the conversation and help us avoid any confusion or duplicate replies.

Thank you!

Nov 10th, 2013 at 2:47AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Megan,

Thanks for replying. Two things. First, I see I made an error below. Delta-pilots.org is primary and deltapilotsassociation.org is secondary.

Second, I had already figured out the toggle off feature you show. It's already done. I need deltapilot.org REMOVED from my account, not just toggled off. I also need to know who and when deltapilot.org was added. It is a malicious attack and I need ALL information about how it got there. I realize that SquareSpace may have been fooled into adding it without my permission or someone may have gotten past your security. I will hold SS harmless so long as I can get a report on how it happened. All I know is that I and my webmaster never added deltapilot.org to our account. I need as much information on that domain as you can find. I need to hunt down the source and

DPA 91

2/6/2014                                Desk.com Agent -- Rohit Giri

make sure it doesn't happen again.


Thanks,


Tim


From: 'Megan T.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 2:22 AM
To: media@delta-pilots.org
Subject: Re: primary domains


Nov 10th, 2013 at 3:53AM
(3 months ago)
Megan T.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Megan T.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello again Rick,

Thanks for following up with us!

We are taking this matter VERY seriously and as I have stated before, we have escalated this matter for our developers to further investigate this issue. They will be back with you shortly, providing you with all the information you need.

We are so sorry for the inconvenience!

We're still investigating this issue.


Nov 10th, 2013 at 7:31AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** DPA Volunteer <jacseo@gmail.com>
**Attachments:** image001.png
Here is the screen shot of the hostile domain still showing in the Custom Domain structure. It says it is managed by you, so please remove it. Please provide all contact information associated with the setup of "deltapilot.org".



Thank you.



Tim Caplinger

DPA


From: 'Megan T.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 2:22 AM
To: media@delta-pilots.org
Subject: Re: primary domains


Nov 10th, 2013 at 8:04AM
(3 months ago)
Erin S.

https://squarespace.desk.com/agent#                                                                           2/5

2/6/2014                                                     Desk.com Agent -- Rohit Giri

**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Erin S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** DPA Volunteer <jacseo@gmail.com>
Hi Rick,

We are looking into this, and will remove the domain as soon as possible.

Once we have any information we will let you know.

Nov 10th, 2013 at 12:00PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** <media@delta-pilots.org>
Thanks.

I am having trouble now with all videos loaded on the site and hosted at Wistia. I had them working this morning, but something has changed that is leaving a message that "video embedding not authorized" or such.

Please advise.

Tim Caplinger

Rick Eagan

From: 'Erin S.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 8:05 AM
To: dpa@delta-pilots.org
Cc: jacseo@gmail.com
Subject: RE: primary domains

Nov 10th, 2013 at 12:02PM 3 months ago
Dan Schenker
#697815 is also pertinent

Nov 10th, 2013 at 12:06PM 3 months ago
Dan Schenker
Begin new issue, video embeds aren't working. This page:

http://deltapilotsassociation.squarespace.com/dpa-videos/

Nov 10th, 2013 at 12:08PM
(3 months ago)
Dan S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Dan S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** <media@delta-pilots.org>
Hi Rick,

Thanks for letting us know about this video embed issue.

I took a look at your Videos page, and I too encountered the same issue. Would you mind linking us to one of the original videos that isn't working (on the Wistia site) so

https://squarespace.desk.com/agent#                                              3/5

DPA 93

2/6/2014                                        Desk.com Agent -- Rohit Giri

we can examine its settings there?

Sorry for all the trouble here. Looking forward to your response!


Nov 10th, 2013 at 12:20PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** <media@delta-pilots.org>
http://dpa.wistia.com/medias/k1fkyg6z0y



From: 'Dan S.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 12:08 PM
To: dpa@delta-pilots.org
Cc: media@delta-pilots.org
Subject: RE: primary domains


Nov 10th, 2013 at 12:31PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** <media@delta-pilots.org>
Here is another one, the GO TEAM video:



http://dpa.wistia.com/medias/fi250pam2m




Tim Caplinger

DPA



From: 'Dan S.' [mailto:customercare@sqsp.me]
Sent: Sunday, November 10, 2013 12:08 PM
To: dpa@delta-pilots.org
Cc: media@delta-pilots.org
Subject: RE: primary domains


Nov 10th, 2013 at 1:17PM
(3 months ago)
Danielle H.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Danielle H.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** <media@delta-pilots.org>
Hey Rick,

Thanks for the additional clarification.

I recommend taking a look at Wista to ensure that those videos are not set to private or any sort of privacy setting that could be blocking the video from displaying on your site. Here is what I am seeing that makes me think that:

http://screencast.com/t/8tUfESru

With that said, I did take a look and see that the videos that are working are using a script code such as:


https://squarespace.desk.com/agent#

2/6/2014
Desk.com Agent -- Rohit Giri

`<script charset="ISO-8859-1" src="http://fast.wistia.com/static/popover-v1.js"></script>`

While the videos that are not working are using an iframe code:

`<iframe src="http://fast.wistia.net/embed/iframe/fi250pam2m" allowtransparency="true" frameborder="0" scrolling="no" class="wistia_embed" name="wistia_embed" allowfullscreen mozallowfullscreen webkitallowfullscreen oallowfullscreen msallowfullscreen width="800" height="533"></iframe>`

That could also be the issue here. Are you able to re generate the video code using a script like the ones that are working?

I hope you find this information helpful. Please let us know if you have any more questions. Thanks!

Nov 10th, 2013 at 8:02PM
(3 months ago)
DPA Media Committee
**To:** "customercare@squarespace.com" <customercare@squarespace.com>
**From:** DPA Media Committee <media@delta-pilots.org>
**Cc:** "dpa@delta-pilots.org" <dpa@delta-pilots.org>
We've managed to get the embedded video to play in the pop-up. We went back into the Wistia settings where embedded videos are allowed to play and reset our settings to play on our sqsp site. With the URL hijacking and changes to regain control that probably effected Wistia. Or, you guys did something to correct it and it was a coincidence on timing. In any event we have our video playing again so I wanted to update you from our end.

Managed Domains in our account still shows "DELTAPILOT.ORG", which as you are aware does not belong to us.

Sent from my iPhone, Rick.

Nov 10th, 2013 at 9:21PM
(3 months ago)
Zoë H.
**To:** DPA Media Committee <media@delta-pilots.org>
**From:** 'Zoë H.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** "dpa@delta-pilots.org" <dpa@delta-pilots.org>
Hey Rick,

Thanks for the update on the video issue--I'm glad this is working for you again.

I just wanted to let you know that, while the wait is annoying, we definitely appreciate your patience as we look into the deltapilot.org issue for you. It's not being ignored and we will update you as soon as possible.

Let us know if you have any further questions!

DPA 95

2/6/2014                                    Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 11:34PM
(3 months ago)
Hijack Issue
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

Somehow, SquareSpace has added deltapilot.org to our domain list. This is a clone site DPA does not own. We need to remove it from our domain list immediately. Also, please research who has set up the trial squarespace account using deltapilot.org. This is our hacker. Please email us with results.

Tim Caplinger
dpa@delta-pilots.org

Rick Eagan
media@delta-pilots.org

Nov 10th, 2013 at 12:59AM 3 months ago
Zoë Holmes
Domain Name: deltapilots.org
Date Registered: Not sure
Issue Summary: Not entirely sure what is happening here, but they definitely show a linked, managed domain called deltapilot.org (see screenshot: http://screencast.com/t/csS2Aalm) that goes nowhere and they say they:

1) Did not register

2) Is the work of a hacker

I am wondering if sites can be automatically associated with accounts, or would someone with login access need to do this? Basically--do they have a hacker or maybe just a disgruntled ex member with a login and bad web skills?

Any ideas of what's happening would be appreciated!

Nov 10th, 2013 at 1:00AM
(3 months ago)
Zoë H.
**To:** media@delta-pilots.org
**From:** 'Zoë H.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey there,

I'm going to escalate this case to a domain administrator to review.

You'll receive a reply to this case directly (#697937), as soon as possible.

We appreciate your patience, thanks!

Nov 10th, 2013 at 8:03AM 3 months ago
Erin Sheridan
Please Also see #697978

for additional customer comments.

Would like the deltapilot.org removed. As know where it come from. If we can do that?

Nov 10th, 2013 at 12:03PM 3 months ago
Dan Schenker
Also, #697815. They've submitted three tickets from two different people about the same issue.

DPA 96

2/6/2014

Desk.com Agent -- Rohit Giri

Nov 14th, 2013 at 2:19PM
(3 months ago)
Bill P.
**To:** media@delta-pilots.org
**From:** 'Bill P.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello Rick,

We have looked over this case and see that the other gentleman linked here in your email (Tim) has also sent in a ticket regarding this issue. My fellow Customer Care representative Tom is speaking with him through email and will be looking more into this issue.

I've merged this ticket with the other ticket (#699538). We request that all replies stay in that ticket so we have a complete history of the conversation and help us avoid any confusion or duplicate replies.

Thank you!

DPA 97

2/6/2014                                    Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 8:34PM
(3 months ago)
Re: Site Hacked?
DPA Media Committee
**To:** Squarespace Customer Care <customercare@sqsp.me>, Tim Caplinger <dpa@delta-pilots.org>
**From:** DPA Media Committee <media@delta-pilots.org>
Reference the issue below, Tim will be unavailable for several hours and has asked me to monitor the situation with SqSp and our website. Please add me to future communications on this issue, Tim will jump back in when he is available.

Thank you,

Rick Eagan
Delta Pilots Association

On Nov 9, 2013, at 14:39 , Tim Caplinger <dpa@delta-pilots.org> wrote:

Contact Square space please.

Tim Caplinger
Delta Pilots Association

-------- Original message --------
From: Hank Osterlund
Date:11/09/2013 11:15 AM (GMT-08:00)
To: dpa@delta-pilots.org
Subject: Site Hacked?

Hi Tim,

Looks like this person got your "registrar" Info below...

hopefully it will help you fix this.

Please call/email me you got this.

304-279-0750

Hank

Address lookup

canonical name five.squarespace.com.
aliases www.delta-pilots.org
addresses 198.185.159.131
Domain Whois record

Queried whois.publicinterestregistry.net with "delta-pilots.org"...

Domain ID:D159164357-LROR
Domain Name:DELTA-PILOTS.ORG
Created On:13-May-2010 14:05:14 UTC

DPA 98

2/6/2014                                      Desk.com Agent -- Rohit Giri

Last Updated On:09-Jan-2013 16:29:03 UTC
Expiration Date:13-May-2015 14:05:14 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR47799418
Registrant Name:Registration Private
Registrant Organization:Domains By Proxy, LLC
Registrant Street1:DomainsByProxy.com
Registrant Street2:14747 N Northsight Blvd Suite 111, PMB 309
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX+1.4806242598
Registrant FAX Ext.:
Registrant Email:DELTA-PILOTS.ORG@domainsbyproxy.com
Admin ID:CR47799428
Admin Name:Registration Private
Admin Organization:Domains By Proxy, LLC
Admin Street1:DomainsByProxy.com
Admin Street2:14747 N Northsight Blvd Suite 111, PMB 309
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX+1.4806242598
Admin FAX Ext.:
Admin Email:DELTA-PILOTS.ORG@domainsbyproxy.com
Tech ID:CR47799421
Tech Name:Registration Private
Tech Organization:Domains By Proxy, LLC
Tech Street1:DomainsByProxy.com
Tech Street2:14747 N Northsight Blvd Suite 111, PMB 309
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX+1.4806242598
Tech FAX Ext.:
Tech Email:DELTA-PILOTS.ORG@domainsbyproxy.com
Name Server:NS21.DOMAINCONTROL.COM
Name Server:NS22.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
Network Whois record

DPA 99

2/6/2014                                          Desk.com Agent -- Rohit Giri

Queried whois.arin.net with "n 198.185.159.131"...


