# **<u>Exhibit 11</u>**

To Declaration Of Nicholas Paul Granath
In Support Of
"Plaintiff's Memorandum Of Law Opposing Defendant's Motion For Summary Judgment."



übersmith | Client Manager | Support Manager | Device Manager | Order Manager | Sales Manager | Reports & Stats | Setup & Admin | Log out | Message Board

You Are Here: Client Manager > Client 1069 | Search Client Manager for | more advanced

**Bradshaw, Elliot**
Client ID: **1069**

0 active orders
0 completed orders

1 open/on hold tickets
201 closed tickets

1 outstanding invoices
6 active services

Client Profile | Services | Billing/Invoicing | Account Mgmt | Comments | Reports | Devices & IPs | Sales

View Client | Edit Client | List Contacts | Add Contact | Deactivate Client

## View Client

### Address & Contact Information
edit

| | |
|---|---|
| Name: | **Elliot Bradshaw** |
| Company: | |
| Address: | 1112 40th St<br>Bellingham, WA 98229 United States [view map] |
| E-mail: | **ebradsha@gmail.com** |
| Phone: | 360-305-0713 |
| Fax: | |

### Billing Summary
edit

| | | |
|---|---|---|
| Invoice Balance: | $ | 60.00 |
| Credit Balance: | $ | 0.00 |
| Account Balance: | **$** | **60.00** |
| Discount: | 0.00% | |
| Grace Period: | 20 days | |
| Invoice Charge Date: | After 7 Days | |
| Pre Bill: | Up to the due date of the invoice | |
| Default Auto-Payment Method: | No default auto-payment method on file | |
| Late Fee Schedule: | 5 % late fee after 5 days | |
| Invoice Delivery: | Email Only | |
| Client Since: | May/31/2012 (1 year, 8 months, 25 days) | |

### Account Information
edit

| | |
|---|---|
| Business: | No |
| Default Ticket Priority: | Normal |

### Custom Data
edit

**Ungrouped**

hide_address_in_whois: ARIN Customer Privacy Guidelines

### Login Information
edit

| | |
|---|---|
| Login Name: | **ebradsha@gmail.com** |
| Password: | ********** (ssha1) |
| Permissions | Partial |

### Authorized Contacts
show deactivated contacts | list contacts | add contact

**Primary Contact**

| | | | |
|---|---|---|---|
| Elliot Bradshaw | 360-305-0713 | ebradsha@gmail.com | edit \| deactivate |

### Tags
edit all tags | add tag

No Tags

### Master Service Agreement
add new msa

No MSA on file

### Reports
Outstanding Invoices

**Outstanding Invoices**

| | |
|---|---|
| Current | $ 60.00 |
| 0-30 | $ 0.00 |
| 31-60 | $ 0.00 |
| 61-90 | $ 0.00 |
| 91-120 | $ 0.00 |
| 121-150 | $ 0.00 |
| 151+ | $ 0.00 |
| Total | $ 60.00 |

Welcome **Don Reed** | 0 New Messages | 4 New Tickets | $ 3,869.63 Received Today | 4 New Clients | Message Board | Log out

**übersmith**    Client Manager    Support Manager    Device Manager    Order Manager    Sales Manager    Reports & Stats    Setup & Admin

You Are Here: Device Manager > Device 130      Search [Device Manager ▼] for [ ]   more advanced

## #130 - Bradshaw DIA Port
Client: Bradshaw, Elliot

1 open/on hold tickets    1 outstanding invoices
202 closed tickets    6 active services

| Information | Monitors | Comments | Reports | Child Devices | DNS Records |

View Device | Edit Device | Add Child Device | Add IP Assignment | Delete Device | Re-Discover Device | Duplicate Device

### View Device

**Device Information** — edit device

| | |
|---|---|
| Device Description: | Bradshaw DIA Port |
| Parent Device: | core1-dist1.las1.fiberhub.net |
| Type: | Network Services: **DIA Port** |
| Facility: | LAS1 - Fiberhub Las Vegas 1 |
| Zone & Cage: | Colo Area: Cabinet Colo Area |
| Row & Rack: | Row E: Cab E-08B |
| Rack Position: | Virtual |
| Rack Units: | 1 |
| Label: | bradshaw_DIA |

**Actions**

- Enable Switch Ports
- Disable Switch Ports

**IP Assignments** — add assignment

| Address | Description | Type | Portable | Owner | VLAN | |
|---|---|---|---|---|---|---|
| 192.228.104.0/24 | 192.228.104.0/24 | Global | | | | ptr \| split \| join \| edit \| delete |
| 199.47.208.192/30 | 199.47.208.192/30 | Global | | | | ptr \| split \| join \| edit \| delete |
| 199.127.56.64/29 | 199.127.56.64/29 | Global | | | | ptr \| split \| join \| edit \| delete |
| 199.127.56.128/28 | 199.127.56.128/28 | Global | | | | ptr \| split \| join \| edit \| delete |
| 199.127.57.64/28 | 199.127.57.64/28 | Global | | | | ptr \| split \| join \| edit \| delete |
| 204.77.0.64/26 | 204.77.0.64/26 | Global | | | | ptr \| split \| join \| edit \| delete |
| 204.77.14.128/26 | 204.77.14.128/26 | Global | | | | ptr \| split \| join \| edit \| delete |

**Device Status**

| | |
|---|---|
| Status: | n/a |
| Monitors: | 0 of 0 up |

**Related DNS Records**

No Records Found.

**Client Details** — edit

| | |
|---|---|
| Client ID: | 1069 |
| Listed Company: | Bradshaw, Elliot |
| Service ID: | 929 |
| Service Description: | Fiberhub Unmetered DIA - 100Mbps |

**Child Devices** — add child device

No Child Devices

**Device Metadata** — edit

**Switch Info**

| | |
|---|---|
| Switch Port eth0: | core1-dist1.las1:Fa0/34 |

**Power Circuit**

| | |
|---|---|
| Status: | Active |

**Tags** — add tag

No Tags

**Latest Comment** — add comment

| | |
|---|---|
| Posted by: | Rob Tyree |
| Time: | 10:51:03AM Nov/26/2013 |
| Client Viewable: | PUBLIC |
| Comment: | Announcing 162.248.4.0/24 for customer |

view all comments

**Bandwidth Monitoring** — edit

- eth0: core1-dist1.las1:Fa0/34     enable | disable

