# Exhibit 13

To Declaration Of Nicholas Paul Granath
In Support Of
"Plaintiff's Memorandum Of Law Opposing Defendant's Motion For Summary Judgment."



April 10, 2014

Stanley Silverstone
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Ave, Suite 1204
White Plains, NY 10601

**Re:** Legal Process Dated 1/28/2014 Requesting Time Warner Cable Subscriber Records

**Target Details: IP Address 74.131.26.226**

We have conducted a search of our records in response to the above referenced legal process issued at your request. Pursuant to the specific obligations imposed by 18 U.S.C. §2703, this letter is to advise you that the following records are enclosed:

**Subscriber Records**

☒ Subscriber Info        ☐ Call Detail Records

☒ MAC Address

☒ Email address

☐ Other _____

If you would like to discuss this matter with us, please contact me at (703)345-2665 between the hours of 8:30 AM and 5:30 PM EST/EDT. When calling, please reference the TWC case number # 14-44580 to enable us to retrieve your legal process and this letter from our files for the contact. It is Time Warner Cable's Record Retention policy to destroy our files relating to this request three years from the date of our response.

Respectfully,

*Robert L. Suter*

Robert Suter
Senior Analyst
Law Enforcement Response Operations Center
Time Warner Cable
http://www.timewarnercable.com/SubpoenaCompliance
SubpoenaInquiry@twcable.com

**Time Warner Cable /** 13820 Sunrise Valley Drive Herndon, VA 20171 /  **Tel:** (703) 345-3422  **Fax:** (704) 697-4911

DPA 227

## **SUBSCRIBER RECORD**

☒ Road Runner High Speed Data Services

☐ Home Phone Services

☐ Intelligent Home Services

| **Target Details** | **74.131.26.226** |
|---|---|
| Subscriber Name: | Shaun Horine |
| Subscriber Address: | 4215 EVANGELINE LN, LEXINGTON, KY 40509 |
| Activate Date: | 3/29/2013 |
| Deactivate Date: | Present |
| User Name or Features: | shorine8@twc.com |
| Phone number: | 859-230-9458, 859-317-1811 |
| Additional Subscriber Info: | Modem MAC ID: 001D.D383.87F2<br>Current Dynamic IP: 74.141.254.102 Lease First Seen: 12/6/13 6:24 AM EST |