UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DELTA PILOTS ASSOCIATION,

                                             Plaintiff,      Case No. 1:14-CV-00225-AKH

        -against-

RUSSELL C. MELVIN,

                                             Defendant.
------------------------------------------------------------------ X

### [PROPOSED] ORDER TO AMEND STIPULATED CONFIDENTIALITY ORDER

**WHEREAS** Plaintiff, Delta Pilots Association ("DPA"), entered into a Stipulated Confidentiality Order with non-party Squarespace, Inc., which was so ordered by the Court on May 28, 2015 (Docket No. 47); and

**WHEREAS** Plaintiff DPA, Defendant Russell C. Melvin, and Squarespace, Inc., have agreed to amend Paragraph 3 of the Stipulated Confidentiality Order;

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that:

1. Paragraph 3 of the Stipulated Confidentiality Order (Docket No. 47), shall be replaced by the following:

    3. Information produced by Squarespace in response to the Subpoena that has been marked as "Confidential" shall not be disclosed, discussed with, or used by anyone except:

    (a) Attorneys of record for DPA, and the employees of such attorneys of record;

    (b) Independent experts retained by DPA for the purpose of assisting DPA and its attorneys in this case;

(c) DPA Interim President Tim Caplinger;

(d) Attorneys of record for Defendant and the employees of such attorneys of record;

(e) Independent experts retained by Defendant for the purpose of assisting Defendant and his attorneys in this case;

(f) Defendant; and

(g) This Court and its personnel.

|  |  |  |  |
|---|---|---|---|
|  | */s/ Nicholas Paul Granath* |  | *Dana Lossia* |
| By: | Nicholas Paul Granath, Esq.<br>Seham, Seham, Meltz & Petersen, LLP<br>Attorneys for Plaintiff Delta Pilots Association<br>199 Main Street, Seventh Floor<br>White Plains, New York 10601<br>Tel. (612) 341-9080<br>ngranath@ssmplaw.com<br><br>Date: August 1, 2018 | By: | Dana E. Lossia<br>Levy Ratner, P.C.<br>Attorneys for Defendant Russell C. Melvin<br>80 8th Avenue, 8th Floor<br>New York, NY 10011<br>Tel. (212) 627-8100<br>dlossia@levyratner.com<br><br>Date: August 7, 2018 |

      *Courtenay O'Connor*

By:   Courtenay O'Connor, Esq.
       General Counsel, Squarespace

Date: August 2, 2018

**SO ORDERED** this ___ day of _____, 2018.

_____
United States District Judge