```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DELTA PILOTS ASSOCIATION,

                            Plaintiff,    Case No. 1:14-CV-00225-AKH

      -against-

RUSSELL C. MELVIN,

                            Defendant.
-------------------------------------------------------------- 
X

## [PROPOSED] ORDER TO AMEND STIPULATED CONFIDENTIALITY ORDER

**WHEREAS** Plaintiff, Delta Pilots Association ("DPA"), entered into a Stipulated Confidentiality Order with non-party Squarespace, Inc., which was so ordered by the Court on May 28, 2015 (Docket No. 47); and

**WHEREAS** Plaintiff DPA, Defendant Russell C. Melvin, and Squarespace, Inc., have agreed to amend Paragraph 3 of the Stipulated Confidentiality Order;

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that:

1.    Paragraph 3 of the Stipulated Confidentiality Order (Docket No. 47), shall be replaced by the following:

    3.    Information produced by Squarespace in response to the Subpoena that has been marked as "Confidential" shall not be disclosed, discussed with, or used by anyone except:

        (a) Attorneys of record for DPA, and the employees of such attorneys of record;

        (b) Independent experts retained by DPA for the purpose of assisting DPA and its attorneys in this case;

762-000-00001: Propose Order.docx

(c) DPA Interim President Tim Caplinger;

(d) Attorneys of record for Defendant and the employees of such attorneys of record;

(e) Independent experts retained by Defendant for the purpose of assisting Defendant and his attorneys in this case;

(f) Defendant; and

(g) This Court and its personnel.

By: */s/ Nicholas Paul Granath*
Nicholas Paul Granath, Esq.
Seham, Seham, Meltz & Petersen, LLP
Attorneys for Plaintiff Delta Pilots Association
199 Main Street, Seventh Floor
White Plains, New York 10601
Tel. (612) 341-9080
ngranath@ssmplaw.com

Date: August 1, 2018

By: *Dana Lossia*
Dana E. Lossia
Levy Ratner, P.C.
Attorneys for Defendant Russell C. Melvin
80 8th Avenue, 8th Floor
New York, NY 10011
Tel. (212) 627-8100
dlossia@levyratner.com

Date: August 7, 2018

By: *Courtenay O'Connor*
Courtenay O'Connor, Esq.
General Counsel, Squarespace

Date: August 2, 2018

SO ORDERED this 10 day of Aug, 2018.

_____
United States District Judge

762-000-00001· Propose Order.docx

2