Nicholas Granath, Esq.
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
199 Main Street, Seventh Floor
White Plains, New York 10601
Tel (914) 997-1346

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA PILOTS ASSOCIATION,<br><br>     Plaintiff,<br><br> v.<br><br>RUSSELL C. MELVIN,<br><br>     Defendant. | Civil Action No.: 1:14-cv-00225-AKH<br><br>**PLAINTIFF DPA'S<br>NOTICE OF MOTION<br>FOR LEAVE TO<br>FILE AN EXHIBIT UNDER SEAL** |

  **COMES NOW PLAINTIFF**, the Delta Pilots Association ("DPA"), by and through its undersigned counsel, acting pursuant to § 6 "Sealed Documents" of this Court's "Electronic Case Filing Rules & Instructions" (February 1, 2019) to hereby move this Court, at the United States Courthouse, 500 Pearl St., New York, New York 10007-1312, for an order granting Plaintiff <u>leave to file under seal</u> an exhibit to a Declaration filed in support of Plaintiff's motion for summary judgment (*see* Dkt. 113; February 17, 2019).

  For its supporting grounds this motion is based upon Plaintiff's separately filed supporting memorandum of law.

Dated: February 18, 2019      SEHAM, SEHAM, MELTZ & PETERSEN, LLP
White Plains, NY

By: _____
Nicholas Granath, Esq. *pro hac vice*
ngranath@ssmplaw.com
Lee Seham, Esq.
LSeham@ssmplaw.com
Lucas K. Middlebrook, Esq.
lmiddlebrook@ssmplaw.com
George Diamantopoulos, Esq.
GDiaman@ssmplaw.com
199 Main Street, Seventh Floor
White Plains, New York 10601
Tel: (914) 997-1346
Fax: (914) 997-7125

*Attorneys for Plaintiff, the Delta Pilots Association*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated herein above I electronically filed the above, attached document, and I further hereby certify that the above attached document was filed with the Clerk of this Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Dana Lossia, Esq.
dlossia@levyratner.com
LEVY RATNER, P.C.
80 Eighth Avenue Floor 8
New York, New York 10011
Tel. 212 627-8100
Fax. 212 627-8122

_____
Nicholas Paul Granath, Esq.