UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DELTA PILOTS ASSOCIATION,

                                  Plaintiff,

-against-

RUSSELL C. MELVIN,

                                 Defendant.
-----------------------------------------------------------------X

**DECLARATION OF DANA E. LOSSIA IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE SECOND AMENDED COMPLAINT**

Case No. 1:14-cv-00225-AKH

I, DANA LOSSIA, declare pursuant to 29 USC § 1746 that the following is true and correct:

1. I am a partner in the firm of Levy Ratner, P.C. and am lead counsel of record for Defendant Russell C. Melvin in the above captioned-matter. I am fully familiar with the facts and circumstances of this litigation, and I make this declaration in opposition to Plaintiff's motion for leave to amend the Second Amended Complaint.

2. Attached as **"Exhibit A"** is a true and correct copy of the first page and excerpts of the deposition of Timothy Caplinger, the founder and president of Delta Pilots Association ("DPA"), conducted on January 11, 2019.

3. Attached as **"Exhibit B"** is a true and correct copy of the first page and excerpts of the deposition of Richard Eagan, a member of the DPA Board of Directors and its former webmaster, conducted on January 10, 2019.

4. Attached as **"Exhibit C"** is a true and correct copy of a subpoena served by Defendant upon third-party Squarespace, Inc. on or about August 13, 2018.

Dated: February 19, 2019
       New York, New York

                                                                     _/s/ Dana Lossia_
                                                                    DANA E. LOSSIA

762-000-00001: 10999253.doc