# Exhibit A

### Page 1

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2
 3        CIVIL ACTION NO.: 1:14-cv-00225-AKH
 4
    DELTA PILOTS ASSOCIATION,
 5   a labor organization
    incorporated in Florida,
 6
 7        Plaintiff,
 8   -vs-
 9
    RUSSELL C. MELVIN,
10   an individual,
11
12        Defendants,
13  _____
14              DEPOSITION
15                 OF
16         TIMOTHY EDWARD CAPLINGER
17            PAGES 1 - 192
18          Deposition taken on:
            Friday, January 11, 2019
19          9:50 a.m. - 5:39 p.m.
20
            Deposition taken at:
21          Esquire Deposition Solutions
            101 East Kennedy Boulevard
22               Suite 3350
                Tampa, Florida
23
24  Reported By:
    Cassie O. May, RMR
25  Notary Public, State of Florida
    Esquire Deposition Solutions
```

### Page 2

```
 1              A P P E A R A N C E S
 2
    On behalf of Plaintiff(s):
 3
        Nicholas P. Granath, Esq
 4      SEHAM, SEHAM, MELTZ & PETERSEN, LLP
        199 Main Street
 5      Seventh Floor
        White Plains, New York 10601
 6
 7
 8  On behalf of Defendant(s):
 9      Dana Lossia, Esq. (via videoconference)
        LEVY RATNER, P.C.
10      80 Eighth Avenue
        Eighth Floor
11      New York, New York  10011
12      Also present:  Russell Melvin (via telephone)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 3

```
 1           E X A M I N A T I O N  I N D E X
 2  Examination BY MS. LOSSIA                    5
 3
 4
 5
              E X H I B I T  I N D E X
 6
 7  EXHIBIT NO.                              PAGE NO.
 8   1    second amended complaint              11
 9   2    DPA 142 - DPA 148                    114
10   3    DPA 272                               51
11   4    DPA 47 - DPA 51                       80
12   5    DPA 39 - DPA 40                       93
13   6    DPA 42                                98
14   7    DPA 43                               100
15   8    DPA 45                               101
16   9    DPA 22                                85
17  10    DPA 24 and DPA 26                     51.
18  13    DPA 34 - DPA 37                      103
19  14    DPA 63 - DPA 68                       62
20  15    DPA 78                               107
21  16    DPA 79 - 86                          109
22  17    DPA 89 - DPA 168                     133
23  19    DPA 245 - DPA 247                    143
24  20    DPA 260 - DPA 261                    147
25  21    DPA 262 - DPA 268                    148
```

### Page 4

```
 1  22    DPA 411 - DPA 416                    149
 2  23    DPA 629 - DPA 633                     81
 3  25    DPA 692 - DPA 693                    156
 4  26    Def. 555 - Def. 571                  161
 5  27    Def. 572 - Def. 595                  166
 6  28    Def. 1054 - Def. 1076                167
 7  29    DPA 507 - DPA 531                     61
 8  30    Def 01092                            111
 9  31    Plaintiff's 5th Supplemental Responses and DPA 116
          744-755
10
    32    Def. 596                             120
11
    33    Def 01097                            128
12
    34    Def 00055                            144
13
    35    Def 5 - Def 13  Def 21 - Def 54      157
14
    36    Def. 00056                           160
15
    37    Def. 597                             174
16
17
18
19
20
21
22
23
24
25
```



