# Exhibit B

```
                                                  Page 1
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
 3         CIVIL ACTION NO.: 1:14-cv-00225-AKH
 4
     DELTA PILOTS ASSOCIATION,
 5   a labor organization
     incorporated in Florida,,
 6
 7         Plaintiff,
 8   -vs-
 9
     RUSSELL C. MELVIN,
10   an individual,
11
12         Defendants,
13   _____
14                    DEPOSITION
15                        OF
16              RICHARD JAMES EAGAN, II
17                  PAGES 1 - 122
18             Deposition taken on:
                Thursday, January 10, 2019
19              10:11 a.m. - 4:33 p.m.
20
                 Deposition taken at:
21              Esquire Deposition Solutions
                101 East Kennedy Boulevard
22                      Suite 3350
                      Tampa, Florida
23
24   Reported By:
     Cassie O. May, RMR
25   Notary Public, State of Florida
     Esquire Deposition Solutions
```

```
                                                  Page 2
 1              A P P E A R A N C E S
 2
     On behalf of Plaintiff(s):
 3
         Nicholas P. Granath, Esq
 4       SEHAM, SEHAM, MELTZ & PETERSEN, LLP
         199 Main Street
 5       Seventh Floor
         White Plains, New York 10601
 6
         Also present:  Timothy Caplinger
 7
 8   On behalf of Defendant(s):
 9       Dana Lossia, Esq. (via videoconference)
         LEVY RATNER, P.C.
10       80 Eighth Avenue
         Eighth Floor
11       New York, New York  10011
12       Also present:  Russell Melvin (via telephone)
```

```
                                                  Page 3
 1              E X A M I N A T I O N   I N D E X
 2   Examination BY MS. LOSSIA                          6
 3
 4
 5
              E X H I B I T   I N D E X
 6
 7   EXHIBIT NO.                                 PAGE NO.
 8    1    Second Amended Complaint                    9
 9    2    DPA 142 - DPA 148                          36
10    3    DPA 272                                    46
11    4    DPA 47 - DPA 51                            58
12    5    DPA 39 - DPA 40                            61
13    6    DPA 42                                     62
14    7    DPA 43                                     62
15    8    DPA 45                                     62
16    9    DPA 22                                     66
17   10    DPA 24 and DPA 26                          69
18   11    DPA 28                                     72
19   12    DPA 32                                     74
20   13    DPA 34 - DPA 37                            75
21   14    DPA 63 - DPA 68                            76
22   15    DPA 78                                     78
23   17    DPA 89 - DPA 168                           79
24   19    DPA 245 - DPA 247                          87
25   20    DPA 260 - DPA 261                          88
```

```
                                                  Page 4
 1   21    DPA 262 - DPA 268                          88
 2   23    DPA 629 - DPA 633                         105
 3   24    DPA 635 - DPA 648                         106
 4   25    DPA 692 - DPA 693                         106
 5   26    Def 00555 - Def 000571                    107
 6   27    Def 00572 - Def 00595                     110
 7   28    Def 01054 - Def 01076                     112
```



Page 9
1  A  No.
2  Q  Did you review any documents to prepare for
3  today's deposition?
4  A  Yes.
5  Q  What documents did you review?
6  A  The support tickets that we sent in requesting
7  assistance from Squarespace.
8  Q  Anything else?
9  A  To the best of my recollection, no.  If I
10  remember, I will tell you.
11  Q  If I use the acronym DPA, I am referring to
12  Delta Pilots Association, okay?
13  A  Okay.
14  Q  If I use the acronym ALPA, I am referring to
15  the Airline Pilots Association; is that okay?
16  A  Understood.
17  Q  I would like the court reporter to mark as
18  Defendant's Deposition Exhibit 1 the second amended
19  complaint.
20      (Exhibit No. 1 marked for identification.)
21  BY MS. LOSSIA:
22  Q  Do you have all 16 pages of that document in
23  front of you?
24  A  It appears that there are.
25  Q  Please look at paragraph 4, page 2.

Page 10
1  A  Okay.
2  Q  DPA alleges that Russell Melvin was involved
3  in hacking the DPA website, correct?
4  A  As everything has progressed from the original
5  hacking, yes.
6  Q  Is it your belief that Mr. Melvin acted alone
7  or with others?
8      MR. GRANATH:  Objection, form.  Go ahead and
9      answer it if you can.
10      THE WITNESS:  I do not know.
11  BY MS. LOSSIA:
12  Q  Do you have any reason to believe that
13  Mr. Melvin acted with others in allegedly hacking the
14  DPA website?
15  A  I would have no knowledge of that.
16  Q  Who are the current members of the DPA board
17  of directors?
18  A  Mr. Caplinger, myself.  I know that there are
19  other members, but I don't know them by name.
20  Q  When was your last meeting of the DPA board of
21  directors?
22  A  We don't hold meetings.  The board of
23  directors are contacted when issues need to be
24  addressed, and usually it's done electronically or by
25  phone call individually.

