# SEHAM, SEHAM, MELTZ & PETERSEN, LLP

ATTORNEYS AT LAW
199 Main Street, Seventh Floor
White Plains, New York 10601
Tel. 914 997-1346 • Fax 914 997-712
Sender's Tel.: (612) 210-8460
Sender's E-mail: ngranath@ssmplaw.com

February 22, 2019 *via ECF*

Hon. Alvin K. Hellerstein, United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Matter:   *Delta Pilots Asc. v. Melvin*, Civil Action No.: 1:14-cv-00225-AKH

Ref.   Status Conference Held This Date On 22 February 22, 2019

Your Honor:

In follow-up to today's Status Conference in the above-cited matter, and at the Court's invitation to my colleague Lee Seham, this letter will confirm that Plaintiff hereby <u>withdraws Count II</u> of its Second Amended Complaint.  By this action Plaintiff's pending summary judgment motion (Dkt. 113) on Counts I and III is now directed at the <u>only</u> remaining Counts.

In addition, I write to inform the Court that Plaintiff has now secured permission from SquareSpace to file Exhibit 10 to a declaration in support of Plaintiff's pending summary judgment motion that was the subject of Plaintiff's subsequent motion to file the same exhibit under seal (Dkt. 120; denied at Dkt. 124).  That filing will be promptly made before Defendant's response brief to Plaintiff's motion for summary judgment is due.  Thank you.

Sincerely,

Nicholas Granath, Esq.

cc:
Lee Seham, Esq.
Ms. Dana E. Lossia, Esq.