# Exhibit No. 10

## To Declaration of Nicholas Paul Granath

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:312 | GMT+00:00 | [http-80-241] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-X8npic) o bject[ dpachecklist.png(50K)... |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:315 | GMT+00:00 | [http-80-476] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-0ozUMX) o bject[ AuthorizationCard.png(5 |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:315 | GMT+00:00 | [http-80-185] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-3el9F3) o bject[ alpalawsuits.gif(641K)... |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:334 | GMT+00:00 | [http-80-404] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-8BPCUD) o bject[ DPAvALPA.png(44K)/reso |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:335 | GMT+00:00 | [http-80-391] | INFO | UserRouter | - | client(64.134.191.62/?) for(deltapilotsassociation/664640) - accessing: /storage/ homepag e_imgs/IntroVideo.png?i |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:336 | GMT+00:00 | [http-80-150] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-oYBNkG) o bject[ donateicon.png(55K)/r |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:346 | GMT+00:00 | [http-80-440] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-uCSrsW) o bject[ JoinDPA.png(49K) resou |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:360 | GMT+00:00 | [http-80-433] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-CAnQxX) o bject[ CBL.png(48K)] resource |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:371 | GMT+00:00 | [http-80-286] | INFO | UserRouter | - | client(64.134.191.62/?) for(deltapilotsassociation/664640) [redirect-custom] (301 ) http: //deltapilotsassociati |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:435 | GMT+00:00 | [http-80-404] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-sp0JJN) o bject[ DPAvALPA.png(44K)/reso |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:461 | GMT+00:00 | [http-80-433] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-qBf8Qe) o bject[ CBL.png(48K)] resource |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:497 | GMT+00:00 | [http-80-175] | INFO | UserRouter | - | client(64.134.191.62/?) for(deltapilotsassociation/664640) [redirect-custom] (301 ) http: //delta-pilots.org/... |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:555 | GMT+00:00 | [http-80-391] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-fyPI4V) o bject[ IntroVideo.png(74K)] |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:556 | GMT+00:00 | [http-80-391] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-dYPvpe) o bject[ IntroVideo.png(74K) re |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:861 | GMT+00:00 | [http-80-332] | INFO | UserRouter | - | client(64.134.191.62/?) for(deltapilotsassociation/664640) [redirect-custom] (301 ) http: //delta-pilots.org/... |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:38:903 | GMT+00:00 | [http-80-241] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-mpdO2n) o bject[ dpachecklist.png(50K |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:39:066 | GMT+00:00 | [http-80-295] | INFO | UserRouter | - | client(64.134.191.62/?) for(deltapilotsassociation/664640) - accessing: /storage/ images/ dpa_youtube.gif?__SQUAR |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:39:073 | GMT+00:00 | [http-80-295] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-1oVJP2) o bject[ dpa_youtube.gif(10K) |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:39:073 | GMT+00:00 | [http-80-295] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-Oykh17) o bject[ dpa_youtube.gif(10K) o |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:39:085 | GMT+00:00 | [http-80-476] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-Hig4kX) o bject[ AuthorizationCard.png |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:39:206 | GMT+00:00 | [http-80-187] | INFO | UserRouter | - | client(64.134.191.62/?) for(deltapilotsassociation/664640) - accessing: /storage/ apple-t ouch-icon.png SS_MPpc1 |
| web116/squarespace/access.2013-11-09.log.gz:2013-11-09 | 19:14:39:233 | GMT+00:00 | [http-80-187] | INFO | Downloads | - | [resource] client(64.134.191.62/?) for(deltapilotsassociation/664640/UID-sI5or1) o bject[ apple-touch-icon.png(6K |