Daniel J. Ratner
Gwynne A. Wilcox△
Pamela Jeffrey
Carl J. Levine△
David Slutsky△
Allyson L. Belovin
Suzanne Hepner•
Robert H. Stroup
Dana E. Lossia△
Micah Wissinger•
Ryan J. Barbur
Alexander Rabb
Laureve D. Blackstone△

Kimberly A. Lehmann△
Aleksandr L. Felstiner
Jessica I. Apter△
Rebekah Cook-Mack
Courtney L. Allen

*Of Counsel*
Irwin Bluestein
Patricia McConnell
Linda E. Rodd

*Special Counsel*
Richard A. Levy
Daniel Engelstein°
Richard Dorn

# Levy Ratner, P.C.
Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, New York 10011-7175

Telephone (212) 627-8100
Telecopier (212) 627-8182

www.levyratner.com

September 9, 2019

**VIA ECF AND FAX TO (212) 805-7942**

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court for the Southern
District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re:   **Request for Adjournment of Status Conference**
      **Delta Pilots Association v. Melvin**
      **Civil Action No. 1:14-CV-00225-AKH**

Dear Judge Hellerstein:

This firm represents defendant Russell Melvin in the above-referenced matter. In accordance with Rule 1(D) of the Your Honor's Individual Rules of Practice and Civil Case Management Plan, defendant requests an adjournment of the status conference scheduled for September 20, 2019. This is defendant's first request for an adjournment of a status conference. Plaintiff's counsel does not object to this request, and both parties are available for a status conference on October 11, 2019 or October 18, 2019 if either date is feasible for the Court.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*Dana Lossia*

Dana E. Lossia

DEL:dvm

cc:   Lee R.A. Seham, Seham, Seham, Meltz & Petersen, LLP
      Nicholas Paul Granath, Seham, Seham, Meltz & Petersen, LLP

762-000-00001: 11059107

°Admitted in NY, MA and DC     △Admitted in NY and NJ     •Admitted in NY and CT     •Admitted in NY and DC