NetRange: 198.185.159.0 - 198.185.159.255
CIDR: 198.185.159.0/24
OriginAS: AS53831
NetName: SQUARESPACE
NetHandle: NET-198-185-159-0-1
Parent: NET-198-0-0-0-0
NetType: Direct Assignment
Comment: http://www.squarespace.com
RegDate: 2013-01-15
Updated: 2013-01-15
Ref: http://whois.arin.net/rest/net/NET-198-185-159-0-1


OrgName: Squarespace, Inc.
OrgId: SQUAR-30
Address: 459 Broadway, 5th Floor
City: New York
StateProv: NY
PostalCode: 10013
Country: US
RegDate: 2012-04-26
Updated: 2012-04-26
Comment: http://squarespace.com
Ref: http://whois.arin.net/rest/org/SQUAR-30


OrgTechHandle: SYSTE409-ARIN
OrgTechName: Systems
OrgTechPhone: +1-347-758-4644
OrgTechEmail: systems-net@squarespace.com
OrgTechRef: http://whois.arin.net/rest/poc/SYSTE409-ARIN


OrgNOCHandle: SYSTE409-ARIN
OrgNOCName: Systems
OrgNOCPhone: +1-347-758-4644
OrgNOCEmail: systems-net@squarespace.com
OrgNOCRef: http://whois.arin.net/rest/poc/SYSTE409-ARIN


OrgAbuseHandle: SYSTE409-ARIN
OrgAbuseName: Systems
OrgAbusePhone: +1-347-758-4644
OrgAbuseEmail: systems-net@squarespace.com
OrgAbuseRef: http://whois.arin.net/rest/poc/SYSTE409-ARIN
DNS records

DNS query for 131.159.185.198.in-addr.arpa returned an error from the server: NameError

name class type data time to live
www.delta-pilots.org IN CNAME five.squarespace.com 3600s (01:00:00)
five.squarespace.com IN A 198.185.159.131 60s (00:01:00)
squarespace.com IN SOA
server: ns1.p06.dynect.net
email: domains@squarespace.com
serial: 1101711
refresh: 3600
retry: 600
expire: 604800
minimum ttl: 60
1800s (00:30:00)
squarespace.com IN NS ns2.p06.dynect.net 86400s (1.00:00:00)
squarespace.com IN NS ns3.p06.dynect.net 86400s (1.00:00:00)
squarespace.com IN NS ns1.p06.dynect.net 86400s (1.00:00:00)
squarespace.com IN NS ns4.p06.dynect.net 86400s (1.00:00:00)
squarespace.com IN MX
preference: 30
exchange: aspmx2.googlemail.com
3600s (01:00:00)
squarespace.com IN MX

DPA 100

2/6/2014
Desk.com Agent -- Rohit Giri

preference: 20
exchange: alt2.aspmx.l.google.com
3600s (01:00:00)
squarespace.com IN MX
preference: 30
exchange: aspmx5.googlemail.com
3600s (01:00:00)
squarespace.com IN MX
preference: 30
exchange: aspmx3.googlemail.com
3600s (01:00:00)
squarespace.com IN MX
preference: 20
exchange: alt1.aspmx.l.google.com
3600s (01:00:00)
squarespace.com IN MX
preference: 30
exchange: aspmx4.googlemail.com
3600s (01:00:00)
squarespace.com IN MX
preference: 10
exchange: aspmx.l.google.com
3600s (01:00:00)
squarespace.com IN TXT blitz=mu-7f52abd9-ba46bb2d-6f27caec-3cbd75d8 60s (00:01:00)
squarespace.com IN TXT v=spf1 ip4:65.39.205.54 ip4:65.39.205.60 ip4:74.63.202.188 ip4:65.39.205.52 ip4:76.12.109.197 a mx a:mail.squarespace.com
include:sendgrid.net include:_spf.google.com include:email-od.com ~all dkim=unknown 60s (00:01:00)
squarespace.com IN SPF v=spf1 ip4:65.39.205.54 ip4:65.39.205.60 ip4:74.63.202.188 ip4:65.39.205.52 ip4:76.12.109.197 a mx a:mail.squarespace.com
include:sendgrid.net include:_spf.jobvite.com include:_spf.google.com include:email-od.com ~all 900s (00:15:00)
squarespace.com IN A 198.185.159.131 60s (00:01:00)
delta-pilots.org IN A 65.39.205.54 3600s (01:00:00)
delta-pilots.org IN MX
preference: 0
exchange: smtp.secureserver.net
3600s (01:00:00)
delta-pilots.org IN MX
preference: 10
exchange: mailstore1.secureserver.net
3600s (01:00:00)
delta-pilots.org IN NS ns21.domaincontrol.com 3600s (01:00:00)
delta-pilots.org IN NS ns22.domaincontrol.com 3600s (01:00:00)
delta-pilots.org IN SOA
server: ns21.domaincontrol.com
email: dns@jomax.net
serial: 2013110900
refresh: 28800
retry: 7200
expire: 604800
minimum ttl: 3600

Nov 9th, 2013 at 9:29PM
(3 months ago)
Dan S.
**To:** DPA Media Committee <media@delta-pilots.org>
**From:** 'Dan S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** Tim Caplinger <dpa@delta-pilots.org>
Hi Rick,

Thanks for sending this our way. I'd be happy to help!

Would you mind clarifying what the issue is here? The information you've sent over is all public domain information. For example, you can see all of this here:

http://who.is/whois/delta-pilots.org

Sorry for any confusion this might cause. Please let us know how we can continue to help -- thanks!

DPA 101

DPA 102

2/6/2014                                    Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 11:34PM
(3 months ago)
Hijack Issue
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

Somehow, SquareSpace has added deltapilot.org to our domain list. This is a clone site DPA does not own. We need to remove it from our domain list immediately. Also, please research who has set up the trial squarespace account using deltapilot.org. This is our hacker. Please email us with results.

Tim Caplinger
dpa@delta-pilots.org

Rick Eagan
media@delta-pilots.org

Nov 10th, 2013 at 12:59AM 3 months ago
Zoë Holmes
Domain Name: deltapilots.org
Date Registered: Not sure
Issue Summary: Not entirely sure what is happening here, but they definitely show a linked, managed domain called deltapilot.org (see screenshot: http://screencast.com/t/csS2Aalm) that goes nowhere and they say they:

1) Did not register

2) Is the work of a hacker

I am wondering if sites can be automatically associated with accounts, or would someone with login access need to do this? Basically--do they have a hacker or maybe just a disgruntled ex member with a login and bad web skills?

Any ideas of what's happening would be appreciated!

Nov 10th, 2013 at 1:00AM
(3 months ago)
Zoë H.
**To:** media@delta-pilots.org
**From:** 'Zoë H.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey there,

I'm going to escalate this case to a domain administrator to review.

You'll receive a reply to this case directly (#697937), as soon as possible.

We appreciate your patience, thanks!

Nov 10th, 2013 at 8:03AM 3 months ago
Erin Sheridan
Please Also see #697978

for additional customer comments.

Would like the deltapilot.org removed. As know where it come from. If we can do that?

Nov 10th, 2013 at 12:03PM 3 months ago
Dan Schenker
Also, #697815. They've submitted three tickets from two different people about the same issue.

https://squarespace.desk.com/agent#

1/2

DPA 103

Nov 14th, 2013 at 2:19PM
(3 months ago)
Bill P.
**To:** media@delta-pilots.org
**From:** 'Bill P.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello Rick,

We have looked over this case and see that the other gentleman linked here in your email (Tim) has also sent in a ticket regarding this issue. My fellow Customer Care representative Tom is speaking with him through email and will be looking more into this issue.

I've merged this ticket with the other ticket (#699538). We request that all replies stay in that ticket so we have a complete history of the conversation and help us avoid any confusion or duplicate replies.

Thank you!

DPA 104

2/6/2014                              Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 8:34PM
(3 months ago)
Re: Site Hacked?
DPA Media Committee
**To:** Squarespace Customer Care <customercare@sqsp.me>, Tim Caplinger <dpa@delta-pilots.org>
**From:** DPA Media Committee <media@delta-pilots.org>
Reference the issue below, Tim will be unavailable for several hours and has asked me to monitor the situation with SqSp and our website. Please add me to future
communications on this issue, Tim will jump back in when he is available.

Thank you,

Rick Eagan
Delta Pilots Association

On Nov 9, 2013, at 14:39 , Tim Caplinger <dpa@delta-pilots.org> wrote:

Contact Square space please.

Tim Caplinger
Delta Pilots Association

-------- Original message --------
From: Hank Osterlund
Date:11/09/2013 11:15 AM (GMT-08:00)
To: dpa@delta-pilots.org
Subject: Site Hacked?

Hi Tim,

Looks like this person got your "registrar" info below...

hopefully it will help you fix this.

Please call/email me you got this.

304-279-0750

Hank

Address lookup

canonical name five.squarespace.com.
aliases www.delta-pilots.org
addresses 198.185.159.131
Domain Whois record

Queried whois.publicinterestregistry.net with "delta-pilots.org"...

Domain ID:D159164357-LROR
Domain Name:DELTA-PILOTS.ORG
Created On:13-May-2010 14:05:14 UTC

https://squarespace.desk.com/agent#

DPA 105

2/6/2014                           Deskcom Agent -- Rohit Giri

Last Updated On:09-Jan-2013 16:29:03 UTC
Expiration Date:13-May-2015 14:05:14 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR47799418
Registrant Name:Registration Private
Registrant Organization:Domains By Proxy, LLC
Registrant Street1:DomainsByProxy.com
Registrant Street2:14747 N Northsight Blvd Suite 111, PMB 309
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX+1.4806242598
Registrant FAX Ext.:
Registrant Email:DELTA-PILOTS.ORG@domainsbyproxy.com
Admin ID:CR47799428
Admin Name:Registration Private
Admin Organization:Domains By Proxy, LLC
Admin Street1:DomainsByProxy.com
Admin Street2:14747 N Northsight Blvd Suite 111, PMB 309
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX+1.4806242598
Admin FAX Ext.:
Admin Email:DELTA-PILOTS.ORG@domainsbyproxy.com
Tech ID:CR47799421
Tech Name:Registration Private
Tech Organization:Domains By Proxy, LLC
Tech Street1:DomainsByProxy.com
Tech Street2:14747 N Northsight Blvd Suite 111, PMB 309
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX+1.4806242598
Tech FAX Ext.:
Tech Email:DELTA-PILOTS.ORG@domainsbyproxy.com
Name Server:NS21.DOMAINCONTROL.COM
Name Server:NS22.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
Network Whois record

DPA 106

2/6/2014

Desk.com Agent -- Rohit Giri

Queried whois.arin.net with "n 198.185.159.131"...