### Page 13

1  Q   Prior to that conference call, what was the
2  board of directors meeting prior to that?
3     A   The previous one would have been calling them
4  to ask their opinion regarding running a movie theater
5  trailer in the Georgia region where our pilots are based
6  around the Atlanta area and to get their opinion on that
7  large expenditure.  And that would have been about six
8  months prior to that, so sometime in 2015, I estimate
9  would have been that phone call, that conference call.
10    Q   And what was the most recent prior meeting of
11  the board of directors?
12    A   I do not recall.
13    Q   Does DPA have minutes from the discussion with
14  the board of directors concerning the movie trailer?
15    A   Not that I recall, no, there is no minutes.
16  There were no minutes.
17    Q   Do you have any minutes from any board of
18  directors meeting of DPA?
19    A   No, ma'am.
20    Q   Have you discussed the website hacking with
21  Frank Mataja?
22    A   Not in any detail other than we have a lawsuit
23  in progress that is -- that they are going to require
24  funding, so no.
25    Q   Did Mr. Mataja vote to authorize the lawsuit

### Page 14

1  or the expenditure of funds on the lawsuit?
2     A   No.
3     Q   Did Mr. Eagan vote to authorize either the
4  lawsuit or the expenditure of funds on the lawsuit?
5     A   Mr. Eagan was not on the board of directors at
6  the time the lawsuit began.
7     Q   Was Ira Astrachan on the board of directors at
8  the time this lawsuit began?
9     A   Yes.
10    Q   Did you discuss the lawsuit with Mr.
11  Astrachan?
12    A   Not to my recollection.
13    Q   Did you discuss the hacking of the website
14  with Mr. Astrachan?
15    A   Not to my recollection.
16    Q   DPA alleges in paragraph 21 of the second
17  amended complaint that its website can be located at
18  http://delta-pilots.org.  Is that a true statement?
19    A   To the best of my belief, yes.
20    Q   Who registered that domain?
21    A   I did.
22    Q   When was that?
23    A   That would have been in 2010, the summer of
24  2010.  I don't recall the exact date.
25    Q   Did you pay to register that domain?

### Page 15

1     A   Yes, ma'am.
2     Q   Did you create a website to be hosted at that
3  domain?
4     A   I need to correct the record on that previous
5  question or supplement it.  I paid for that domain but
6  using DPA funds, if that is more clear.
7     Q   Yes.  Thank you.
8     A   I'm sorry.  Your next question, please?
9     Q   Did you create a website to be hosted at the
10  domain we were just discussing?
11    A   I don't create websites as such.  I use a web
12  hosting service that had website creation tools that
13  allowed me just to input content.  So I did the basic
14  steps to, I guess you could say create, but enter the
15  data into the website, yes.
16    Q   And Squarespace is the service that you used;
17  is that right?
18    A   Yes.  Now, initially, I believe the basic
19  original DPA website was just a plain, very plain
20  one-page website through GoDaddy, just a page announcing
21  that we had started.  But once we started gaining steam
22  in the fall of 2010, I got a webmaster assistant,
23  Richard Eagan, to help me expand our capability, and
24  that's when we migrated or basically shut down that
25  original single web page and began a more professional

### Page 16

1  approach through Squarespace.
2     Q   And who paid for the DPA Squarespace account?
3     A   DPA.  I physically authorized the payment but
4  DPA funds.
5     Q   Who has administrative control over the DPA
6  website at this time?
7     A   Just myself and -- I'm not sure if Richard
8  Eagan has the current passwords, but if he requested it,
9  I would give it to him.  I don't recall if he has the
10  current password, but myself and Richard Eagan.
11        Ma'am, there is a background noise that I'm
12  struggling to hear your questions.
13    Q   Is it better now?
14    A   Yes, ma'am.
15    Q   At the time of November 2013, who had
16  authorized administrative access to the DPA website?
17    A   Myself and Richard Eagan.
18    Q   Has anyone else ever had authorized
19  administrative access to the DPA website?
20    A   No, ma'am.
21    Q   DPA alleges at paragraph 23 of the second
22  amended complaint that it displays a running count of
23  the number of cards signed by Delta pilots in DPA's
24  campaign to replace ALPA.  Do you see what I'm referring
25  to?