Page 11
1  Q  When was the last time the board of directors
2  was contacted because an issue needed to be addressed?
3  A  I don't recall.
4  Q  When an issue needs to be addressed by members
5  of the board of directors, is it you who contacts them
6  electronically or by phone?
7  A  Mr. Caplinger usually initiates those
8  contacts.
9  Q  Has there been a time when you initiated those
10  contacts?
11  A  I communicate with Mr. Caplinger on a regular
12  basis outside of my responsibilities as a board member,
13  so conversations could come up related to that.
14  Q  Have you ever contacted a member of the DPA
15  board of directors to discuss an issue that needed to be
16  addressed by the board?
17  A  Not to my recollection.
18  Q  Have you ever discussed the alleged hacking of
19  the DPA website with a member of the DPA board of
20  directors other than Mr. Caplinger?
21  A  No.
22  Q  Have you ever discussed this litigation with a
23  member of the DPA board of directors other than
24  Mr. Caplinger?
25  A  No.

Page 12
1  Q  To your knowledge, did Mr. Caplinger discuss
2  this litigation with any other members of the DPA board
3  of directors other than you?
4      MR. GRANATH:  Objection, form.  Answer it if
5      you can.
6      THE WITNESS:  Can you restate the question,
7      please.
8      MS. LOSSIA:  Could the court reporter read the
9      question back, please.
10      (Portions of record read back by court
11      reporter.)
12      THE WITNESS:  Not to my knowledge, but I would
13      suspect in the process he would.
14  BY MS. LOSSIA:
15  Q  Please look at paragraph 21 of the second
16  amended complaint.
17  A  Okay.
18  Q  Do you believe the allegation in paragraph 21
19  of the second amended complaint to be true and accurate?
20      MR. GRANATH:  Objection, form.
21      THE WITNESS:  The question again was can it
22      be --
23  BY MS. LOSSIA:
24  Q  Do you believe paragraph 21 to be true?
25  A  Yes.



Page 13

1  Q  Who registered delta-pilots.org?
2     MR. GRANATH:  Objection, form.  Answer it if
3  you can.
4  BY MS. LOSSIA:
5  Q  You can answer the question.
6  A  Okay.  To be clear of your question, you said
7  pilot without an S?
8  Q  I actually meant to say pilots with an S, the
9  website that is --
10  A  So I need you to state the question again
11  because I was assuming you said without the S.
12  Q  I will state it again.
13     Who registered delta-pilots.org?
14  A  Mr. Caplinger, to the best of my knowledge.
15  Q  Who paid for it?
16  A  Mr. Caplinger, to the best of my knowledge.
17  Q  Do you recall when that domain was registered?
18  A  I don't know because I was not associated with
19  the organization at that time.
20  Q  Who created the website at delta-pilots.org?
21  A  Mr. Caplinger, to the best of my knowledge.
22  Q  And who paid for its hosting?
23  A  Mr. Caplinger.
24  Q  Who has administrative control over that
25  website?

Page 14

1     MR. GRANATH:  Objection, form.
2  BY MS. LOSSIA:
3  Q  Mr. Eagan, if your counsel states an
4  objection, you can still answer the question unless he
5  directs you not to.
6  A  Okay.  I'm sorry.
7  Q  That's okay.
8  A  So state the question again for me, please,
9  because I think there is -- it has to be broken down.
10  Q  Who has administrative control over the
11  website we have been discussing that's listed in
12  paragraph 21?
13  A  So that would be a timing thing.  Before I was
14  in the organization, it was just Mr. Caplinger.  And
15  then when I became part of the organization, it was
16  Mr. Caplinger and myself.
17  Q  And when was that that you gained
18  administrative control of that website?
19  A  I don't have a specific date, but I will say
20  in the fall of 2010, 2010 --
21  Q  Is that when you became the -- go ahead.
22  A  I would like to correct the record because the
23  original website was not on Squarespace and I did not
24  have access to that.  It was not until Squarespace that
25  I had access.

Page 15

1  Q  And when was that?
2  A  Sometime in the fall of 2010 when we
3  established it, to the best of my recollection.
4  Q  Is that also when you became the webmaster for
5  DPA?
6  A  Yes.
7  Q  Are you still the webmaster for DPA?
8  A  In title only.
9  Q  When did you stop performing the duties of
10  webmaster for DPA?
11  A  In the middle of 2013, I had personal affairs,
12  a divorce situation develop and advised Tim of the
13  situation, Mr. Caplinger, and he assumed more of the
14  responsibilities so that I could deal with my personal
15  issues, but I was always available to assist at any
16  time.  So he took over more of the maintenance at that
17  point.
18  Q  At some point after the middle of 2013, did
19  you resume those duties?
20  A  I have never fully resumed the duties, but I
21  have always been available to assist and consult with
22  him on anything related to the website.
23  Q  Prior to the middle of 2013, can you please
24  describe what your duties and responsibilities were as
25  webmaster for DPA.