NetRange: 198.185.159.0 - 198.185.159.255
CIDR: 198.185.159.0/24
OriginAS: AS53831
NetName: SQUARESPACE
NetHandle: NET-198-185-159-0-1
Parent: NET-198-0-0-0-0
NetType: Direct Assignment
Comment: http://www.squarespace.com
RegDate: 2013-01-15
Updated: 2013-01-15
Ref: http://whois.arin.net/rest/net/NET-198-185-159-0-1


OrgName: Squarespace, Inc.
OrgId: SQUAR-30
Address: 459 Broadway, 5th Floor
City: New York
StateProv: NY
PostalCode: 10013
Country: US
RegDate: 2012-04-26
Updated: 2012-04-26
Comment: http://squarespace.com
Ref: http://whois.arin.net/rest/org/SQUAR-30


OrgTechHandle: SYSTE409-ARIN
OrgTechName: Systems
OrgTechPhone: +1-347-758-4644
OrgTechEmail: systems-net@squarespace.com
OrgTechRef: http://whois.arin.net/rest/poc/SYSTE409-ARIN


OrgNOCHandle: SYSTE409-ARIN
OrgNOCName: Systems
OrgNOCPhone: +1-347-758-4644
OrgNOCEmail: systems-net@squarespace.com
OrgNOCRef: http://whois.arin.net/rest/poc/SYSTE409-ARIN


OrgAbuseHandle: SYSTE409-ARIN
OrgAbuseName: Systems
OrgAbusePhone: +1-347-758-4644
OrgAbuseEmail: systems-net@squarespace.com
OrgAbuseRef: http://whois.arin.net/rest/poc/SYSTE409-ARIN
DNS records

DNS query for 131.159.185.198.in-addr.arpa returned an error from the server: NameError

name class type data time to live
www.delta-pilots.org IN CNAME five.squarespace.com 3600s (01:00:00)
five.squarespace.com IN A 198.185.159.131 60s (00:01:00)
squarespace.com IN SOA
server: ns1.p06.dynect.net
email: domains@squarespace.com
serial: 1101711
refresh: 3600
retry: 600
expire: 604800
minimum ttl: 60
1800s (00:30:00)
squarespace.com IN NS ns2.p06.dynect.net 86400s (1.00:00:00)
squarespace.com IN NS ns3.p06.dynect.net 86400s (1.00:00:00)
squarespace.com IN NS ns1.p06.dynect.net 86400s (1.00:00:00)
squarespace.com IN NS ns4.p06.dynect.net 86400s (1.00:00:00)
squarespace.com IN MX
preference: 30
exchange: aspmx2.googlemail.com
3600s (01:00:00)
squarespace.com IN MX

https://squarespace.desk.com/agent#

3/5

DPA 107

2/6/2014                                Desk.com Agent -- Rohit Giri

preference: 20
exchange: alt2.aspmx.l.google.com
3600s (01:00:00)
squarespace.com IN MX
preference: 30
exchange: aspmx5.googlemail.com
3600s (01:00:00)
squarespace.com IN MX
preference: 30
exchange: aspmx3.googlemail.com
3600s (01:00:00)
squarespace.com IN MX
preference: 20
exchange: alt1.aspmx.l.google.com
3600s (01:00:00)
squarespace.com IN MX
preference: 30
exchange: aspmx4.googlemail.com
3600s (01:00:00)
squarespace.com IN MX
preference: 10
exchange: aspmx.l.google.com
3600s (01:00:00)
squarespace.com IN TXT blitz=mu-7f52abd9-ba46bb2d-6f27caec-3cbd75d8 60s (00:01:00)
squarespace.com IN TXT v=spf1 ip4:65.39.205.54 ip4:65.39.205.60 ip4:74.63.202.188 ip4:65.39.205.52 ip4:76.12.109.197 a mx a:mail.squarespace.com
include:sendgrid.net include:_spf.google.com include:email-od.com ~all dkim=unknown 60s (00:01:00)
squarespace.com IN SPF v=spf1 ip4:65.39.205.54 ip4:65.39.205.60 ip4:74.63.202.188 ip4:65.39.205.52 ip4:76.12.109.197 a mx a:mail.squarespace.com
include:sendgrid.net include:_spf.jobvite.com include:_spf.google.com include:email-od.com ~all 900s (00:15:00)
squarespace.com IN A 198.185.159.131 60s (00:01:00)
delta-pilots.org IN A 65.39.205.54 3600s (01:00:00)
delta-pilots.org IN MX
preference: 0
exchange: smtp.secureserver.net
3600s (01:00:00)
delta-pilots.org IN MX
preference: 10
exchange: mailstore1.secureserver.net
3600s (01:00:00)
delta-pilots.org IN NS ns21.domaincontrol.com 3600s (01:00:00)
delta-pilots.org IN NS ns22.domaincontrol.com 3600s (01:00:00)
delta-pilots.org IN SOA
server: ns21.domaincontrol.com
email: dns@jomax.net
serial: 2013110900
refresh: 28800
retry: 7200
expire: 604800
minimum ttl: 3600


Nov 9th, 2013 at 9:29PM
(3 months ago)
Dan S.
**To:** DPA Media Committee <media@delta-pilots.org>
**From:** 'Dan S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** Tim Caplinger <dpa@delta-pilots.org>
Hi Rick,

Thanks for sending this our way. I'd be happy to help!

Would you mind clarifying what the issue is here? The information you've sent over is all public domain information. For example, you can see all of this here:

http://who.is/whois/delta-pilots.org

Sorry for any confusion this might cause. Please let us know how we can continue to help -- thanks!

DPA 108

2/6/2014

Desk.com Agent -- Rohit Giri

DPA 109

2/6/2014                                      Desk.com Agent -- Rohit Giri

Oct 27th, 2013 at 5:27PM
(3 months ago)
Virus?
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

I am getting complaints from my members that several virus software programs including Kaperski are reporting that our website has a virus. Safari occasionally blocks it as well. What should I do to clear this?

Thanks!

Tim Caplinger
dpa@delta-pilots.org
813-785-4761

Oct 27th, 2013 at 6:00PM
(3 months ago)
Edelweiss C.
**To:** media@delta-pilots.org
**From:** 'Edelweiss C.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Happy to help! It's not possible for your site to have a virus. You may be placing content on your site that anti-virus programs deem malicious.

Squarespace is extremely security-conscious. Our users trust us with their online presence and we're committed to upholding that trust. As such, we develop our application with the highest standards of security. Squarespace has undergone an intense barrage of security tests ranging from XSS exploits, email scraping, DDoS, and other more direct penetration attacks and has passed with flying colors on every account. Since every one of our websites is served on the same underlying fabric, every customer has the same rock-solid security.

Hope this clarifies. Let us know if you have any questions. Thanks!

Oct 27th, 2013 at 6:22PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Thanks for the quick reply. Is there a list of common mistakes that might make my site look malicious?


Tim


**From:** 'Edelweiss C.' [mailto:customercare@sqsp.me]
**Sent:** Sunday, October 27, 2013 6:00 PM
**To:** media@delta-pilots.org
**Subject:** Re: Virus?

Oct 27th, 2013 at 6:51PM
(3 months ago)
Dan S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Dan S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey Tim,

https://squarespace.desk.com/agent#                                                      1/5

DPA 110

2/6/2014                                    Desk.com Agent -- Rohit Giri

No problem -- Happy to help out here!

While we don't have a list of malicious topics or Frequently Asked Questions of this nature, I'd find it hard to believe that anything of malicious nature would be on a page focused around a major organization like the one you work for.

With that said, have you been able to replicate any of these reports from any of these various anti-virus softwares, or do you have any screenshots of the error messages that are being produced? I'd be curious to take a closer look at this.

Let us know -- thanks!

---

Oct 27th, 2013 at 7:18PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Dan,


It is the nature of my organization that means I am especially vulnerable to malicious attacks. The opposing union we are trying to replace is on the ropes and would certainly hack our site if they could. I don't have any screen shots at the moment, but I will query some members for more details. Typically, the site is blocked with a simple statement that the site has a virus and is unsafe to visit.



Tim



From: 'Dan S.' [mailto:customercare@sqsp.me]
Sent: Sunday, October 27, 2013 6:52 PM
To: dpa@delta-pilots.org
Subject: RE: Virus?


Oct 27th, 2013 at 7:42PM
(3 months ago)
Ariella G.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Ariella G.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Keep us informed about what you find as well as any other issues that may erupt due to the opposing union.


All the best.


Oct 28th, 2013 at 1:24AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Attachments:** image001.png
Hi again,



I asked Trend Micro to analyze our website and this is the report I received. I still don't have specifics on what the "disease vector" is. Anything you guys can do to provide analysis would be GREATLY appreciated.

I am going to try to call Trend Micro on Monday the 28th for clarification.



Tim Caplinger

DPA

https://squarespace.desk.com/agent#                                                              2/5

DPA 111

cid:image

Greetings,

On 10:25 PM, October 27, 2013 UTC, you have submitted a reclassification request to Trend Micro.

We have processed your request and below is the result.

URL

hxxp://www.deltapilotsassociation.org

New Safety Rating

(originally rated as "Untested" by Trend Micro)

Dangerous

New Content Type

(originally categorized as "Untested" by Trend Micro)

Disease Vector

***The system updated the URL submission to prevent this notification from being detected as spam or phishing mail.***
If you still have any questions, feel free to <http://us.trendmicro.com/us/about/contact/index.html>; contact us

Sincerely,
Trend Micro

From: 'Ariella G.' [mailto:customercare@sqsp.me]
Sent: Sunday, October 27, 2013 7:42 PM
To: dpa@delta-pilots.org
Subject: RE: Virus?

Oct 28th, 2013 at 3:06AM
(3 months ago)
John B.
To: DPA Mail <dpa@delta-pilots.org>
From: 'John B.' <customercare@sqsp.me> (Squarespace Customer Care)
Reply-to: customercare@squarespace.com
Hi Tim,

https://squarespace.desk.com/agent#

2/6/2014                                    Desk.com Agent -- Rohit Giri

Keep us posted as to what Trend Micro has to say. This is certainly uncommon!

Thanks!

Oct 28th, 2013 at 10:16AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Attachments:** image001.png
Here is the blocking message from Kaspersky. Still no word from Trend Micro.

Tim

From: 'John B.' [mailto:customercare@sqsp.me]
Sent: Monday, October 28, 2013 3:07 AM
To: dpa@delta-pilots.org
Subject: RE: Virus?

Oct 28th, 2013 at 10:20AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Attachments:** image001.png image002.png
Details from Kaspersky:

From: 'John B.' [mailto:customercare@sqsp.me]
Sent: Monday, October 28, 2013 3:07 AM
To: dpa@delta-pilots.org
Subject: RE: Virus?

Oct 28th, 2013 at 10:24AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Attachments:** image001.png image002.png
This is the type of message that pops up multiple times:

This is how the home page loads:

DPA 113

From: 'John B.' [mailto:customercare@sqsp.me]
Sent: Monday, October 28, 2013 3:07 AM
To: dpa@delta-pilots.org
Subject: RE: Virus?


Oct 28th, 2013 at 10:37AM
(3 months ago)
Jennifer V.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Jennifer V.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi there,

I see from your screenshots that you're using Internet Explorer. Are you seeing this when accessing your site in other browsers? Chrome, Firefox, Safari?

Let me know -- I look forward to getting this issue resolved.


Oct 28th, 2013 at 2:59PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Safari is affected as well.


From: 'Jennifer V.' [mailto:customercare@sqsp.me]
Sent: Monday, October 28, 2013 10:38 AM
To: dpa@delta-pilots.org
Subject: RE: Virus?


Oct 28th, 2013 at 3:40PM
(3 months ago)
Ryan T.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Ryan T.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello Tim,

Thank you for your reply.

I took my time out to read through the entire thread and I'm pretty certain this is has to do with what certain anti-viruses "deem" to be harmful. Anti-virus programs have their own databases of known threats to cross check from and hard coded calculations to make that will mark a website as harmful or OK to visit. Apparently there's something on your site that these programs are finding which triggers a negative response.

I visited your site and noticed that you have a mass amount of pages/content. Of course, it's difficult for me to pin-point exactly what may be triggering the anti-virus software with all the given content on your site. I would to reach out to "Kaspersky" and try to obtain an explanation as to why these pages and/or files are deemed dangerous. Also, they will need to provide a suggested workaround. They may ask that you make specific modifications or remove certain part of your website altogether.