Page 17

1  A   Yes, ma'am.
2  Q   Did that practice of displaying a running
3  count of the number of cards stop at some point?
4  A   Yes, ma'am, it did.
5  Q   When was that?
6  A   I don't recall the exact date, but I stopped
7  updating when we idled our campaign, suspended it, and
8  that would have been sometime in 2017.  I'm sorry, I
9  don't have the -- I don't recall the date.
10  Q   While the number of cards was still being
11  displayed on the DPA website, what was included in that
12  count?
13  A   To be clear, the cards are still displayed on
14  our website.  It is just not updated.
15  Q   Oh, I see, okay.  So what's included in that
16  number?
17  A   Okay, thank you.  We have two numbers
18  typically that were displaying on there, a number of
19  cards required and then a number of cards received.  I
20  believe, to my recollection, it was a blue box that
21  showed kind of the goal and then a green box to show how
22  we were doing against that goal with the number of cards
23  received.
24  Q   Did the number of cards received include cards
25  that may have expired under the National Mediation Board

Page 18

1  rules?
2  A   Yes.
3  Q   Did the number of cards received include
4  duplicate cards from the same pilot in any event?
5  A   Not to my knowledge.
6  Q   What is the highest number of signed
7  authorization cards that DPA has ever had that were
8  valid under the National Mediation Board rules?
9  A   I have no hard number in my mind that I can
10  recall, but I can estimate for you.  That would have
11  been at the point where we kicked off a celebration at
12  5400 total cards, but at that time approximately 600 of
13  those cards needed to be updated.  So I would estimate
14  that 5400 minus six, it was around 4800 valid
15  ready-to-roll to the NMB cards.
16  Q   When was that?
17  A   That was in the fall of 2013, just prior to
18  this attack.
19  Q   Does DPA intend to file for a certification
20  election with the National Mediation Board?
21  A   If we are ever able to achieve the required
22  number of cards, yes.
23  Q   How many cards do you have currently that are
24  valid under the NMB rules?
25  A   I do not know.

Page 19

1  Q   In paragraph 25 of the second amended
2  complaint, it says that, "Through Squarespace, DPA also
3  links to various domain names or other URLs or websites
4  on other computers used in interstate commerce and
5  maintains a webmaster account."
6      When the complaint refers to links to various
7  domain names and other URLs or websites, does that mean
8  in laymen's terms that there are hypertext links on the
9  DPA site that can be clicked to take the visitor to a
10  website that is not maintained by DPA?
11      MR. GRANATH:  I will enter a standing
12  objection, just for efficiency sake, based on form
13  for all questions that are directed to what the
14  complaint alleges, and I will instruct the witness
15  to answer those according to his personal knowledge
16  or otherwise in confines of the question.  Go ahead
17  and answer it.
18      THE WITNESS:  Would you please restate the
19  question.
20      Could the court reporter read that question
21  back, please.
22      (Portions of record read back by court
23  reporter.)
24      THE WITNESS:  In part, I would say that's
25  mostly correct.  There could be -- there could be

Page 20

1  other links that the user doesn't have to click on
2  that are -- that are automatically displayed on our
3  website.
4      You know, for instance, a Wistia video or a
5  YouTube or a Twitter link, you know, those would
6  all be ones you could click on and go somewhere,
7  but the Wistia video would be in our video section
8  and you would see the video on our website, but the
9  user was actually being transported to the Wistia
10  service that was -- so they didn't leave our
11  website, but they were able to view something
12  through an external party on our website.  Sorry if
13  that was confusing.
14  BY MS. LOSSIA:
15  Q   Before November 2013, did you know the name
16  Russell Melvin?
17  A   I had learned of Russell Melvin through
18  several points; one his submission of a DPA card, and
19  then a phone call from him offering to assist DPA and
20  join us on our finance team.  He claimed to have an
21  extensive finance background as well as background in
22  the military and with ALPA and he would be a great
23  volunteer.  And in that conversation where he
24  volunteered to work with us, he declined to accept a
25  project that I gave him to kind of vet him.