Page 16

1  A  Managed the content structure of the website,
2  managed the administrative maintenance of the website,
3  post content that was provided Mr. Caplinger,
4  development of anything that we might want to add in
5  terms of its esthetics or functionality.  There are
6  probably other minor details, but I don't recall.
7  Q  Do you recall more specifically when you
8  transitioned away from all of those responsibilities in
9  2013, what month?
10  A  My wife and I separated in June.  I advised
11  Mr. Caplinger what was going on, and it was a slow
12  transition out of that until September of that year when
13  divorce papers were actually filed.  And Mr. Caplinger
14  said, "Don't worry about it, I will take care of
15  everything."
16  Q  At some point did anyone other Mr. Caplinger
17  have authorization to access DPA's Squarespace account?
18  A  To my knowledge, no.
19  Q  Please look at paragraph 25 of the second
20  amended complaint.
21  A  Okay.
22  Q  This paragraph says, "Through Squarespace, DPA
23  also links to various domain names or other URLs or
24  websites on other computers used in interstate commerce
25  and maintains a webmaster account."



Page 17
1  Did I read it correctly?
2  A   Yes.
3  Q   When you refer to DPA linking to various
4  domain names and other URLs or websites, do you mean in
5  sort of laymen's terms that there are hypertext links
6  that can be clicked to take the user to a website that
7  is not the DPA website?
8      MR. GRANATH:  Objection, foundation.  Answer
9      it if you can.
10     THE WITNESS:  Yes.  As an example, if there is
11     a video link, it could link to YouTube.
12 BY MS. LOSSIA:
13 Q   Okay.  And YouTube is not a DPA website, but
14 the DPA website could be linking to YouTube?
15 A   Correct.
16 Q   Before November of 2013, did you know Russell
17 Melvin?
18 A   I still don't know Russell Melvin other than a
19 name.
20 Q   Did you know the name Russell Melvin before
21 November of 2013?
22 A   No.
23 Q   Have you ever --
24 A   Excuse me, and I can't say that I knew him in
25 2013.  I'm not sure when it was figured out that his

Page 18
1  name came into play, so I can't even say it was 2013.
2  It may have been.
3  Q   Okay.  Thank you.
4      Have you ever corresponded with Mr. Melvin
5  over e-mail?
6  A   Me personally, no.
7  Q   Text message?
8  A   No form of communications with Mr. Melvin.
9  Q   I am referring for my next question to
10 paragraph 38 of the second amended complaint.
11 A   Okay.
12 Q   DPA alleges that Mr. Melvin obtained the DPA
13 administrative login and password, correct?
14 A   That's what this says.
15 Q   What evidence does DPA have that Mr. Melvin
16 obtained the DPA administrative login and password?
17     MR. GRANATH:  Objection, foundation.
18     THE WITNESS:  I only have secondhand
19     knowledge.  I don't have any specific knowledge of
20     it because I have not been involved in the
21     investigation of trying to figure out that
22     information unless asked by Mr. Caplinger to
23     research something, but other than that, I don't.
24     And usually it was related to technical aspects of
25     the website versus other things that have gone into

Page 19
1  developing the case.
2  BY MS. LOSSIA:
3  Q   Thank you for that answer and I would like to
4  follow up on that.
5      You mentioned that you may have been asked by
6  Mr. Caplinger to research something.  Can you describe
7  what you mean by that.
8  A   I have no specific recollection of anything
9  related to it.  I can just say that Mr. Caplinger would
10 occasionally ask me to do something and I would do it,
11 but I can't recall what it would be.  It could be
12 website stuff.  It could have been something else.
13 Q   I'm looking at paragraph 40 of the second
14 amended complaint.
15 A   Okay.
16 Q   What evidence, if any, does DPA have that
17 Mr. Melvin obtained and used the e-mail address of
18 amp.chumbawamba@ausi.com?
19     MR. GRANATH:  Objection, foundation.
20     THE WITNESS:  I learned about it in
21     discussions with Mr. Caplinger, so I don't have any
22     first-hand knowledge.
23 BY MS. LOSSIA:
24 Q   Did DPA obtain any records from ausi.com about
25 the owner or user of that e-mail address?

Page 20
1      MR. GRANATH:  Objection, foundation.
2      THE WITNESS:  I have no personal knowledge of
3      how that transpired.
4  BY MS. LOSSIA:
5  Q   Paragraph 41 of the second amended complaint
6  refers to DPA's website.  Is it your understanding that
7  that is the same website that is referred to in
8  paragraph 21 of the second amended complaint?
9  A   Yes.
10 Q   What evidence, if any, does DPA have that
11 Mr. Melvin used the DPA administrative login and
12 password to access DPA's website starting on or about
13 November 8, 2013?
14     MR. GRANATH:  Objection, foundation.
15     THE WITNESS:  I have no personal information
16     on that.
17 BY MS. LOSSIA:
18 Q   Is it possible that someone other than
19 Mr. Melvin used the DPA administrative login and
20 password to access DPA's website starting on or about
21 November 8, 2013?
22     MR. GRANATH:  Objection, form.
23     THE WITNESS:  Answer it?
24     MR. GRANATH:  Go ahead and answer if you can.
25     You can answer any question unless I instruct you