The markup they gave you is helpful but this does not of course address what action needs to be taken moving forward to prevent this from happening.

Make sure to let us know if you have any additional questions or concerns.

DPA 114

2/6/2014                                    Desk.com Agent -- Rohit Giri

Oct 5th, 2013 at 10:14PM
(4 months ago)
Web Forum
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

I have asked this in the distant past, but I want to address it again in hopes a new feature is available. I DESPERATELY need a more user friendly web forum that I can host on the private side of our website. I current have a Journal that members can post on, but it is FAR from user friendly. This is an urgent request that could make an enormous difference for me right now. Any help or information would be greatly appreciated.

Tim Caplinger
dpa@delta-pilots.org

Oct 5th, 2013 at 11:14PM
(4 months ago)
Dilpreet S.
**To:** media@delta-pilots.org
**From:** 'Dilpreet S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello Tim,

Happy to help here!

We appreciate your feedback here, and while we're unable to offer this functionality currently, I've mentioned your suggestion to our developers as a feature request for future consideration.

Although we can't guarantee their implementation, all suggestions are reviewed and your continued input is always welcome. Thanks!

DPA 115

Jan 5th, 2013 at 1:51AM
(1 year ago)
Switching to SS6
**To:** Submitted via Web
**From:** media@delta-pilots.org
If I switch to SS6 will I have all the same account management tools as SS5?

I don't see any information to indicate I will be able to create (migrate and maintain) 12000 individual usernames w/passwords that I have with SS5.

This is my first major question about switch, I will have more depending on the answer.

Thanks,

Rick

Jan 5th, 2013 at 1:56AM
(1 year ago)
Steven N.
**To:** media@delta-pilots.org
**From:** 'Steven Neff' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hi Rick,

Thanks for reaching out!

Actually these are completely different platforms so you're not going to have the same options here. Also in regards to Members and Audiences, these are done completely different in Squarespace 6 so I am not sure if you would even want to transfer them over.

Basically the way it works in Squarespace 6 is you have Contributors. Basically these are members that have permissions to edit specific areas in your site. For example you can have a Billing contributor that is able to manage the billing or your might have a Content contributor that can edit content only. We have more information on this here:

http://help.squarespace.com/customer/portal/articles/412927?t=103959

Take a look at this information.

If you should have further questions here, don't hesitate to let us know. Thanks.

Jan 31st, 2013 at 10:38PM
(1 year ago)
**To:** <support@squarespace.com>
**From:** <media@delta-pilots.org>
**Attachments:** sigimg0.bin
Steven,

Can someone call me from technical support to discuss my options for running SS5 and SS6 simultaneously for the same URL.

Please call me in the afternoon Eastern Time at 727-421-2457.

Thanks,

Rick Eagan

Delta Pilots Association

-------- Original Message --------
Subject: Re: Switching to SS6
From: 'Steven Neff' <support@sqsp.me (mailto:support@sqsp.me)>;
Date: Fri, January 04, 2013 11:56 pm

DPA 116

2/6/2014                                    Desk.com Agent -- Rohit Giri

To: media@delta-pilots.org (mailto:media@delta-pilots.org)

Jan 31st, 2013 at 11:13PM
(1 year ago)
Eric S.
**To:** media@delta-pilots.org
**From:** 'Eric Song' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hey Rick,

We unfortunately don't offer phone support, but we're happy to help you here via email, 24/7.

We also offer Live Chat support Monday - Friday between the hours of 11am and 7pm Eastern. The Live Chat window is available on all pages of our help site.

In regards to your question, if you could provide me with some more detail, I'll be able to answer it for you here.

Let me know -- thanks!

DPA 117

Jun 15th, 2012 at 6:21PM
(2 years ago)
Our form is failing!!
**To:** (Empty)
**From:** media@delta-pilots.org
http://deltapilotsassociation.org/member-form/

The form is transmitting a Failure message upon submission. We have lost several submissions today and last night. We have made no changes to it recently.

HELP!

Tim Caplinger
dpa@delta-pilots.org
813-785-4761

Jun 15th, 2012 at 6:34PM
(2 years ago)
Nick M.
**To:** media@delta-pilots.org
**From:** 'Nick M' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hi there,

I'm very sorry for the troubles here. Can you try saving the excel file (located within Website Management > Data & Media > File Storage > Captured Data) to your machine, remove the file, then retry submitting the form? This should clear out any issues.

Please let me know if you encounter any further problems with this.

Thanks!

Jun 15th, 2012 at 6:47PM
(2 years ago)
DPA Mail
**To:** <support@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
That did it!!!!!

One last question. Some of the fields are submitting data in the wrong formats. For instance, Date Submitted should be 6/15/12 but it is reading 41904. When I reformat the field I get the actual date, but it is an extra step I don't need. This is true for the zip code field, employee number field and position field. Thoughts?

Tim

From: 'Nick M' [mailto:support@sqsp.me]
Sent: Friday, June 15, 2012 6:34 PM
To: media@delta-pilots.org
Subject: Re: Our form is failing!!

Jun 15th, 2012 at 6:56PM
(2 years ago)
Nick M.
**To:** media@delta-pilots.org
**From:** 'Nick M' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com

DPA 118

Desk.com Agent -- Rohit Giri

2/6/2014

Hi Tim,

I'm glad that fix worked! However, I'm sorry about the form formatting issue -- the developers have this as a known issue, and are working on a resolution as soon as possible.

I've marked this message for follow up, and we'll let you know as soon as this is resolved.

We appreciate your patience.

Jun 18th, 2012 at 11:23AM
(2 years ago)
Tom G.
**To:** media@delta-pilots.org
**From:** 'Tom' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hey there,

Sorry for the delay -- the engineers were able to resolve the issue with the form submission data no being properly formatted. If you encounter any further issues with the formatting of existing form data file, try saving the current excel file to your machine, then remove it from file storage. This will cause a new file to be created upon a new submission. If you continue to experience further issues with this after this, please do let us know.

Sorry for the inconvenience.

2/2

DPA 119

2/6/2014
Desk.com Agent -- Rohit Giri

May 30th, 2012 at 7:40AM
(2 years ago)
Android App
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

I get a message "Failed to add account. Please try again." on my Samsung Galaxy 2S. I have checked my login and password are correct. Any ideas? Thank you!

Tim Caplinger
Delta Pilots Association

May 30th, 2012 at 7:56AM
(2 years ago)
Noah M.
**To:** media@delta-pilots.org
**From:** 'Noah Makharita' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hey Tim,

I'm sorry for the troubles with this – the developers have this as a known issue, and are working on a resolution as soon as possible.

I've marked this message for follow up, and we'll let you know as soon as this is resolved.

We appreciate your patience.

May 30th, 2012 at 8:24AM
(2 years ago)
DPA Mail
**To:** <support@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Thank you Noah!


Tim



From: 'Noah Makharita' [mailto:support@sqsp.me]
Sent: Wednesday, May 30, 2012 7:56 AM
To: media@delta-pilots.org
Subject: Re: Android App

May 30th, 2012 at 8:35AM 2 years ago
Aimee Parmelee
Supporty Known Issue > https://supporty.squarespace.com/known-issues/2012/5/27/android-users-unable-to-login.html

Ticket 195652 added to notification

May 30th, 2012 at 8:36AM
(2 years ago)
Aimee
**To:** media@delta-pilots.org
**From:** 'Aimee' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hi Tim,

1/2

DPA 120

2/6/2014                                    Desk.com Agent -- Rohit Giri

You're very welcome! Should you need further assist, let us know at any time.


Many kind regards,



Jun 6th, 2012 at 5:50PM
(2 years ago)
Tom G.
**To:** media@delta-pilots.org
**From:** 'Tom' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hey there,

Sorry for the delay — the engineers were able to resolve the issue with the Android app. If you encounter any further issues with this please let us know.

Sorry for the inconvenience.

DPA 121

2/6/2014                           Desk.com Agent -- Rohit Giri

May 14th, 2012 at 10:52PM
(2 years ago)
FOnt on some pages unreadable
**To:** (Empty)
**From:** media@delta-pilots.org
Hi,

The font on the Traffic overview and popular content pages is come kind of unreadable cursive. Please correct. Thank you!


May 14th, 2012 at 10:59PM
(2 years ago)
Steven N.
**To:** media@delta-pilots.org
**From:** 'Steven N' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hi Rick,

Sorry for the troubles!

From looking at your account, this is what I can see for the Traffic Overview:

http://screencast.com/t/G3eKEuWjV

and the Popular Content:

http://screencast.com/t/TcP2wfoCV57i

If you're seeing different than these, could you try clearing your cache and restarting your browser? We have a guide for this here:

http://help.squarespace.com/customer/portal/articles/11109-how-do-i-clear-my-browser-s-cache-

If this doesn't resolve, can you take a screenshot of how this appears for you and add this as an attachment to this e-mail, so I can take a look? We have a guide for taking a screenshot here:

http://help.squarespace.com/customer/portal/articles/11116-how-do-i-take-a-screen-shot-

You'll need to save this as a JPG, GIF, or PNG file so we can view it.

Let us know. Thanks!


May 15th, 2012 at 12:12AM
(2 years ago)
DPA Mail
**To:** <support@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Attachments:** PopularContent.png TrafficOverview.png
Very odd. Not what I am looking at.



Tim/Rick

Delta Pilots Association


From: 'Steven N' [mailto:support@sqsp.me]
Sent: Monday, May 14, 2012 11:00 PM
To: media@delta-pilots.org

DPA 122

Subject: Re: FOnt on some pages unreadable

May 15th, 2012 at 12:20AM
(2 years ago)
Carly Jo L.
**To:** media@delta-pilots.org
**From:** 'Carly Jo L' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hi there,

That is indeed strange-- I'm also seeing your statistics as Steven is.

Thanks much for providing those screenshots-- very helpful indeed.

Can you let me know which browser/version you're using? I'd like to take a look within the same one.

If you're unsure of these details, you can visit the following URL:

www.supportdetails.com

From there, you can click the "Export PDF" button and attach it to this email so we can view it.

Also, as a first step, could you try clearing your browser cache? We have a guide for this here:

http://help.squarespace.com/customer/portal/articles/11109-how-do-i-clear-my-browser-s-cache-

After doing this, ensure you restart your browser and give this another look.

Let me know if this helps!

May 15th, 2012 at 1:34AM
(2 years ago)
DPA Mail
**To:** <support@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi,

I am viewing through IE9, version 9.0.8112.16421, 64 bit, update version 9.0.6. (KB2675157) Cipher strength 256-bit

No help on other steps.

Thanks!

From: 'Carly Jo L' [mailto:support@sqsp.me]
Sent: Tuesday, May 15, 2012 12:20 AM
To: media@delta-pilots.org
Subject: Re: FOnt on some pages unreadable

May 15th, 2012 at 1:43AM 2 years ago
Carly Jo Langefeld
Issue: Statistics are displaying in cursive font

Browser: IE 9

Notes: Can you please check this within IE9? (I don't have access and am unable to reproduce via Chrome-- Steven also isn't able to reproduce outside of IE.)

Customer screenshots:

Popular content- http://screencast.com/t/kdlmPF2V
Traffic overview- http://screencast.com/t/G3eKEuWjV

Thanks!

---

May 15th, 2012 at 1:44AM
(2 years ago)
Carly Jo L.
**To:** media@delta-pilots.org
**From:** 'Carly Jo L' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hi Tim,

Thanks much for that information.

I'm going to escalate this ticket and assign this to the appropriate administrator for investigation. Once your ticket is assigned you will receive a reply to this ticket directly, as soon as possible.

Thanks for your patience here!

---

May 15th, 2012 at 11:48AM 2 years ago
Thomas Guzman
Sounds like an issue with their browser, perhaps it's using a modified default font. I'm not able to reproduce:

https://img.skitch.com/20120515-7sc2gc2hhgt9d9hrehp5f8t3r.png
https://img.skitch.com/20120515-jn27srbausx3s9dfn371654iw7.png

This is definitely a issue with their browser, it's possible they have modified their fonts within Internet Options, you can have them check there or recommend a different browser.

May 15th, 2012 at 12:29PM
(2 years ago)
Carly Jo L.
**To:** media@delta-pilots.org
**From:** 'Carly Jo L' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
**Cc:** DPA Mail <dpa@delta-pilots.org>, <support@squarespace.com>
Hey Tim,

My apologies for the delay in response.

After hearing back, we're unfortunately unable to replicate this display issue with your statistics on our side of things. Simply for your reference:

Popular Content: https://img.skitch.com/20120515-7sc2gc2hhgt9d9hrehp5f8t3r.png

Traffic Overview: https://img.skitch.com/20120515-jn27srbausx3s9dfn371654iw7.png

That being said, this sounds like it is specific to your current browser. You can check under Intemet Options to see if your fonts have been modified here.

You may also want to try viewing your Statistics within an altemate browser to see if this helps.

Let me know- thanks!

---

May 15th, 2012 at 5:13PM
(2 years ago)
DPA Mail
**To:** <support@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Thank you Carly. I will dig deeper on my end!

Tim

2/6/2014                                    Desk.com Agent -- Rohit Giri

From: 'Carly Jo L' [mailto:support@sqsp.me]
Sent: Tuesday, May 15, 2012 12:29 PM
To: media@delta-pilots.org
Cc: dpa@delta-pilots.org; support@squarespace.com
Subject: Re: FOnt on some pages unreadable


May 15th, 2012 at 5:31PM
(2 years ago)
Nick M.
**To:** media@delta-pilots.org
**From:** 'Nick M' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Glad Carly could help! Just let us know if you have any further questions - we're here 24/7 and are happy to help.

Sep 14th, 2012 at 4:57PM
(1 year ago)
IE9 Favicon
**To:** (Empty)
**From:** redrudder@verizon.net
Hi,

I have uploaded a browser URL favicon and it displays fine in firefox. IE9 is not displaying it. Thanks.

Tim Caplinger

Sep 14th, 2012 at 5:53PM
(1 year ago)
Carly Jo L.
**To:** redrudder@verizon.net
**From:** 'Carly Jo L' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hello Tim,

Happy to help.

In order to take a proper look at this for you, I'm going to take a bit of time with this.

I'll be in touch with more information for you ASAP. Thanks much for your patience!

Sep 14th, 2012 at 5:57PM 1 year ago
Carly Jo Langefeld
Screenshot from Ryan in IE9: http://screencast.com/t/2MxTE6w2

Sep 14th, 2012 at 10:42PM 1 year ago
Carly Jo Langefeld
Issue - Favicon is not appearing in IE9
Reproducible (y/n) - yes
Browser / OS - Internet Explorer 9
URL of issue - http://fairclothestates.org/
http://fairclothestates.squarespace.com/
Template (V6) - Native
Screenshots - http://screencast.com/t/2MxTE6w2
Additional Notes - Favicon shows up fine in other browsers (Firefox, Chrome, Safari)
File is currently a .png. I tested different images, file types (.ico) and sizes.
Looks like the favicon on www.squarespace.com shows up fine so it does seem possible. :)

Sep 14th, 2012 at 10:44PM
(1 year ago)
Carly Jo L.
**To:** redrudder@verizon.net
**From:** 'Carly Jo L' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hi Tim,

As an update, I'm going to escalate this ticket and assign it to the appropriate administrator for Advanced Testing.

Just as a note, escalated tickets involve more in-depth troubleshooting, so it might be longer than you're used to for the next update. We're definitely working on it though.

Once your ticket is assigned, we'll reply back as soon as possible.

**As a note: any replies sent to this ticket will not be received immediately. If you have any urgent questions regarding this escalated ticket, please submit a new ticket or send an email to support@squarespace.com referencing ticket #269555.

DPA 126

2/6/2014                                    Desk.com Agent -- Rohit Giri

My apologies for any inconvenience and thanks for your patience while we work on this for you.

Sep 15th, 2012 at 11:38AM 1 year ago
Thomas Guzman
He's using a renamed PNG, in which he simply named .ico

https://img.skitch.com/20120915-bn3eqbwhh1igxgq42m9a6xye59.png

They'll need to convert and re-upload as an ico file.

Sep 15th, 2012 at 1:00PM
(1 year ago)
Carly Jo L.
**To:** redrudder@verizon.net
**From:** 'Carly Jo L' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hello Tim,

After hearing back, you will want to convert and re-upload your favicon file as an .ico file.

You can use an image editor for this -- alternately, you can use an online image generator such as:

http://www.convertico.com/

You can then re-add this image as your favicon under Settings > General. It should then appear without issue in Internet Explorer 9.

Let me know if this helps!

DPA 127

2/6/2014                                    Desk.com Agent -- Rohit Giri

Sep 14th, 2012 at 11:38AM
(1 year ago)
Interaction with Tim Caplinger
**To:** (Empty)
**From:** redrudder@verizon.net
Location: USA (Tampa, FL)
On page: http://static.olark.com/jsclient/popout.html?_ok=9890-199-10-
7892&wcsid=7p7ghgow4JoDRwOO6LgTFlo989019180&_oklv=1347721638047,7p7ghgow4JoDRwOO6LgTFlo989019180&hblid=vdg2Gq6oJONn2Ky0rBsVnJr989019185&_okgid=undefined&olfsk=
IP address: 173.65.106.19
Talked with: Paulina V.

Tim Caplinger (redrudder@verizon.net)
11:09 | Hi! I have a SS5 account for business under Delta Pilots Association. I am ready to start a SS6 account for personal use. Is there a price break on the unlimited SS6 plan for multiple accounts? I see the promo code entry point and thought I might have earned that as a two year current client. Thanks!

Paulina V.
11:09 | Hey Tim!
11:10 | I'd be happy to help :)
11:10 | You're actually more than welcome to link the billing for your Squarespace 6 site to your Squarespace 5 account — this entitles you to a free Squarespace 6 site :) As long as you have a paid subscription on Squarespace 5, you'll get this free Squarespace 6 site.

Tim Caplinger (redrudder@verizon.net)
11:12 | I need to set up a separate account from my business account. I will need to get the separate domain as well.
11:12 | And I am willing to pay.....:)

Paulina V.
11:12 | Your domain can be separate, that isn't an issue at all however, you do not want to link this, correct?
11:13 | It is just an advantage of being a Squarespace 5 customer, just thought I'd let you know :)

Tim Caplinger (redrudder@verizon.net)
11:13 | Fully separate please.

Paulina V.
11:13 | No worries then!
11:14 | We don't have any special pricing unfortunately for those moving over to Squarespace 6 completely. There are some coupon options here: http://squarespace.com/coupons — keep in mind that this only applies to the bi-yearly plan.

Tim Caplinger (redrudder@verizon.net)
11:15 | 10% is a good start....................
11:16 | I can't shell out two years worth however

Paulina V.
11:16 | Understandable — at this point in time though the special pricing that is available for those with a Squarespace 5 site is a free Squarespace 6 with the billing linked.

Tim Caplinger (redrudder@verizon.net)
11:17 | oh fiddle......I will talk to the wife.
11:17 | :) have a good day

Paulina V.
11:17 | You as well :)
11:18 | Thanks for chatting with us today! If you have any other questions, feel free to contact our email support team at support@squarespace.com, 24/7! Cheers!

DPA 128

2/6/2014

Desk.com Agent -- Rohit Giri

Sep 13th, 2012 at 12:47PM
(1 year ago)
Interaction with Tim Caplinger
To: (Empty)
From: redrudder@verizon.net
Location: USA (Tampa, FL)
On page: http://static.olark.com/jsclient/popout.html?_ok=9890-199-10-
7892&wcsid=rYp4TMopu92kSCxAKA6elrP989019185&_oklv=1347638762210,rYp4TMopu92kSCxAKA6elrP989019185&hblid=vdg2Gq6oJONn2Ky0rBsVnJr989019185&_okgid=undefined&olfsk=
IP address: 173.65.106.19
Talked with: Will H.

Tim Caplinger (redrudder@verizon.net)
12:07 | Hi, I need help with my new site. I would like to upload a pdf document (HOA By-Laws) to my SS6 site. What is the best way to access this large pdf file?

Will H.
12:07 | Hi Tim!
12:08 | You can add a text link to upload this file
12:08 | See the guide here:
12:08 | http://help.squarespace.com/customer/portal/articles/644775-creating-a-text-link?t=103959?t=103959

Tim Caplinger (redrudder@verizon.net)
12:09 | Thank you... next question

Will H.
12:09 | Sure thing

Tim Caplinger (redrudder@verizon.net)
12:09 | I have created a blog that is pasword protected
12:10 | Do I need to send contributor invitations to every person who would like to post on it?
12:10 | If so, what is the basic permission they would need to only post on the blog and not edit elsewhere

Will H.
12:11 | Yes, if you would like them to be able to add content to the blog, you can use the Content Editor permission
12:11 | Unfortunately there's no setting to limit this to specific pages however

Tim Caplinger (redrudder@verizon.net)
12:11 | UGH!!!!
12:11 | Any plans for a discussion forum?
12:12 | I need for my neighbors to be able to discuss issues on a private forum

Will H.
12:12 | I can't specify dates for any new features, however I'm happy to add this is as a suggestion to our developers for you

Tim Caplinger (redrudder@verizon.net)
12:13 | So content editor permission is required to comment on a blog entry?
12:14 | I think that is not reqired, just for new blog entries

Will H.
12:15 | I see what you mean
12:15 | You would not need to use the Content Editor permission
12:15 | You can actually just provide the blog password and allow them to comment
12:16 | You can use the Trusted Commentor permission if you'd prefer they have a login to add comments

Tim Caplinger (redrudder@verizon.net)
12:16 | That's good enough for now. Very rough and inflexible..we need a basic forum to promote free dialog

Will H.
12:17 | I understand, I'm going to send this over as feedback to our developers for you

Tim Caplinger (redrudder@verizon.net)
12:17 | One last question, on the blog page, I don't see a way to add a header or text block above the blog to explain this limitation....ideas?

Will H.
12:18 | Can you provide the Squarespace URL for your blog page so I can look into this for you?

Tim Caplinger (redrudder@verizon.net)
12:19 | https://tim-caplinger.squarespace.com/config/#module=content&collectionId=5050cb38e4b0e5d7355c050d
12:20 | https://tim-caplinger.squarespace.com/blog/
12:20 | thats better

DPA 129

2/6/2014
Desk.com Agent -- Rohit Giri

12:21 | My first blog entry, "Welcome to the forum" would be the header.

Will H.
12:22 | Thanks !
12:22 | One moment here
12:23 | I see what you mean here
12:24 | There's no setting for adding this as a post above your site content, and the Native template does not support a sidebar on the blog page for this
12:24 | I'd recommend adding this as a post within your blog or on a page that links to the blog

Tim Caplinger (redrudder@verizon.net)
12:25 | So create a page with all info and then link it over. I will play with it. Thanks!
12:27 | Goodbye!

Will H.
12:27 | Yes that is correct — glad to help!
12:27 | Thanks for chatting with us today! Please visit this form to tell us how we did: http://sqsp.me/chat-feedback
12:27 | If you have any other questions, feel free to contact our email support team at support@squarespace.com, 24/7!

DPA 130

Desk.com Agent -- Rohit Giri

2/6/2014

Sep 12th, 2012 at 4:01PM
(1 year ago)
Interaction with Tim Caplinger
**To:** (Empty)
**From:** redrudder@verizon.net
Location: USA (Tampa, FL)
On page: http://static.olark.com/jsclient/popout.html?_ok=9890-199-10-
7892&wcsid=AYuiSjz58zboyNbCX[DlTTz989019185&hblid=vdg2Gq6oJONn2Ky0rBsVnJr989019185&_okgld=**null&olfsk=olfsk789
IP address: 173.65.106.19
Talked with: Paulina V.

Tim Caplinger (redrudder@verizon.net)
03:35 | Hi, I am starting up my SS6 site. I am having trouble modifying the fonts, colors, size of logo, etc on the home page. I see "style mode" in the bottom right corner, but no editing features.

Paulina V.
03:35 | Hey Tim!
03:35 | I'm more than happy to help :) And I apologize in advanced for any delay you may experience with my replies, I'm assisting a few Squarespace customers at the same time. I appreciate your patience!
03:35 | When you click your paintbrush, are you unable to view anything?

Tim Caplinger (redrudder@verizon.net)
03:36 | I don't see the paintbrush!

Paulina V.
03:36 | Sorry for the confusions there!
03:36 | It sounds like you may be using Internet Explorer 9 to edit your site, is that correct?

Tim Caplinger (redrudder@verizon.net)
03:37 | yes

Paulina V.
03:38 | Thanks for clarifying!
03:39 | I'm sorry for the troubles with this — the developers have this as a known issue, and are working on a resolution as soon as possible. I've marked this conversation for follow up, and we'll let you know as soon as this is resolved by email. We appreciate your patience.
03:39 | In the interim, we recommend using an alternative browser such as Firefox or Chrome.

Tim Caplinger (redrudder@verizon.net)
03:39 | I'll give it a try. Thank you.

Paulina V.
03:40 | You're very welcome! Did you have any other questions?

DPA 131

2/6/2014                                    Desk.com Agent -- Rohit Giri

Sep 12th, 2012 at 1:11PM
(1 year ago)
Interaction with Tim Caplinger
To: (Empty)
From: redrudder@verizon.net
Location: USA (Tampa, FL)
On page: http://help.squarespace.com/customer/portal/articles/644686-live-chat
IP address: 173.65.106.19
Talked with: Paulina V.

Tim Caplinger
12:57 | Hi, I have a few questions about SS6

Paulina V.
12:58 | Hey Tim!
12:58 | I'm more than happy to help :) And I apologize in advanced for any delay you may experience with my replies, I'm assisting a few Squarespace customers at the
same time. I appreciate your patience!
12:58 | What can I help you with today?

Tim Caplinger
12:58 | I have a SS5 account under Delta Pilots Association and am looking to establish a simpler site for my homeowners association
12:59 | Is there an ability in SS6 to have a public area and one private audience (the neighborhood)?

Paulina V.
01:01 | Thanks for your patience!
01:02 | Since Squarespace 6 was approached very differently, the Members & Audiences feature has evolved into a few new features. We've grown from the idea of
audiences and in turn created the ability to add what we're referring to as Contributors now: http://help.squarespace.com/customer/portal/articles/412927-adding-and-
managing-contributors?t=103959?t=103959 Instead of adding members and adjusting audience permissions, you can simply choose the type of contributor you want a
person to be and you're all set.
01:02 | Additionally, you can still add a site-wide password -- this has also been very simplified: http://help.squarespace.com/customer/portal/articles/666824-how-do-i-
set-a-password-for-my-site-?t=103959?t=103959 and/or page passwords: http://help.squarespace.com/customer/portal/articles/664507-how-do-i-set-a-page-password-?
t=103959?t=103959 Which really came from feedback we received from our subscribers -- photographers, for example, wanted to provide the images for their specific
client and their photo shoots.

Tim Caplinger
01:03 | So a home page could have galleries for the public to view, but neighbors could login and participate in a private blog?

Paulina V.
01:06 | Absolutely :)

Tim Caplinger
01:07 | Thanks so much...I think it will be a perfect fit then! Have a great day! Tim

Paulina V.
01:07 | You're very welcome!
01:07 | And thanks for chatting with us today! If you have any other questions, feel free to contact our email support team at support@squarespace.com, 24/7! Cheers!

DPA 132

2/6/2014

Desk.com Agent -- Rohit Giri

Sep 12th, 2012 at 10:49AM
(1 year ago)
Audiences
**To:** Submitted via Web
**From:** redrudder@verizon.net
Hi!

I am currently a Squarespace 5 user (Delta Pilots Association) and am looking to set up a simpler site for my neighborhood home owners association. Please give me a call at 813-785-4761 to discuss the suitability of SS6 for this project. Thank you!

Tim

Sep 12th, 2012 at 11:31AM
(1 year ago)
Ed Bridges
**To:** redrudder@verizon.net
**From:** 'Ed Bridges' <support@sqsp.me> (Squarespace Support)
**Reply-to:** support@squarespace.com
Hi Tim,

We unfortunately don't offer phone support, but we're happy to help you here via email, 24/7.

We also offer Live Chat support Monday - Friday between the hours of 11am and 7pm Eastern. The Live Chat window is available on all pages of our help site.

Let me know -- thanks!

DPA 133

Nov 9th, 2013 at 10:55AM
(3 months ago)
HELP!
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Squarespace!

I need URGENT HELP! My site www.deltapilotsassociation has been hijacked. Please try to view it and see what you get. I got this link below as the redirect. I need immediate help rectifying it.

Thank you.

Please call me at 813-785-4761.

Tim Caplinger

Delta Pilots Association

0cc3bchttp://www.deltapilotsassociation.org/?r=50940298 <http://www.deltapilotsassociation.org/?r=50940298>;

ae038d88b0bbbf9e14-165551232]]

Nov 9th, 2013 at 11:08AM
(3 months ago)
Chris L.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Chris L.' <customercare@squarespace.com> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi there,

Happy to help!

Can you please clarify on what you mean by "hijacked"?

I checked out your site -- http://www.deltapilotsassociation.org/ -- and I see that it is correctly pointing to Squarespace. See here:

http://screencast.com/t/Bkd4rto7

Thanks!

2/11/2014                                    Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 11:20AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
What is the correct IP address for my site?


Thanks.


Tim Caplinger

DPA


From: 'Squarespace Customer Care' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 10:56 AM
To: dpa@delta-pilots.org
Subject: Re: HELP! -- Case # 697216


Nov 9th, 2013 at 11:26AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Chris!


THAT'S NOT OUR SITE! Our site can still be found by typing deltapilotsassociation.org without the www


Tim


From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!


Nov 9th, 2013 at 11:30AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
PLEASE call me direct as soon as possible.


Tim

(813) 785-4761


From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org

DPA 135

2/11/2014                              Desk.com Agent -- Rohit Giri

Subject: Re: HELP!

Nov 9th, 2013 at 11:32AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
The site is going to a trial account instead of the main DPA website. That trial account needs to get shut down first.

From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 11:57AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
The hacker, Air Line Pilots Association, owns deltapilot.org where the site is now redirecting.

We own delta-pilots.org.

Tim

From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 12:14PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
So here is the situation:

DPA owns: www.deltapilotsassociation.org, which redirects to our primary domain www.delta-pilots.org. Our opposition owns deltapilots.org and deltapilot.org. They are doing the hacking/redirecting.

Tim

From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 12:43PM
(3 months ago)

DPA 136

2/11/2014                                          Desk.com Agent -- Rohit Giri

DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Attachments:** image001.png
Notice the url below which we own but is redirecting to this trial site.

Tim Caplinger

DPA

From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 12:53PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** DPA Volunteer <jacseo@gmail.com>
Hi Go Daddy is hosting our domains. They indicate that all of our accounts look good and suggest that the hacker has opened a recent trial account at squarespace and has broken your code to take over the redirecting of www.deltapilotsassociation.org.

http://deltapilotsassociation.org appears to be going to our correct site, but it may be a clone. I can't tell.

Tim

From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!

Nov 9th, 2013 at 12:56PM
(3 months ago)
Jamo V.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Jamo V.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Thanks for bringing this to our attention. I'm going to take some extra time to review this issue more thoroughly.

I appreciate your patience on this!

Nov 9th, 2013 at 1:16PM 3 months ago
Jamo Veldhuis
*** Add to note/remove from response ***

Issue: Customer owns deltapilotsassociation.org which points to Squarespace 5 and looks to be properly mapped. www.deltapilotsassociation.org is now pointing to a Squarespace 6 site that is owned by someone else. Customer believes that this was done intentionally in an attempt to damage the organization.
Reproducible (y/n): y

DPA 137

2/11/2014                                    Desk.com Agent -- Rohit Giri

Code (y/n): n
Browser / OS: na
URL of issue: tim-caplinger.squarespace.com , http://deltapilotsassociation.squarespace.com/
Custom Domain: deltapilotsassociation.org
Template:na
Screenshots: http://screencast.com/t/UHefp1lM3qt
Password protected (y/n): n
Additional Notes:
- If you created a test page, provide us with the URL of that test page whether on your own site or customer's site.

*** Add to note/remove from response ***


Nov 9th, 2013 at 1:17PM
(3 months ago)
Jarno V.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Jarno V.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello again Tim,

I can tell that this is an urgent issue for your organization so I'm going to escalate this ticket and assign this to the appropriate administrator for further investigation. We'll reply back to this ticket directly with more information as soon as possible.

Just as a note, in some cases current issues that are escalated can take a bit more time to resolve. Any replies sent to this ticket will not be received immediately. If you have any urgent questions regarding this escalated ticket, please submit a new ticket or send an email to customercare@squarespace.com referencing ticket #697216.

Apologies for any inconvenience and thanks for your patience while we work on this for you.


Nov 10th, 2013 at 2:24AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
I am now getting no access to the site. Please check that delta-pilots.org is primary, deltapilotsassociation.org is secondary and deltapilot.org is deleted.



Thank you.



Tim Caplinger

DPA



From: 'Chris L.' [mailto:customercare@squarespace.com]
Sent: Saturday, November 09, 2013 11:09 AM
To: dpa@delta-pilots.org
Subject: Re: HELP!


Nov 10th, 2013 at 5:24PM 3 months ago
Vishal Patel
Hey Jarno,

When I go to the following domain it works fine.

www.deltapilotsassociation.org

However, when i go to the naked domain http://deltapilotsassociation.org it forwards to the Squarespace URL. I believe he has domain forwarding on


Nov 10th, 2013 at 6:18PM
(3 months ago)
Jarno V.

DPA 138

Desk.com Agent -- Rohit Giri

2/11/2014

**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Jamo V.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com

Hi Tim,

Thanks for your patience here. We noticed that both www.deltapilotsassociation.org and deltapilotsassociation.org are both presently point to the Squarespace site deltapilotsassociation.squarespace.com, however the domain without the www is now displaying your Squarespace URL. Take a look:

http://screencast.com/t/gjd6TTAiQ

This likely means that you have domain forwarding turned on. You will want to disable this for your domain to display correctly with or without the www.

The site that this was directing towards was:

tim-caplinger.squarespace.com

This site has since been removed and the issue appears to have been resolved. Does anyone have access to your GoDaddy account that may have redirected your domain to the wrong site? I would recommend resetting your password with GoDaddy if this is possible.

Let us know if you have any additional questions or concerns.

Thanks!

DPA 139

2/11/2014                                      Desk.com Agent -- Rohit Giri

Nov 9th, 2013 at 11:34PM
(3 months ago)
Hijack Issue
**To:** (Empty )
**From:** media@delta-pilots.org
Hi,

Somehow, SquareSpace has added deltapilot.org to our domain list. This is a clone site DPA does not own. We need to remove it from our domain list immediately. Also, please research who has set up the trial squarespace account using deltapilot.org. This is our hacker. Please email us with results.

Tim Caplinger
dpa@delta-pilots.org

Rick Eagan
media@delta-pilots.org

Nov 10th, 2013 at 12:59AM 3 months ago
Zoë Holmes
Domain Name: deltapilots.org
Date Registered: Not sure
Issue Summary: Not entirely sure what is happening here, but they definitely show a linked, managed domain called deltapilot.org (see screenshot: http://screencast.com/t/csS2Aalm) that goes nowhere and they say they:

1) Did not register

2) Is the work of a hacker

I am wondering if sites can be automatically associated with accounts, or would someone with login access need to do this? Basically--do they have a hacker or maybe just a disgruntled ex member with a login and bad web skills?

Any ideas of what's happening would be appreciated!

Nov 10th, 2013 at 1:00AM
(3 months ago)
Zoë H.
**To:** media@delta-pilots.org
**From:** 'Zoë H.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey there,

I'm going to escalate this case to a domain administrator to review.

You'll receive a reply to this case directly (#697937), as soon as possible.

We appreciate your patience, thanks!

Nov 10th, 2013 at 8:03AM 3 months ago
Erin Sheridan
Please Also see #697978

for additional customer comments.

Would like the deltapilot.org removed. As know where it come from. If we can do that?

Nov 10th, 2013 at 12:03PM 3 months ago
Dan Schenker
Also, #697815. They've submitted three tickets from two different people about the same issue.

DPA 140

2/11/2014

Desk.com Agent -- Rohit Giri

Nov 14th, 2013 at 2:19PM
(3 months ago)
Bill P.
**To:** media@delta-pilots.org
**From:** 'Bill P.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hello Rick,

We have looked over this case and see that the other gentleman linked here in your email (Tim) has also sent in a ticket regarding this issue. My fellow Customer Care representative Tom is speaking with him through email and will be looking more into this issue.

I've merged this ticket with the other ticket (#699538). We request that all replies stay in that ticket so we have a complete history of the conversation and help us avoid any confusion or duplicate replies.

Thank you!

DPA 141

Nov 11th, 2013 at 10:18AM
(3 months ago)
DPA Site Attack
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
**Cc:** DPA Volunteer <jacseo@gmail.com>
My friends at SquareSpace,


As of 09:45 Eastern today 11/11/13, there is still an unauthorized domain "deltapilot.org" in my custom domain list. I am still awaiting the removal of this domain and a report from you regarding the details behind who accessed our account and who set up this domain.


I am going to need to go to court to solve this if necessary. If you can provide me with the following information, I will hold SquareSpace harmless in the legal actions I will take:


1. First and Last name provided in the trial account setup for deltapilot.org

2. Email address provided in the trial account setup for deltapilot.org

3. IP Address captured in the trial account setup for deltapilot.org

4. The date that SquareSpace added deltapilot.org into our custom domain list.

5. A description of what took place to cause that to occur.

6. A log of what has happened in our DPA account over the last 30 days (domain changes, additions to the website, etc.).

7. A log of what has happened in the unauthorized deltapilot.org account over the last 30 days.

8. A log of DPA administrator logins over the last 30 days and associated IP addresses.

9. Any other pertinent information you may have.


This attack is ongoing in other mediums right now. The hacker is sending out spoof emails appearing to be from us to email addresses we don't have, but the other union ALPA does.

I am going to pursue this attacker in court and I would rather have SquareSpace on my side going in. I want to reiterate that I will hold you harmless if you will provide me with the information requested. Even if you were directly responsible for the access to our account adding the malicious domain deltapilot.org, I will not hold you responsible. I just want to know how it happened in as much detail as possible. Perhaps the hacker posed as us and got your assistance. If there is a protocol issue here that has been exposed, I want to work with you to solve it. I would expect a high level of security when it comes to administrator access and these guys got around it somehow.


The events unfolding will eventually make the national media, so please make every effort to provide as much detail as you possibly can. I am extremely happy with your product (except for the sorely lacking forum capability) and I will herald your product with highest praise if this gets resolved properly and quickly.


Thank you.

DPA 142

2/11/2014                                    Desk.com Agent -- Rohit Giri

Tim Caplinger

(813) 785-4761

Interim President

Delta Pilots Association

Nov 11th, 2013 at 10:45AM
(3 months ago)
Zachary S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Zachary S.' <customercare@squarespace.com> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
**Cc:** DPA Volunteer <jacseo@gmail.com>
Hey Tim,

I'm going to take some time to look into this for you.

I will get back to you just as soon as possible.

Thanks for all your patience!

Nov 11th, 2013 at 8:34PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi Guys,

Can I get a progress report please? What do you know so far? I need to tell you that the culprit is now spoofing/forging our Constant Contact database and sending out emails to my membership while posing as us. This is a sophisticated attack using very high level expertise. I need information, however little you have so far. I know you are working hard. I would appreciate even a partial progress report.

Thank you.

Tim

From: 'Zachary S.' [mailto:customercare@squarespace.com]
Sent: Monday, November 11, 2013 10:46 AM
To: dpa@delta-pilots.org
Cc: jacseo@gmail.com
Subject: Re: DPA Site Attack

Nov 11th, 2013 at 10:14PM 3 months ago
Zachary Spegal
Assign back to Zachary Spegal

Nov 11th, 2013 at 10:15PM
(3 months ago)
Zachary S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Zachary S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com

DPA 143

2/11/2014                                        Desk.com Agent -- Rohit Giri

Hey Tim,

Thanks for reaching out. It's a pleasure to look into this for you.

We are unable to provide this information upon request without the account being verified. For security reasons we'll need to verify ownership of the account.

Could you provide us with the last four digits of your card in billing on the account, and the full name as it appears on the card?

Also, could you let us know if the forwarding that you were referring to in Case: 697216 has gone through?

Lastly, please refer to our terms of service on this issue:

http://www.squarespace.com/terms/

"24. You agree to indemnify and hold harmless Squarespace and its licensors, suppliers, officers, directors, employees, agents, affiliates, subsidiaries, successors and assigns from and against any and all liability, loss, claim, damages, expense or cost (including but not limited to attorneys' fees), arising from or related to the use of, access to, interaction with or reliance upon, your Hosted Site, including the purchase, sale or other distribution of Commercial Products."

Let us know this information and we should be able to help further!

Thanks!

---

Nov 11th, 2013 at 10:27PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Thank you Zach!


The information you requested is as follows:


Last four: 9232

Full Name: Delta Pilots Association

Timothy E Caplinger


The forwarding has gone through however, I keep getting "IP Address failed to resolve" unless I click it twice to retry. The site is functioning again otherwise, but the harmful domain deltapilot.org is still present.


Thank you!


Tim Caplinger

DPA


From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Monday, November 11, 2013 10:16 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack

Nov 11th, 2013 at 11:01PM
(3 months ago)
Ariella G.

DPA 144

2/11/2014                                    Desk.com Agent -- Rohit Giri

**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Ariella G.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Thanks for responding. I'm going to assign you back to Zach S. to help you further.

All the best and have a good weekend.

---

Nov 12th, 2013 at 7:06PM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi,

What information do you have please? The hostile domain "deltapilot.org" is still in my list of custom domains. Please ladies and gentlemen, I need communication from you regarding the attack on my site.

I am sure you understand that I have 5,600 or so members counting on me to provide them with a safe site. I am warding off questions, delaying for your response.

Thank you.

Tim Caplinger

813-785-4761

DPA

From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Monday, November 11, 2013 10:16 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack

Nov 12th, 2013 at 11:20PM 3 months ago
Zachary Spegal
Hey Tom,

Wondering if I can get some council on how to respond here. The customer has verified ownership of the account, and I was wondering just how much of this information we can actually provide here.

Thanks

---

Nov 12th, 2013 at 11:21PM
(3 months ago)
Zachary S.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Zachary S.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey Tim,

Thanks for all your patience!

I'm still trying to get some further clarity on this for you.

I will get back to you further as soon as possible.

https://squarespace.desk.com/agent#                                                    4/7

DPA 145

2/11/2014                                   Desk.com Agent -- Rohit Giri

If you have any other questions, don't hesitate to ask, we're here for you 24/7.

---

Nov 13th, 2013 at 3:11PM 3 months ago
Thomas Guzman
Assign Future Replies to Supervisors > Tom G.

---

Nov 13th, 2013 at 3:13PM 3 months ago
Thomas Guzman
Domain appears to be registered by the customer for over 1 year -- see screenshot included in reply.

---

Nov 13th, 2013 at 3:14PM
(3 months ago)
Tom G.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Tom G.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey Tim,

I apologize for the delay here. From what I can tell the domain deltapilot.org was purchased through Squarespace as part of your plan in April of 2012 -- see here:

http://screencast.com/t/uzPMnf8muzk

Is it possible there may be a mixup here? Are you referring to another domain?

Let me know - thanks.

---

Nov 14th, 2013 at 7:57AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Thank you Zach,

As of this morning, 11/14/13, the hostile domain, managed by SquareSpace, is still in my account. I am EXTREMELY concerned that the hacker still has access to my account. I want to reiterate, even if SquareSpace was fooled by an impersonator and instructed to add the domain somehow, I am not chasing SquareSpace for harming me. You need to understand that the opposing union I am trying to replace with a new union, the Delta Pilots Association, is currently representing all Delta Pilots including me. This means they have full access to all of my sensitive personal data and could have used it to gain access to my account. ALPA knows my SSN#, address, phone number, etc. Whoever set up the trial account for deltapilot.org somehow managed to get you to add it into my domain list. By then making it primary, they were able to redirect all traffic to their hostile site for over 18 hours until I figured out the bogus domain had control. Once I removed it as primary, I got my traffic back. But that domain is still in my account.

I REALLY need the gory details of how they did it. I don't care if SquareSpace made a protocol error or of your code was compromised so long as you fix the problem to avoid future occurrences. What I need is every piece of data you can give me about HOW they did it and WHO did it.

I need this quickly. I am overrun with demands for an explanation and it is hurting my credibility. My members are turning on me for not providing them with a safe site nor an explanation of how we were hacked.

Thank you for helping.

Sincerely,

DPA 146

2/11/2014

Tim Caplinger

DPA

813-785-4761


From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Tuesday, November 12, 2013 11:21 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack


Nov 14th, 2013 at 8:24AM
(3 months ago)
DPA Mail
**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Zach,


One more thing. I have 5675 members who are Delta Pilots who each make between $100,000 and $300,000 per year and MANY own side businesses with web needs. Lots of them are questioning SquareSpace right now. Help me beat this and I will be able to firm up their confidence in you.


Thanks,


Tim


From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Tuesday, November 12, 2013 11:21 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack


Nov 14th, 2013 at 9:25AM 3 months ago
Nicolas Bienvenu
Assigning to the customer supervisors escalation queue as per requested and following last email expressing concerns about a potential hacking situation taking place on Squarespace.


Nov 14th, 2013 at 9:29AM
(3 months ago)
Nicolas B.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Nicolas B.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hi Tim,

Sorry to hear about your recent troubles with your domain on Squarespace.

Our supervisor, Tom, is currently investigating on this situation for you.

You'll receive a reply to this case directly (#699538), as soon as possible.

We appreciate infinitely your patience in the current situation Tim!

Nov 14th, 2013 at 12:41PM
(3 months ago)
DPA Mail

https://squarespace.desk.com/agent#

DPA 147

2/11/2014                                      Desk.com Agent -- Rohit Giri

**To:** <customercare@squarespace.com>
**From:** DPA Mail <dpa@delta-pilots.org>
Hi folks,


I can't go on without receiving the information I have requested from you. Absent a response from you, I must turn this over to my attorney at 4:00pm Eastern today. I will then proceed with a "John Doe" lawsuit that details the harm done to my campaign and the potential loss of millions of dollars as a result. Our attorney is very familiar with this type of case.


Please work with me promptly so we can all avoid further hassle and expense. Thank you.


Tim Caplinger

DPA

(813) 785-4761


From: 'Zachary S.' [mailto:customercare@sqsp.me]
Sent: Tuesday, November 12, 2013 11:21 PM
To: dpa@delta-pilots.org
Subject: RE: DPA Site Attack


Nov 14th, 2013 at 1:09PM
(3 months ago)
Tom G.
**To:** DPA Mail <dpa@delta-pilots.org>
**From:** 'Tom G.' <customercare@sqsp.me> (Squarespace Customer Care)
**Reply-to:** customercare@squarespace.com
Hey Tim,

I'm really sorry for the back and forth here. As mentioned previously, the domain deltapilots.org within your account, is showing in our records as having been chosen in April of 2012 -- are you saying that this has just appeared within your account? Please clarify this for me, because at this point, I have you as the owner of the domain.

Additionally, if you think your Squarespace is compromised in anyway, you definitely want to reset your passwords -- we have a guide on how to do this here:

http://5help.squarespace.com/customer/portal/articles/727988-how-do-i-recover-or-change-my-account-password-

Let me know - thanks.


Nov 14th, 2013 at 2:04PM 3 months ago
Bill Purcell
Password sent to "owner contact" ( mark_mcclain@cox.net ) in OpenSRS: http://screencast.com/t/DkwnNaTP

Owner email currently in OpenSRS ( daharte@bellsouth.net ): http://screencast.com/t/Z5lZv7UjG


Nov 14th, 2013 at 7:27PM 3 months ago
Chris Limbrick
Duplicate ticket here: https://squarespace.desk.com/agent/case/707562

DPA 148



tim-caplinger.squarespace.com (627d7f5de4b09f6d32d361a0)

No primary domain.

users                                                    +

Tim Caplinger
amp.chumbawamba@ausi.com

DASHBOARD    BILLING    HISTORY    DOMAINS    EVENTS    TAXONOMY    TEMPLATE ARTIFACTS

STATUS

| SITE STATUS | PLAN | EXPIRES | TEMPLATE |
| REMOVED | | N/A | NATIVE IN STORE |

DETAILS

CLONEABLE — OFF          STORE TEST MODE — ON        DEVELOPER MODE
site cannot be cloned                is enabled                    is disabled

PRIORITY SUPPORT — OFF   WWW PREFIX — OFF
site is not eligible for priority support   Off is discouraged on TLD

FIX

Zap Website Cache        Move Domain Here

EXTRA

Reindex Site    Recalculate Stats    Recalculate Content Stats    Regenerate Sitemap

Recalculate Comment Counts

BILLING

Give Free Month    Extend Trial 7 Days    Refund    Prorated Refund

OPERATIONS

Export Site    Save Marketing Props



**tim-caplinger**.squarespace.com

No primary domain.

users                                    +

**Tim Caplinger**
amp.chumbawamba@ausi.com

DASHBOARD    BILLING    HISTORY    DOMAINS    EVENTS    TAXONOMY    TEMPLATE ARTIFACTS

PLAN                    PERIOD                    AUTORENEW

NO ACCOUNT        NO ACCOUNT        NO ACCOUNT

Created On:  Nov 08, 2013, 7:18 PM
Next Billing Date:  None
Last Payment:  None
Linked to:  Not Linked
Stripe ID:

| Date | Amount | Link | Coupon Code | Coupon |
|------|--------|------|-------------|--------|
|      |        |      |             |        |



tim-caplinger.squarespace.com (627e7f5c44b99c632d0361b0)

No primary domain.

| users | + |
|---|---|
| **Tim Caplinger** amp.chumbawamba@ausl.com | |

DASHBOARD    BILLING    HISTORY    DOMAINS    EVENTS    TAXONOMY    TEMPLATE ARTIFACTS

search text or users         USER   SUPPORT   NOTE   SYSTEM

+ ADD NOTE

| Date | Text | Type | User | Message |
|---|---|---|---|---|
| 11/09/13 4:45:30 PM | Status changed from TRIAL to REMOVED | User | - | Customer/owner removal |
| 11/09/13 1:03:25 PM | Impersonation as Tim Caplinger on tim-caplinger | Support | Shaun Horne | Impersonation as Tim Caplinger on tim-caplinger |
| 11/09/13 1:03:25 PM | Impersonation as Tim Caplinger | Support | Shaun Horne | |
| 11/09/13 12:44:24 PM | Impersonation as Tim Caplinger on tim-caplinger | Support | Jarno Veldhuis | Impersonation as Tim Caplinger on tim-caplinger |
| 11/09/13 12:44:24 PM | Impersonation as Tim Caplinger | Support | Jarno Veldhuis | |
| 11/09/13 12:40:14 PM | Impersonation as Tim Caplinger on tim-caplinger | Support | Jarno Veldhuis | Impersonation as Tim Caplinger on tim-caplinger |
| 11/09/13 12:40:14 PM | Impersonation as Tim Caplinger | Support | Jarno Veldhuis | |

tim-caplinger.squarespace.com (d27d7fd64b83a53d48b13a)

No primary domain.

users                                    +

Tim Caplinger
amp.chumbawamba@ausi.com

DASHBOARD     BILLING     HISTORY     DOMAINS     EVENTS     TAXONOMY     TEMPLATE ARTIFACTS

| | | |
|---|---|---|
| 11/09/13 - 4:45pm | domain_unlink_domain | 2 |
| 11/09/13 - 4:45pm | domain_unlink_domain | |
| 11/09/13 - 4:45pm | domain_unlink_domain | |
| 11/09/13 - 4:45pm | engagement_view_statistics | |
| 11/09/13 - 4:36pm | engagement_login | |
| 11/09/13 - 1:03pm | domain_view_page | |
| 11/08/13 - 7:55pm | engagement_meta_update | 3 |
| 11/08/13 - 7:55pm | engagement_meta_update | |
| 11/08/13 - 7:54pm | engagement_meta_update | |
| 11/08/13 - 7:54pm | engagement_meta_update | |
| 11/08/13 - 7:54pm | engagement_view_statistics | 2 |
| 11/08/13 - 7:54pm | engagement_view_statistics | |
| 11/08/13 - 7:54pm | engagement_view_statistics | |
| 11/08/13 - 7:49pm | engagement_block_drop | |
| 11/08/13 - 7:49pm | engagement_collection_add | |
| 11/08/13 - 7:48pm | engagement_meta_update | 5 |
| 11/08/13 - 7:48pm | engagement_meta_update | |
| 11/08/13 - 7:48pm | engagement_meta_update | |
| 11/08/13 - 7:44pm | engagement_meta_update | |
| 11/08/13 - 7:43pm | engagement_meta_update | |
| 11/08/13 - 7:43pm | engagement_meta_update | |
| 11/08/13 - 7:20pm | domain_view_page | |
| 11/08/13 - 7:20pm | engagement_checkout_view | |
| 11/08/13 - 7:19pm | domain_make_primary_domain | |
| 11/08/13 - 7:19pm | domain_link_domain | 2 |
| 11/08/13 - 7:19pm | domain_link_domain | |
| 11/08/13 - 7:19pm | domain_link_domain | |
| 11/08/13 - 7:18pm | domain_view_page | |
| 11/08/13 - 7:18pm | engagement_login | |
| 11/08/13 - 7:18pm | lifecycle_trial | |

DPA 152

| TIMESTAMP | EVENT_NAME | IP_ADDRESS |
|---|---|---|
| 2013-Nov-09   21:45:30 GMT | lifecycle_trial_expiration | None |
| 2013-Nov-09   21:45:30 GMT | domain_unlink_domain | 204.77.14.153 |
| 2013-Nov-09   21:45:30 GMT | domain_unlink_domain | 204.77.14.153 |
| 2013-Nov-09   21:45:18 GMT | engagement_view_statistics | 204.77.14.153 |
| 2013-Nov-09   21:36:23 GMT | engagement_login | 204.77.14.153 |
| 2013-Nov-09   18:03:46 GMT | domain_view_page | 74.131.26.226 |
| 2013-Nov-09   0:55:13 GMT | engagement_meta_update | 192.168.1.214 |
| 2013-Nov-09   0:54:52 GMT | engagement_meta_update | 192.168.1.157 |
| 2013-Nov-09   0:54:52 GMT | engagement_meta_update | 192.168.1.157 |
| 2013-Nov-09   0:54:26 GMT | engagement_view_statistics | 192.168.1.157 |
| 2013-Nov-09   0:54:20 GMT | engagement_view_statistics | 192.168.1.157 |
| 2013-Nov-09   0:49:40 GMT | engagement_block_drop | 192.168.1.165 |
| 2013-Nov-09   0:49:17 GMT | engagement_collection_add | 192.168.1.165 |
| 2013-Nov-09   0:48:46 GMT | engagement_meta_update | 192.168.1.165 |
| 2013-Nov-09   0:48:46 GMT | engagement_meta_update | 192.168.1.165 |
| 2013-Nov-09   0:44:20 GMT | engagement_meta_update | 192.168.1.150 |
| 2013-Nov-09   0:43:47 GMT | engagement_meta_update | 192.168.1.157 |
| 2013-Nov-09   0:43:47 GMT | engagement_meta_update | 192.168.1.157 |
| 2013-Nov-09   0:20:55 GMT | domain_view_page | 192.168.1.213 |
| 2013-Nov-09   0:20:52 GMT | engagement_checkout_view | 192.168.1.166 |
| 2013-Nov-09   0:19:47 GMT | domain_make_primary_domain | 192.168.1.212 |
| 2013-Nov-09   0:19:42 GMT | domain_link_domain | 192.168.1.212 |
| 2013-Nov-09   0:19:10 GMT | domain_link_domain | 192.168.1.167 |
| 2013-Nov-09   0:18:56 GMT | domain_view_page | 192.168.1.167 |
| 2013-Nov-09   0:18:37 GMT | engagement_login | 192.168.1.167 |
| 2013-Nov-09   0:18:37 GMT | lifecycle_trial | 192.168.1.167 |

DPA 153

Lifecycle_trial 11/08/13 – 7:18pm

State: None.



Engagement_login 11/08/13 – 7:18pm

State: Undefined.



Domain_view_page 11/08/13-7:18pm

State: Undefined.



Domain_link_domain 11/08/13-7:19pm

State: Undefined.



Domain_make_primary_domain 11/08/13-7:19pm

State: Undefined.



Engagement_checkout_view 11/08/13-7:20pm

State: Undefined.



Domain_view_page 11/08/13-7:20pm

State: Undefined.



Engagement_meta_update 11/08/1-7:43pm

Engagement_meta_update 11/08/1-7:44pm

Engagement_meta_update 11/08/1-7:48pm

Engagement_meta_update 11/08/1-7:54pm

Engagement_meta_update 11/08/1-7:55pm

State: Undefined.



Engagement_collection_add 11/08/13 7:49pm

State: Undefined.



Engagement_block_drop 11/08/13-7:49pm

State: Undefined.



Engagement_view_statistics 11/08/13-7:54pm

State: Undefined.



Domain_view_page 11/09/13-1:03pm

State: Kentucky



Engagement_login 11/09/13-4:36pm

State: Nevada.



Engagement_view_statistics 11/09/13-4:45pm

State: Nevada.



Domain_unlink_domain 11/09/13-4:45pm

State: Nevada.

